Wheel C

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA                :    **UNSEALING ORDER**

    - v. -                              :    14 Cr. 810

MOSHE MIRILISHVILI,                     :
DAMON LEONARD,
JOMARIS JAVIER,                         :
RAY WILLIAMS,
    a/k/a "Obama,"                      :
DORIAN AVERY,
    a/k/a "Bo,"                         :
TASHEEN DAVIS,
    a/k/a "Hollywood,"                  :
GANEENE GOODE,
    a/k/a "Big Gina,"                   :
THOMAS WHITE,
    a/k/a "Black,"                      :
CAROLYN MIDDLETON,
JOSEPH GRAY,                            :
    a/k/a "Dogs,"
KEVIN FRYE,                             :
    a/k/a "Pretty Kev,"
    a/k/a "PK,"                         :

              Defendants.        :

- - - - - - - - - - - - - - - - - X

        Upon the application of the United States, by the United States Attorney for the Southern District of New York, Preet Bharara, by Assistant United States Attorneys Brooke E. Cucinella and Edward B. Diskant;

It is found that the Indictment in the above-captioned action is currently sealed and that the United States Attorney's Office has applied to have that Indictment unsealed, it is therefore

ORDERED that the Indictment in the above-captioned action be unsealed and remain unsealed pending further order of the Court.

Dated:   New York, New York
         December 11, 2014


_____
THE HONORABLE KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

MOSHE MIRILISHVILI, et al.,

Defendants.

INDICTMENT

14 Cr. 810

PREET BHARARA
United States Attorney.