UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
                                              :

UNITED STATES OF AMERICA,        :

                                              :        14 Cr 810 (CM)
                                              :        <u>Electronically Filed</u>
          – *against* –                    :
                                              :        NOTICE OF APPEARANCE AND

MOSHE MIRILISHVILI,              :        AND REQUEST FOR
                                              :        ELECTRONIC NOTIFICATION
                       Defendant.    :
                                              :
-------------------------------------------------------x

       Please take notice that Joshua L. Dratel, Esq., hereby appears in this action on behalf of MOSHE MIRILISHVILI and respectfully requests the Clerk to note his appearance in this case and to add him as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

       I am an attorney in good standing in the State of New York, as well as the United States District Court for the Southern District of New York.

Dated:  December 23, 2014
           New York, New York

                                                        Respectfully submitted,

                                                        <u>/s/Joshua L. Dratel</u>
                                                        Joshua L. Dratel
                                                        JOSHUA L. DRATEL, PC
                                                        29 Broadway, Suite 1412
                                                        New York, New York 10006
                                                        (212) 732-0707
                                                        jdratel@joshuadratel.com

                                                        *Attorney for Defendant Moshe Mirilishvili*