UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | GOVERNMENT'S FORFEITURE BILL OF PARTICULARS |
| -v- | : | |
| | | 14 Cr. 810 (CM) |
| MOSHE MIRILISHVILI, et al, | : | |
| Defendants. | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

Pursuant to United States v. Grammatikos, 633 F.2d 1013, 1024 (2d Cir. 1980), the Government respectfully gives notice that the property subject to forfeiture as a result of the offense alleged in Count One of the Indictment, as alleged in the Forfeiture Allegation, includes but is not limited to:

(i) Approximately $7,669 in United States currency, seized from JOSEPH GRAY, the defendant, upon his arrest on or about December 11, 2014;

(ii) Approximately $6,000 in United States currency, seized on or about December 11, 2014, from 1920 Metcalf Avenue, #10J, Bronx, New York; and

(iii) Approximately $1,753,309 in United States currency, seized on or about December 11, 2014, at 320 East Shore Road, #5C, Great Neck, New York.

Dated:  New York, New York
        February 24, 2015

Respectfully Submitted,

PREET BHARARA
United States Attorney for the
Southern District of New York

By:      /s/
Edward B. Diskant/Brooke E. Cucinella
Assistant United States Attorneys
Telephone: (212) 637-2294/2477