```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/17/15
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
                                     :
UNITED STATES OF AMERICA             :
                                     :    14 CR ~~55-016~~ 810 (CM)
     -against-                       :    ORDER
                                     :
Moshe Mirilishvili                   :
                                     :
          Defendant                  :
                                     :
------------------------------------X


Colleen McMahon, United States District Judge:

ORDERED that the defendant's level of supervision be modified from regular Pretrial Services supervision to Pretrial Services supervision as directed.


Dated: New York, New York
       August 17, 2015

                                        SO ORDERED

                                        _____
                                        Colleen McMahon
                                        United States District Judge