**U.S. Department of Justice**
Drug Enforcement Administration

## REPORT OF INVESTIGATION

Page 1 of 2

| | | | |
|---|---|---|---|
| 1. Program Code<br>TDS-C1 | 2. Cross  Related Files<br>File | 3. File No.<br>C1-13-0085 | 4. G-DEP Identifier<br>YNN8H |
| 5. By: Michael J Guidetti, SA<br>   At: New York FDO | ☐<br>☐<br>☐<br>☐ | 6. File Title<br>MIRILASHVILI, Moshe | |
| 7. ☐ Closed  ☐ Requested Action Completed<br>   ☐ Action Requested By: | ☐ | 8. Date Prepared<br>12-11-2014 | |

9. Other Officers: SA Adriana DiMiceli, HHS- SA Agnes Zajac, Hackensack PD- Det Bill Inglis, Det Dem Carroll, Det Al Lopez, PO Joe Gonzalez, PO Jen Estevez; Inv Ed Miller

10. Report Re: Arrest of Tasheen DAVIS on December 11, 2014.

**DETAILS**

1. On December 09, 2014, Honorable Kevin Nathaniel Fox, United States Magistrate Judge for the Southern District of New York (SDNY) issued an arrest warrant for Tasheen DAVIS for Conspiracy to Distribute Narcotics, a violation of 21 USC 846.

2. On December 11, 2014, at approximately 6:25 a.m., the above listed officers executed the arrest of DAVIS at 300 Park Street, Apt. 3A in Hackensack, NJ. SA Michael Guidetti explained to DAVIS the Federal violation DAVIS was being charged. SA Guidetti then asked DAVIS if the officers could search her apartment for weapons, narcotics, or other contraband. DAVIS consented to the search of her apartment, and signed a DEA Form 88 (Consent to Search) stating the same.

3. At approximately 7:25 a.m., Det Bill Inglis, Det Demetry Caroll, and PO Jen Estevez transported DAVIS to the New York City Police Department (NYPD) 33rd Precinct (Pct) for arrest processing.

4. At approximately 9:30 a.m., at the NYPD 33rd Pct, SA Guidetti read DAVIS her Miranda Warnings, as witnessed by Inv Edward Miller. DAVIS stated that she understood her Miranda Warnings, and refused to answer any questions at that time.

5. Later that day, DAVIS was transported to SDNY for her Initial Appearance.

| | | |
|---|---|---|
| 11. Distribution:<br>   Division<br><br>   District<br><br>   Other | 12. Signature (Agent)<br><br>   Michael J Guidetti, SA | 13. Date<br>12-11-2014 |
| | 14. Approved (Name and Title)<br>   /s/ Eric X Triana, GS | 15. Date<br>12-29-2014 |

DEA Form     - 6
(Jul. 1996)

**DEA SENSITIVE**
Drug Enforcement Administration

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

**U.S. Department of Justice**
Drug Enforcement Administration

| **REPORT OF INVESTIGATION**<br>*(Continuation)* | 1. File No.<br>C1-13-0085 | 2. G-DEP Identifier<br>YNN8H |
|---|---|---|
|  | 3. File Title<br>MIRILASHVILI, Moshe | |
| 4.<br>Page  2  of  2 | | |
| 5. Program Code<br>TDS-C1 | 6. Date Prepared<br>12-11-2014 | |

**INDEXING**

MIRILASHVILI, Moshe- NADDIS ▊▊▊▊▊. File Title.

DAVIS, Tasheen- NADDIS ▊▊▊▊▊. Arrested for 21USC846 violation on 12/11/2014.


DEA Form    - 6a
(Jul. 1996)

**DEA SENSITIVE**
**Drug Enforcement Administration**

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

DAVIS(14Cr.810)_000009