**U.S. Department of Justice**
**Drug Enforcement Administration**

*(DO NOT USE FOR DRUG EVIDENCE)*
**ACQUISITION OF NONDRUG PROPERTY SEIZURES**

| 1. Date Prepared: | 2. Case Number: | 3. File Title: | | 4. GDEP #: |
|---|---|---|---|---|
| 01-12-2015 | C1-13-0085 | MIRILASHVILI, Moshe | | YNN8H |
| 5. Group Number: | 6. Program Code: | 7. Date taken into DEA Custody: | 8. Where obtained (Country, City, State) | |
| TDS NY | TDS-C1 | 12-11-2014 | USA, BRONX, NY | |

**9. Basis:**
- [X] Evidence
- [ ] Forfeiture
- [ ] Transfer in from Another Agency/DEA Office
- [ ] Temporary Custody
- [ ] Safekeeping
- [ ] Transfer to Another Agency/DEA Office

**10. Type:**
- [ ] Cash or other Monetary
- [ ] Recovered Official Advanced Funds, OAF
- [X] Property *
- [ ] Title III-Related
- [ ] Other (Specify) _____

\* Hazardous materials, including weapons, must be rendered safe or sanitized prior to submitting to Evidence Custodian. (See AM 6681).

**11. If seized for forfeiture and held as evidence or for safekeeping, was a SSF prepared?**
- [ ] Yes. Attach SSF and enter Asset ID (formerly CATS ID) #: _____
- [ ] No. Explain: _____

| 12. Exhibit # | 13. Name and Description of Articles | 14. Appraised Valuation or Cash Amount |
|---|---|---|
| N-120 | NY STATE LICENSE FOR TASHEEN N. DAVIS (D0921 73275 51772) RECOVERED IN THE KITCHEN BY SA GUIDETTI | |
| N-121 | OXYCODONE 15 MG PRESCRIPTION & MISC PRESCRIPTION RECOVERED ON LIVING ROOM COFFEE TABLE BY SA GUIDETTI | |
| N-122 | GREEN SUBJECT NOTEBOOK WITH MISC PAPERS RECOVERED FROM BEDRROM FLOOR BY SA GUIDETTI | |
| N-123 | SAMSUNG FLIP PHONE RECOVERED FROM TOP OF DRESSER IN BEDROOM BY SA GUIDETTI | |
| N-124 | CONSENT TO SEARCH FORM FOR 300 PARK STREET # 3A, HACKENSACK, NJ SIGNED BY TASHEEN DAVIS | |

**15. If firearm, enter the following information:**

| Date of NCIC Check: | If stolen, provide NCIC#: | Serial Number: | Make: | Model: | Caliber: |
|---|---|---|---|---|---|
| | | | | | |

Date of Firearms Trace (Attach results to this document.): _____ . If none, explain: _____ .

If applicable, date of Ballistics Check (Attach results to this document): _____ .

**16. REMARKS:**
On December 11, 2014 based on a federal arrest warrant issued out of the Southern District of NY for TASHEEN DAVIS, the above listed exhibits were identified as containing evidentiary value and removed to the NYD for examination after being seized by SA Michael Guidetti from Tasheen DAVIS residence located at 300 Park Street # 3A, Hackensak, NJ, as witnessed by SA Adriana DiMiceli, NJFD. The above listed Exhibits were transported to NYD and given to TFO Victor Lebron for safekeeping. The above listed Exhibits were processed into evidence by TFO Lebron and witnessed by SA Guidetti. At a later date, the Exhibits were submitted to the Non-drug Evidence Custodian for safekeeping pending judicial proceedings.

| 17a. Type/Print Name of Special Agent/Task Force Officer/Diversion Investigator: | 18a. Type/Print Name of Supervisor: |
|---|---|
| Victor Lebron, DET. | /s/ Eric X Triana, GS |
| 17b. Signature and Date: 01-12-2015 | 18b. Signature and Date: 01-12-2015 |

**EVIDENCE CUSTODIAN RECEIPT REPORT**

| 19. Received from: | |
|---|---|
| Type/Print Name: | Signature and Date: |

| 20. Received by: | |
|---|---|
| Type/Print Name: | Signature and Date: |

21. Date Entered into ENEDS/CERTS:

DEA Form 7a (10/07)  *(Previous editions are obsolete)*

7279837