U.S. DEPARTMENT OF JUSTICE
DRUG ENFORCEMENT ADMINISTRATION

**CONSENT TO SEARCH**

1. I HAVE BEEN ASKED TO PERMIT SPECIAL AGENTS OF THE DRUG ENFORCEMENT ADMINISTRATION TO SEARCH: (Describe the person, places or things to be searched.)

    300 Park Street, Apt. 3A
    Hackensack, NJ

2. I HAVE NOT BEEN THREATENED, NOR FORCED IN ANY WAY.

3. I FREELY CONSENT TO THIS SEARCH.

12-11-14
Date

_____
Signature

Witnesses: _____ A. M. Guidetti 12/11/14

_____ A. D. Nicol. 12/11/2014

DEA Form (Oct. 1983) - 88          Previous edition dated 3/76 is Obsolete.