


# Hackensack Police Department
225 State Street, Hackensack, NJ 07601
Phone: 201-646-7777  Fax: 201-646-8051  Mun. Code: 0223

## Arrest Report

### Arrest Details:

| Case Number | Arrest Number | Arrest Date | Arrest Time | Place of Arrest |
|---|---|---|---|---|
| 14-98358 | F-7066 | 12/11/14 | 06:41 | 300 Park Street |

### Arrestee Information:

| Name (Lastname, Firstname) | MI | Suffix | Alias_Nickname |
|---|---|---|---|
| Williams, Kim | | | Parris Keye |

| Address | DOB | Age | Sex | Race | SSN |
|---|---|---|---|---|---|
| 300 Park Street Apt 3A, Hackensack NJ 07601 | 72 | 42 | M | 2B | 5751 |

| Place of Birth | DLN | | Height | Weight | Hair | Eyes | Complexion | Mar. Status |
|---|---|---|---|---|---|---|---|---|
| New York | | NY | 5-09 | 185 | BLK | BRO | Med | Sin |

| Other Descriptive Info | Buccal | Glasses | Build | Speech | Handed | Miranda | Prints | Photo |
|---|---|---|---|---|---|---|---|---|
| TAT R ARM  TATTOO RIGHT ARM | | N | Med | Normal | Right | | Y | Y |

| Occupation | Employer | Bus. Address |
|---|---|---|
| Wharehouse | F&F Supplies | 649 Whittier St. Bronx, NY |

| SBI # | FBI # | Phone |
|---|---|---|
| | | 347-833-1390 |

### Complaint Information:

Charge(s): 2C:35-10A(4) Poss Marijuana     2C:21-2.1c false government documents

| Complainant Name (Lastname, Firstname) | & | Address |
|---|---|---|
| P.O. Joseph Gonzales | | |

| Offense Date | Offense Time | Place of Offense | Mun. Code |
|---|---|---|---|
| | | | 0223 |

| w/ Warrant | w/o Warrant | On View | Summons |
|---|---|---|---|
| | X | | |

| Vehicle | Yr | Make | Body Type | Color | Reg | State | VIN |
|---|---|---|---|---|---|---|---|

| Date | Court | Complaint Number |
|---|---|---|
| 12/11/14 | Hackensack Municipal Court | S2014002439/w2014 2441 |

| Amount Bail | 10% | Bail Result | Place Committed | Officer Taking Prints / Photo |
|---|---|---|---|---|
| $5,000.00 | N | Comm. Def | BC JAIL | SPO. Jeffery Compesi |

| Date | Court | Disposition | Time Released |
|---|---|---|---|
| | | | 21:25 |

### Narrative:

12/12/14 - Camille @ court notified
12/17/14 - Processed by SPO Jeffery Compesi***court notified

### Mugshot:

[Mugshot image: HACKENSACK POLICE DEPARTMENT F-7066 12-17-14]

### Checks:

| NJWPS/NCIC | ATS | ACS | ICE |
|---|---|---|---|
| N | N | N | |

| Officer of Record: | Date: | Reviewed By: | Juvenile Released To: | Time: |
|---|---|---|---|---|
| P.O. Joseph Gonzales | 12/11/14 (Reporting Date) | L241 | Parent or Responsible Party Signature | |




# Hackensack Police Department
225 State Street, Hackensack, NJ 07601
Phone: 201-646-7777  Fax: 201-646-8051  Mun. Code: 0223

## Investigation Report

### Incident Details:

| Case Number | Time Reported | Date Reported | Time Occurred | Date Occurred | Occurrence Between Date / Time of | Time Occurred | Date Occurred | 911 Completed |
|---|---|---|---|---|---|---|---|---|
| 14-98358 | 06:41 | 12/11/14 | 06:00 | 12/11/14 | | 06:35 | 12/11/14 | X |

| Incident Type: | Incident Location: | | | |
|---|---|---|---|---|
| CDS/Possession: Influence 2C:35-10 | Street # | Street Name | | Intersection / Cross Street of: |
| Assist Other Agency | 300 | Park Street | | |
| | Business / Common Location Name | | | |

