| | |
|---|---|
| DATE: | 01/16/2014 |
| START TIME: | 0815 EDT |
| DURATION: | 02:32:15 |
| PARTICIPANTS: | DR. MIRILASHVILI |
| | CONFIDENTIAL SOURCE |
| | a/k/a CS |
| | UNIDENTIFIED FEMALE |
| | a/k/a UF |
| | DET. LEBRON |

1

2                    [BEGINNING OF CONVERSATION]

3                [UNDERLINED WORDS SPOKEN IN ENGLISH]

4    DR. MIRILASHVILI:        Lantagua, Jose! [PAUSE] Jose Lantagua! [LONG PAUSE]

5    CS:                      Happy New Year.

6    DR. MIRILASHVILI:        Happy, Happy New Year. Conference
7                             [UNINTELLIGIBLE]. [BACKGROUND: DOOR
8                             CLOSES] [PAUSE] [UNINTELLIGIBLE].
9                             [BACKGROUND: TELEPHONE RINGS] [LONG
10                            PAUSE] When I saw him the last time he was complaining
11                            of lower back, lower extremity pain.

12   UF:                      The last time he saw you your back was hurting.

13   DR. MIRILASHVILI:        Then he was receiving Oxycodone, thirty milligrams, three
14                            times a day.

15   UF:                      You were doing Oxycodone, three, thirty milligrams, three
16                            times a day.

17   DR. MIRILASHVILI:        He also had Duranten, a hundred milligrams, twice a day.

18   UF:                      Duranten, twice a day, one hundred milligrams.

19   DR. MIRILASHVILI:        Elavil, ten milligrams, twice a day.

20   UF:                      Elavil, twice a day, ten milligrams.

21   DR. MIRILASHVILI:        And Robaxin, seven-fifty [PAUSE]

22                                   [VOICES OVERLAP]

23   UF:                      And Robaxin [PAUSE]

| | | |
|---|---|---|
| 1 | DR. MIRILASHVILI: | [PAUSE] twice a day. |
| 2 | UF: | [PAUSE] seven-fifty, twice a day. How much [PAUSE] |
| 3 | | [VOICES OVERLAP] |
| 4 | DR. MIRILASHVILI: | How much [PAUSE] |
| 5 6 | UF: | [PAUSE] pain af, after medication? After you take the Oxycodone [UNINTELLIGIBLE]? |
| 7 | CS: | No [PAUSE] |
| 8 | | [VOICES OVERLAP] |
| 9 | DR. MIRILASHVILI: | No pain? |
| 10 | CS: | No pain. |
| 11 | UF: | Do you get uh, itchiness, diarrhea [PAUSE] |
| 12 | CS: | No. |
| 13 14 | UF: | [PAUSE] um… does it leave you comfortable for twenty-four hours? |
| 15 | CS: | Yes. |
| 16 17 | UF: | [UNINTELLIGIBLE] um, the referral he gave you, did you go? |
| 18 | CS: | Uh-huh. |
| 19 | | [NOISE] |
| 20 | UF: | Which one did you go to, to the pool [PH]? |
| 21 | CS: | [UNINTELLIGIBLE]. |

| | | |
|---|---|---|
| 1 | DR. MIRILASHVILI: | Okay. |
| 2 | UF: | And the… and… Everything is good and um [PAUSE] |
| 3 | DR. MIRILASHVILI: | Go ahead. |
| 4<br>5 | UF: | [PAUSE] no side effect, no nothing. He went… he's doing hydrotherapy. |
| 6 | DR. MIRILASHVILI: | Orthopedic doctor? |
| 7 | UF: | And Orthopedic, did they give you an appointment? |
| 8 | CS: | Yes. |
| 9 | UF: | They gave him an appointment. |
| 10 | DR. MIRILASHVILI: | When? |
| 11 | UF: | When is the appointment for? |
| 12 | CS: | In… two months. |
| 13 | UF: | He said two months from now. |
| 14 | DR. MIRILASHVILI: | Ask him [UNINTELLIGIBLE]. |
| 15<br>16 | CS: | [COUGHS] Tell him to give me the pharmacy in… the one he gave me in downtown. |
| 17 | DR. MIRILASHVILI: | Sure, any pharmacy. No problem. |
| 18 | CS: | Oh, okay. |
| 19 | | [VOICES OVERLAP] |
| 20 | UF: | Uh-huh. |

DRAFT

| | | |
|---|---|---|
| 1 | DR. MIRILASHVILI: | No problem. |
| 2 | CS: | Oh, okay. |
| 3 | DR. MIRILASHVILI: | [UNINTELLIGIBLE]. |
| 4 | CS: | Okay. |
| 5 | UF: | Uh-huh. |
| 6 | CS: | [CLEARS THROAT] |
| 7 | | [LONG PAUSE] |
| 8 | DR. MIRILASHVILI: | Okay. Stand up for me please. |
| 9 | | [VOICES OVERLAP] |
| 10 | UF: | Stand up. |
| 11 | DR. MIRILASHVILI: | Put this one in your pocket. |
| 12 | | [PAPER SHUFFLING SOUND] |
| 13 | UF: | Put [PAUSE] |
| 14 | DR. MIRILASHVILI: | This is your [PAUSE] |
| 15 | UF: | [PAUSE] that away. |
| 16 | DR. MIRILASHVILI: | [PAUSE] paper. Okay? |
| 17 | CS: | Okay. |
| 18 | DR. MIRILASHVILI: | Take your jacket off please. |
| 19 | UF: | Take your jacket off. |

