1

2

3      DATE:           08/12/2013

4      START TIME:     0845 EDT

5      DURATION:       01:33:44

6      PARTICIPANTS:   DR. MIRILASHVILI

7                      CONFIDENTIAL SOURCE

8                      a/k/a CS

9                      ABRAHAM CORREA

10

11

12

13

14

15

16

17

18

19

| | | |
|---|---|---|
| 1 | | [BEGINNING OF CONVERSATION] |
| 2 | | [UNDERLINED WORDS SPOKEN IN ENGLISH] |
| 3-4 | DR. MIRILASHVILI: | [UNINTELLIGIBLE] speak English. How are you today Mr. Jose? |
| 5 | CS: | Fine. |
| 6 | | [SOUND OF DOOR CLOSING] |
| 7-8 | DR. MIRILASHVILI: | Tell me Mr. Jose. [UNINTELLIGIBLE] in my office. [UNINTELLIGIBLE]. |
| 9 | CORREA: | Your urine came out fine and you're a good patient. |
| 10 | CS: | Okay. |
| 11 | | [NOISE] |
| 12 | DR. MIRILASHVILI: | Number one… |
| 13 | CS: | Uh-huh. |
| 14 | | [LONG PAUSE] |
| 15 | DR. MIRILASHVILI: | Let me look in your file. |
| 16 | CORREA: | He's going to open up your records now. |
| 17 | CS: | Hum. |
| 18 | | [LONG PAUSE] |
| 19-22 | DR. MIRILASHVILI: | [UNINTELLIGIBLE] today? Hum, this printer. You see what this printer is doing to me? [PAUSE] I have six, seven to print [PH]. [LONG PAUSE] Here we go. Okay, Mr. Jose La Antigua… when I saw you last time… you complain |

| | | |
|---|---|---|
| 1 | | you're lower back lower extremity pain. |
| 2 | | [NOISE] |
| 3 | CORREA: | When you came last time you were complaining about] |
| 4 | | pain under your waist. |
| 5 | DR. MIRILASHVILI: | You were receiving your Oxycodone, thirty milligrams |
| 6 | | three times a day. |
| 7 | CORREA: | He's going to give you Oxycodone, thirty milligrams, three |
| 8 | | pills a day. |
| 9 | DR. MIRILASHVILI: | Duranten [PH], a hundred milligrams, twice a day. |
| 10 | CORREA: | Duranton [PH], a hundred milligrams, two pills a day. |
| 11 | DR. MIRILASHVILI: | Elavil, ten milligrams, twice a day. |
| 12 | CORREA: | Elavil, ten milligrams, two pills a day. |
| 13 | DR. MIRILASHVILI: | Robaxin, seven-fifty, twice a day. |
| 14 | CORREA: | Robaxin, seven-fifty, two pills. After you [PAUSE] |
| 15 | | [VOICES OVERLAP] |
| 16 | DR. MIRILASHVILI: | Now, what [PAUSE] |
| 17 | CORREA: | [PAUSE] after you take all the medication is your pain at |
| 18 | | zero where you don't feel it or you feel a little bit of one or |
| 19 | | the other. |
| 20 | CS: | I don't feel it. |
| 21 | CORREA: | Zero. |
| 22 | CS: | [UNINTELLIGIBLE]. |

| | | |
|---|---|---|
| 1 | CORREA: | Are you getting side effects; vomiting, itching, diarrhea? |
| 2 | CS: | No. |
| 3 | | [VOICES OVERLAP] |
| 4 | CORREA: | [UNINTELLIGIBLE]. |
| 5 | | [PAUSE] |
| 6 | DR. MIRILASHVILI: | Referral. |
| 7 8 | CORREA: | The referral he gave you, did you already go see that doctor? |
| 9 | CS: | Uh… for… they gave me an appointment for [PAUSE] |
| 10 | | [VOICES OVERLAP] |
| 11 | DR. MIRILASHVILI: | I, [PAUSE] I gave him referral [PAUSE] |
| 12 | | [VOICES OVERLAP] |
| 13 | CORREA: | Yeah. |
| 14 | DR. MIRILASHVILI: | [PAUSE] for two hospitals. |
| 15 | CORREA: | When did they give you the appointment for? |
| 16 | CS: | For… uh, October fifteenth. |
| 17 | CORREA: | He has his appointment for October fifteenth. |
| 18 | DR. MIRILASHVILI: | Okay. What specialty? |
| 19 | CORREA: | What, what doctor did they give you the appointment for? |

