1

2          DATE:                09/12/2013

3          START TIME:          0849 AM

4          DURATION:            03:32:58

5          PARTICIPANTS:        DR. MIRILASHVILI

6                               ABRAHAM CORREA

7                               CONFIDENTIAL INFORMANT

8                                    a/k/a CS

9

10

1

2                              [BEGINNING OF CONVERSATION]

3                        [UNDERLINED WORDS SPOKEN IN ENGLISH]

4                              [BACKGROUND CONVERSATION]

5                                [SOUND PF DOOR OPENING]

6                  [RUSTLING SOUND THROUGH OUT ENTIRE CONVERSATION]

7    DR. MIRILASHVILI:          Sir you [UNINTELLIGIBLE] somebody
8    [UNINTELLIGIBLE]

9    CS:                [UNINTELLIGIBLE]

10   ABRAHAM:           How's everything?  La Antigua Jose. Jose? [UNINTELLIGIBLE]

11   CS:                [UNINTELLIGIBLE]

12   DR. MIRILASHVILI:          Last time [UINTELLIGIBLE] seeing you
13   [UNINTELLIGIBLE].

14   CS:                [LAUGHS] Yeah.

15   DR. MIRILASHVILI:          [UNINTELLIGIBLE]

16   ABRAHAM:           [UNINTELLIGIBLE] with the date.

17   DR. MIRILASHVILI:          [UNINTELLIGIBLE] receipt, receipt.

18   ABRAHAM:           Receipt.

19   DR. MIRILASHVILI:          Receipt.

20   ABRAHAM:           That's your receipt with today's date and your name.

1                           [UNINTELLIGIBLE]

2

3    DR. MIRILASHVILI:        When I saw you last time you were complaining of your
4                            [PAUSE] lower back lower extremity pain.

5    ABRAHAM:        The last time you came you were complaining about pain on your
6                    waist.

7    DR. MIRILASHVILI:        You're receiving your Oxycodone, thirty milligram, three
8    times a                              day.

9    ABRAHAM:        The Oxycodone, three pills a day.

10   DR. MIRILASHVILI:        Neurontin, a hundred milligrams, twice a day.

11   ABRAHAM:        Neurontin, a hundred milligrams, two pills a day.

12   DR. MIRILASHVILI:        Elavil, ten milligrams, twice a day.

13   ABRAHAM:        Elavil, ten milligrams, two pills a day.

14   DR. MIRILASHVILI:        Robaxin, seven fifty, twice a day.

15   ABRAHAM:        Robaxin, seven fifty, two pills a day. After you take all that
16                   medication. You have zero pain or one or two or you feel a little.

17   CS:             No, I have no pain.

18   ABRAHAM:        Zero. Are you getting side effects, itchiness, vomits, nausea?

19   CS:             No, no.

20   DR. MIRILASHVILI:        Halleluiah!

21   CS:             [LAUGHS]

1

2

3  DR. MIRILASHVILI:      You see what's happening here now. The cause of the
4                         medication, combination of medication and seeing  you ,  I'm able
5                         to reduce your inflammation. Reducing your inflammation I'm able
6                         to reduce and control your pain.

7  ABRAHAM:      With the combination of the medication what he's doing is helping
8                you to reduce the inflammation so you can feel better.

9  CS:      Uh-huh !

10  DR. MIRILASHVILI:      I did the one part of my job to control your pain.

11  ABRAHAM:      That he did one part of his job to control your pain.

12  DR. MIRILASHVILI:      Now I have to do second part of my job.

13  ABRAHAM:      Now he has to do the second part of his job.

14  DR.MIRILASHVILI:      To assist you to remove the cause of your pain and rebuild
15                        your muscle.

16  ABRAHAM:      To help you remove what is causing the pain and
17                [UNINTELLIGIBLE]

18  DR.MIRILASHVILI:      I gave you a referral. Did you use the referral?

19  ABRAHAM:      He gave you a referral to see Dr. [UNINTELLIGIBLE]. Did you
20                go?

21  CS:      Yes but like I told you is by appointment, by time.

22  ABRAHAM:      Did you make the appointment?

23  CS:      Yes, is by time.

1    ABRAHAM:            He did his appointment [UNINTELLIGIBLE]

2

3    DR.MIRILASHVILI:    Good, good. What doctor, what specialist? The orthopedic doctor,
4                        hydrotherapy doctor?

5    ABRAHAM:            For which doctor did you make the appointment for?

6    CS:                 The bone orthopedic.

7    ABRAHAM:            The orthopedic.

8    DR.MIRILASHVILI:        [UNNTELLIGIBLE] very good. Take a right turn and
9                        [UNINTELLIGIBLE] I'm going to check your coordination.

10   ABRAHAM:            He's going to check your coordination. Stand behind there

11   DR.MIRILASHVILI:        [UNINTELLIGIBLE]

12    ABRAHAM:           [UNINTELLIGIBLE]

13   DR.MIRILASHVILI:        [UNINTELLIGIBLE] Okay, [UNINTELLIGIBLE]

14    ABRAHAM:           [UNINTELLIGIBLE]

15   DR.MIRILASHVILI:        While he waits for the appointment he has to exercise
16   everyday.

17    ABRAHAM:           While you're waiting for your appointment try to exercise at home.

18   DR.MIRILASHVILI:        Okay?

19   CS:                 Alright.

20    DR.MIRILASHVILI:       When you're in the shower, [UNINTELLIGIBLE]
21                           bending, extending, moving around. And the hot water will

| 1  |               | help put your blood circulation. Will help put |
| 2  |               | [UNINTELLIGIBLE] |
|    |               | |
| 3  | ABRAHAM:      | Try to exercise under the hot water. So the pain |
| 4  |               | [UNINTELLIGIBLE] and the muscle [UNINTELLIGIBLE] |
|    |               | |
| 5  |               | [VOICE OVERLAP] |
|    |               | |
| 6  | CS:           | Alright. |
|    |               | |
| 7  | DR.MIRILASHVILI: | Do you want to send the medication to same pharmacy? |
|    |               | |
| 8  | ABRAHAM:      | Are you going to use the same pharmacy. |
|    |               | |
| 9  | CS:           | Yes. |
|    |               | |
| 10 | DR.MIRILASHVILI: | Okay. [UNINTELLIGIBLE] pharmacy |
| 11 |               | [UNINTELLIGIBLE] right? |
|    |               | |
| 12 | CS:           | Yes. |
|    |               | |
| 13 | DR.MIRILASHVILI: | Any question sir? |
|    |               | |
| 14 | ABRAHAM:      | Do you have any question? |
|    |               | |
| 15 | CS:           | No, everything is fine. |
|    |               | |
| 16 | DR.MIRILASHVILI: | Thank you very much sir. Thank you very much. |
|    |               | |
| 17 | CS:           | Okay. |
|    |               | |
| 18 |               | |
|    |               | |
| 19 |               | [BACKGROUND CONVERSATION] |
| 20 |               | |
|    |               | |
| 21 |               | [END OF CONVERSATION] |