| | | |
|---|---|---|
| 1 | | |
| 2 | DATE: | 10/18/2013 |
| 3 | START TIME: | 14:42:18 EDT |
| 4 | DURATION: | 03:58:20 |
| 5 | PARTICIPANTS: | DR. MIRILASHVILI |
| 6 | | AUGUSTIN CRUZ |
| 7 | | CONFIDENTIAL INFORMANT |
| 8 | | a/k/a CS |
| 9 | | |

| | | |
|---|---|---|
| 1 | | [BEGINNING OF CONVERSATION] |
| 2 | | Audio 3:37:50 |
| 3 | | [UNDERLINED WORDS SPOKEN IN ENGLISH] |
| 4 | | [BACKGROUND CONVERSATION] |
| 5 | | [PHONE RINGS] |
| 6 | CS: | [CLEAR THROAT] |
| 7-8 | AUGUSTIN : | La Antigua, Jose. [UNINTELLIGIBLE] Jose, come in. Speak English right ? |
| 9 | CS: | A little. |
| 10 | AUGUSTIN: | [UNINTELLIGIBLE] |
| 11-13 | DR. MIRILASHVILI: | Okay Mr. Jose, lets see [UNINTELLIGIBLE] Okay  Mr. Jose,  When I saw you the last time [COUGHS] you were complaining your lower back lower extremity pains |
| 14 | AUGUSTIN: | Is your back still hurting you? |
| 15 | CS: | No, it's not hurting me anymore. |
| 16 | DR. MIRILASHVILI: | Just ask him exactly what I told you. |
| 17 | AUGUSTIN: | Uh-huh! |
| 18-19 | DR. MIRILASHVILI: | Last time when I saw him he was complaining lower back pain. |
| 20-21 | AUGUSTIN: | When he saw you the other times you were telling him that your back was hurting you? |

| | | |
|---|---|---|
| 1 | CS: | Yes but… |
| 2 | | [VOICES OVERLAP] |
| 3 | DR. MIRILASHVILI: | Oxycodone, thirty milligrams, three times a day. |
| 4 | AUGUSTIN: | He was giving you some little pills. |
| 5 | CS: | Yes. |
| 6 | AUGUSTIN: | Three times a day. |
| 7-8 | DR. MIRILASHVILI: | Also he's receiving Neurotin, one hundred milligrams, twice a day. |
| 9 | AUGUSTIN: | And the other pill you're taking. |
| 10 | DR. MIRILASHVILI: | Elavil, ten milligrams, twice a day. |
| 11 | AUGUSTIN: | The other one is smaller. |
| 12 | CS: | Yes. |
| 13 | DR. MIRILASHVILI: | And Roboxin, seven fifty, twice a day. |
| 14 | AUGUSTIN: | And the other one? Twice a day. |
| 15-16 | DR. MIRILASHVILI: | How much is his lower back pain after he took his medication. |
| 17-18 | AUGUSTIN: | How much you back pain is before you take the pills [ PAUSE] From one to ten? |
| 19 | DR. MIRILASHVILI: | Zero no pain, four little pain. |
| 20 | CS: | No pain. |

| | | |
|---|---|---|
| 1 | DR. MIRILASHVILI: | No pain, thank you.  Any side effects, itching, nausea, |
| 2 | | constipation? |
| 3 | AUGUSTIN: | Does it makes you vomit, or go to the bathroom, nothing? |
| 4 | CS: | No, no. [COUGHS] |
| 5 | | |
| 6 | DR. MIRILASHVILI: | The medication gives you comfortable for twenty four |
| 7 | | hours? |
| 8 | AUGUSTIN: | The pills take away the pain for twenty, one day? |
| 9 | CS: | Yes. |
| 10 | DR. MIRILASHVILI: | I gave you a referral to see an orthopedic doctor, |
| 11 | | hydrotherapy, interventional pain management doctor. Are you |
| 12 | | able to use my referrals? |
| 13 | AUGUSTIN: | He gave you some papers so you could, could go swimming and all |
| 14 | | the stuff. Did you go do all those stuff or you didn't? |
| 15 | CS: | I didn't have time since December, like two months. |
| 16 | AUGUSTIN: | He said he didn't have any time to get over there and take care of |
| 17 | | that stuff. |
| 18 | DR. MIRILASHVILI: | What he said he has no time? |
| 19 | AUGUSTIN: | You have no time or you have no money? |
| 20 | CS: | No, because of work. |
| 21 | AUGUSTIN: | Oh, he said he didn't have anytime because of [STUTTERS] his |
| 22 | | job. |
| 23 | CS: | Until vacation come. |

