|   |   |   |
|---|---|---|
| 1 |   |   |
| 2 | DATE: | 11/20/2013 |
| 3 | START TIME: | 0812 EDT |
| 4 | DURATION: | 00:46:19 |
| 5 | PARTICIPANTS: | DR. MIRILASHVILI |
| 6 |   | CONFIDENTIAL INFORMANT |
| 7 |   | a/k/a CS |

TRANSCRIPTION**Error! Reference source not found.** 3-19-2014**Error! Reference source not found.** CALL: 5**Error! Reference source not found.**

1

2                          [BEGINNING OF CONVERSATION]

3                          [CONVERSATION IN ENGLISH]

4                  [UNDERLINED WORDS SPOKEN IN SPANISH]

5                                      27:59

6     CS:                  [UNINTELLIGIBLE] Cold.

7     DR.MIRILASHVILI:     Cold? Yeah.

8     CS:                  Sore throat.

9     DR. MIRILASHVILI:    Ay, ay! Aright, you're taking medication from us. The urine
10                         says is okay. Pay for your visit. Please. Pay for your visit.

11    CS:                  Yeah.

12                                  [LONG PAUSE]

13    DR. MIRILASHVILI:    This is your receipt . Thank you very much.

14    CS:                  Thank you. [CLEARS THROAT] is very good there. A lot of
15                         money, sick.

16    DR. MIRILASHVILI:    Yeah. Very, very money.

17    CS:                  And my father last, last month with the [PAUSE] business
18                         [UNINTELLIGIBLE] three hundred and two twenty. Yeah.

19    DR. MIRILASHVILI:    Okay, Mr. Jose when I see you the last time you were
20                         complaining of you [PAUSE] lower back lower extremity pain,
21                         right? You are receiving yours Oxycodone, thirty milligrams, three
22                         times a day. Also you're receiving your Neurontin, hundred
23                         milligrams, twice a day. Elavil, ten milligram twice a day.

| | | |
|---|---|---|
| 1 | | Robaxin, seven fifty, twice a day.. |
| 2 | CS: | Yeah. |
| 3 | DR. MIRILASHVILI: | How much is your lower back pain Mr. Jose after you took |
| 4 | | your medication? |
| 5 | CS: | Little [STUTTERS] |
| 6 | DR. MIRILASHVILI: | Zero[PHONETIC]? |
| 7 | CS: | Yeah. |
| 8 | DR. MIRILASHVILI: | Zero, You have no pain? Any side effects, itching, nausea, |
| 9 | | constipation? |
| 10 | CS: | No, no. [PAUSE] Only my car is no good. You change the |
| 11 | | pharmacy is too[PAUSE] very too much for me no car for Queens. |
| 12 | | No in the Manhattan? |
| 13 | DR. MIRILASHVILI: | Okay, sure. Any pharmacy you want. |
| 14 | CS: | Oh okay, alright, thank you. |
| 15 | DR. MIRILASHVILI: | No problem. |
| 16 | CS: | Okay. You know to cross the bridge. |
| 17 | DR. MIRILASHVILI: | No problem. |
| 18 | CS: | [UNINTELLIGIBLE] Thank you, thank you. [COUGHS] |
| 19 | DR. MIRILASHVILI: | Did you use my referral? Did you see orthopedic doctor, |
| 20 | | Hydrotherapy, Physical therapy? |
| 21 | CS: | Yeah, yeah. |

1   DR. MIRILASHVILI:        What the orthopedic doctor told you about your problem?

2   CS:                      They, them, um, the, eh [UNINTELLIGIBLE]

3   DR. MIRILASHVILI:        Okay.

4   CS:                      Yeah.

5   DR. MIRILASHVILI:        What he told you after he examined you, what he
6                            told you about your lower back?

7   CS:                      He said next year for the surgery for me. [PAUSE] The next year.

8   DR. MIRILASHVILI:        You saw orthopedic doctor, bone doctor?

9   CS:                      Yeah, yeah.

10  DR. MIRILASHVILI:        What he told you about your lower back problem <u>sir</u>?
11                           [PAUSE] You need the operation he said.

