| | | |
|---|---|---|
| 1 | | |
| 2 | DATE: | 02/25/2014 |
| 3 | START TIME: | 0816 EDT |
| 4 | DURATION: | 01:49:53 |
| 5 | PARTICIPANTS: | DR. MIRILASHVILI |
| 6 | | CONFIDENTIAL INFORMANT |
| 7 | | a/k/a CS |
| 8 | | UNKNOWN FEMALE |
| 9 | | a/k/a U/F |
| 10 | | |

TRANSCRIPTION**Error! Reference source not found.** 3-19-2014**Error! Reference source not found.** CALL: 4**Error! Reference source not found.**

1



| | | |
|---|---|---|
| 1 | | [BEGINNING OF CONVERSATION] |
| 2 | | [UNDERLINED WORDS SPOKEN IN ENGLISH] |
| 3<br>4 | DR. MIRILASHVILI: | [RUSTLING SOUND] [UNINTELLIGIBLE] Thank you very much. |
| 5 | CS: | Thank you. |
| 6 | U/F: | Uh-huh! |
| 7<br>8 | DR. MIRILASHVILI: | Okay, [UNINTELLIGIBLE] everything is okay. It recuperates very quickly. |
| 9 | U/F: | Everything is fine. That everything came out fine. |
| 10 | DR. MIRILASHVILI: | [UNINTELLIGIBLE] |
| 11 | U/F: | [UNINTELLIGIBLE] |
| 12 | | [COUGHS] |
| 13 | | [PHONE RINGS] |
| 14<br>15 | DR. MIRILASHVILI: | [UNINTELLIGIBLE] look in the files [PAUSE] [UNINTELLIGIBLE] please. |
| 16 | CS: | [UNINTELLIGIBLE] |
| 17<br>18 | DR. MIRILASHVILI: | [UNINTELLIGIBLE] Last time you were complaining of your [PAUSE] lower back lower extremity pain. |
| 19 | U/F: | When you came you were complaining about your lower back. |
| 20 | CS: | Uh-huh! |
| 21 | U/F: | [UNINTELLIGIBLE] He says yes. |

| | | |
|---|---|---|
| 1 | DR. MIRILASHVILI: | He's receiving Oxycodone, thirty milligrams, three times a day. |
| 2 | U/F: | You're receiving a medicine he's prescribing. |
| 3 | DR. MIRILASHVILI: | Also he's receiving the Neurotin, a hundred milligrams, twice a |
| 4 | | day. |
| 5 | U/F: | You're receiving another medicine [UNINTELLIGIBLE] |
| 6 | | [VOICES OVERLAP] |
| 7 | DR. MIRILASHVILI: | Elavil ten milligrams, twice a day. |
| 8 | U/F: | The other one too. |
| 9 | DR. MIRILASHVILI: | And Roboxin, seven fifty, twice a day. |
| 10 | CS: | Uh-huh! |
| 11 | DR. MORSHE: | How much is it lower the pain [UNINTELLIGIBLE] after you |
| 12 | | taking medication, do you pain? |
| 13 | CS: | No pain, no pain. |
| 14 | DR. MIRILASHVILI: | No pain, okay, good.  Any side effects yet? |
| 15 | U/F: | If you have like [PAUSE] the medicine side effects? |
| 16 | DR. MIRILASHVILI: | Nausea, vomiting? |
| 17 | | [VOICES OVERLAP] |
| 18 | U/F: | Like vomiting? |

| | | |
|---|---|---|
| 1 | DR. MIRILASHVILI: | <u>Constipation?</u> |
| 2 | U/F: | Like |
| 3 | CS: | No. |
| 4<br>5 | DR. MIRILASHVILI: | <u>The medication keeps you comfortable for twenty four hours?</u> |
| 6 | U/F: | The medication keeps you calm fro twenty four hours? |
| 7 | CS: | Yes. |
| 8 | U/F: | Yes. |
| 9 | DR. MIRILASHVILI: | Did he uses my, a, referrals? Did he see <u>orthopedic doctor?</u>. |
| 10 | U/F: | If the pain cease with the, the… |
| 11 | | [VOCES OVERLAP] |
| 12 | DR. MORSHE: | <u>Orthopedic</u> [PHONETIC] |
| 13<br>14 | CS: | Eh, I'm waiting until I get vacation from work. I'm doing exercises at home. |
| 15<br>16 | U/F: | <u>He's waiting, umm, for him to get umm, for him to get vacation from his job [UNINTELLIGIBLE] at home.</u> |
| 17<br>18 | DR. MIRILASHVILI: | <u>Okay, [UNINTELLIGIBLE] Ymca. Did he go to the swimming pool in Ymca?</u> |
| 19 | U/F: | Did you go to the pool, at the Ymca? |
| 20 | CS: | [UNINTELLIGIBLE] |
| 21 | U/F: | Yeah. |

1   DR. MIRILASHVILI:        Is helping you?

2   UF:                      Is it helping you?

3   CS:                      Yes it helps a lot.

4   U/F:                     Yeah.

5   DR. MIRILASHVILI:        Go to next to door. Walk, walk, Walk back.

6   CS:                      Oh, you speak Spanish?

7   DR. MIRILASHVILI:        A little.

8   U/F:                     [Laughs]

9   DR. MIRILASHVILI:        I speak.

10  U/F:                     No down.

11  DR. MIRILASHVILI:        I speak low?

12  CS:                      Bend down.

13  UF:                      Bend down.

14  DR. MIRILASHVILI:        Bend down.

15  CS:                      [LAUGHS]

16  DR.MIRILASHVILI:         Bend down. [UNINTELLIGIBLE]

17                           [VOICES OVERLAP]

