LAW OFFICES OF
## JOSHUA L. DRATEL, P.C.
A PROFESSIONAL CORPORATION

29 BROADWAY
Suite 1412
NEW YORK, NEW YORK 10006
---
TELEPHONE (212) 732-0707
FACSIMILE (212) 571-3792
E-MAIL: JDratel@JoshuaDratel.com

JOSHUA L. DRATEL
—
LINDSAY A. LEWIS
WHITNEY G. SCHLIMBACH

STEVEN WRIGHT
*Office Manager*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/21/15

MEMO ENDORSED

September 18, 2015

**BY ECF**

The Honorable Colleen McMahon
United States District Judge
Southern District of New York
Daniel P. Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

Granted

Colleen McMahon
9/21/15

Re:   *United States v. Moshe Mirilishvili*,
      14 Cr. 810 (CM)

Dear Judge McMahon:

This letter is submitted on behalf of defendant Dr. Moshe Mirilashvili, whom I represent in the above-entitled matter, and seeks an adjournment of the due date for Dr. Mirilashvili's reply to the government's response to pretrial motions, currently due today, until Thursday, September 24, 2015. I have spoken with Assistant United States Attorneys Edward B. Diskant and Brooke E. Cucinella, and they have informed me that the government does not object to this request, and neither party objects to an adjournment of a hearing on the motions, currently scheduled for October 1, 2015, to a date and time convenient to the Court.

The reasons for the adjournment are as follows: I was out of the office in observance of the Jewish holiday two days earlier this week and out of the office on business last week when the government's response was filed. In addition, my associate Whitney G. Schlimbach, Esq., who has been working on this case, was on vacation last week, and I have just finished filing a lengthy sentencing memorandum due this week in another case.

LAW OFFICES OF
**JOSHUA L. DRATEL, P.C.**

Hon. Colleen McMahon
United States District Judge
Southern District of New York
September 18, 2015
Page 2 of 2

   Accordingly, it is respectfully requested that the Court adjourn the due date for Dr. Mirilashvili's reply to the government's response to pretrial motions, until Thursday, September 24, 2015. As noted above, Assistant United States Attorneys Edward B. Diskant and Brooke E. Cucinella do not object to this request, provided that neither party objects to an adjournment of a hearing on the motions, currently scheduled for October 1, 2015, to a date and time convenient to the Court.

               Very truly yours,

               Joshua L. Dratel

JLD/
cc: Edward B. Diskant
   Brooke E. Cucinella
   Assistant United States Attorneys