UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x
                                                                 :
UNITED STATES OF AMERICA,                                        :
                                                                 :  14 Cr. 810 (CM)
     – against –                                                 :
                                                                 :  NOTICE OF APPEARANCE
Moshe Mirilishvili, et al.,                                      :  AS COUNSEL FOR DEFENDANT
                                                                 :  MOSHE MIRILISHVILI
                              Defendants.                         :
---------------------------------------------------------------- :
                                                                 x

      PLEASE TAKE NOTICE that the undersigned hereby appears as counsel for

defendant Moshe Mirilishvili in the above-captioned matter.  Counsel respectfully requests to be

notice electronically on all case filings in this matter.  The undersigned certifies that he is

admitted to practice in this Court.

Dated:  New York, NY
      January 6, 2016


              CLAYMAN & ROSENBERG LLP


              By:  _____/S/_____
                  Wayne E. Gosnell, Jr. (WG2422)
                  305 Madison Avenue
                  New York, NY  10165
                  T. 212-922-1080
                  F. 212-949-8255
                    gosnell@clayro.com

              *Counsel for Defendant Moshe Mirilishvili*