

305 Madison Avenue
New York, NY 10165
T: 212-922-1080
F: 212-949-8255

Henry E. Mazurek
Wayne E. Gosnell, Jr.
mazurek@clayro.com
gosnell@clayro.com

January 6, 2016

By ECF and Email

The Honorable Colleen McMahon
United States District Judge
United States District Court
500 Pearl Street
New York, New York 10007

Re:     United States v. Mirilishvili, 14 Cr. 810 (CM)

Dear Judge McMahon:

We write on behalf of defendant Moshe Mirilishvili to respectfully request that this Court endorse the attached Consent Order Granting Dr. Mirilishvilli's Motion for Substitution of Counsel (Exhibit A).  Dr. Mirilishvili has retained our firm to represent him for the duration of this matter.  We have been apprised of the pre-trial deadlines and trial schedule set previously by this Court.  Outgoing counsel Joshua Dratel already has transferred his files to us, including the entirety of the government discovery produced to date.

We have conferred with the Government regarding this application, and Assistant United States Attorney Brooke Cucinella indicated that the Government has no objection to this substitution motion.

The parties are available to be heard on this motion if the Court seeks additional information.

Respectfully yours,

/S/

Henry E. Mazurek
Wayne E. Gosnell, Jr
*Counsel for Defendant Moshe Mirilishvili*

cc:     Brooke E. Cucinella and Edward B. Diskant, A.U.S.A.s