AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

Southern          **District of**          New York

United States of America

Plaintiff (s),

V.

Moshe Mirilishvili

Defendant (s),

**CONSENT ORDER GRANTING
SUBSTITUTION OF ATTORNEY**

CASE NUMBER:    14-cr-810-CM

Notice is hereby given that, subject to approval by the court,    Moshe Mirilishvili    substitutes

(Party (s) Name)

Henry E. Mazurek                              , State Bar No.    2636520        as counsel of record in

(Name of New Attorney)

place of    Joshua L. Dratel of the Law Offices of Joshua L. Dratel, P.C.

(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name:        Clayman & Rosenberg, LLP

Address:          305 Madison Avenue, Suite 1301, New York, New York 10165

Telephone:        (212) 922-1080                Facsimile   (212) 949-8255

E-Mail (Optional):   mazurek@clayro.com

I consent to the above substitution.

Date:                1/5/2016

(Signature of Party (s))

I consent to being substituted.

Date:                1/5/2016

(Signature of Former Attorney (s))

I consent to the above substitution.

Date:                1/5/2016

(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date:

Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]