Case 1:14-cr-00810-CM   Document 158-1   Filed 01/08/16   Page 1 of 1

◊AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

__Southern__ District of __New York__

United States of America
                Plaintiff (s),
V.
Moshe Mirilishvili
                Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 14-cr-810-CM

Notice is hereby given that, subject to approval by the court, __Moshe Mirilishvili__ (Party (s) Name) substitutes __Henry E. Mazurek__ (Name of New Attorney), State Bar No. __2836520__ as counsel of record in place of __Joshua L. Dratel of the Law Offices of Joshua L. Dratel, P.C.__ (Name of Attorney (s) Withdrawing Appearance).

Contact information for new counsel is as follows:

Firm Name: Clayman & Rosenberg, LLP
Address: 305 Madison Avenue, Suite 1301, New York, New York 10165
Telephone: (212) 922-1080    Facsimile: (212) 949-8255
E-Mail (Optional): mazurek@clayro.com

I consent to the above substitution.
Date: 1/5/2016
(Signature of Party (s))

I consent to being substituted.
Date: 1/5/2016
(Signature of Former Attorney (s))

I consent to the above substitution.
Date: 1/5/2016
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.
Date: 1/19/2016
Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/19/16