| | |
|---|---|
| **From:** | Diskant, Edward (USANYS) |
| **To:** | Henry Mazurek (mazurek@clayro.com); Wayne Gosnell (gosnell@clayro.com) |
| **Cc:** | Cucinella, Brooke (USANYS) |
| **Subject:** | Expert Notice |
| **Date:** | Sunday, January 24, 2016 12:48:10 PM |
| **Attachments:** | Gharibo Testimony (US v Lowe).pdf |
| | Winsley Testimony (US v Wiseberg).pdf |

Henry/Wayne – In an effort to address some of the concerns you raised about our expert notice, we are providing to you at this time transcripts of each of our noticed experts' prior testimony in cases raising similar issues in this District within the last year.

In particular, with respect to Christopher Gharibo, we are producing a transcript of his testimony in *United States* v. *Lowe*, 14 Cr. 055 (LGS) from April 2015, and with respect to William Winsley, we are producing a transcript of his testimony in *United States* v. *Wiseberg et al.*, 13 Cr. 794 (AG) from October 2015.

We believe these will provide you with far more detail on the nature of the opinions each would offer on many of non-defendant specific subjects identified in our expert notice (such as their views of "red flags of diversion" or the appropriate treatment of pain patients) as well as the bases for those opinions.

Ted