| Script Number | Date Rx Written | Date Filled | Refill Number | DEA Name | Product Name | Quantity Dispensed | Days Supply | Strength | Last Name Initial | First Name Initial |
|---|---|---|---|---|---|---|---|---|---|---|
| 0QNJ5623 | 6/5/2013 | 6/5/2013 | 0 | MIRILASHVILI, MOSHE B MD | OXYCODONE HCL 30MG USP TABLETS | 90 | 30mg | 30 | A. | K. |