| Script Number | Date Rx Written | Date Filled | Refill Number | DEA Name | Product Name | Quantity Dispensed | Days Supply | Strength | Last Name Initial | First Name Initial |
|---|---|---|---|---|---|---|---|---|---|---|
| 04CN2C58 | 11/10/2011 | 11/10/2011 | 0 | MIRILASHVILI, MOSHE B MD | OXYCODONE HYDROCHLORIDE 30MG TABLETS | 180 | 30mg | 30 | F. | A. |
| 04CPMD07 | 12/22/2011 | 12/23/2011 | 0 | MIRILASHVILI, MOSHE B MD | OXYCODONE HCL 30MG TABLETS, 100 CT | 180 | 30mg | 180 | F. | A. |
| 0486ZB49 | 1/7/2012 | 1/7/2012 | 0 | MIRILASHVILI, MOSHE B MD | OXYCODONE HCL 30MG USP TABLETS | 180 | 30mg | 30 | F. | A. |
| 04CPYD24 | 1/10/2012 | 1/10/2012 | 0 | MIRILASHVILI, MOSHE B MD | OXYCODONE HYDROCHLORIDE USP 30MG TAB | 240 | 30mg | 30 | F. | A. |
| 04CPMD04 | 1/23/2012 | 1/30/2012 | 0 | MIRILASHVILI, MOSHE B MD | OXYCODONE HCL 30MG TABLETS, 100 CT | 240 | 30mg | 30 | F. | A. |
| 04CPYD04 | 1/24/2012 | 1/26/2012 | 0 | MIRILASHVILI, MOSHE B MD | OXYCODONE HCL 30MG TABLETS, 100 CT | 180 | 30mg | 30 | F. | A. |
| 0487FY55 | 2/8/2012 | 2/8/2012 | 0 | MIRILASHVILI, MOSHE B MD | OXYCODONE HCL 30MG USP TABLETS | 180 | 30mg | 30 | F. | A. |
| 0487FY52 | 2/10/2012 | 2/10/2012 | 0 | MIRILASHVILI, MOSHE B MD | OXYCODONE HYDROCHLORIDE USP 30MG TAB | 240 | 30mg | 30 | F. | A. |
| 0486NZ02 | 2/21/2012 | 3/1/2012 | 0 | MIRILASHVILI, MOSHE B MD | OXYCODONE HCL 30MG USP TABLETS | 180 | 30mg | 30 | F. | A. |
| 0486NZ34 | 2/28/2012 | 2/28/2012 | 0 | MIRILASHVILI, MOSHE B MD | OXYCODONE HCL 30MG USP TABLETS | 180 | 30mg | 30 | F. | A. |
| 04873F36 | 3/13/2012 | 3/13/2012 | 0 | MIRILASHVILI, MOSHE B MD | OXYCODONE HYDROCHLORIDE USP 30MG TAB | 240 | 30mg | 30 | F. | A. |
| 0486NZ26 | 3/28/2012 | 4/2/2012 | 0 | MIRILASHVILI, MOSHE B MD | OXYCODONE HCL 30MG USP TABLETS | 180 | 30mg | 30 | F. | A. |
| 0486NZ24 | 3/28/2012 | 4/2/2012 | 0 | MIRILASHVILI, MOSHE B MD | OXYCODONE HCL 30MG TABLETS, 100 CT | 180 | 30mg | 30 | F. | A. |
| 04QP1M64 | 4/12/2012 | 5/7/2012 | 0 | MIRILASHVILI, MOSHE B MD | OXYCODONE HCL 30MG USP TABLETS | 180 | 30mg | 30 | F. | A. |
| 04QNRW05 | 4/20/2012 | 4/20/2012 | 0 | MIRILASHVILI, MOSHE B MD | OXYCODONE HCL 30MG TABLETS, 100 CT | 180 | 30mg | 30 | F. | A. |
