**U.S. Department of Justice**
Drug Enforcement Administration

# REPORT OF INVESTIGATION

Page 1 of 2

| 1. Program Code | 2. Cross Related Files File | 3. File No. | 4. G-DEP Identifier HAN8L |
|---|---|---|---|
| 5. ▮ ▮ ▮ At: New York FDO | ☐ CS▮ ☐ ☐ ☐ ☐ | 6. File Title MIRILASHVILI, Moshe | |
| 7. ☐ Closed ☐ Requested Action Completed ☐ Action Requested By: | | 8. Date Prepared 06-06-2013 | |
| 9. Other Officers: ▮ | | | |
| 10. Report Re: Intelligence Regarding Port Jervis PD making arrests regarding Dr. MIRILASHVILI's patients. | | | |

**DETAILS**

[redacted paragraphs]

4. On June 6, 2013, Detective Sgt Myers stated that he spoke with Dr. MIRILASHVILI on June 6, 2013 and inquired about a prescription that was written by Dr. MIRILASHVILI for T▮▮▮ A▮▮▮, DOB ▮▮▮. Detective Sgt Myers informed TFO Lebron that T▮▮ A▮▮ has a twin sister named K▮▮ A▮▮ and that they reside at ▮▮ ▮▮. Dr. MIRILASHVILI stated that he wrote a prescription for T▮▮ who is one of his patients but that K▮▮ is not one of his patients and he stated that he didn't write any prescriptions for Kishah Armstrong. K▮▮ and T▮▮ both visited a pharmacy in Port Jervis NY

| 11. Distribution: Division  District  Other | 12. Signature (Agent) ▮ | 13. Date 06-06-2013 |
|---|---|---|
| | 14. Approved (Name and Title) ▮ | 15. Date 06-06-2013 |

DEA Form - 6
(Jul. 1996)

**DEA SENSITIVE**
Drug Enforcement Administration

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

MIRILASHVILI(14Cr.810)_000456

**U.S. Department of Justice**
Drug Enforcement Administration

| **REPORT OF INVESTIGATION** | 1. File No. ▮ | 2. G-DEP Identifier HAN8L |
|---|---|---|
| *(Continuation)* | 3. File Title MIRILASHVILI, Moshe | |
| 4. Page 2 of 2 | | |
| 5. Program Code | 6. Date Prepared 06-06-2013 | |

and received 90 Oxycodone pills. Dr. MIRILASHVILI stated to Detective Sgt. Myers that he hand writes all of his prescriptions and that if Detective Sgt Myers were to see any computer generated prescriptions or any prescriptions with a (914) area code, to deem them fraudulent because they didn't they weren't written by him.  Detective Sgt Myers stated that he is going to obtain an arrest warrant for K▮ A▮ because she received Oxycodone pills from Allenton Pharmacy using a fraudulent prescription that was computer generated and the K▮ is not a patient of Dr. MIRILASHVILI therefore she shouldn't have had a prescription with Dr. MIRILASHVILI's name on it.

DEA Form - 6a
(Jul. 1996)

**DEA SENSITIVE**
**Drug Enforcement Administration**

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

MIRILASHVILI(14Cr.810)_000457