

305 Madison Avenue
New York, NY 10165
T: 212-922-1080
F: 212-949-8255

Henry E. Mazurek
Wayne E. Gosnell, Jr.
mazurek@clayro.com
gosnell@clayro.com

January 29, 2016

By ECF

The Honorable Colleen McMahon
United States District Judge
United States District Court
500 Pearl Street
New York, New York 10007

    Re:    <u>United States v. Mirilishvili</u>, 14 Cr. 810 (CM)

Dear Judge McMahon:

        I write on behalf of defendant Dr. Moshe Mirilashvili to update the Court on our discussions with the government regarding previously discussed Rule 17(c) subpoenas to various medical providers and pharmacies that the Court asked us to put on notice to the government before ruling upon.  At this time, we have decided to withdraw this previous set of subpoenas submitted *ex parte* to the Court.  We are making an effort to streamline our requests based on the government's recent disclosure of relevant patient files and our own continued review of the government's discovery.  We agree, pursuant to the Court's request at the conference on January 28, 2016, that before seeking "so ordered" subpoenas for patient medical records under Rule 17(c), we will give notice to the government and an opportunity for it to respond, prior to submitting them to the Court for signature.

        Respectfully yours,

        /S/HEM

        Henry E. Mazurek
        Wayne E. Gosnell, Jr.
        *Counsel for Defendant Moshe Mirilishvili*

Cc:    Edward B. Diskant (via ECF)
        Brooke Cucinella (via ECF)