# Christopher G. Gharibo, M.D.

**NYU Center for Musculoskeletal Care**
333 East 38th Street, 6th floor
New York, NY 10016
646 501 7246
cgharibo@usa.net

## EDUCATION:

9/85 - 5/88     B.A., Rutgers University, Newark, NJ

9/88 - 5/92     M.D., UMDNJ - New Jersey Medical School, Newark, NJ

7/92 - 6/93     Department of Internal Medicine, Intern
                            Robert Wood Johnson University Hospital, New Brunswick, NJ
                            Medical Center at Princeton, Princeton, NJ

7/93 - 6/96     Department of Anesthesiology, Resident
                            New York University Medical Center, New York, NY
                            Bellevue Hospital Center, New York, NY
                            Manhattan Veterans Administration, New York, NY
                            Hospital for Joint Diseases, New York, NY

7/96 - 6/97     Department of Anesthesiology, Pain Medicine Fellow
                            Jefferson Pain Center, Philadelphia, PA
                            Thomas Jefferson University Hospital, Philadelphia, PA

## LICENSURE & CERTIFICATIONS:

a. Diplomate of National Board of Medical Examiners, 1993.
b. Diplomate of American Board of Anesthesiology, 1997.
c. American Board of Anesthesiology, Subspecialty Certification in Pain Medicine, 1998.
d. Federal Drug Enforcement Administration certification, active.
e. New York State medical license, active.

## ACADEMIC APPOINTMENTS:

7/97 - 9/97     Instructor
                            Department of Anesthesiology
                            New York University School of Medicine

10/97 - 8/11    Assistant Professor of Anesthesiology
                            Department of Anesthesiology
                            New York University School of Medicine

9/11 -         Associate Professor of Anesthesiology, Perioperative Care & Pain Medicine

Associate Professor of Orthopedics
Department of Anesthesiology, Perioperative Care & Pain Medicine
Department of Orthopedics
New York University School of Medicine

## HOSPITAL APPOINTMENTS:

7/97 - 2/04    NYU Pain Management Center
New York University Medical Center
New York, NY

10/97 - 1/03   Medical Director
Bellevue Pain Treatment Center
Bellevue Hospital Center
New York, NY

1/03 - 12/04   Comprehensive Pain Treatment Center
NYU-Hospital for Joint Diseases
New York, NY

3/04 - 12/04   Clinical Director
NYU Pain Management Center
New York University Medical Center
New York, NY

1/05 - 12/07   Director of Pain Medicine
NYU & NYU-HJD Pain Management Center
New York University Medical Center
New York, NY

1/08 -         Medical Director of Pain Medicine
NYU-Hospital for Joint Diseases
New York, NY

## AWARDS & HONORS:

1988      Rutgers Scholar Award
1988      Phi Beta Kappa
1988      Summa Cum Laude
2007      NYU-HJD Comprehensive Pain Management Center awarded **American Pain Society
          "Clinical Center of Excellence"** designation. Six out of 94 national applicants were
          awarded.  I submitted NYU's application as section Director.
2006 -    Castle & Connolly's NYC Top Doctor
2010 -    Castle & Connolly's America's Top Doctor

## MAJOR COMMITTEE MEMBERSHIPS:

MEDICAL SCHOOL:

2/5/16

| | |
|---|---|
| 1988 - 92 | Academic Promotions Committee, UMDNJ-NJ Medical School, Newark, NJ. |
| 2005 - | Member, Anesthesiology Residency Education Committee<br>Department of Anesthesiology, NYU Medical Center |
| 2005 - | Member, Pain Medicine Fellowship Education & Selection Committee<br>Department of Anesthesiology, NYU Medical Center |
| 2005 - 10 | Member, Finance Committee<br>Department of Anesthesiology, NYU Medical Center |

HOSPITAL:

| | |
|---|---|
| 1996 - 97 | Committee for Computers in Clinical Medicine, Thomas Jefferson University Hospital, Philadelphia, PA |
| 1999 - 03 | Member, Pain Assessment & Treatment Committee, Bellevue Hospital Center<br>Founding member. Worked on BHC Hospital-Wide Pain Policy, approval of Pain Assessment and Treatment Committee as a recognized body that reports to BHC Executive Quality Council, BHC Formulary review, BHC Pain Education Program, etc. |
| 2000 - 12 | Member, Weekly Interdisciplinary Pain Medicine Meetings, NYU Medical Center |
| 2002 | BHC Pain Awareness Week, Course Director, Bellevue Hospital Center |
| 2004 - | Medication Safety Committee, NYU Medical Center |
| 2005 - 07 | Chair, Pain Medicine staff meeting held monthly, Department of Anesthesiology, NYU Medical Center |
| 2006 - | Member, Quality Assurance Committee, Dept. of Anesthesiology, NYU Medical Center |
| 2007 - | Member, Pharmacy & Therapeutics Committee, NYU Medical Center |
| 2007 - | Member, Pain Assessment & Treatment Committee, NYU Medical Center, 2007<br>Part of the founding group |
| 2007 - | Member, Center for Study & Treatment of Pain at NYU, Developmental Advisory Board |
| 2008 - | Pain Medicine Interdisciplinary Staff Meeting - NYU-Hospital for Joint Diseases |
| 2008 - | Pain Medicine QA - NYU-Hospital for Joint Diseases |
| 2009 | Organizing Committee Member for World Institute of Pain (WIP) Fellow of Interventional Pain Physicians Board Examination |
| 2010 - | Member, Pharmacy & Therapeutics Committee, NYU – Hospital for Joint Diseases |

**MEMBERSHIPS, OFFICES & COMMITTEE ASSIGNMENTS IN PROFESSIONAL SOCIETIES:**

| | |
|---|---|
| 1997 - | American Society of Anesthesiologists |
| 1997 - | International Association for the Study of Pain |
| 1997 - | American Society of Regional Anesthesia & Pain Medicine |
| 1997 - | NY State Society of Anesthesiologists |
| 2004 - | American Society of Interventional Pain Physicians<br>2011 Opioid Prescribing Guidelines Committee |
| 2006 - 2011 | American Pain Society<br>Editorial Board Member, American Pain Society web site; 1999 – 2003.<br>Member, "Clinical Center of Excellence" Selection Committee 2006 - 2009 |
| 2009 - | The Neuropathy Association, Medical Advisory Board |
| 2010 - | NY State Office of Professional Medical Conduct, Pain Medicine |
| 2010 - | NYSSA Committee on Pain Management |
| 2012 | NYSSA Committee on Continuous Quality Improvement and Peer Review |

2013 - 2014    Vice President, NY State Society of Interventional Pain Physicians
2015 - 2016    President, NY State Society of Interventional Pain Physicians
2015 - 2016    Member, Board of Directors, American Society of Interventional Pain Physicians
2014 -         Anthem Medicare, Carrier Advisory Committee, National Government Services
2014 -         Committee on Memberships, Young Physicians, and Personal Development, ASIPP
2014 -         Member, Board of Directors, Eastern Pain Association

**EDITORIAL POSITIONS:**

1999 - 2003         Editorial Board Member, American Pain Society web site.
5/2005              Pain Practice – Guest Editorial Reviewer.
12/2007 – 8/2014    Pain Physician – Editorial Board Member.
1/2008              Independent Reviewer: Chronic Pain Management in Primary Care: Individualiz-
                    ing Pain Relief and Improving Quality of Life, Princeton CME.
12/2008             Journal of Palliative Care, Invited Editorial Review
                    Manuscript No. P08-40, "Transdermal Fentanyl as Front-Line Approach
                    to Moderate-Severe Pain: A meta-analysis of randomized clinical trials"
12/2008             Anesthesiology Research and Practice, Invited Editorial Review
                    Clinical Study ARP/280498 titled "Chronic oncological pain. Invasive
                    therapy: validity of the epidural method"
6/2009              Clinical Journal of Pain – Guest Editorial Reviewer.
6/2009              Anesthesiology Research and Practice, Invited Editorial Review
                    Clinical Study ARP/827290 titled "Tetrahydrocannabinol (delta 9-THC)
                    Treatment in Chronic Central Neuropathic Pain Patients: Results of a Mul-
                    ticenter Survey"
2011                Staats-Diwan Atlas of Pain Management Procedures
                    Section Editor on Peripheral Nerve Blocks
2011                Invited Reviewer, Journal of Pain Practice
2011                Pain Management MD, Editorial Advisory Board
2013                PainWeek, Annual Meeting Abstract Scientific Committee
2014                PainWeek, Annual Meeting Abstract Scientific Committee
9/2014 -            Pain Physician – Section Editor, Interventional Pain Medicine
1/2015 -            Pain Medicine News, Editorial Board Member


**MAJOR ADMINISTRATIVE RESPONSIBILITIES:**

1997 - 03    Design, launch and growth of the Bellevue Pain Treatment Center.

1997 - 03    Coordinate clinical coverage of acute & chronic pain medicine consult service at BHC.

1997 - 03 Implement educational programs, policy and procedure to optimize housestaff education and
          exceed the ACGME requirements.

1997 - 03    Pain Medicine QA at BHC.

1997 - 03 Coordinate BHC-wide overhaul of policy, education, Bill of Rights to comply with JCAHO
          Pain Management Requirements.

| 2003 | Design, launch and growth of interventional pain management consult service at NYU-HJD. |
| 2004 - 07 | Coordinate clinical coverage of acute & chronic pain medicine consult service at NYU. |
| 2004 - | Implement educational programs, policy and procedure to improve pain medicine systems of care at NYU Medical Center and compliance with JCAHO Pain Management Standards. |
| 2004 - | Implement educational programs, policy and procedure to optimize house staff education and exceed the ACGME requirements. |
| 2004 - | Pain Medicine QA at NYU Langone Medical Center & Hospital for Joint Diseases. |
| 2004 - | Pain Medicine fellowship education, selection & ACGME compliance |
| 2008 - 13 | Design, launch and growth of inpatient pain management service at NYU-HJD. |

**TEACHING EXPERIENCE:**
**SCIENTIFIC PRESENTATIONS AT LOCAL, NATIONAL, INTERNATIONAL MEETINGS:**

**American Society of Anesthesiologists Annual Meeting:**

The largest anesthesiology meeting in the world that draws audiences from across the globe.

1. October 12, 1999 – **PBLD: A 28 Year Old Female with Persistent Left Lower Extremity Pain,** *American Society of Anesthesiologists, 52nd Annual Meeting*, Dallas, TX.

