# EXHIBIT 2

# EVOLVING ROLES, SAME GOALS:
## THE CHANGING LANDSCAPE OF PAIN MANAGEMENT

**DATE/TIME:**
Friday, September 19, 2014
11:45 AM – 1:15 PM
Lunch will be served

**LOCATION:**
JW Marriott Desert Ridge
Phoenix, Arizona
Grand Saguaro North & South Ballroom

Pain management continues to evolve in response to patient, provider, and societal needs. Please join us as three experts in pain management discuss these developing perspectives.



**Michael Brennan, MD**
Chief Medical Officer
The Pain Center of Fairfield
Fairfield, CT
Associate Medical Director
Chronic Pain and Recovery Center
Silver Hill Hospital
New Canaan, CT



**Christopher Gharibo, MD**
Associate Professor of Anesthesiology
and Orthopedics
NYU School of Medicine
Medical Director of Pain Medicine
NYU-Hospital
New York, NY



**Steven Simon, MD, RPh**
Assistant Clinical Professor of Physical
Medicine and Rehabilitation
Kansas University Medical Center
Kansas City, KS

This is not a CME program.

In order to maintain the professional and educational nature of our program, Teva is unable to accommodate family members, office staff, or other guests of healthcare professionals at our program.

Teva is required to disclose all items of value provided to healthcare providers and to disclose these amounts publicly. By attending this speaker program, you are accepting the disclosure of the cost of the meal.

©2014 Cephalon, Inc., a wholly-owned subsidiary of Teva Pharmaceutical Industries Ltd.
All rights reserved.   PAIN-40091   August 2014

TEVA

# AGENDA

> The educational courses at the Annual Meeting are supported by an educational grant from Pfizer, Inc.

## PRE-CONFERENCE SESSIONS

### THURSDAY, SEPTEMBER 18

**Hands-on and Didactic Sessions**
9:00 AM - 4:30 PM
Break: 10:30 AM - 10:45 AM
Lunch (Provided): 12:00 PM - 1:00 PM
Break: 2:30 PM - 2:45 PM

**Best Practices in Opioid Prescribing: Tools and Techniques You Can Use Next Week**
UAN: 0036-9999-14-300-L04-P
Chair: W. Clay Jackson, MD, DipTh; Faculty: Jeffrey A. Gudin, MD; Brett Badgley Snodgrass, MSN, FNP-BC; Saundra Jain, MA, PsyD, LPC
Room: Grand Sonoran H

**Essentials in Pain Management**
Brian Shelley, MD; George D. Comerci, Jr; MD, FACP; Daniel Duhigg, DO
Room: Grand Sonoran E

**Solving the Mystery of Chronic Pain, Depression and Illness: Total Recovery from Myofascial Pain Syndrome to Central Sensitization Syndrome**
Jay P. Shah, MD; Gary E. Kaplan, DO, DABFP, DABPM, FAAMA
Room: Grand Sonoran B

**Neuroplastic Transformation**
Marla DePolo Golden, DO, FACEP; Michael H. Moskowitz, MD, MPH
Room: Grand Sonoran D

## CONFERENCE SESSIONS

### THURSDAY, SEPTEMBER 18

Meeting Kick-off Activities

5:00 - 5:30 PM   PRESIDENT'S WELCOME
Robert Bonakdar, MD
Room: Grand Sonoran F&G

5:30-6:30 PM   1.   KEYNOTE
**Total Recovery: Solving the Mystery of Chronic Pain and Depression**
UAN: 0036-9999-14-301-L01-P
Gary E. Kaplan, DO, DABFP, DABPM, FAAMA
Room: Grand Sonoran F&G

6:30-8:30 PM   PRESIDENT'S RECEPTION AND EXHIBITS IN THE EXHIBIT HALL

### FRIDAY, SEPTEMBER 19

7:00-7:45 AM   Morning Movement (non-CME)
Chill Yee, MD
Room: Pinnacle Peak 3

7:00-8:00 AM   SUPPORTED BREAKFAST
**The Great Pain Policy Debate**
Jeffrey Fudin, BS, PharmD, FCCP; Stephen Ziegler, PhD, JD; Bob Twillman, PhD, FAPM
Room: Grand Saguaro North & South
*This activity is supported by Purdue Pharma, L.P., and Millennium Laboratories.*

8:05-9:05 AM   2.   KEYNOTE
**The Emerging Role of the Microbiome in Pain Medicine – Why It Matters To You**
UAN: 0036-9999-14-302-L04-P
Donald C. Manning, MD, PhD
Room: Grand Sonoran F&G