### Contact Information: Victim  Suspect  Complainant  Witness  Driver  Arrest  Passenger  Missing  Business  Other

| Code | Contact Name #1 | MI | Suffix | Age | Sex | Race | DOB | SSN |
|---|---|---|---|---|---|---|---|---|
| A | Williams, Kim | | | 42 | M | 2B | /1972 | -5751 |
| Address | | | | | Home Phone | | Cell Phone | |
| | | | | | 347-833-1390 | | | |

| Code | Contact Name #2 | MI | Suffix | Age | Sex | Race | DOB | SSN |
|---|---|---|---|---|---|---|---|---|
| O | Inglima, William Det. | | | | M | 1B | | |
| Address | | | | | Home Phone | | Cell Phone | |
| Hackensack Police Dept., 225 State St., Hackensack, NJ | | | | | | | | |

| Code | Contact Name #3 | MI | Suffix | Age | Sex | Race | DOB | SSN |
|---|---|---|---|---|---|---|---|---|
| O | Lopez-Arenas, Alexander Det. | | | | M | 1A | | |
| Address | | | | | Home Phone | | Cell Phone | |
| Hackensack Police Department, 225 State Street, Hackensack, | | | | | | | | |

| Code | Contact Name #4 | MI | Suffix | Age | Sex | Race | DOB | SSN |
|---|---|---|---|---|---|---|---|---|
| O | Carroll, Demetrius Det. | | | | M | 2B | | |
| Address | | | | | Home Phone | | Cell Phone | |
| 225 State Street, Hackensack, NJ 07601 | | | | | | | | |

### Property Information:

| Value of Stolen Property | Currency | Jewelry | Furs | Clothing | Auto | Misc. | Total |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| Value of Stolen Property Recovered | | | | | | | |

### Automobile Information:

| | Vehicle Code | Year | Make | Body Type | Color | Registration | State | VIN |
|---|---|---|---|---|---|---|---|---|
| 1 | | | | | | | | |
| 2 | | | | | | | | |
| 3 | | | | | | | | |
| 4 | | | | | | | | |

### Narrative:

On Thursday, December 11th, 2014, I responded to 300 Park Street Apt 3A to assist the (D.E.A.) Drug Enforcement Agency on an arrest warrant of Tasheen Davis, arrestee 1. Upon arrival, arrestee 1 answered the door and was placed under arrest by Agent Michael J. Guidetti. After entering the apartment, I observed a black male in his mid 30's in the bathroom which is located to the right of the entrance door. I approached the black male and asked him for his name and identification card. The black male stated his name was Parrish Keye. The black male stated "I need to get it in the bedroom". I followed Mr. Keye into the bedroom where he retrieved his wallet from the night stand located to the left of the bed. While waiting for Mr. Parrish to retrieve his identification card I detected a strong odor of marijuana. I confronted Mr. Parrish about the odor and he

| Officer of Record: | Date: | Other Reports Filed: | | | | | | Reviewed By: |
|---|---|---|---|---|---|---|---|---|
| | | MVA | Arrest X | DV | DWI | DWIQ | Tow | SD | CI | TRO | |
| P.O. Joseph Gonzales | 12/11/14 | SHA | Prop. X | Evdn X | UOF | Prst | Supp | Juv | Bias | |

DAVIS(14Cr.810)_000018




# Hackensack Police Department
225 State Street, Hackensack, NJ 07601
Phone: 201-646-7777  Fax: 201-646-8051  Mun. Code: 0223