DRAFT

| | | |
|---|---|---|
| 1 | DR. MIRILASHVILI: | Take your time don't rush, don't rush. |
| 2 | UF: | [UNINTELLIGIBLE]. |
| 3 | DR. MIRILASHVILI: | Take your time. [PAUSE] [UNINTELLIGIBLE]. |
| 4 | | [VOICES OVERLAP] |
| 5 | UF: | Walk. |
| 6 | DR. MIRILASHVILI: | [UNINTELLIGIBLE]. |
| 7 | UF: | [UNINTELLIGIBLE]. Walk. |
| 8 | DR. MIRILASHVILI: | Good. |
| 9 | UF: | Walk back. |
| 10 | DR. MIRILASHVILI: | Good, good, excellent. |
| 11 | CS: | Yeah. |
| 12 | DR. MIRILASHVILI: | Bend [PAUSE] |
| 13 | | [VOICES OVERLAP] |
| 14 | UF: | Bend [PAUSE] |
| 15 | DR. MIRILASHVILI: | [PAUSE] over. |
| 16 | UF: | [PAUSE] bend over. |
| 17 | DR. MIRILASHVILI: | All the way. Good! Go ahead [PH]. |
| 18 | UF: | To the [PAUSE] |
| 19 | DR. MIRILASHVILI: | Okay. |

| | | |
|---|---|---|
| 1 | UF: | [PAUSE] right… to the left. Now [UNINTELLIGIBLE] on |
| 2 | | your toes, like this… and now to the back. Out [PAUSE] |
| 3 | | [VOICES OVERLAP] |
| 4 | CS: | [UNINTELLIGIBLE]. |
| 5 | UF: | [PAUSE] uh-huh. |
| 6 | CS: | [UNINTELLIGIBLE]. |
| 7 | UF: | Like that. Now [UNINTELLIGIBLE]. |
| 8 | DR. MIRILASHVILI: | Good, good, good. Very good. |
| 9 | CS: | Uh-huh. |
| 10 | DR. MIRILASHVILI: | You need a fresh mamita now, right? |
| 11 | | [NOISE] |
| 12 | CS: | [CHUCKLES] |
| 13 | DR. MIRILASHVILI: | Do we have available so many fresh mamita's? |
| 14 | UF: | [CHUCKLES] |
| 15 | DR. MIRILASHVILI: | Huh? |
| 16 | CS: | [CLEARS THROAT] |
| 17 | UF: | The things that uh [PAUSE] |
| 18 | | [VOICES OVERLAP] |
| 19 | DR. MIRILASHVILI: | [UNINTELLIGIBLE]? |

| | | |
|---|---|---|
| 1 | UF: | No, no, the last pharmacy. [UNINTELLIGIBLE]. |
| 2 | DR. MIRILASHVILI: | [UNINTELLIGIBLE] Let me check [UNINTELLIGIBLE] |
| 3 | UF: | Downtown he said. |
| 4 | DR. MIRILASHVILI: | All the way downtown? |
| 5 | UF: | Yeah. That [PAUSE] |
| 6 | | [VOICES OVERLAP] |
| 7 | CS: | Yes. |
| 8 | UF: | [PAUSE] was the one [PAUSE] |
| 9 | DR. MIRILASHVILI: | All the way downtown? |
| 10 | CS: | Yes. |
| 11 | UF: | The one in downtown? |
| 12 | CS: | Yes, three, seven, three [UNINTELLIGIBLE]. |
| 13 | DR. MIRILASHVILI: | Yeah, thirty [PAUSE] |
| 14 | | [VOICES OVERLAP] |
| 15 | UF: | Three [PAUSE] |
| 16 | DR. MIRILASHVILI: | [PAUSE] seven, thirty [PH]. |
| 17 | UF: | Yeah. |
| 18 | CS: | Okay, thank you. |
| 19 | DR. MIRILASHVILI: | Okay. Thank you very much, sir. |

| | | |
|---|---|---|
| 1 | CS: | Thank you. |
| 2 | | [NOISE] |
| 3 | UF: | I have to go to my appointment. |
| 4 | DR. MIRILASHVILI: | Go ahead. Go, go. |
| 5 | UF: | Okay. |
| 6 | DR. MIRILASHVILI: | [UNINTELLIGIBLE]. |
| 7 | CS: | Thank you doctor. |
| 8 | DR. MIRILASHVILI: | You're welcome. |
| 9 | | [END OF CONVERSATION] |

DRAFT