| | | |
|---|---|---|
| 1 | CS: | I went to one in… in… <u>Harlem Hospital.</u> |
| 2 | CORREA: | But for which one? For, for the [PAUSE] |
| 3 | | [VOICES OVERLAP] |
| 4 | CS: | Ortho [PH]. |
| 5 | CORREA: | [PAUSE] hydrotherapy classes, for [PAUSE] |
| 6 | CS: | For the therapy. |
| 7 | DR. MIRILASHVILI: | <u>What about Orthopedic?</u> |
| 8,9 | CORREA: | And what happened with the Orthopedic, did you make an appointment? |
| 10,11 | CS: | Yes, but I can't because I'm going to travel in November because it's my moms death anniversary [PAUSE] |
| 12 | CORREA: | Oh, they gave you an [PAUSE] |
| 13 | CS: | Uh-huh. So [PAUSE] |
| 14,15 | CORREA: | [PAUSE] they gave you… they gave you an appointment in November for that one? |
| 16 | CS: | Uh-huh, yes. |
| 17,18,19 | CORREA: | <u>They gave him an appointment for November, but November he won't be able to because he has to leave [UNINTELLIGIBLE].</u> |
| 20 | DR. MIRILASHVILI: | <u>Get the print [NOISE] out.</u> |
| 21 | | [RUSTLING SOUND] |
| 22 | CORREA: | [UNINTELLIGIBLE]. If you can, walk to the wall |

| | | |
|---|---|---|
| 1 | | [UNINTELLIGIBLE]. |
| 2 | DR. MIRILASHVILI: | Bend over. |
| 3 | CORREA: | Bend over. |
| 4 | DR. MIRILASHVILI: | Um, nothing [PH]. |
| 5 | | [VOICES OVERLAP] |
| 6 | CORREA: | [UNINTELLIGIBLE]. |
| 7 | DR. MIRILASHVILI: | [UNINTELLIGIBLE]. |
| 8 | CORREA: | [UNINTELLIGIBLE]. |
| 9 | DR. MIRILASHVILI: | Come one! Come on! |
| 10 | CORREA: | [UNINTELLIGIBLE]. |
| 11 | DR. MIRILASHVILI: | Come on. |
| 12 | CORREA: | [UNINTELLIGIBLE]. |
| 13 | DR. MIRILASHVILI: | [UNINTELLIGIBLE] stand right here. |
| 14 | CORREA: | Stand on the back of your feet. |
| 15 | CS: | On the back? |
| 16 | CORREA: | No, back, back. Uh-huh. |
| 17 | DR. MIRILASHVILI: | On your toes. |
| 18 | CORREA: | Now forward on your toes. |
| 19 | CS: | Forward. [UNINTELLIGIBLE]? |

| | | |
|---|---|---|
| 1 | | [VOICES OVERLAP] |
| 2 | CORREA: | Now bend over. |
| 3 | DR. MIRILASHVILI: | Are you doing the exercise with that hand? |
| 4 | CORREA: | That if you're doing the exercises [UNINTELLIGIBLE] |
| 5 | | [UNINTELLIGIBLE CONVERSATION DUE TO MUFFLED AUDIO] |
| 6 | CS: | [UNINTELLIGIBLE]. |
| 7 | CORREA: | Yes. |
| 8<br>9 | DR. MIRILASHVILI: | Also tell him that meanwhile he's also welcomed here for physical therapy if he can afford it. |
| 10<br>11<br>12 | CORREA: | We also have therapy now and if you can come he, here it costs one hundred dollars to see the therapist. You can come here too. |
| 13 | DR. MIRILASHVILI: | Okay? [NOISE] Which pharmacy he's using? |
| 14 | CORREA: | Which pharmacy you want to go to? |
| 15 | CS: | The one in Queens. |
| 16 | DR. MIRILASHVILI: | [UNINTELLIGIBLE]. Astoria, Queens? |
| 17 | CS: | Yeah. |
| 18 | | [SOUND OF DOOR OPENINIG] |
| 19 | DR. MIRILASHVILI: | Thirty-three [PH]? |
| 20 | CS: | Yeah, [UNINTELLIGIBLE]. |
| 21 | DR. MIRILASHVILI: | Okay, we can do that. [RUSTLING SOUND] How many |

1              physical therapy?

2                   [PAUSE]

3   CS:         [UNINTELLIGIBLE] pain [UNINTELLIGIBLE].

4   CORREA:     [UNINTELLIGIBLE].

5                [RUSTLING SOUND]

6                 [LONG PAUSE]

7        [BACKGROUND: UNINTELLIGIBLE VOICES]

8             [END OF CONVERSATION]