| | | |
|---|---|---|
| 1 | AUGUSTIN: | Do you need vacation to go over there? |
| 2 | CS: | Yes, when they give me vacation. |
| 6-10 | DR. MIRILASHVILI: | This is for your benefits. Why do you think I'm giving you these referrals, I want to just waste my time and your time? I Want the what [UNINTELLIGIBLE] I want, I want to know if they can remove the cause of your pain. And I want to know you're rebuilding your muscles ligaments. |
| 11-13 | AUGUSTIN: | He wants you to go over there, [PAUSE] to swim. Then they will call him and then they call him and tell him this part is fine and the progress and all that. |
| 14 | | [VOICES OVERLAP] |
| 15 | CS: | Oh okay. [UNINTELLIGIBLE] |
| 16 | | [VOICES OVERLAP] |
| 17 | AUGUSTIN: | You have to take vacation so you can do all of that. |
| 18 | CS: | Okay. |
| 19 | DR. MIRILASHVILI: | Walk, Turn around, walk [UNINTELLIGIBLE] |
| 20 | AUGUSTIN: | Are you sure that [UNINTELLIGIBLE] |
| 21-23 | DR. MIRILASHVILI: | [UNINTELLIGIBLE] to the right side, to the left side. [UININTELLIGIBLE].Stand on your heels, on your toes, squat, squat. Take off your [UNINTELLIGIBLE] please. |

1  CS:                  [UNINTELLIGIBLE]

2  DR. MIRILASHVILI:    Try this

3  CS:                  [UNINTELLIGIBLE]

4  DR. MIRILASHVILI:    Pain? [UNINTELLIGIBLE]

5  CS:                  No.

6

7  DR. MIRILASHVILI:    You have pain, pain here, right? Yes or no?

8  AUGUSTIN:            Do you have pain there?

9  CS:                  No.

10 DR. MIRILASHVILI:    No?

11 AUGUSTIN:            It doesn't hurt?

12 DR. MIRILASHVILI:    No pain? No pain?

13 CS:                  No.

14 DR. MIRILASHVILI:    No pain?

15 CS:                  No.

16 DR. MIRILASHVILI:    Okay. Thank you.

17 CS:                  Thank you.

18 DR. MIRILASHVILI:    [UNINTELLIGIBLE]

1  CS:                [UNINTELLIGIBLE]

2  DR. MIRILASHVILI:  Thank you, [UNINTELLIGIBLE]

3  CS:                [LAUGHS] [COUGHS]

4  DR. MIRILASHVILI:  [UNINTELLIGIBLE] which pharmacy you want to go?

5  CS:                Ah Queens ?

6  DR. MIRILASHVILI:  Queens?

7  CS:                Yes.

8  DR. MIRILASHVILI:  [UNINTELLIGIBLE]

9  CS:                Yes.

10 DR. MIRILASHVILI:  [UNINTELLIGIBLE]

11 CS:                Yes.[COUGHS]

12 DR. MIRILASHVILI:  What type of job are you doing? What type of work you
13 do?

14 CS:                Parking.

15 DR. MIRILASHVILI:  Parking?

16 CS:                Yeah. [COUGHS]

17 DR.MIRILASHVILI:   Alright sir, thank you very much. Get well soon. Blessings!

18 CS:                Bye- bye.

19 AUGUSTIN:          Thank you.

| | | |
|---|---|---|
| 1 | CS: | [UNINTELLIGIBLE] Urine and from the therapy. |
| 2 | AUGUSTIN: | Okay. |
| 3 | CS: | I'm going to leave it in the garbage for you. |
| 4 | AUGUSTIN: | Okay. |
| 5 | | [BEEPING SOUND] |
| 6 | | [TOILET FLUSHING SOUND] |
| 7 | | |
| 8 | | |
| 9 | CS: | Okay, I left it there, next to the garbage. |
| 10 | | [BACKGROUND CONVERSATION] |
| 11 | | [PHONE RINGS] |
| 12 | | [END OF CONVERSATION] |
| 13 | | |
| 14 | | |
| 15 | | |
| 16 | | |
| 17 | | |
| 18 | | |
| 19 | | |