12  CS:                      Yes, by the next year.

13  DR. MIRILASHVILI:        Next year?

14                           [VOCES OVERLAP]

15  CS:                      [UNINTELLIGIBLE] vacation, between January and February.

16  DR. MIRILASHVILI:        Right, so he wants to do the surgery?

17  CS:                      Yeah.

18  DR. MIRILASHVILI:        On the lower back?

19  CS:                      Yes.

20  DR. MIRILASHVILI:        correct?

| | | |
|---|---|---|
| 1 | CS: | Yeah. |
| 2 | DR. MIRILASHVILI: | Thank you. |
| 3 | CS: | Sorry for my English sir too little. |
| 4 | DR. MIRILASHVILI: | Your English is very well. |
| 5 | CS: | [LAUGHS] No problem. [COUGHS] |
| 6-7 | DR. MIRILASHVILI: | Are you doing hydrotherapy in the swimming pool, exercises? |
| 8 | CS: | [UNINTELLIGIBLE] in my house. But [PAUSE] |
| 9-14 | DR. MIRILASHVILI: | Okay, okay. [PAUSE] Okay, stand up here. Let me examine you. Walk, walk please. [PAUSE] turn around, walk again please. Turn around. Bend over please. [PAUSE] Good. Give me the hands. Give me the hands. Come, come, come. Stand on your heels, on your toes. Squat as much you can, squat. Good, good. Is |
| 15 | | [VOICES OVERLAP] |
| 16 | CS: | [UNINTELLIGIBLE] a little much in here. |
| 17 | DR. MIRILASHVILI: | Bend over, bend over. Pain? [PAUSE] Yes? |
| 18 | CS: | Just a little. |
| 19 | DR. MIRILASHVILI: | A little, pain? |
| 20 | CS: | A little bit. |
| 21 | DR. MIRILASHVILI: | Pain? |
| 22 | CS: | No. |

| | | |
|---|---|---|
| 1 | DR. MIRILASHVILI: | Alright, seat down. You need more exercise Mr. Jose. |
| 2 | CS: | [GIGGLES] Alright. |
| 3 4 5 | DR. MIRILASHVILI: | Go to swimming pool.  You need to take medication. Okay? With the doctor we'll decide if you do the surgery. Bring me report. |
| 6 | CS: | Okay. |
| 7 8 | DR. MIRILASHVILI: | We'll read report together. If it's necessary I'll send you for second opinion. |
| 9 | CS: | Alright.  Thank you. |
| 10 | DR. MIRILASHVILI: | <u>One moment, one moment.</u> Which pharmacy? |
| 11 | CS: | [RUSTLING SOUND] [UNINTELLIGIBLE] |
| 12 13 | DR. MIRILASHVILI: | [UNINTELLIGIBLE] I don't know which you're looking for. |
| 14 | CS: | [UNINTELLIGIBLE]. |
| 15 16 | DR. MIRILASHVILI: | Yeah. Where in Manhattan are going, downtown Manhattan, middle Manhattan? |
| 17 | CS: | Downtown. |
| 18 | DR. MIRILASHVILI: | Downtown. |
| 19 | CS: | Downtown, yes. |
| 20 | DR. MIRILASHVILI: | Is it Broadway okay? |
| 21 22 | CS: | Yes. [UNINTELLIGIBLE] Broadway [STATIC NOISE] [CLEARS THROAT] |

| | | |
|---|---|---|
| 1 | DR. MIRILASHVILI: | Three seven [STATIC NOISE] Broadway [PHONETIC] |
| 2 | CS: | [UNINTELLIGIBLE] Perfect. Okay. |
| 3 | | [BACKGROUND CONVERSATION] |
| 4 | DR. MIRILASHVILI: | Okay, Address and phone number. |
| 5 | CS: | Alright, thank you. |
| 6 | DR. MIRILASHVILI: | Thank you very much. <u>Thank you very much.</u> |
| 7 | CS: | Welcome. |
| 8 | | [BACKGROUND CONVERSATION] |
| 9 | | |
| 10-12 | [CS ON A PHONE CALL: | [COUGHS] [SPITS] Big [UNINTELLIGIBLE] okay. Alright, see you.] |
| 13 | | [END OF CONVERSATION] |
| 14 | | |

1

2



1

2



1

2



1

2



1

2



1

2

3

4



1     1