18  U/F:                     [UNINTLLIGIBLE]

| | | |
|---|---|---|
| 1<br>2 | DR. MIRILASHVILI: | Left side is [UNINTELLIGIBLE] come here; bend over on your elbows. Bend over. |
| 3 | U/F: | No, turn around. |
| 4 | | [VOICES OVERLAP] |
| 5 | DR. MIRILASHVILI: | On your elbows. |
| 6 | U/F: | And bend like this. |
| 7 | DR. MIRILASHVILI: | Bend, no, no sir, bend over there. |
| 8 | CS: | Oh. |
| 9 | DR. MIRILASHVILI: | Do you have pain there? |
| 10 | CS: | No. |
| 11 | DR. MIRILASHVILI: | No pain? |
| 12 | CS: | No. |
| 13 | DR. MIRILASHVILI: | Do you have pain there? |
| 14 | CS: | Little. |
| 15 | DR. MIRILASHVILI: | Little. Do you have pain there? |
| 16 | CS: | No. |
| 17<br>18 | DR. MIRILASHVILI: | Okay, he needs to finish his medication. He needs continue his therapy and swimming pool. Okay? |
| 19 | CS: | Okay, thank you. |
| 20 | DR. MIRILASHVILI: | What type of job he is in? |

| | | |
|---|---|---|
| 1 | U/F: | What kind of work are you doing? |
| 2 | CS: | Oh, at a parking lot but I don't lift anything heavy. |
| 3 | U/F: | He works in a parking lot but the doesn't do anything that |
| 4 | | [VOICES OVERLAP] |
| 5 | DR. MIRILASHVILI: | [UNINTELLIGIBLE] which pharmacy he wants to go? |
| 6 | U/F: | Which pharmacy do you want to go? |
| 7 | CS: | On Broadway Three seven three [PHONETIC] |
| 8 | DR. MIRILASHVILI: | Three seventy three Broadway. |
| 9 | CS: | Yeah. |
| 10-11 | DR. MIRILASHVILI: | Okay, tell him like this, when he came first time he came with inflammation. |
| 12 | U/F: | When you came you had and inflammation there. |
| 13 | CS: | Uh-huh! |
| 14-15 | DR.MIRILASHVILI: | The inflammation caused by damage muscles in his ligaments then his nerves. |
| 16 | U/F: | That the same thing with, with [PAUSE] |
| 17 | DR.MIRILASHVILI: | Damage. |
| 18 | U/F: | With that damage bone. |
| 19 | CS: | Uh-huh! |
| 20 | DR.MIRILASHVILI: | Damage muscle, the ligaments in there. |

1  U/F:                The muscles, the, the, you know what he's saying right?

2  DR.MIRILASHVILI:     Okay?

3  U/F:                 Yes, he knows.

4  DR. MIRILASHVILI:    Is okay, is okay, is okay, you did fine. Thank you.

5  U/F:                 [LAUGHS]

6  DR. MIRILASHVILI:    With the medication and therapy slowly we keep this
7                       inflammation under control.

8  U/F:                 The medicine and therapy that thing will go down.

9  DR. MIRILASHVILI:    So you have to continue your medicine and your therapy to
10                      completely recover.

11 CS:                  Alright.

12 DR. MIRILASHVILI:    Okay?

13 CS:                  Alright.

14 DR. MIRILASHVILI:    Any question sir?

15 CS:                  No, no.

16 DR. MIRILASHVILI:    Thank you very much.

17 CS:                  Thank you. Alright.

18 U/F:                 [LAUGHS]

19 DR. MIRILASHVILI:    Thank you.

20                            [BACKGROUND CONVERSATION]

1  [BACKGROUND:    DR. MIRILASHVILI: I'm looking for Spanish speaking MA
2  [PHONETIC] [UNINTELLIGIBLE]. Spanish speaking medical attendant, if you know
3  any body or anybody [UNINTELLIGIBLE] [STATIC NOISE]  [UNINTELLIGIBLE] my
4  old Spanish speaking interpreter [UNINTELLIGIBLE ]]

5  [PHONE RINGS]

6  [BACKGROUND CONVERSATIONS]

7  [LAUGHS]

8  [BACKGROUND CONVERSATON]

9  [CS ON A PHONE CALL: I'm out. Walking toward the sixty [PHONETIC]. Yes, the
10 black guy, eh, Johany [PHONETIC] is giving birth but call. Call her.  Write down my
11 number. We have to wait until she gets out.  But the black guy gave me a sign, when I
12 gave him the money from him [PAUSE] and he told me bring me something and I will
13 pass you something. Okay, okay. [PAUSE] Tell me, here in the [UNINTELLIGIBLE].
14 It's cold today. Uh-huh! So you know. I went to court early. Now I'm over here. Going to
15 Manhattan, I'm going there later. Are you going to be there? Are you going to be in the
16 house? [LAUGHS] Uh-um. Well, I might pass by [PAUSE] Of course, I told, I told
17 her/him yesterday. And he talked bad to me. I told him you can't [UNINTELLIGIBLE]
18 you have to lose as well. So you know. I will call you later, I can't talk right now. I'll call
19 you later.]

20 [END OF CONVERSATION]

21

22