| 04QP1M43 | 4/30/2012 | 5/2/2012 | 0 | MIRILASHVILI, MOSHE B MD | OXYCODONE HYDROCHLORIDE 30MG TABLETS | 180 | 30mg | 30 | F. | A. |
| 04QP1M38 | 5/2/2012 | 5/2/2012 | 0 | MIRILASHVILI, MOSHE B MD | OXYCODONE HCL 30MG TABLETS, 100 CT | 180 | 30mg | 30 | F. | A. |
| 04QNRV76 | 6/1/2012 | 6/6/2012 | 0 | MIRILASHVILI, MOSHE B MD | OXYCODONE HCL 30MG USP TABLETS | 180 | 30mg | 30 | F. | A. |
| 04QNRV78 | 6/1/2012 | 6/1/2012 | 0 | MIRILASHVILI, MOSHE B MD | OXYCODONE HYDROCHLORIDE 30MG TABLETS | 180 | 30mg | 30 | F. | A. |
| 04QNRV88 | 6/4/2012 | 6/8/2012 | 0 | MIRILASHVILI, MOSHE B MD | OXYCODONE HCL 30MG TABLETS, 100 CT | 180 | 30mg | 30 | F. | A. |
| 04QNRV77 | 6/8/2012 | 6/8/2012 | 0 | MIRILASHVILI, MOSHE B MD | OXYCODONE HCL 30MG TABLETS, 100 CT | 180 | 30mg | 30 | F. | A. |
| 04QP1X34 | 7/19/2012 | 7/31/2012 | 0 | MIRILASHVILI, MOSHE B MD | OXYCODONE HCL 30MG USP TABLETS | 180 | 30mg | 30 | F. | A. |
| 04QP1Y26 | 7/19/2012 | 8/3/2012 | 0 | MIRILASHVILI, MOSHE B MD | OXYCODONE HCL 30MG TABLETS, 100 CT | 180 | 30mg | 30 | F. | A. |
| 04QP1X33 | 8/2/2012 | 8/2/2012 | 0 | MIRILASHVILI, MOSHE B MD | OXYCODONE HCL 30MG TABLETS, 100 CT | 180 | 30mg | 30 | F. | A. |
| 04QP1Y42 | 8/29/2012 | 9/4/2012 | 0 | MIRILASHVILI, MOSHE B MD | OXYCODONE HCL 30MG USP TABLETS | 180 | 30mg | 30 | F. | A. |
| 04QP1X15 | 10/1/2012 | 10/25/2012 | 0 | MIRILASHVILI, MOSHE B MD | OXYCODONE HCL 30MG TABLETS, 100 CT | 180 | 30mg | 30 | F. | A. |
| 04QP1X24 | 10/1/2012 | 10/12/2012 | 0 | MIRILASHVILI, MOSHE B MD | OXYCODONE HCL 30MG USP TABLETS | 180 | 30mg | 30 | F. | A. |
| 04QP1X23 | 10/9/2012 | 10/9/2012 | 0 | MIRILASHVILI, MOSHE B MD | OXYCODONE HCL 30MG TABLETS, 100 CT | 180 | 30mg | 30 | F. | A. |
| 04QP1X08 | 11/15/2012 | 11/27/2012 | 0 | MIRILASHVILI, MOSHE B MD | OXYCODONE HCL 30MG USP TABLETS | 180 | 30mg | 30 | F. | A. |
| 04QP1X14 | 11/26/2012 | 12/18/2012 | 0 | MIRILASHVILI, MOSHE B MD | OXYCODONE HYDROCHLORIDE 30MG TABLETS | 180 | 30mg | 30 | F. | A. |
| 04QP1X13 | 11/26/2012 | 11/28/2012 | 0 | MIRILASHVILI, MOSHE B MD | OXYCODONE HCL 30MG TABLETS, 100 CT | 180 | 30mg | 30 | F. | A. |
| 04QP1Y99 | 12/26/2012 | 1/3/2013 | 0 | MIRILASHVILI, MOSHE B MD | OXYCODONE HCL 30MG USP TABLETS | 180 | 30mg | 30 | F. | A. |