2. October 16, 2000 – **PBLD:A 49 year old male With Persistent Left Lower Extremity Pain,** *American Society of Anesthesiologists, 53rd Annual Meeting*, San Francisco, CA.

3. October 13-17, 2001 – **Peripheral Nerve Blocks Workshop – Sympathetic Nerve Blocks,** *American Society of Anesthesiologists, 54th Annual Meeting*, New Orleans, LA.

4. October 13-14, 2002 – **Peripheral Nerve Blocks Workshop – Sympathetic Nerve Blocks,** *American Society of Anesthesiologists, 55th Annual Meeting*, Orlando, FL.

5. October 13-14, 2003 – **Peripheral Nerve Blocks Workshop – Sympathetic Nerve Blocks,** *American Society of Anesthesiologists, 56th Annual Meeting*, San Francisco, CA.

6. October 23-26, 2004 – **Peripheral Nerve Blocks Workshop – Sympathetic Nerve Blocks,** *American Society of Anesthesiologists, 57th Annual Meeting*, Las Vegas, NV.

7. October 22-26, 2005 – **Cadaver Workshop for Cervical & Lumbar Radiofrequency Rhizotomy,** *American Society of Anesthesiologists, 58th Annual Meeting*, Atlanta, GA.

8.  October14-15, 2006 – **Cadaver Workshop for Cervical & Lumbar Radiofrequency Rhizotomy,** *American Society of Anesthesiologists, 59th Annual Meeting*, Chicago, IL.

9.  October 13-17, 2007 – **Treatment of Phantom Radiculopathy with Epidural Steroids,** *American Society of Anesthesiologists, 60th Annual Meeting*, Chicago, IL.

10. October 18-22, 2008 – **Successful Treatment of Pudendal Neuralgia with Pulsed Radiofrequency,** *American Society of Anesthesiologists, 61st Annual Meeting*, Orlando, FL.

11. October 18-22, 2008 – **Epidural Abscess Risk of Epidural Steroids in Patient receiving Oral Steroids,** *American Society of Anesthesiologists, 61st Annual Meeting*, Orlando, FL.

12. October 18-22, 2008 – **Moderator, Presentation of Pain Medicine Medically Challenging Cases,** *American Society of Anesthesiologists, 61st Annual Meeting*, Orlando, FL.

13. October 15, 2012 – Responsible Opioid Prescribing, *American Society of Anesthesiologists, 65st Annual Meeting*, Washington DC.

**New York State Society of Anesthesiologists Post-Graduate Anesthesiology Assembly:**

Second largest anesthesiology meeting in the country that draws audiences from across the globe.

14. December 13, 2000 – **Nerve Blocks for Reflex Sympathetic Dystrophy**, *54th Postgraduate Anesthesia Assembly*, New York Hilton, NY, NY.

15. December 7, 2001 – **Nerve Blocks for Reflex Sympathetic Dystrophy**, *55th Postgraduate Anesthesia Assembly*, New York Hilton, NY, NY.

16. December 8-10, 2002 – **Nerve Blocks for Complex Regional Pain Syndrome & PBLD: Patient with Complex Regional Pain Syndrome**, *56th Postgraduate Anesthesia Assembly*, New York Hilton, NY, NY.

17. December 8-10, 2002 – **PBLD: Patient with Complex Regional Pain Syndrome**, *56th Postgraduate Anesthesia Assembly*, New York Hilton, NY, NY.

18. December 10, 2001 – **The Latest in Interventional Techniques for the Management of Lower Back & Leg Pain**, *55th Postgraduate Anesthesia Assembly*, NY Hilton, NY, NY.

19. December 13-16, 2003 – **Nerve Blocks for Complex Regional Pain Syndrome**, *57th Postgraduate Anesthesia Assembly*, New York Hilton, NY, NY.

20. December 13-16, 2003 – **PBLD: Patient with Complex Regional Pain Syndrome**, *57th Postgraduate Anesthesia Assembly*, New York Hilton, NY, NY.

21. December 10-15, 2004 – **Nerve Blocks for Complex Regional Pain Syndrome Workshop**, *58th Postgraduate Anesthesia Assembly*, New York Marriott, NY, NY.

22. December 10-15, 2004 – **PBLD: Patient with Complex Regional Pain Syndrome**, *58th Postgraduate Anesthesia Assembly*, New York Marriott, NY, NY.

23. December 9-13, 2005 – **Nerve Blocks for Complex Regional Pain Syndrome Workshop**, *59th Postgraduate Anesthesia Assembly*, New York Marriott, NY, NY.

24. December 9-13, 2005 – **PBLD: Patient with Complex Regional Pain Syndrome**, *59th Postgraduate Anesthesia Assembly*, New York Marriott, NY, NY.

25. December 8-12, 2006 – **PBLD: Patient with Complex Regional Pain Syndrome**, *60th Postgraduate Anesthesia Assembly*, New York Marriott, NY, NY.

26. December 7-11, 2007 – **Existing and Emerging Analgesic Technologies,** *61st Postgraduate Anesthesia Assembly*, NY Marriott, NY, NY.

27. December 7-11, 2007 - **PBLD: Patient with Complex Regional Pain Syndrome, 61st Postgraduate Anesthesia Assembly,** NY Marriott, NY, NY.

28. December 12-16, 2008 – **Spinal Cord Stimulation in Back Pain, 62st Postgraduate Anesthesia Assembly,** NY Marriott, NY, NY.

29. December 11-15, 2009 – **Tamper Resistant Opioid Formulations, 63st Postgraduate Anesthesia Assembly,** NY Marriott, NY, NY.

30. December 11-15, 2010 – **Multimodal Acute Pain Management, 64st Postgraduate Anesthesia Assembly,** NY, NY.

31. December 11-15, 2010 – **Interlaminar & Transforaminal Epidural Steroid Safety, 64st Postgraduate Anesthesia Assembly,** NY, NY.

32. December 10, 2011 – **Clinical Impact of Tamper Resistant Opioid Formulations, 65st Postgraduate Anesthesia Assembly,** NY Marriott, NY, NY.

33. December 14-18, 2012 – **Medically Challenging Cases: Post thoracotomy Pain, 66st Postgraduate Anesthesia Assembly,** NY Marriott, NY, NY.

34. December 14-18, 2012 – **Multimodal Acute Pain Management, 66st Postgraduate Anesthesia Assembly,** NY Marriott, NY, NY.

35. December 14-18, 2012 – **Practical Considerations of Chronic Opioid Pharmacotherapy, 66st Postgraduate Anesthesia Assembly,** NY Marriott, NY, NY

36. December 12-16, 2014 – **Responsible Opioid Prescribing, 68st Postgraduate Anesthesia Assembly,** NY Marriott, NY, NY.

37. December 12-16, 2014 – **SCS in Neuropathic Pain, 68st Postgraduate Anesthesia Assembly,** NY Marriott, NY, NY.

38. December 13, 2015– **What Do Newer SCS Mean for the Frontline Practitioner, 68st Postgraduate Anesthesia Assembly,** NY Marriott, NY, NY.

**North American Spine Society Spring Break Meeting:**

39. April 22, 2004 – **When Does Nonoperative Care Cease to be Conservative Care?** NASS: **North American Spine Society 2004 Spring Break Meeting**, Fort Lauderdale, Florida.

**Eastern Pain Association, Pain Management Strategies for the Primary Care Practitioner:**

Annual meeting sponsored by the Eastern Pain Society, a chapter of the American Pain Society.

40. November 20, 1998 – **Physiology of Pain** CME conference *Pain Management Strategies for the Primary Care Practitioner*, NYU Medical Center, NY, NY.

41. November 19, 1999 – **Role of Interventional Techniques in Diagnosis and Treatment of Pain Syndromes** CME conference *Pain Management Strategies for the Primary Care Specialist*, NYU Medical Center, NY, NY.

42. November 17, 2000 – **What's New in Interventional Pain Medicine,** CME *Pain Management Strategies for the Primary Care Practitioner*, NYU Medical Center, NY, NY.

43. November 16, 2001 – **What's Latest in Interventional Pain Medicine**, CME *Pain Management Strategies for the Primary Care Specialist*, NYU Medical Center, NY, NY.

44. November 15, 2002 – **What's Latest in Interventional Pain Medicine**, CME *Pain Management Strategies for the Primary Care Specialist*, NYU Medical Center, NY, NY.

45. November 15, 2002 – **Case Conference: Low Back Pain**, CME *Pain Management Strategies for the Primary Care Specialist*, NYU Medical Center, NY, NY.

46. November 14, 2003 – **What's Latest in Interventional Pain Medicine**, CME *Pain Management Strategies for the Primary Care Specialist*, NYU Medical Center, NY, NY.

47. November 14, 2003 – **Case Conference: Low Back Pain**, CME *Pain Management Strategies for the Primary Care Specialist*, NYU Medical Center, NY, NY.

48. November 19, 2004 – **What's Latest in Interventional Pain Medicine**, CME *Pain Management Strategies for the Primary Care Specialist*, NYU Medical Center, NY, NY.

49. November 20, 2004 – **Low Back Pain Workshop**, CME *Pain Management Strategies for the Primary Care Specialist*, NYU Medical Center, NY, NY.

50. November 18, 2005 – **What's Latest in Interventional Pain Medicine**, CME *Pain Management Strategies for the Primary Care Specialist*, NYU Medical Center, NY, NY.

51. November 17, 2006 – **Medications in the Elderly**, CME **NYU Current Review of Pain Medicine**, NYU Medical Center, NY, NY.

52. November 9, 2007 – Moderator for **Update on Interventional Pain Medicine** module, **NYU Current Review of Pain Medicine,** NYU Medical Center, NY, NY.

53. November 9, 2007 – **New Indications for Spinal Cord Stimulation, NYU Current Review of Pain Medicine,** NYU Medical Center, NY, NY.

54. December 18, 2011 – **Transforaminal Epidural Steroid Injections and Mechanisms of Injury,** Eastern Pain Association Annual Meeting**,** NY, NY.

55. October 17, 2015 – **Advances in Spinal Cord Stimulation**, Eastern Pain Association Annual Meeting, NY, NY.

56. October 17, 2015 – **Stimwave Spinal Cord Stimulation**, Eastern Pain Association Annual Meeting, NY, NY.

**Degenerative Disease of the Spine, Dept. of Orthopedics & Neurosurgery, NYU Medical Center:**

57. December 12, 2002 – **Interventional Options in Diagnosis and Treatment of Spinal Pain**, CME *Degenerative Disease of the Spine*, NYU Medical Center, NY, NY.