9:05-9:35 AM   BREAK

9:35-10:35 AM   3.   **Exercise Prescription for Chronic Pain Conditions: Emphasis on Chronic Low Back Pain**
Chill Yee, MD
Room: Grand Sonoran D

4.   **Opioid Induced Hyperalgesia**
UAN: 0036-9999-14-303-L01-P
Jeffrey A. Gudin, MD
Room: Grand Sonoran E

5.   **Know Pain; Know Gain – Therapeutic Neuroscience Education**
Adriaan Louw, PT, PhD
Room: Grand Sonoran H

10:40-11:40 AM   6.   **Enhancing Patient-Provider Communication to Improve Pain Outcomes**
UAN: 0036-9999-14-304-L04-P
Brett B. Snodgrass MSN, APRN, FNP-C
Room: Grand Sonoran D

7.   **Is it Myofascial Pain, Fibromyalgia, Migraine or Chronic Widespread Pain: A Differential Diagnosis**
Joanna Katzman, MD
Room: Grand Sonoran E

8.   **Etiology and Treatment of Low Back Pain**
Andrew W. Sukiennik, MD
Room: Grand Sonoran H

11:45 AM-1:15 PM   SUPPORTED LUNCH
**Evolving Roles, Same Goals: The Changing Landscape of Pain Management**
Christopher Gharibo, MD, Michael Brennan, MD, Steven Simon, MD, RPh
Room: Grand Saguaro North & South
*This activity is supported by Teva Pharmaceuticals.*

1:20-2:20 PM   9.   **Total Care for Total Pain: Antemortem Care in the Postmodern Era**
W. Clay Jackson, MD, DipTh
Room: Grand Sonoran D

10.   **New Perspectives on Neurogenic Thoracic Outlet Syndrome**
UAN: 0036-9999-14-305-L01-P
Paul J. Christo, MD, MBA
Room: Grand Sonoran H

11.   **Neuroimaging of Central Pain**
Richard E. Harris, PhD
Room: Grand Sonoran E

2:25-3:25 PM   12.   KEYNOTE
**Pain Disparity: Clinical Medical Ethical Considerations and Progressive Care**
UAN: 0036-9999-14-306-L04-P
September Williams, MD
Room: Grand Sonoran F&G

3:30-4:30 PM   **Best Poster Session in the Exhibit Hall**
Thomas N. Watson DPT, PT, DAAPM
**Poster Session in the Exhibit Hall**

4:35-5:35 PM   13.   **Fibromyalgia: A Multidisciplinary, Functional Medicine Approach to Diagnosis and Treatment**
Chris A. Kleronomos, FNP-BC, DAAPM, DAOM- L.Ac., RH (AHG)
Room: Grand Sonoran E

14.   **Impact of Post-Operative Pain**
UAN: 0036-9999-14-307-L04-P
Albert Ray, MD
Room: Grand Sonoran D

# AGENDA

4:35-5:35 PM CONT.

15. **Rebuilding Lives**
    Cathie O'Connell, PhD
    Room: Grand Sonoran H

5:40-6:40 PM

16. **PLENARY**
    **Who is at Risk for Opioid Addiction: How Do I Know?**
    UAN: 0036-9999-14-308-L04-P
    Daniel Duhigg, DO
    Room: Grand Sonoran F&G

6:30-8:00 PM    **EXHIBITOR HOSTED COCKTAIL PARTY**

## SATURDAY, SEPTEMBER 20

7:00-7:45 AM

**Morning Meditation (non-CME)**
Bruce F. Singer, PsyD
Room: Pinnacle Peak 3

8:05-9:05 AM

17. **KEYNOTE**
    **N.O.R.M.A.L.: Neuroplastic Optimization and Reduction of Medications for Adaptive Living**
    UAN: 0036-9999-14-309-L04-P
    Marla DePolo Golden, DO, FACEP; Michael H. Moskowitz, MD, MPH
    Room: Grand Sonoran F&G

9:05-9:35 AM    **BREAK**

9:35-10:35 AM

18. **An Evidence-based Review of Dietary Supplements Used to Treat Pain**
    UAN: 0036-9999-14-310-L04-P
    David Kiefer, MD
    Room: Grand Sonoran E

19. **Hormones and Pain Care: A New Frontier**
    UAN: 0036-9999-14-311-L04-P
    Forest Tennant, MD, Dr. P.H.
    Room: Grand Sonoran D

20. **Osteopathic Approaches to Back Pain**
    Michael Kurisu, DO
    Room: Grand Sonoran H

10:40-11:40 AM

21. **Selective Pain Pharmacology and Interactions with Miscalculated Risks**
    UAN: 0036-9999-14-312-L04-P
    Jeffrey Fudin, R.Ph, BS, PharmD, DAAPM, FCCP
    Room: Grand Sonoran D