## Incident Details:

| Case Number | Time Reported | Date Reported | Time Occurred | Date Occurred | Occurrence Between Date / Time of | Time Occurred | Date Occurred | 911 Completed |
|---|---|---|---|---|---|---|---|---|
| 14-98358 | 06:41 | 12/11/14 | 06:00 | 12/11/14 | | 06:35 | 12/11/14 | X |

### Incident Type:
CDS/Possession: Influence  2C:35-10
Assist Other Agency

### Incident Location:
Street #: 300   Street Name: Park Street
Intersection / Cross Street of:
Business / Common Location Name:

## Contact Information: Victim  Suspect  Complainant  Witness  Driver  Arrest  Passenger  Missing  Business  Other

| Code | Contact Name #5 | MI | Suffix | Age | Sex | Race | DOB | SSN |
|---|---|---|---|---|---|---|---|---|
| A | Davis, Tasheen | N | | 37 | F | 2B | 01/18/1977 | |

Address: 300 Park Street Hackensack, NJ 07601
Home Phone: 347-733-3091
Cell Phone:

| Code | Contact Name #6 | MI | Suffix | Age | Sex | Race | DOB | SSN |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

Address:
Home Phone:
Cell Phone:

| Code | Contact Name #7 | MI | Suffix | Age | Sex | Race | DOB | SSN |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

Address:
Home Phone:
Cell Phone:

| Code | Contact Name #8 | MI | Suffix | Age | Sex | Race | DOB | SSN |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

Address:
Home Phone:
Cell Phone:

| Officer of | Date | Other Reports Filed: | | | | | | | | | Reviewed |
|---|---|---|---|---|---|---|---|---|---|---|---|
| P.O. Joseph Gonzales | 12/11/14 | MVA | Arrest X | DV | DWI | DWIQ | Tow | SD | CI | TRO | 241 |
| | | SHA | Prop X | Evdn X | UOF | Prst | Supp | Juv | Bias | Pris X | |

DAVIS(14Cr.810)_000019




# Hackensack Police Department
225 State Street, Hackensack, NJ 07601
Phone: 201-646-7777  Fax: 201-646-8051  Mun. Code: 0223
## Investigation Report

Narrative Continued  (Page 2)

Case Number: **14-98358**

stated "I got some right here next to the bed". I ordered Mr. Parrish to retrieve the marijuana. Mr. Parrish reached under the bed and picked up one small clear zip lock style bag containing suspected marijuana. I ordered Mr. Parrish to hand over the marijuana along with his identification card which was New York Driver's License #310385352 Parrish, Keye T. D.O.B. 1977. I asked Mr. Parrish who the marijuana and cigar belonged to in which he replied "It's mine". I advised Mr. Parrish, arrestee 2 that he was under arrest and placed him into handcuffs. I escorted arrestee 2 into the kitchen and sat him down while Agent Michael J. Guidetti carried on with his investigation.

While arrestee 2 was sitting down, it was brought to my intention by Detective William Inglima that arrestee 2 actually went by the name Kim Williams D.O.B. 1972. Arrestee was checked for open warrants under both identities which resulted negative. Arrestee 1 and arrestee 2 were transported to headquarters without incident. While in headquarters, arrestee 2 was brought to an interview room where he was read his miranda rights by Detective Demetrius Carroll. Detective William Inglima and Detective Demetrius Carroll conducted an interview. After the interview Detective William Inglima advised me that the New York Drivers License #310385352 was valid with fraudulent information.

The small zip lock style bag containing the suspected marijuana was placed into evidence bag #2842929 and put into the Narcotic Evidence Locker. The New York Driver's License #310385352 was placed into evidence bag 2842860 and put into locker 5.

Arrestee 1 was transported to the D.E.A.'s headquarters in New York, New York.

Arrestee 2 was charged with 2C:35-10A(4) and 2C:21-2.1c.

See Detective William Inglima's supplemental report for additional information.

Officer of Record: P.O. Joseph Gonzales  
Date: 12/11/14

DAVIS(14Cr.810)_000020