58. December 4, 2003 – **Interventional Diagnostic Testing**, CME *Degenerative Disease of the Spine*, NYU Medical Center, NY, NY.

59. December 4, 2003 – **Interventional Pain Management**, CME *Degenerative Disease of the Spine*, NYU Medical Center, NY, NY.

60. December 2, 2004 – **Interventional Diagnostic Testing**, CME *Degenerative Disease of the Spine*, NYU Medical Center, NY, NY.

61. December 9, 2005 – **Pharmacotherapy and Therapeutic Spinal Injections**, CME *Degenerative Disease of the Spine*, NYU Medical Center, NY, NY.

62. October 23-24, 2008 – **Fluoroscopic Safety and Spinal Injection Complications, CME *Peripheral Spine & Joint Injection Course*,** NYU – Langone Medical Center, NY, NY.

63. October 23-24, 2008 – **Interlaminar vs. Transforaminal Epidural Steroid Injections – Does the Approach Matter? – Presentation & Workshop, CME *Peripheral Spine & Joint Injection Course*,** NYU – Langone Medical Center, NY, NY.

64. October 23-24, 2008 – **Sympathetic Nerve Blocks for Sympathetically Maintained Pain - Presentation & Workshop, CME *Peripheral Spine & Joint Injection Course*,** NYU – Langone Medical Center, NY, NY.

65. January 23, 2009 – **Analgesic & Interventional Pain Management**, CME *NYU Degenerative Disease of the Spine*, NYU Langone Medical Center, NY, NY.

66. March 25, 2010 – **Chronic Pain and its Pharmacotherapy**, CME *NYU* **Physical Medicine & Rehabilitation Comprehensive Review**, NYU Langone Medical Center, NY, NY.

67. March 25, 2010 – **Interventional Pain Management in Chronic Pain**, CME *NYU* **Physical Medicine & Rehabilitation Comprehensive Review**, NYU Langone Medical Center, NY, NY.

68. March 3, 2011 **– Spinal Injection Complications,** CME *NYU Degenerative Disease of the Spine*, NYU Langone Medical Center, NY, NY.

69. March 3, 2011 **– Fluoroscopic Safety,** CME *NYU Degenerative Disease of the Spine*, NYU Langone Medical Center, NY, NY.

70. March 3, 2011 **– Interlaminar vs. Transforaminal Epidural Steroid Injections – Does the Approach Matter? – Presentation & Workshop,** CME *NYU Degenerative Disease of the Spine*, NYU Langone Medical Center, NY, NY.

71. March 3, 2011 **– Sympathetic Nerve Blocks for Sympathetically Maintained Pain - Presentation & Workshop,** CME *NYU Degenerative Disease of the Spine*, NYU Langone Medical Center, NY, NY.

72. March 3, 2013 **– Case Discussion: Interventional Pain Management Workshop,** CME *NYU Degenerative Disease of the Spine*, NYU Langone Medical Center, NY, NY.

73. March 9, 2013 **– Spinal Injection Complications,** CME *NYU Degenerative Disease of the Spine*, NYU Langone Medical Center, NY, NY.

74. March 9, 2013 **– Radiation Safety,** CME *NYU Degenerative Disease of the Spine*, NYU Langone Medical Center, NY, NY.

75. March 9, 2013**– Interlaminar vs. Transforaminal Epidural Steroid Injections – Does the Approach Matter? – Presentation & Workshop,** CME *NYU Degenerative Disease of the Spine*, NYU Langone Medical Center, NY, NY.

76. March 9, 2013 **– Sympathetic Nerve Blocks for Sympathetically Maintained Pain - Presentation & Workshop,** CME *NYU Degenerative Disease of the Spine*, NYU Langone Medical Center, NY, NY.

77. March 9, 2013 **– Case Discussion: Interventional Pain Management Workshop,** CME *NYU Degenerative Disease of the Spine*, NYU Langone Medical Center, NY, NY.

**Comprehensive Review, Department of Physical Medicine & Rehab, NYU Medical Center:**

78. March 26, 2009 – **Chronic Pain and its Pharmacotherapy**, CME *NYU* **Physical Medicine & Rehabilitation Comprehensive Review**, NYU Langone Medical Center, NY, NY.

79. March 24, 2010 – **Chronic Pain and its Pharmacotherapy**, CME **NYU Physical Medicine & Rehabilitation Comprehensive Review**, NYU Langone Medical Center, NY, NY.

80. March 24, 2010 – **Interventional Pain Management in Chronic Pain**, CME **NYU Physical Medicine & Rehabilitation Comprehensive Review**, NYU Langone Medical Center, NY, NY.

81. March 31, 2011 – **Chronic Pain and its Pharmacotherapy**, CME *NYU Physical Medicine & Rehabilitation Comprehensive Review*, NYU Langone Medical Center, NY, NY.

82. March 31, 2011 – **Interventional Pain Management – Technique and Complications**, CME *NYU Physical Medicine & Rehabilitation Comprehensive Review*, NYU Langone Medical Center, NY, NY.

83. March 29, 2012 – **Chronic Pain and its Pharmacotherapy**, CME *NYU Physical Medicine & Rehabilitation Comprehensive Review*, NYU Langone Medical Center, NY, NY.

84. March 29, 2012 – **Interventional Pain Management – Technique and Complications**, CME *NYU Physical Medicine & Rehabilitation Comprehensive Review*, NYU Langone Medical Center, NY, NY.

85. March 28, 2013 – **Chronic Pain and its Pharmacotherapy**, CME *NYU Physical Medicine & Rehabilitation Comprehensive Review*, NYU Langone Medical Center, NY, NY.

86. March 28, 2013 – **Interventional Pain Management – Technique and Complications**, CME *NYU Physical Medicine & Rehabilitation Comprehensive Review*, NYU Langone Medical Center, NY, NY.

87. March 26, 2014 – **Chronic Pain and its Pharmacotherapy**, CME *NYU Physical Medicine & Rehabilitation Comprehensive Review*, NYU Langone Medical Center, NY, NY.

88. March 26, 2014 – **Interventional Pain Management – Technique and Complications**, CME *NYU Physical Medicine & Rehabilitation Comprehensive Review*, NYU Langone Medical Center, NY, NY.

89. March 25, 2015 – **Chronic Pain and its Pharmacotherapy**, CME *NYU Physical Medicine & Rehabilitation Comprehensive Review*, NYU Langone Medical Center, NY, NY.

90. March 25, 2015 – **Interventional Pain Management – Technique and Complications**, CME *NYU Physical Medicine & Rehabilitation Comprehensive Review*, NYU Langone Medical Center, NY, NY.

**International Meetings:**

91. May 5-6, 2000 – **Post-Traumatic Chronic Pain States: Diagnosis & Therapy,** CME conference, *Earthquake & Trauma Symposium*, Ankara University School of Medicine, Ankara, Turkey.

92. August 18, 2004 – **Interventional Pain Management Options in Spinal Pain,** **2nd Annual Central China Pain Medicine Conference**, The Second Xiangya Hospital of Central South University, Zhang Jang Je, China.

93. April 14-17, 2005 – **Spinal Cord Stimulation Options in Chronic Pain, Chinese Medical Association National Seminar of Pain Management,** Shenzen, China.

94. May 2-3, 2008 – **Future Analgesic Options in Acute Pain Management**, *AnestezISTanbul New York Weekend*, Istanbul University School of Medicine, Istanbul, Turkey.

95. April 3-4, 2009 – **Acute Pain to Chronic Pain Pathophysiology**, *AnestezISTanbul* Update on Civilian Trauma Anesthesia: Lessons learned from Iraq, Afghanistan and other conflicts, Istanbul, Turkey.

96. May 28-29, 2010 – **Multimodal Analgesia in Post-Operative Pain**, *AnestezISTanbul*, Istanbul University School of Medicine, Istanbul, Turkey.

97. May 13-15, 2011 – **Multimodal Analgesia and Chronic Pain Prevention**, *AnestezISTanbul*, Istanbul University School of Medicine, Istanbul, Turkey.

98. April 24, 2012 - **Refresher Course: Acute Pain Management: State of the Art**, World Anesthesia Convention III, Istanbul, Turkey.

99. April 24, 2012 - **PBLD Back Pain Interventional Therapies,** World Anesthesia Convention III, Istanbul, Turkey.

100. April 24, 2012 - **PBLD Interlaminar vs. Transforaminal Epidural Injections,** World Anesthesia Convention III, Istanbul, Turkey.

101. February 8-9, 2013 – **Panel Chairman & Speaker: organization, training and certification in interventional pain management**, Winter Symposium, Regional Anesthesia and Pain Medicine, Leuven, Belgium.

102. February 8-9, 2013 - **Interventional Pain Management for Nonspinal Pain: New Injectate Pipeline**, Winter Symposium, Regional Anesthesia and Pain Medicine, Leuven, Belgium.

103. March 22-23, 2013 - Study in Multidisciplinary Pain Research: **Breakthrough Pain: how to effectively treat with new pharmacokinetic approaches**, Universita Degli Studi di Pavia, Italy.

104. March 22-23, 2013 - Panel Chair & Speaker: **Chronic Pain: Several Underlying Mechanisms that need Multimodal Approaches**, Universita Degli Studi di Pavia, Italy.

105. April 10, 2013 - **Opioid Pharmacotherapy in Special Populations**, Pain Forum, Beijing, China.

106. April 12, 2013 - **Opioid Pharmacotherapy in Special Populations**, Pain Forum, Singapore.

107. April 14, 2013 - **Opioid Pharmacotherapy in Special Populations and Acute Management**, Pain Forum, Seoul, South Korea.

108. October 9, 2013 - 30th Aniversario Clinica Del Dolor Meeting: **Opioid Pharmacotherapy: What Have We Learned and How it Impacts our Practices** New Mexico, Mexico.

109.    October 10, 2013 - 30th Aniversario Clinica Del Dolor Meeting: **Spinal Interventions - Mechanisms of Injury**, New Mexico, Mexico.

110.    October 11-17, 2014 - Norwegian Cruise Line Breakaway – **Acute to Chronic Pain Pathophysiology, Chronic Pain Pharmacotherapy – Nonopioids, Pain Management in Special Populations, Interventional Pain Management, Case Discussions -** Pain Management for the Primary Care Practitioner, NYC-Nassau, Bahamas.