22. **Yoga, Mindfulness, and Hypnosis: An Exploration of the Science and Art of Healing**
    Catherine R. Stallworth, MD, FAAPMR, RYT
    Room: Grand Sonoran H

23. **The Interpretation of Spinal MRI for the Non-Radiologist**
    Christian D. González, MD
    Room: Grand Sonoran E

11:45 AM-1:15 PM

**SUPPORTED LUNCH**
**KAPPA: Myths/Misconceptions, and Moving Beyond Mu**
Jeffrey Gudin, MD; Lynn Webster, MD; Robert Medve, MD
Room: Grand Saguaro North & South
*This activity is supported by Cara Therapeutics.*

1:20-2:20 PM

24. **KEYNOTE**
    **Trusting Your Patients: Objectivity and Subjectivity in Health and Healthcare**
    UAN: 0036-9999-14-313-L04-P
    Peter A. Moskovitz, MD
    Room: Grand Sonoran F&G

2:25-3:25 PM

**EXHIBIT HALL DRAWING**
(Last chance to visit the Exhibit Hall)

3:25-4:25 PM

25. **Hypnosis for Pain Control**
    David R. Patterson, PhD, ABPP
    Room: Grand Sonoran E

26. **Geriatric Pain**
    UAN: 0036-9999-14-314-L04-P
    Katherine E. Galluzzi, DO, CMD, FACOFP *dist.*
    Room: Grand Sonoran H

27. **Chronic Pelvic Pain: A "Pain Generator" Oriented Approach to Therapy**
    Robert Moldwin, MD
    Room: Grand Sonoran D

4:30-5:30 PM

28. **Analgesia on the Menu: The Role of Nutrition in the Management of Joint Pain**
    UAN: 0036-9999-14-315-L04-P
    Nancy Cotter, MD
    Room: Grand Sonoran E

29. **Self-Regulation Strategies: Biofeedback and Mindfulness Interventions for Chronic Pain**
    Bruce F. Singer, PsyD; Peter Behel, MA, BCB
    Room: Grand Sonoran D

30. **Bone Marrow and Adipose Derived Autologous Stem Cells for the Treatment of Chronic Musculoskeletal Pain**
    Harry Adelson, ND, DAAPM
    Room: Grand Sonoran H

5:35-6:35 PM

31. **PLENARY**
    **The Pain Game**
    UAN: 0036-9999-14-316-L04-P
    Bob Twillman, PhD; Katherine E. Galluzzi, DO, CMD, FACOFP dist.; Daniel Duhigg, DO
    Room: Grand Sonoran F&G

## SUNDAY, SEPTEMBER 21

7:00-7:45 AM

**Morning Yoga (non-CME)**
Catherine R. Stallworth, MD, FAAPMR, RYT
Room: Pinnacle Peak 3

8:00-10:00 AM

32. **Tertiary Care for Primary Headaches**
    UAN: 0036-9999-14-317-L01-P
    Duren Michael Ready, MD, FAHS, DAAPM
    Room: Grand Sonoran H

33. **Drug Testing Update: Discussion with a Clinician and Toxicologist**
    Gary M. Reisfield, MD; Bruce A. Goldberger, PhD
    Room: Grand Sonoran D

8:00 AM-12:15 PM

34. **Worlds Unite: Treating Pain with Manual Medicine, Acupuncture, and Nutraceutical/Herbal Medicine**
    Jay Sandweiss, DO, C-NMM/OMM, FAAMA
    Room: Grand Sonoran E

10:00-10:15 AM    **BREAK**

10:15 AM-12:15 PM

35. **Orofacial Pain Management**

    **Part 1: Periauricular Percutaneous Electrical Nerve Field Stimulation (PNfS): Non-narcotic Alternatives for Chronic and Acute Post-operative Pain**
    Christopher R. Brown, DDS, MPS

    **Part 2: Chronic Fibrosing Osteomyelitis–Clinical and Histopathologic Presentation of a Frequently Misdiagnosed Bone Disease**
    William R. Adams, DDS, MSD; Lawrence I. Goldblatt, DDS, MSD
    Room: Grand Sonoran H

36. **Risk Management: Behavioural Screening Tools**
    Tracy L. McPherson, PhD
    Room: Grand Sonoran D

12:20-1:20 PM

37. **KEYNOTE**
    **The Kaleidoscope of Pain: Musings of Doctoring and Healing**
    UAN: 0036-9999-14-318-L04-P
    Jay Sandweiss, DO, C-NMM/OMM, FAAMA
    Room: Grand Sonoran F&G