111.    March 20, 2013 - **Acute to Chronic Pain Pathophysiology**, Pain Forum, Beijing, China.

112.    March 22, 2014 - **Acute to Chronic Pain Pathophysiology**, Pain Forum, Seoul, South Korea.

113.    April 24, 2014 - **Acute to Chronic Pain Pathophysiology**, Pain Forum, Kuala Lumpur, Malaysia.

114.    March 28, 2014 - Panel Chair and Speaker: **Opioid Pharmacotherapy in 2014**, **PRO/CON Debate Moderator**, Study in Multidisciplinary Pain Research, Rome, Italy.

115.    March 28, 2014 - **Spinal Interventional Pain Management**, Study in Multidisciplinary Pain Research, Rome, Italy.

116.    June 6, 2014 - **Acute to Chronic Pain Pathophysiology**, IASP Colombia Chapter Annual Meeting, Bogota, Colombia.

117.    June 6, 2014 - **Nerve Catheters in Acute Pain – Lessons Learned**, IASP Colombia Chapter Annual Meeting, Bogota, Colombia.

118.    February 23, 2015 - **Current Practice for the Treatment of Oncologic Pain**, Annual Reunion of National Institute of Cancer, Merida, Mexico.

119.    March 27, 2015 - **CRPS - latest understanding of the pathophysiology and treatments. What's the difference between CRPS & neuropathic pain?**, SIMPAR, Rome, Italy.

120.    March 27, 2015 - **Opioids vs NSAIDS, the value of concomitant therapy**, SIMPAR, Rome, Italy.

121.    March 27, 2015 - **SCS in Axial Low Back Pain**, SIMPAR, Rome, Italy.

122.    March 28, 2015 - **Abuse Deterrent Opioids**, SIMPAR, Rome, Italy.

123.    August 21, 2015 - 32nd Aniversario Clinica Del Dolor Meeting: **Opioid Pharmacotherapy: Role Abuse Deterrent Opioids,** New Mexico, Mexico.

124.    October, 21-24, 2015 - 35th Annual International Conference on Pain, **Cannabinoids in Chronic Pain,** Mazatlan, Sinaloa, Mexico.

125.    April 8, 2016 - **Particulate and Nonparticulate Epidural Steroids**, SIMPAR, Rome, Italy.

126.   April 8, 2016 - **Do Anticonvulsants Benefit Acute Pain Patients & Decrease the Incidence of Chronic Pain**, SIMPAR, Rome, Italy.

**Departmental Grand Rounds/Regional and National Presentations:**

127.   March 19 - 24, 1995 – Faculty, **Fiberoptic Endoscopy Workshop for the Management of the Difficult Airway**, NYU Medical Center, NY, NY.

128.   February 18, 1998 – **Latest in Nerve Blocks for the Management of Low Back Pain**, Pain Medicine Grand Rounds of Hospital for Joint Diseases and NYU Medical Center, NY, NY.

129.   March 25, 1998 – **Role of Spinal Injections in the Management of Low Back Pain**, Physical Medicine & Rehabilitation, NYU Medical Center, NY, NY.

130.   August 20-27, 1998 – **Pain Management of the Palliative Care Patient**, Department of Internal Medicine, NYU Medical Center, NY, NY.

131.   January 20, 1999 – **Latest in Nerve Blocks for the Management of Low Back Pain,** Department of Anesthesiology, NYU Medical Center, NY, NY.

132.   February 5, 1999 **Role of Spinal Injections in the Management of Low Back Pain**, Gouverneur Hospital, NY, NY.

133.   April 20, 1999 – **Latest in Nerve Blocks for the Management of Low Back Pain,** Department of Internal Medicine, Woodhull Hospital, Brooklyn, NY.

134.   April 21, 1999 – **Latest in Nerve Blocks for the Management of Low Back Pain,** Department of Internal Medicine, Chinatown Health Center, NY, NY.

135.   August 2-5, 1999 – **Essentials of Pain Medicine Evaluation and Therapy**, Department of Internal Medicine, NYU Medical Center, NY, NY.

136.   November 6, 2000 – **Pain Management Strategies for the Postoperative Period & Beyond**, Department of Surgery, Winthrop University Hospital, Mineola, NY.

137.   November 21, 2000 – **Current Trends in the Evaluation and Therapy of the Pain Patient**, *Union County Medical Society Annual Dinner*, Lewisburg, PA.

138.   December 13, 2000 – **Current Considerations in Chronic Pain Management**, **Maryland Society of Rheumatologists**, Baltimore, Maryland.

139.   April 23, 2001 – **Physiology of Pain/Assessment of the Patient in Acute & Chronic Pain,** Department of Internal Medicine, Manhattan VA Medical Center, NY, NY.

140.   April 24, 2001 – **Pain Management in Geriatrics**, Long Island Jewish Medical Center, New Hyde Park, NY, NY.

141.   July 15, 2001 – **Latest Understanding of Chronic Pain and Its Pharmacotherapy**, Department of Internal Medicine, NYU Medical Center, NY, NY.

142.   July 17, 2001 – **Pain Management in Children and Adolescents**, Department of Pediatrics, NYU Medical Center, NY, NY.

143.   September 26, 2001 – **Current Understanding of Acute Pain and its Pharmacotherapy**, Brooklyn & Manhattan VA Medical Centers, NY, NY.

144.   October 1, 2001 – **Current Understanding of Chronic Pain and its Pharmacotherapy**, Long Island Jewish Medical Center, New Hyde Park, NY.

145.   November 21, 2001 – **Pain Management in the Elderly**, Department of Internal Medicine, Queens Hospital, Jamaica, NY, NY.

146.   January 15, 2002 – **Current Understanding of Pain & its Pharmacotherapy**, Department of Podiatry, Cabrini Medical Center, NY, NY.

147.   February 1, 2002 – **Physiology of Pain,** Department of Psychiatry, Bellevue Hospital Center, NY, NY.

148.   February 27, 2002 – **Current Understanding of Pain & its Pharmacotherapy**, **Annual National Pain Awareness Week Lecture**, Multi-Specialty Dinner Program, Utica, NY.

149.   March 19, 2002 – **Latest Interventional Options in Chronic Pain Management**, Medtronic Multi Specialty Symposium Dinner, Blue Water Grill. NY, NY.

150.   April 5, 2002 – **Latest Interventional Options in Management of Spinal Pain**, Department of Orthopedics-Spine Division, NYU-Hospital for Joint Diseases, NY, NY.

151.   August 8, 2002 – **Pain and Its Pharmacotherapy**, Department of Psychiatry, Bellevue Hospital Center, NY, NY.

152.   September 4, 2002 – **Postoperative Pain Management**, Department of Obstetrics & Gynecology Grand Rounds, New York University Medical Center, NY, NY.

153.   October 22, 2002 – **Geriatric Pain Management**, Department of Internal Medicine, Queens Hospital, Queens, NY.

154.   December 5, 2002 – **Interventional Options in Management of Chronic Pain**, Department of Rheumatology Conference Series, HJD-NYU Medical Center, NY, NY.

155.   December 7, 2002 – **Current Understanding of Acute Pain & its Pharmacotherapy**, CME sponsored by NY College of Podiatric Medicine: ***Contemporary Approaches to Foot & Ankle Pathology***, La Guardia Marriott, Queens, NY.

156.   December 18, 2002 – **Pain Management Strategies for the Post-Operative Period & Beyond**, Department of Surgery, NYU Medical Center, NY, NY.

157.  February 5, 2003 – **Acute Pain Management in the Emergency Department**, Emergency Medicine, Mary Immaculate Hospital, Queens, NY.

158.  March 11, 2003 – **Interventional Management of the Low Back Pain Patient**, Columbia Presbyterian Hospital, NY, NY.

159.  March 12, 2003 – **Pain Management in Rehabilitation Medicine**, Department of Physical Medicine and Rehabilitation, NYU Medical Center School, NY, NY.

160.  March 20, 2003 – **Current Understanding of Pain and its Pharmacotherapy**, Department of Podiatry, NYU Downtown, NY, NY.

161.  April 11, 2003 – **Latest Interventional Options in Management of Spinal Pain**, Department of Orthopedics-Spine Division, NYU-Hospital for Joint Diseases, NY, NY.

162.  August 27, 2003 – **Chronic Pain and Its Pharmacotherapy**, Seymour Johnson Air Force Base, Goldsboro, North Carolina.

163.  March 17, 2004 – **SCS for Treatment of Axial Low Back Pain**, Department of Anesthesiology and Pain Medicine, New York Hospital, NY, NY.

164.  June 13, 2004 – **Pharmacological Management of Spinal Pain**, Department of Orthopedics and Neurosurgery, NYU-Hospital for Joint Disease, NY, NY.

165.  September 17, 2004 – **Latest Interventional Options in Management of Spinal Pain**, Department of Orthopedics-Spine Division, NYU-Hospital for Joint Diseases, NY, NY.

166.  October 12, 2005 – **Latest in Spinal Cord Stimulation**, Department of Physical Medicine and Rehabilitation, NYU Medical Center School, NY, NY.

167.  January 18, 2006 – **Prescribing Oral Analgesics: What a Pain?!,** Department of Anesthesiology and Pain Medicine, New York Hospital, NY, NY.

168.  March 17, 2006 – **Pain and Its Rational Pharmacotherapy,** Department of Orthopedics, HJD/NYU Medical Center, NY, NY.

169.  April 21, 2006 – **Arthritis and Pain Management,** CME event sponsored by 1199 SEIU: **Pain and its Pharmacotherapy; Radiological Interventions in Pain Management**, New York, NY.

170.  April 23, 2006 – **Building and Streamlining Centers of Excellence for Pain Management**, CME event sponsored by World Research Group **JCAHO Pain Management Standards: Developing a Compliance Plan**, Las Vegas, NV.

171.  October 11, 2006 – **Latest in Spinal Cord Stimulation**, Department of Physical Medicine and Rehabilitation, NYU Medical Center, NY, NY.

172.   April 9, 2007 – **Analgesic Strategies in the Elderly,** Department of Geriatrics, NYU Medical Center, NY, NY.

173.   June 21-22, 2007 – **Adding, Updating & Expanding Pain Management Programs,** CME event sponsored by ACIUS: **JCAHO Pain Management Standards: Developing a Compliance Plan**, Chicago, IL.

174.   October, 22, 2007 – CME event: **Interventional Pain Management**, New York Methodist Hospital, NY, NY.

175.   March 3, 2008 – **Pain Management in the Elderly,** Department of Geriatrics, NYU Medical Center, NY, NY.

176.   March 21, 2008 – **Pain Management in Total Joints,** Department of Orthopedics, NYU-Hospital for Joint Diseases, NY, NY.

177.   November 8, 2008 – CME event: **Novel Analgesic Pipeline for Chronic Pain,** 2008 Cornell 2nd Pain Medicine Symposium: Evidence Based Practice and Updates in Pain Medicine, Weill Cornell Medical College, NY, NY.

178.   February 23, 2009 – CME event: **Interventional Pain Management Options in Low Back Pain**, New York Methodist Hospital, NY, NY.

179.   August 28, 2009 – **Post-Op Pain Management**, Department of Obstetrics & Gynecology, Bellevue Hospital Center.

180.   November 30, 2009 – CME Event: **Novel Analgesic Pipeline**, Symptom Management for Patient in Pain, Hospital for Special Surgery, NY, NY.

181.   March 24, 2010 – **New Analgesics and Interventions as Basis for Managed Care Policy**, Disease Management Managed Care Forum, Orlando, Florida.

182.   May 19, 2010 – **Pain, Pain Go Away,** NYU Center for Corporate Wellness Presentation at Kramer Levin Natfalis & Frankel LLP

183.   May 31, 2010 – **Neuropathic Pain of Post Herpetic Neuralgia: Case Study**, American Academy of Physician Assistants, Atlanta, GA.

184.   March 26, 2011 – **Pain Management of the Patient with Autoimmune Disease**, Patient Education Event, Department of Rheumatology, NYU School of Medicine, NY, NY.

185.   April 1, 2011 – **Epidural Steroids and Mechanisms of Injury,** Pain Medicine Grand Rounds, New York Hospital, Weil Cornell University School of Medicine, NY, NY.

186.   June 5, 2011 – **Acute Pain Management of the Neurosurgical Patient,** NYU Neuroanesthesia Conference**,** NYU School of  Medicine, NY, NY.

187.   November 11, 2011 – **Spinal Cord Stimulation of Axial Low Back Pain, ASIPP NY Chapter Annual Meeting,** Hyatt Regency, Jersey City, NJ.

188.   December 17, 2011 – **Opioid Prescribing for the Primary Care Physician, Safe Opioid Prescribing,** NYU School of Medicine, NY, NY.

189.   April, 28, 2012 – **SCS Efficacy and Outcomes**, NY States Society of Pain Management Inaugural Annual Meeting, Westchester, NY.

190.   April, 28, 2012 – **Radiofrequency Options in Low Back Pain**, NY States Society of Pain Management Inaugural Annual Meeting, Westchester, NY.

191.   May 14, 2012 – **Multimodal Acute Pain Management**, NYSSA District II Spring Meeting, NY, NY.

192.   June 3, 2012 – **Multimodal Acute Pain Management & Post-Op Pain Syndromes,** NYU Neuroanesthesia Conference**,** NYU School of Medicine, NY, NY.

193.   June 13, 2012 – **Interventional Pain Management in Spinal Pain,** Department of Orthopedics**,** NYU School of Medicine, NY, NY.

194.   October 20, 2012 – **Abuse Deterrent Opioids,** NYSIPP/NJSIPP Pain Medicine Symposium, NY State Society of Interventional Pain Physicians.

195.   October 21, 2012 – **Spinal Cord Stimulation Cadaveric Workshop,** NYSIPP/NJSIPP Pain Medicine Symposium, NY State Society of Interventional Pain Physicians.

196.   October 24, 2012 – **Spinal Injections & Mechanisms of Injury,** Grand Rounds, Department of Anesthesiology, NYU School of Medicine.

197.   April 19, 2013 – **Interventional Pain Management – What Every Practitioner Needs to Know**, NY State Pain Society Annual Meeting, West Harrison, NY.

198.   April 20, 2013 – **Radiofrequency in Spinal Pain**, NY State Pain Society Annual Meeting, West Harrison, NY.

199.   April 20, 2013 – **Multimodal Pain Management**, Anesthesia Update, Department of Anesthesiology, NYU School of Medicine, NY, NY.

200.   May 4, 2013 - **Acute to Chronic Pain Pathophysiology**, Congress of Clinical Rheumatology, Destin, FL.

201.   September 6, 2013 - **Improving the Care of Patients with Chronic Pain: Individualized Assessment and Mechanism Based Multimodal Treatment** – PRI*MED, Hyatt Regency, Princeton, NJ.

202.   November 7, 2013 - **PRO: Opioid Pharmacotherapy**, NY-NJ Society of Interventional Pain Physicians, Jersey City, NJ.

203.   September 20, 2014 - **Interventional Pain Management in Pelvic & Perineal Pain,** Updates in Endometriosis, NYU School of Medicine, NY, NY.

204.   November 7, 2014 - O**pioids – Do we need them?** NY-NJ Society of Interventional Pain Physicians, Jersey City, NJ.

205.   November 9, 2014 - **Spinal Cord Stimulation Workshop**, NY-NJ Society of Interventional Pain Physicians, Jersey City, NJ.

206.   March 20, 2015 - **Epidural Steroids, Approaches, Controversies and Complications**, Department of Radiology, NYU Langone Medical Center, New York, NY.

207.   April 9, 2015 - **Do We Even Need Steroids? Facts, Fallacies and Politics**, American Society of Interventional Pain Physicians, Orlando, FL.

208.   April 18, 2015 - **Why Opioids are not the Answer for Acute Pain**, California Society of Anesthesiologists, San Francisco, CA.

209.   April 19, 2015 - **Update on Interventions for Spinal Pain**, California Society of Anesthesiologists, San Francisco, CA.

210.   April 19, 2015 - **PBLD: Epidural Steroid Injections: Still OK or No Way?,** California Society of Anesthesiologists, San Francisco, CA.

211.   June 6, 2015 - **Epidural Steroid Injections PRO/CON Debate**, New York State Pain Society Annual Meeting, NY Marriott Marquis, New York, NY.

212.   June 6, 2015 - **Neurological Mechanisms of Injury**, New York State Pain Society Annual Meeting, NY Marriott Marquis, New York, NY.

213.   November 8, 2015 - **Opioid Pharmacotherapy in Chronic Pain**, NY State Society of Interventional Physicians Annual Meeting, Jersey City, NJ.

**Resident/Medical Student Preceptorships, Lectures & Workshops:**

214.   2007 – 2009 – Weekly Preceptor for **Patient-based Longitudinal Ambulatory Clinical Experience (P.L.A.C.E.).**

215.   Monthly **Pain Medicine Orientation** given to rotating Clinical Anesthesia Residents.

216.   Monthly **Pain Medicine Lectures** given to anesthesia residents and fellows to comply with ACGME requirements. (Titles available upon request)

217.   Annual **NYU Medical Student Clinical Preceptorship** as part of Physician, Patient and Society Course given to 1st year medical students.

2/5/16

218.    Ongoing collaboration with Department of Physical Medicine & Rehabilitation Residency Program consisting of lectures and resident rotations.

219.    September 4, 2002 – **Pain and its Pharmacotherapy**, 2nd Year Medical Students, NYU School of Medicine, NY, NY.

220.    April 22, 2003 – **Chronic Pain Management**, Department of Anesthesiology Resident Conference, NYU Medical Center, NY, NY.

221.    June 26, 2003 – Moderator for **Know Pain, No Gain Chronic Pain Medicine** 4th Year Medical Student Selective, NYU School of Medicine, NY, NY.

222.    July 1, 2003 – Moderator for **Know Pain, No Gain Chronic Pain Medicine** 4th Year Medical Student Selective, NYU School of Medicine, NY, NY.

223.    July 31, 2003 – **Acute Pain Management**, Department of Anesthesiology, NYU Medical Center, NY, NY.

224.    November 4, 2004 – **Pain Assessment and its Management**, 2nd Year Medical Student Neuroscience Course, NYU School of Medicine, NY, NY.

225.    November 5-6, 2004 – **Acute &Chronic Pain Conference**, 2nd Year Medical Student Course, NYU School of Medicine, NY, NY.

226.    June 20, 2005 – Moderator for **Know Pain, No Gain Chronic Pain Medicine** 4th Year Medical Student Selective, NYU School of Medicine, NY, NY.

227.    November 14, 16, 2005 – **Acute &Chronic Pain Conference**, 2nd Year Medical Student Course, NYU School of Medicine, NY, NY.

228.     November 14, 2005 – **Pain Assessment and its Management**, 2nd Year Medical Student Course, NYU School of Medicine, NY, NY.

229.     November 15-16, 2005 – **Acute & Chronic Pain Conference**, 2nd Year Medical Student Course, NYU School of Medicine, NY, NY.

230.    March 20, 2006 – **Interventional Pain Management**, Department of Anesthesiology, NYU Medical Center, NY, NY.

231.    June 19, 2006 – Moderator for **Know Pain, No Gain Chronic Pain Medicine** 4th Year Medical Student Selective, NYU School of Medicine, NY, NY.

232.    August 22, 2006 – **Spinal Cord Stimulation in Chronic Pain**, Department of Physical Medicine & Rehabilitation, NYU Medical Center-Rusk Institute, NY, NY.

233.    November 13, 2006 - **Pain Assessment and its Management**, 2nd Year Medical Student Neuroscience Course, NYU School of Medicine, NY, NY.

234.   November 16, 2006 – **Chronic Pain Conference**, 2nd Year Medical Student Neuroscience Course, NYU School of Medicine, NY, NY.

235.   June 12, 2007 – **Opioid Pharmacotherapy in Chronic Pain**, Department of Physical Medicine and Rehabilitation, NYU Medical Center, NY, NY.

236.   June 18, 2007 – Moderator for **Know Pain, No Gain Chronic Pain Medicine** 4th Year Medical Student Selective, NYU School of Medicine, NY, NY.

237.   November 13, 2007 - **Pain Assessment and its Management**, 2nd Year Medical Student Neuroscience Course, NYU School of Medicine, NY, NY.

238.   November 14, 2007 – **Chronic Pain Conference,** 2nd Year Medical Student Neuroscience Course, NYU School of Medicine, NY, NY.

239.   May 29, 2008 – **Pain and its Rational Pharmacotherapy**, Department of Internal Medicine, NYU School of Medicine, NY, NY.

240.   June 29, 2009 – Moderator for **Know Pain, No Gain: Chronic Pain Medicine** 4th Year Medical Student Selective, NYU School of Medicine, NY, NY.

241.   July 13, 2009 – **Spinal Pain and Pain Interventions**, Department of Anesthesiology, NYU Langone Medical Center

242.    July 14, 2009 – **Acute Pain to Chronic Pain Pathophysiology**, Department of Physical Medicine and Rehabilitation, NYU Rusk Institute

243.    July 14, 2009 – **Spinal Pain and Interventions**, Department of Physical Medicine and Rehabilitation, NYU Rusk Institute.

244.   July 14, 2009 – **Acute Pain to Chronic Pain Pathophysiology**, Department of Physical Medicine and Rehabilitation, NYU Rusk Institute.

245.    July 14, 2009 – **Spinal Pain and Interventions**, Department of Physical Medicine and Rehabilitation, NYU Rusk Institute.

246.   November 17, 2009 - **Pain Assessment and its Pharmacotherapy**, 2nd Year Medical Student Neuroscience Course, NYU School of Medicine, NY, NY.

247.   November 18, 2009 – **Nonopioid Analgesics**, 2nd Year0020Medical Student Neuroscience Course, NYU School of Medicine, NY, NY.

248.   February 20, 2010 – **Peri-operative Pain Management and Beyond**, Department of Orthopedics, NYU School of Medicine, NY, NY.

249.   June 22, 2010 – Medical Student Selective, **Neuropathic Pain,** NYU School of Medicine, NY, NY.

250.  July 20, 2010 – **Cervicalgia and Spinal Interventions**, Department of Physical Medicine and Rehabilitation, NYU Rusk Institute.

251.  July 21, 2010 – **Peri-operative Pain Management and Beyond**, Department of Orthopedics, NYU School of Medicine, NY, NY.

252.  August 7, 2011 – **Rational Pharmacotherapy of Chronic Pain**, Department of Physical Medicine and Rehabilitation, NYU Rusk Institute.

253.  August 7, 2011 – **Interventional Pain Management: Indications, Technique and Complications**, Department of Physical Medicine and Rehabilitation, NYU Rusk Institute.

254.  August 7, 2012 – **Acute Pain to Chronic Pain Pathophysiology**, Department of Physical Medicine and Rehabilitation, NYU Rusk Institute.

255.  August 7, 2012 – **Interventional Pain Management: Indications, Technique and Complications**, Department of Physical Medicine and Rehabilitation, NYU Rusk Institute.


**Hospital-Wide Educational Events:**

256.  July 14-17, 1998 – **Spinal Analgesia in Chronic Pain Patients: A Case Study**, Surgical Nursing Conference, Bellevue Hospital Center, NY, NY.

257.  March 28, 2001 – **Physiology of Pain/Assessment of the Patient in Acute & Chronic Pain**, JCAHO Pain Management Series, Manhattan VA Medical Center, NY, NY.

258.  May 1, 2001 – **Physiology of Pain/Assessment of the Patient in Acute & Chronic Pain**, JCAHO Pain Management Lecture, Brooklyn VA Medical Center, NY, NY.

259.  July 19, 2001 – **Peri-Operative Pain Management**, Interdisciplinary Pain Management Symposium, NYU Medical Center, NY, NY.

260.  July 19, 2001 – **Acute Pain Management**, Interdisciplinary Pain Management Symposium, NYU Medical Center, NY, NY.

261.  February 4, 2002 – **What is Pain & How Do You Assess It?,** Pain Awareness Week, Bellevue Hospital Center, NY, NY.

262.  February 6, 2002 – **Pharmacotherapy of Pain,** Pain Awareness Week, Bellevue Hospital Center, NY, NY.

263.  March 27, 2003 – **Chronic Pain Management**, Pain Resource RN Conference, NYU Medical Center, NY, NY.

264.  April 7, 2003 – **How to Assess the Patient in Pain**, NYU Pain Awareness Week, NYU Medical Center, NY, NY.

265.   September 19, 2003 – **Update on Pharmacological Options in Relieving Pain**, 3rd Annual Pain Management Symposium, Wyckoff Hospital, Brooklyn, NY.

266.   April 10, 2007 – **Pain and its Pharmacotherapy,** Pain Awareness Week, Bellevue Hospital Center, NY, NY.

267.   February 6, 2008 – **Analgesia for the Peri-Operative Period & Beyond**, Perioperative Anesthesia Nursing Week, NYU Medical Center, NY, NY.

268.   October 6, 2008 – **Pain and its Assessment,** Pain Awareness Week, NYU Hospital for Joint Diseases.

269.   October 8, 2008 – **Epidural Patient Controlled Analgesia,** Pain Awareness Week, NYU Hospital for Joint Diseases.

270.   May 13, 2009 – **Low Back Pain – Prevention and Treatment,** Nurses Week/Pain Awareness Presentation, NYU Hospital for Joint Diseases.

271.   July 2, 2009 – **Peripheral Nerve Infusions in the Post-Op Orthopedic Patient**, NYU-Hospital for Joint Diseases.

272.   2007 – 2010 – Weekly Medical Student Preceptor for **Patient-based Longitudinal Ambulatory Clinical Experience (P.L.A.C.E.)**.

**Course Director/Co-Director**

273.   2002 - **BHC Pain Awareness Week**, Course Director, Bellevue Hospital Center.

274.   October 23-24, 2008 **- Peripheral Spine & Joint Injection Course,** NYU – Langone Medical Center, NY, NY.

275.   2006 – 2009 - NYU School of Medicine Pain Module Course Director for medical student course "**Mechanism of Disease: The Nervous System & Physician, Patient & Society**."

276.   2010 – 2011 **Spine & Joint Evaluation & Treatment**, NYU – Langone Medical Center, NY, NY.

277.   March 3, 2011 – **Course Co-Director, Interventional Pain Management,** *Degenerative Disease of the Spine*, NYU Langone Medical Center, NY, NY.

278.   March 3, 2011 – **Chair and Moderator, Interventional Pain Management,** *Degenerative Disease of the Spine*, NYU Langone Medical Center, NY, NY.

279.   March 9, 2013 – **Course Co-Director, Interventional Pain Management,** *Degenerative Disease of the Spine*, NYU Langone Medical Center, NY, NY.

280.   March 9, 2013 – **Chair and Moderator, Interventional Pain Management,** *Degenerative Disease of the Spine*, NYU Langone Medical Center, NY, NY.

281.  October 11-18, 2013 - Norwegian Cruiseline Breakaway – **Pain Management for the Primary Care Practitioner**, NYC-Nassau, Bahamas.

282.  March 28-29 2014 – Organizing Scientific Committee, Study in Multidisciplinary Pain Research, 6th Annual Meeting, Rome, Italy.

283.  March 27-28, 2015 – Organizing Scientific Committee, Study in Multidisciplinary Pain Research, 7th Annual Meeting, Rome, Italy.

284.  July 25, 2015 - Holland America Cruise Lines – **Pain Management for the Primary Care Practitioner**, Vancouver-Alaska.

285.  April 6-8, 2016 – Organizing Scientific Committee, Study in Multidisciplinary Pain Research, 7th Annual Meeting, Rome, Italy.


## LEGISLATIVE ACTIVITIES

June 5, 2015 - Testified to NY State Senate Task Force on Heroin and Opioid Addiction.

October 7, 2013 - Capitol Hill, Washington DC Visit to educate legislators on epidural steroid controversy and maintaining patient access.


## PUBLIC OUTREACH & MEDIA EVENTS:

1.  April 10, 2000 – **WebMD** Live Event Guest Speaker – **Spinal Injections for Chronic Pain.**

2.  November 18, 2002 – Featured on 11 o'clock **CBS Nightly News** *HealthWatch* on pulsed radiofrequency medial branch rhizotomy for treatment of lumbar facet syndrome.

3.  February 18-19, 2005 – Interview on **CNN's House Call with Dr. Sanjay Gupta** on FDA Advisory Panel review on COX-2 inhibitors, analgesics and alternative pain management.

4.  May 10, 2005 – **ABC World News**: Live appearance on the news show to comment on medical devices as part of the week long "**the fight against PAIN**"

5.  February 20, 2008 – **CSPAN:** NY State Medicaid P&T Committee Testimony

6.  May 14, 2008 – **Sirius Doctor Radio:** Discussion with Dr. Michael Aranoff, Professor of Psychiatry, regarding chronic pain, American Pain Society Guidelines and other timely topics for the benefit of the general population.

7.  November, 2008 – Radio interview re PHN pain during **National Family Caregivers Month**.

8. March 9, 2009 – **Sirius Doctor Radio:** Discussion with Dr. Ramesh Gidumal of Department of Orthopedics, regarding chronic pain.

9. May 4, 2009 – **Sirius Doctor Radio:** Discussion with Dr. John Whitestone, Professor of PM&R acute and chronic pain management.

10. May 4, 2009 – Presentation to **NYU-Langone Medical Center Board of Trustees** re pain management program at NYU.

11. June 26, 2009 – **WABC TV Eyewitness News** interview regarding Michael Jackson's death and the role analgesics may have played.

12. June 27, 2009 – Quoted in NY Daily News article **Michael Jackson's Struggle With Pain: Suspicion Demerol Did Him In**

13. July 13, 2009 – Quoted in New York Magazine article **"Life Without Vicodin"**

14. July 20, 2009 - Quoted for **WebMD** article "**Prescription Painkiller Addiction: 7 Myths, Experts Debunk Myths about Prescription Pain Medication Addiction"**

15. August 25, 2009 – Quoted in **USA Today** article **Jackson's Probe Deepens with Anesthetic/Sedative Reports**

16. September 14, 2009 – **Sirius Doctor Radio:** Discussion with Dr. John Whitestone, Professor of PM&R, postherpetic neuralgia.

17. September 15, 2009 – Satellite Media Interviews East Coast to West Coast. Selected **spokesperson for National Pain Foundation on "PHN Awareness Day"**, NY, NY.

18. September 21, 2009 – **Sirius Doctor Radio:** Discussion with Dr. Ramesh Gidumal of Department of Orthopedics, acute and chronic pain management.

19. October 13, 2009 – **Arthritis Today:** Commentary on **"**Photos of Loved Ones May Lessen Pain" research article.

20. October 26, 2009 – **Fox News at 5:** QA with anchors regarding pains that you should not ignore.

21. March 1, 2010 – **Sirius Doctor Radio:** Discussion with Dr. Jonathan Whitestone, Associate Professor of PM&R, discussion regarding pain pathophysiology and treatment modalities.

22. September 16, 2010 – Satellite Media Interviews East Coast to West Coast. **Spokesperson for National Pain Foundation on "PHN Awareness Day"**, Dallas, TX.

23. April 11, 2010 – Appearance on **CBS Morning News** regarding a low back pain treatment device.

24. May 2011, spokesperson for "**Apply Yourself**" campaign to raise awareness of Osteoarthritis of hand and knees.

25. June 10, 2012 – Appearance on **CBS Morning News** regarding FDA Opioid REMS.

26. October 11, 2012 – **Sirius Doctor Radio:** Discussion with Dr. Jonathan Whitestone, Associate Professor of PM&R regarding chronic pain management and opioid epidemic.

27. January 14, 2013 – **Sirius Doctor Radio:** Discussion with Dr. Jonathan Whitestone, Associate Professor of PM&R, discussion regarding acute and chronic pain management.

28. July 22, 2013 – **Sirius Doctor Radio:** Discussion with Dr. Jonathan Whitestone, Associate Professor of PM&R, discussion regarding chronic pain management.

29. April 9, 2014, spokesperson for "**Make Your Move:** *Taking Healthy Steps Toward OA Pain Relief*" campaign to raise awareness of osteoarthritis in women.


**MAJOR RESEARCH INTERESTS:**

1. Principal Investigator in IRB Approved Study: **Gharibo, C.,** et. al., *Technical Observations During Epidural Steroid injections & their Impact on Clinical Outcomes in Lumbosacral Radiculopathy;* Department of Anesthesiology, New York University School of Medicine.

2. Principal Investigator in IRB Approved Study: **Gharibo, C.,** et. al., *Clinical Outcomes in Lumbosacral Radiculopathy Patients who have Received Transforaminal vs.Interlaminar Epidural Steroid Injections;* Department of Anesthesiology, New York University School of Medicine.

3. Principal Investigator in IRB Approved Study: **Gharibo, C.,** et. al., Lumbar Medial Branch Blocks vs. Intra-articular Facet Injections*;* Department of Anesthesiology, New York University School of Medicine.

4. Principal Investigator: **Gharibo, C**., et. al., *Physician Survey of Implantable Device use for Chronic Pain in USA.* Departments of Anesthesiology and Physical Medicine & Rehabilitation, New York University School of Medicine.

5. Lumbar *Does Response to Oral Steroids Predict   Response to Epidural Steroids in Lumbosacral Radiculopathy*

**BIBLIOGRAPHY:**

**Original Reports:**

1. **Gharibo, C.**, *Desirable Attributes of a Pain Clinic in Caring for the Patient with Complex Regional Pain Syndrome,* **RSDSA Review** (Reflex Sympathetic Dystrophy Syndrome Association of America), Volume 11, Issue 3, Winter 1998.

2. **Gharibo, C.**, Spinal Injections in Diagnosis and Treatment of Low Back Pain, **Progress in Anesthesiology**, Dannemiller Foundation, Volume XIII, Chapter 24, 1999.

3. S.P. Cohen, J.C. Narvaez, A.H. Lebovits, J. Popovic, **C. Gharibo**, M.P. Stojanovic., Corticosteroid injections for trochanteric bursitis: Is fluoroscopy necessary? A pilot study **Regional Anesthesia and Pain Medicine** September 2004 (Vol. 29, Page 41).

4. Case Report: Aydin, S., Zou, SP., Varlotta, G., **Gharibo, C.**: Successful Treatment of Phantom Radiculopathy with Fluoroscopic Epidural Steroid Injections. **Pain Medicine**, Volume 6, Number 3, 2005, 266-268.

5. Gordon, A., Zou, SP., Kim, Y., **Gharibo, C.**: Challenges to setting spinal cord stimulator parameters during intra-operative testing: Factors affecting coverage of low back and leg pain. **Neuromodulation**, Volume 10, Number 2, April 2007.

6. Case Report: Rhame, E., Levey, K., **Gharibo, C.**: Successful Treatment of Refractory Pudendal Neuralgia with Pulsed Radiofrequency. **Pain Physician** May-June 2009.

7. **Gharibo, C**, Koo, Chung, Moroz: Epidural Steroids: An Update on Mechanisms of Injury. **Techniques in Regional Anesthesia and Pain Medicine**, October 2009.

8. Pergolizzi, J, Pappagallo, M, **Gharibo, C:** The Role of Urine Drug Testing for Patients on Opioid Therapy. **Pain Practice**, awaiting publication date.

9. Pergolizzi, J, Pappagallo, M, Raffa, R, **Gharibo, C,** Phillips, R**:** Preliminary Observations of a Novel Topical Oil with Analgesic Properties for Treatment of Acute and Chronic Pain. **Pain Practice**, Volume 10, Issue 3, Date: May/June 2010, Pages: 201-213

10. Guest Editor for Special Issue of **Techniques in Regional Anesthesia and Pain Medicine** on Analgesic Pipeline**,** June 2010.

11. ASIPP Guideline Panel Member: Opioids in the Management of Chronic Noncancer Pain: An Update of American Society of the Interventional Pain Physician Guidelines to be published in **Pain Physician** in January of 2011.

12. Denatale, C, Rosenberg, A, **Gharibo, C.**: Injectable Rapid Acting Analgesics. **Techniques in Regional Anesthesia and Pain Medicine**, June 2010.

13. **Gharibo, C.,** Khan, F.: Tamper Resistant Opioids. **Techniques in Regional Anesthesia and Pain Medicine**, June 2010.

2/5/16

14. **Gharibo, C.**: Analgesic Pipeline: Where are we headed? **Techniques in Regional Anesthesia and Pain Medicine**, June 2010.

15. Arbuck, D., **Gharibo, C.**, Pergolizzi, J.: Management of Opioid Tolerability and Related Adverse Effects, **The Journal of Medicine,** 2010;3(1):1–10.

16. **Gharibo. C.**, Varlotta, G., et al: Interlaminar vs. Transforaminal Epidural Steroid Injections in Treatment of Lumbosacral Radiculopathy. A prospective, randomized, double blind comparison. **Pain Physician**, December 2011.

17. Aydin, S., Mehmert, M., **Gharibo, C.,** Brimacombe, M., Stitik, T.: The Role of Radiofrequency Ablation for Sacroiliac Joint Pain: A Meta-analysis. **Journal of Physical Medicine and Rehabilitation.**

18. Pergolizzi, J, **Gharibo, C, et. al.: Constant Dynamic Risk of Opioid Pharmacotherapy, Journal of Psychosomatic Research**, April 2012.

19. **Gharibo, C.,** Kim, C.: Update on Treatment of Neuropathic Pain of PHN, **Pain Medicine News**. April 2011.

20. **Gharibo, C.,** Kim, C.: Neuropathic Pain of Postherpetic Neuralgia, **Pain Medicine News**. December 2011.

21. Taylor, R., Gan, T., Raffa, .R, **Gharibo, C.,**: A Randomized, Double-Blind Comparison Shows the Addition of Oxygenated Glycerol Triesters to Topical Mentholated Cream for the Treatment of Acute Musculoskeletal Pain Demonstrates Incremental Benefit Over Time, **Pain Practice**, 2012.

22. **Gharibo, C.,** Laux, B., Forzani, B., Zou, S.: State of the Field Survey: Spinal Cord Stimulator Use by Academic Pain Medicine Practices, **Pain Medicine**, November 2013.

23. Fine, P., Bradshaw, D., Cohen, M., Connor, S., Donaldson, G., **Gharibo, C.**, Gidal, G., Cameron J., Tselentis, H., Evaluation of the Performance Improvement CME Paradigm for Pain Management in the Long-Term Care Setting, **Pain Medicine**, January 2014.

24. Sinofsky, A, Aydin, S, Kim, E, Gharibo, C: Concordant provocation as a prognostic indicator during interlaminar lumbosacral epidural steroid injections, 17(3):247-253, **Pain Physician**, May June 2014**.**

25. Epidural Steroid Warning Controversy Still Dogging FDA: Health Policy Review, Laxmaiah Manchikanti, MD, Kenneth D. Candido, MD, Vijay Singh, MD, Christopher G. Gharibo, MD, et. al, **Pain Physician**, July 2014.

26. Randomized Trial of Epidural Injections for Spinal Stenosis Published in The New England Journal of Medicine: Further Confusion Without Clarification: Laxmaiah Manchikanti, MD, Kenneth D. Candido, MD, Alan D Kaye, MD, PhD, Mark V. Boswell, MD, PhD, Ramsin M. Benyamin, MD, Frank J.E. Falco, MD, Christopher G. Gharibo, MD, and Joshua A. Hirsch, MD.; **Pain Physician**, July 2014.

27. Epidural Steroid Injections Safety Recommendations by Multi-Society Pain Workgroup (MPW): More Regulations Without Evidence and Clarification: Laxmaiah Manchikanti, MD, Frank J.E. Falco, MD, Ramsin M. Benyamin, MD, Christopher G. Gharibo, MD, Kenneth D. Candido, MD, and Joshua A. Hirsch, MD, **Pain Physician**, September/October 2014.

28. Manchikanti, Laxmaiah; Kaye, Alan D; Boswell, Mark V; Bakshi, Sanjay; Gharibo, Christopher G; Grami, Vahid; Grider, Jay S; Gupta, Sanjeeva; Jha, Sachin Sunny; Mann, Dharam P; Nampiaparampil, Devi E; Sharma, Manohar Lal; Shroyer, Lindsay N; Singh, Vijay; Soin, Amol; Vallejo, Ricardo; Wargo, Bradley W; Hirsch, Joshua A. 'A Systematic Review and Best Evidence Synthesis of the Effectiveness of Therapeutic Facet Joint Interventions in Managing Chronic Spinal Pain'. *Pain physician*. 2015 18(4):E535-E582 (# 1729782)

29. Boswell, Mark V; Manchikanti, Laxmaiah; Kaye, Alan D; Bakshi, Sanjay; Gharibo, Christopher G; Gupta, Sanjeeva; Jha, Sachin Sunny; Nampiaparampil, Devi E; Simopoulos, Thomas T; Hirsch, Joshua A. 'A Best-Evidence Systematic Appraisal of the Diagnostic Accuracy and Utility of Facet (Zyg-apophysial) Joint Injections in Chronic Spinal Pain'. *Pain physician*. 2015 18(4):E497-E533 (# 1729772)

30. Aydin, S., Trinh, K., Gharibo, C., Inadvertent Intra-Discal Injection with TFESI Utilizing Kambin's Retrodiscal Approach in the Treatment of Acute Lumbar Radiculopathy, Pain Practice, xxxx

31. Alan D. Kaye, MD, PhD, Laxmaiah Manchikanti, MD, Salahadin Abdi, MD, PhD, Sairam Atluri, MD, Sanjay Bakshi, MD, Ramsin Benyamin, MD, Mark V. Boswell, MD, PhD, Ricardo Buenaventura, MD, Kenneth D. Candido, MD, Harold J. Cordner, MD, Sukdeb Datta, MD, Gulshan Doulatram, MD, Christopher G. Gharibo, MD, Vahid Grami, MD, Sanjeeva Gupta, MD, Sachin Jha, MD, Eugene D. Kaplan, MD, Yogesh Malla, MD, Dharam P. Mann, MD, Devi E. Nampiaparampil, MD, Gabor Racz, MD, Prithvi Raj, MD, Maunak V. Rana, MD, Manohar Lal Sharma, MD, Vijay Singh, MD, Amol Soin, MD, Peter S. Staats, MD, Ricardo Vallejo, MD, Bradley W. Wargo, DO, and Joshua A. Hirsch, MD. Efficacy of Epidural Injections in Managing Chronic Spinal Pain: A Best Evidence Synthesis, Pain Physician 2015; 18:E939-E1004

**Reviews, Book Chapters, Articles**:

26. **Gharibo, C.**: Review of American Society of Regional Anesthesia and Pain Medicine Web Site, **American Pain Society Bulletin**, Volume 12, Number 6, November/December 2002.

27. Dubois, M., Gharibo, C., Lebovits, A.,: **Chronic Pain Management**, Practice of Anaesthesia. Wylie and Churchill and Davidson, 2003.

28. Gharibo, C., Rosenberg, A., Zou, SH: **Acute Pain Management**, The Neurologic Basis of Pain, McGraw Hill, 2004.

29. Gharibo, C., Khan, M.: **Chronic Pain Management**, Medical Aspects of Disability, 4th Edition, 2010.

30. Gharibo, C., Montecillo, F.: **Tamper Resistant Opioids**, The Essence of Analgesia and Analgesics**,** ed-ited by Ray Sinatra and Jonathan Jahr, 2010.

31. Gharibo, C**,** Kim, C.**: Neuropathic Pain of Postherpetic Neuralgia,** Pain Medicine News, McMahon Publishing, Spring 2011.

32. Gharibo, C**,** Kim, C.**: Postherpetic Neuralgia,** Comprehensive Pain Medicine and Interventional Pain Management Board Review**,** ASIPP, 2011.

33. Gharibo, C**,** Kim, C.**: New Options in Treatment of Postherpetic Neuralgia,** Pain Medicine News, McMahon Publishing, Winter 2011.

34. Gharibo, C., et. al.: **Corticosteroids**, Staats-Diwan Atlas of Pain Management Procedures, McGraw-Hill, 2012.

35. Gharibo, C., et. al.: **Lateral Femoral Nerve Block**, Staats-Diwan Atlas of Pain Management Procedures, McGraw-Hill, 2012.

36. Gharibo, C., et. al.: **Suprascapular Nerve Block**, Staats-Diwan Atlas of Pain Management Procedures, McGraw-Hill, 2012.

37. Gharibo, C., et. al.: **Acute Pain Management of the Chronic Pain Patient**, Anesthesia Guide, McGraw-Hill, 2012.

38. Gharibo, C**,** et. al.: **Intravenous Patient Controlled Analgesia**, Anesthesia Guide, McGraw-Hill, 2012.

39. Gharibo, C., et. al.: **Epidural Patient Controlled Analgesia**, Anesthesia Guide, McGraw-Hill, 2012.

40. Gharibo, C: **Use of Air Contrast in Lumbar Sympathetic Blocks for Complex regional Pain Syndrome**, **Pain Medicine News**, Winter 2012.

41. Pergolizzi, J, Gharibo, C., Gudin, J., et al: Development of Federally Mandated Risk Evaluation and Mitigation Strategies (REMS) for Transmucosal Immediate-Release Fentanyl Products, **Pain Practice**, April 2013.

42. Doan, L., Sidhu, D., Gharibo, C., Use of Pulsed Radiofrequency in Treatment of Peripheral Neuralgias, **Pain Medicine News**, December 2013

43. Doan, L, Augustus, J, Androphy, R, Schechter, D, Gharibo, C, Mitigating the Impact of Acute and Chronic Post-Thoracotomy Pain. Journal of Cardiothoracic & Vascular Anesthesia. 2014 28(4): 1060-1068 (# 1153632)

44. Manchikanti, L, Gharibo, C., et al: Comparison of the Efficacy of Saline, Local Anesthetics, and Steroids in Epidural and Facet Joint Injections for the Management of Spinal Pain: A Systematic Review of Randomized Controlled Trials, Surgical Neurology International, 2015.

45. TO BE SUBMITTED. Manchikanti, L, Gharibo, C, … Efficacy of Percutaneous Adhesiolysis in the Treatment of Lumbar Post Surgery. Anesthesiology and Pain Medicine, 2015.

46. Pergolizzi, Joseph V; Gharibo, Christopher; Ho, Kok-Yuen. 'Treatment Considerations for Cancer Pain: A Global Perspective'. Pain practice. 2015 15(8):778-792

**Abstracts**:

1. **Gharibo, C.**, Hefferan, J., Regan, T.J.: *Influence of Moderate Obesity on Myocardial Dysfunction in Diabetes*, **Clinical Research**, 38:3 October, 1990.

2. *"Factors influencing the outcome following transforaminal epidural steroid injections for lumbosacral radiculopathy"*: Sakalkale, D., **Gharibo, C.**; Presented at 2001 American Academy Physical Medicine & Rehabilitation Meeting, New Orleans, LA.

3. *"Incidence of Complications of Interventional Pain Management Procedures in a Major City Hospital for Indigent Patient Population"*: Zou, Sheng P., Mogin, A., **Gharibo, C.,** Bellevue Hospital Center, Department of Anesthesiology, New York University School of Medicine, NY, NY. Presented at 2004 American Academy of Pain Medicine, Orlando, Florida.

4. *"A Comparison Between a Private Institution and A Public Hospital of Inpatient Chronic Pain Management Referral Patterns Using WHO Analgesic Ladder Guidelines"*: Zou, Sheng P., Lebovits, A., Maharlouei, B., **Gharibo, C.,**   Bellevue Hospital Center, Department of Anesthesiology, New York University School of Medicine, NY, NY. Presented at 2005 World Congress on Pain, Sydney, Australia.

5. *"Abuse of both illegal and prescription drugs among Chronic Pain Patients in a major City Hospital Pain Clinic"*: Zou, Sheng P., Erkulwater, E., **Gharibo, C.**; Department of Anesthesiology, New York University School of Medicine. Presented at 2006 American Society of Regional Anesthesia & Pain Medicine Annual Meeting, San Francisco, CA.

6. *"Spinal Cord Stimulator Trial Parameters in Lumbosacral Radiculopathy"*: Gordon, A., Zou, Sheng P., **Gharibo, C.**; Department of Anesthesiology & Physical Medicine & Rehabilitation, New York University School of Medicine. Presented at 2006 American Society of Regional Anesthesia & Pain Medicine Annual Meeting, San Francisco, CA.

7. *"Pulsed Radiofrequency of Pudendal Nerve to Treat Perineal Pain"*: Kasumi, T., Levey, K., Gharibo, C.; Department of Anesthesiology, New York University School of Medicine. Presented at 2008 American Academy of Pain Medicine Annual Meeting, Orlando, FL.

8. "Epidural Hematoma in a Heparinized Patient": Mura, J., Gharibo, C.; Department of Anesthesiology, New York University School of Medicine. Presented at 2008 American Academy of Pain Medicine Annual Meeting, Orlando, FL.

9. "Successful Treatment of Pudendal Neuralgia with Pulsed Radiofrequency", 2008 *American Society of Anesthesiologists, 61st Annual Meeting*, Orlando, FL.

10. "Epidural Abscess Risk of Epidural Steroids in Patient receiving Oral Steroids", 2008 *American Society of Anesthesiologists, 61st Annual Meeting*, Orlando, FL.

11. "Successful Treatment of Pudendal Neuralgia with Pulsed Radiofrequency", 2009 *American Academy of Pain Medicine Annual Meeting*, Honolulu, Hawaii.

2/5/16

12.     "Oral Prednisone Response as an Indicator for Pain Reduction with Epidural Injection in the Treatment of Lumbosacral Radiculopathy", 2010 *American Academy of Pain Medicine Annual Meeting*, San Antonio, TX.

13.     "Predictive Value of Provocation & Concordance in Transforaminal Epidural Steroid Injections", April 2011 *American Academy of Physiatrists*, Chandler, Arizona.

14.     "Reproduction Of Pain During Transforaminal Epidural Steroid Injections Predict Success In Pain Relief?" 2011 *American Academy of Pain Medicine Annual Meeting*, National harbor, Maryland.

15.     "Interlaminar verses transforaminal epidural steroids for the treatment of lumbar radicular pain: A randomized, blinded, prospective outcome study." 2011 American Pain Society Annual Meeting, Austin, TX.

16.     "Discordant provocation improves pain more than concordant provocation in transforaminal epidural steroid injection", 2012 American Academy of Physiatrists, Las Vegas, NV.

17.     Pergolizzi, J, Gharibo, C., Gudin, J., et al: Development of Federally Mandated Risk Evaluation and Mitigation Strategies (REMS) for Transmucosal Immediate-Release Fentanyl Products, American Pain Society Annual Meeting, New Orleans, Louisiana, 2013.

18.     Trinh, K, Gharibo, C, Aydin, S: Inadvertent Intra-Discal Injection with TFESI Utilizing Kambin's Retrodiscal Approach in the Treatment of Acute Lumbar Radiculopathy, NY NJ Society of Interventional Pain Physicians, Jersey City, NJ.

2/5/16