# EXHIBIT A

GOVERNMENT
EXHIBIT
1101-T
S2 14 Cr. 810 (CM)

1

2          DATE:              06/27/2013

3          START TIME:        0758 EDT

4          DURATION:          01:43:00

5          PARTICIPANTS:      DR. MIRILASHVILI

6                             CONFIDENTIAL SOURCE

7                                  a/k/a CS

8                             ABRAHAM CORREA

9

10

1                            [BEGINNING OF CONVERSATION]

2                    [UNDERLINED WORDS SPOKEN IN ENGLISH]

3                            [BACKGROUND CONVERSATION]

4   DR. MIRILASHVILI:        La Antigua Jose. [UNINTELLIGIBLE] Come on, come on,
5                            now. [UNINTELLIGIBLE] Do you speak English?

6   CORREA:         Do you understand English?

7   CS:             A little.

8   CORREA:         This Dr. Michael Mirilashvili. He's the pain doctor. He's going to
9                   read your records then he's going to show you the problems you
10                  have in the diagram. Then he's going to tell you what he can do for
11                  with and give you the remedy.

12  CS:             Okay.

13  DR. MIRILASHVILI:        He has to pay for the visit.

14  CORREA:         Now you have to pay him for the visit [PAUSE] Two hundred
15                          dollars. And this is your receipt for the records.

16  CS:             Okay.

17  DR. MIRILASHVILI:        Thank you sir.

18  CORREA:         Thank you [PAUSE].

19  DR. MIRILASHVILI:        [UNINTELLIGIBLE] I need some time to read this paper.

20  CORREA:         Give him a minute so he can read your, your [PAUSE]

21                          [VOICES OVERLAP]

22  CS:             Oh, okay.

1   CORREA:              [PAUSE] papers.

2                  [BACKGROUND: VOICES, TELEVISION SET ON, COUGHING]

3                              [LONG PAUSE]

4   DR. MIRILASHVILI:        Okay, come to me please.

5   CORREA:              Get up. He's going to [UNINTELLIGIBLE].

6   DR. MIRILASHVILI:        Come.

7   CORREA:              Get closer.

8   DR. MIRILASHVILI:        Come. This is your [PAPER SHUFFLING] skeleton of
9                            your bones.

10  CORREA:              This is the skeleton of [PAUSE]

11                             [VOICES OVERLAP]

12  CS:                  Uh-huh.

13  CORREA:              [PAUSE] [NOISE] of your bones.

14  DR. MIRILASHVILI:        What I would do right now I will point to your attention
15                           which part of the bone, muscle, ligaments are involve in
16                           your problem.

17  CORREA:              Right now he's going to point out to you where you have your
18                           muscle and bone problems.

19  CS:                  Uh-huh.

20  DR. MIRILASHVILI:        Then I will explain to you what's going on wrong.

21  CORREA:              Then he's going to explain what's wrong with you.

22  DR. MIRILASHVILI:        Okay, and after the examination I will discuss with you

1                              what I can do for you.

2    CORREA:              After he examines you he'll tell you what he can do for
3                              you.

4    CS:                  Okay.

5    DR. MIRILASHVILI:    You see this brown color bone?

6    CORREA:              Do you see the, the brown bones that are there?

7    CS:                  Yes.

8    DR. MIRILASHVILI:    This is your vertebrae.

9    CORREA:              That's what's called vertebrae…

10                              [VOICES OVERLAP]

11   DR. MIRILASHVILI:    You have twenty-four…

12   CORREA:              This one here.

13   DR. MIRILASHVILI:    …bones like this make that  be the entire spine.

14   CORREA:              You have twenty-four bones that make up your spine.

15   CS:                  Uh-huh.

16   DR. MIRILASHVILI:    You see the yellow light fluid?

17   CORREA:              Do you see the yellow here inside the the, the bone?

18   CS:                  Uh-huh.

19   DR. MIRILASHVILI:    This is your disc.

20   CORREA:              That's what's called the discs. That….

1                    [VOICES OVERLAP]

2    DR. MIRILASHVILI:       This keep keeping each vertebrae away [PHONETIC] and
3                               working as a cushion and absolvent when you're standing,
4                               sitting, or walking.

5    CORREA:         The disc works like a sponge that, that keeps the bones separated
6                               so it can help prevent them from coming together.

7    CS:             Okay.

8    DR. MIRILASHVILI:       Do you see these tiny lines between the bones, tiny...

9                    [VOICES OVERLAP]

10   CORREA:         Do you see the...

11   DR. MIRILASHVILI:       Lines?

12   CORREA:         Do you see the, the line he's showing you?

13   CS:             Yes.

14   DR. MIRILASHVILI:       This is your facet joint, the lining [PHONETIC] from the
15                               neck all the way down.

16   CORREA:         That's what's called facet joint, which runs from the top to the
17                               bottom.

18   CS:             Okay.

19   DR. MIRILASHVILI:       Do you, do you see this dark brown color spots here?

20   CORREA:         Do you see the brown he's showing you right now?

21   CS:             Yes.

22   DR. MIRILASHVILI:       Uh, yes?

1   CS:                    Yes.

2   DR. MIRILASHVILI:      Sacroiliac joint. This is sacroiliac joint.

3   CORREA:                Those are called sacroiliac joint, that's what it's called.

4   DR. MIRILASHVILI:      Now, the main function of these two joints when
5                          there normal, when they're flexible, are properly hold and
6                          carrying all the loads coming from the spine.

7   CORREA:                The, the function of the two bones he showed you is to hold the
8                          weigh from top to bottom.

9   CS:                    Okay.

10  DR. MIRILASHVILI:      Do you see this opening here and nerve coming through?

11  CORREA:                Do you see the openings right there? That's where the nerves go
12                         through.

13  CS:                    Uh-huh.

14                                 [VOICES OVERLAP]

15  DR. MIRILASHVILI:      This is your spinal cord.

16  CORREA:                That's what's called the spine.

17  DR. MIRILASHVILI:      Your spinal cord are the huge trunk containing x number of
18                         the pair nerves, give the branches to the left side, give the
19                         branches to the right side.

20  CORREA:                Through your spine, through [UNINTELLIGIBLE] nerves which
21                         go through both left and right side of your [PAUSE]

22  DR. MIRILASHVILI:      This is your ….

23                                 [VOICES OVERLAP]

1    CORREA:              ...bones.

2    DR. MIRILASHVILI:       .... paraspinal muscle running from the neck, neck all the
3                           way down.

4    CORREA:              That's what's called uh, paraspinal muscle which runs from your
5                         neck to your waist down.

6    CS:                  Okay.

7    DR. MIRILASHVILI:       The usual function of this muscle is a full support of your
8                           spine.

9    CORREA:              Its function is to [NOISE] hold everything in its place.

10   DR. MIRILASHVILI:       Now, what's going on wrong? Now, look [PAUSE]

11   CORREA:              The... [PAUSE]

12                                        [VOICES OVERLAP]

13   DR. MIRILASHVILI:       ... here.

14   CORREA:              ...problem you have.

15   DR. MIRILASHVILI:       This is the lumbar [PHONETIC] spine one, two, three,
16                           four, five.

17   CORREA:              That's bone L1, L2, L3, four and five.

18   DR. MIRILASHVILI:       Alright? [UNINTELLIGIBLE] what this says, your disc
19                           with this yellow fluid, which is proper, properly hold by
20                           four ligament, one of the ligaments is ruptured and this
21                           fluid is leaking out.

22   CORREA:              What's happening to you is that, what he's saying is that your disc
23                         is leaking, the fluid leaked on the side and now you have
24                         both bones coming together.

| | | |
|---|---|---|
| 1<br>2<br>3 | DR. MIRILASHVILI: | When the disc is gone or [UNINTELLIGIBLE] uh, along the vertebrae slipping forward [UNINTELLIGIBLE] vertebrae. |
| 4 | CORREA: | When that happens both bones come together from top to bottom. |
| 5 | CS: | Uh-hum. |
| 6<br>7 | DR. MIRILASHVILI: | And nerve coming through on the left side and right side is in trapped [PHONETIC]. |
| 8<br>9 | CORREA: | What can happen, the nerve that goes through right side and the left side gets pinched. |
| 10<br>11<br>12 | DR. MIRILASHVILI: | When the nerve is in trapped [PHONETIC] you feel numbness and tingling sensation in your lower extreme [PHONETIC]. |
| 13<br>14 | CORREA: | When that happens you feel your legs numb, you feel like a, like a tingling sensation. |
| 15<br>16<br>17 | DR. MIRILASHVILI: | After this [BACKGROUND: NOISE] disc [UNINTELLIGIBLE] your joint, your facet joint and sacroiliac joint become hypertrophic [PH]. |
| 18<br>19 | CORREA: | When that happens, the facet joint and the sacroiliac joint get hard. [UNINTELLIGIBLE]. |
| 20<br>21 | DR. MIRILASHVILI: | What this means for you... if this, this [UI] this ligaments cannot hold the, all the weight is coming from the spine. |
| 22<br>23 | CORREA: | What that means is that with your weight it doesn't hold from the neck down. |
| 24<br>25 | DR. MIRILASHVILI: | Because your [UNINTELLIGIBLE] your lower back [PAUSE] |
| 26<br>27 | CORREA: | When that happens in the middle of what he just showed you ...is that you have...  [NOISE], you have the problem. |

1    DR. MIRILASHVILI:        [PAUSE] and the, and the severe lower back pain.

2    CORREA:            And you get a lot of in the [PAUSE]

3                            [VOICES OVERLAP]

4    DR. MIRILASHVILI:        So numbness [PAUSE]

5    CORREA:            [PAUSE] [UNINTELLIGENT][PAUSE]

6    DR. MIRILASHVILI:        [PAUSE] numbness coming from the nerve
7                            [UNINTELLIGIBLE] and pain coming from the facet and
8                            sacroiliac joint hypertrophy.

9    CORREA:            That you get numbness on this side of the leg and then the muscle
10                           gets, gets hypertrophy.

11   DR. MIRILASHVILI:        Your spinal cord becomes spasmodic. What this is means,
12                           every morning you may experiencing stiffness in your
13                           lower back.

14   CORREA:            When that happens… what happens is that, that your spine
15                           becomes spasmodic and then in the morning you feel that in
16                           the bottom… you, you get a lot of pain where you can
17                           barely move.

18   DR. MIRILASHVILI:        Any questions?

19   CORREA:            Do you have questions for him?

20   CS:               No, is okay I understand.

21   CORREA:            Okay, thank you. [RUSTLING SOUND] [UNINTELLIGIBLE
22                           CONVERSATION] Now he's going to ask you a couple of
23                           questions now.

24                            [BACKGROUND: NOISE]

25   DR. MIRILASHVILI:        What he needs, he needs a [UNINTELLIGIBLE], sit down
26                           and take care of all the patients, right?

| 1 | CORREA: | [LAUGHS] |
|---|---|---|
| 2 | CS: | [CHUCKLES] |
| 3 | | [PAUSE] |
| 4<br>5<br>6 | DR. MIRILASHVILI: | Okay. [NOISE] Now, I'll ask a question, you answer to my questions. For, in your lower back pains, sitting down, which leg, left or right? |
| 7<br>8 | CORREA: | The pain you get in your, in your back goes through, through your left or right leg? |
| 9 | CS: | Sometimes both. When [PAUSE] |
| 10 | | [VOICES OVERLAP] |
| 11 | DR. MIRILASHVILI: | Both sides. |
| 12 | CS: | When [UNINTELLIGIBLE]. |
| 13 | CORREA: | Yeah. |
| 14 | DR. MIRILASHVILI: | Both sides. |
| 15 | CORREA: | On both sides. |
| 16 | DR. MIRILASHVILI: | But more where, the left or right? |
| 17 | CORREA: | It happens more on which one? |
| 18 | CS: | On the left. |
| 19 | DR. MIRILASHVILI: | Left. [NOISE] So [UNINTELLIGIBLE] [PAUSE] |
| 20 | CS: | [COUGHING] |
| 21<br>22 | DR. MIRILASHVILI: | [PAUSE] [UNINTELLIGIBLE] on the, the left sides… right sides. |

1    CS:                      [COUGHING]

2    DR. MIRILASHVILI:        Okay. This pain travels above the knee or run all the way
3                             down to your toe?

4    CORREA:                  The pain runs down to your ankle over here or does it
5                             continue down to your toes?

6    CS:                      No, up to the ankle.

7    CORREA:                  Up to the knee.

8    DR. MIRILASHVILI:        Above the knee. Above… the knee. Your pain travels in the
9                             front, inside, outside or behind?

10   CORREA:                  Your pain runs on top, on the outside, on the inside or in the back?

11   CS:                      Inside.

12   CORREA:                  The inside.

13   DR. MIRILASHVILI:        Inside. Can you ask [PAUSE]

14   CS:                      [COUGHS]

15   DR. MIRILASHVILI:        [PAUSE] how long he got this pain?

16   CORREA:                  How long have you had this pain?

17   CS:                      It's been a while already. Like [PAUSE]

18   CORREA:                  Like how long?

19   CS:                      I think it's been more than, almost eight months or a year.

20   CORREA:                  About eight months.

21   DR. MIRILASHVILI:        Now, describe me… uh, ask him to describe to me… does
22                            he feel hot burning sensation, electrical pulsating sensation

1                                or shocks, shooting, stabbing [NOISE] pains?

2      CORREA:          Do you feel, like, electricity, like if it's burning or like stabbing?
3                            How do you feel?

4      CS:              Like, like electricity and like, like shocks.

5      CORREA:          Electricity and like shocks.

6                                [PAUSE]

7      DR. MIRILASHVILI:     What was the cause of his, his problem eight months ago?

8      CORREA:          What happened to you eight months ago that now you have that
9                            problem?

10     CS:              A fall.

11     CORREA:          He fell down.

12     DR. MIRILASHVILI:     Whe, where?

13     CORREA:          Where?

14     CS:              Um… playing basketball.

15     CORREA:          Playing basketball.

16     DR. MIRILASHVILI:     Sport injury. [PAUSE] Okay. Now, any… hospital? They,
17                           they took him hospital…

18                               [VOICES OVERLAP]

19     CORREA:          Did you go, did you go…

20                               [VOICES OVERLAP]

21     DR. MIRILASHVILI:     After that?

1   CORREA:              To the hospital for that?

2   CS:                  Uh, yes… to the hospital and then they sent me to some place and I
3                        never went, [NOISE] but I went to the hospital.

4   CORREA:              He went to the hospital and then they sent him somewhere else, but
5                        he didn't get to go to the other place they sent him to
6                        because he, they told him to go to the other place.

7   DR. MIRILASHVILI:    So they didn't see him in the hospital?

8   CORREA:              Did they see you in the hospital?

9   CS:                  Yes, but… uh… they told me to wait; they saw me and I waited,
10                       but I had to work and I left with the pain. I had to go back.

11  CORREA:              He went to the hospital [BACKGROUND: TELEPHONE RINGS]
12                       and they saw him, but he couldn't stay long. He had to go,
13                       he had to [PAUSE]

14                                        [VOICES OVERLAP]

15  DR. MIRILASHVILI:    Alright. And which…

16                                        [VOICES OVERLAP]

17  CORREA:              He needed to go to work.

18  DR. MIRILASHVILI:    Which hospital?

19  CORREA:              What hospital did you go to?

20                                 [BACKGROUND: TELEPHONE RINGS]

21  CS:                  To Harlem.

22  CORREA:              Harlem Hospital?

23  CS:                  Yeah.

1   DR. MIRILASHVILI:        Okay.  What medicine he's taking for this pain?

2   CORREA:        What medication are you taking for that?

3   CS:        That the uh… M, M30 [PH].

4   CORREA:        M, M30 [PAUSE]

5   DR. MIRILASHVILI:        Oxycodone

6                        [VOICES OVERLAP]

7   CS:        Yeah, yeah, yeah

8   DR. MIRILASHVILI:        Oxycodone. Alright. He's allergic to any medication?

9   CORREA:        That if you're allergic…

10                        [VOICES OVERLAP]

11   CS:        No.

12   CORREA:        To any medication?

13   CS:        Uh-uh.

14                        [PAUSE]

15   DR. MIRILASHVILI:        Any medical problem?

16   CORREA:        That if you have any medical problems [PAUSE]

17                        [VOICES OVERLAP]

18   CS:        No, no, no, no.

19   CORREA:        Diabetes, Hepatitis? No?

1  DR. MIRILASHVILI:         <u>Hepatitis</u> [PAUSE]

2  CS:                  No.

3  DR. MIRILASHVILI:          <u>HIV?</u>

4  CS:                  No.

5  DR. MIRILASHVILI:          <u>Ja [PAUSE]</u>

6  CORREA:              Blood pressure?

7  DR. MIRILASHVILI:          <u>Ja [PAUSE]</u>

8  CORREA:              Asthma?

9  CS:                  No, nothing [PAUSE]

10  DR. MIRILASHVILI:          <u>Drug [PAUSE]</u>

11  CS:                  [PAUSE] nothing.

12  DR. MIRILASHVILI:          <u>[PAUSE] abuse?</u>

13  CORREA:              That if you, if you use drugs?

14  CS:                  No, no. [BACKGROUND: TELEPHONE RINGS] [COUGHS]

15  DR. MIRILASHVILI:          <u>Any surgery, any operations?</u>

16  CORREA:              That if you've had um, operations [BACKGROUND:
17                           TELEPHONE RINGS] before?

18  CS:                  No.

19                                      [PAUSE]

20  DR. MIRILASHVILI:          <u>He's married, single?</u>

1   CORREA:              If you're married or single?

2   CS:                  Uh, single.

3   CORREA:              Single.

4   DR. MIRILASHVILI:        Children?

5   CORREA:              Do you have children?

6   CS:                  Yes, three.

7   CORREA:              Three.

8   DR. MIRILASHVILI:        In his family anybody has a stroke, cancer, diabetes?

9   CORREA:              In your family is there anyone with cancer, diabetes?

10  CS:                  No.

11  DR. MIRILASHVILI:        Heart problem, high [PAUSE]

12                              [VOICES OVERLAP]

13  CORREA:              Are there any problems [PAUSE]

14  DR. MIRILASHVILI:        [PAUSE] blood pressure?

15  CORREA:              [PAUSE] with the heart, high blood pressure?

16  CS:                  No. [PAUSE] Family's fine.

17  DR. MIRILASHVILI:        That's, [NOISE] put this one in your pocket, the paper.

18  CS:                  Oh, okay.

19  CORREA:              Put the paper away… [RUSTLING SOUND] and stand up because
20                       he's going to examine you.

1   DR. MIRILASHVILI:    <u>Okay, right here.</u> [RUSTLING SOUND]
2                    [UNINTELLIGIBLE CONVERSATION]

3   DR. MIRILASHVILI:    <u>Stand up, stand up.</u>

4   CORREA:          Stand up.

5   DR. MIRILASHVILI:    <u>Okay, [UNINTELLIGIBLE]. [NOISE] Now, walk for me.</u>

6   CORREA:          Walk from the wall and then... Walk, turn around and walk back.

7                      [PAUSE]

8   DR. MIRILASHVILI:    <u>Turn around, bend over.</u>

9   CORREA:          Bend over.

10   DR. MIRILASHVILI:    <u>Okay, that's good. Bend to the right side.</u>

11   CORREA:          To the right. To the [PAUSE]

12                     [VOICES OVERLAP]

13   DR. MIRILASHVILI:    <u>To the left [PAUSE]</u>

14   CORREA:          [PAUSE] left side.

15   DR. MIRILASHVILI:    [PAUSE] <u>side.</u>

16   CORREA:          Give him your [PAUSE]

17   DR. MIRILASHVILI:    <u>Give me [PAUSE]</u>

18   CORREA:          [PAUSE] hands.

19   DR. MIRILASHVILI:    [PAUSE] <u>give me your hands. Stand on your heels.</u>

20   CORREA:          Stand like him, with the back of your feet. With the back of your

1                                 feet… Uh-huh.

2    DR. MIRILASHVILI:            [UNINTELLIGIBLE] [PAUSE]

3                                         [VOICES OVERLAP]

4    CORREA:                     With your toes.

5    DR. MIRILASHVILI:            [PAUSE] and your toes.

6    CORREA:               Stand on your toes.

7    DR. MIRILASHVILI:            You got poor coordination because is no good blood
8                                 circulation going to the right, to the left.

9    CORREA:               Um, when, when you stand you have… your circulation is bad,
10                                since you have a pinched nerve, that's why you can
11                                [PAUSE]

12                                        [VOICES OVERLAP]

13   CS:                   Uh-huh.

14   CORREA:               Use the stairs sit down here and put your leg
15                                [UNINTELLIGIBLE] PAUSE] barely stand.

16   DR. MIRILASHVILI:            Use the stairs sit there and put your feet forward.

17                                        [RUSTLING SOUND]

18   DR. MIRILASHVILI:            Press, press [PHONETIC].

19   CORREA:               Move [UNINTELLIGIBLE].

20                                        [RUSTLING SOUND]

21   DR. MIRILASHVILI:            Relax, relax. You're doing fine. Hold it, hold it.
22                                [RUSTLING SOUND] [UNINTELLIGIBLE] varicose
23                                veins.

| | | |
|---|---|---|
| 1 | CORREA: | You have varicose veins, which are bad. |
| 2<br>3 | DR. MIRILASHVILI: | Okay, this pain, this varicose is giving him the swelling and giving the pain when he's walking. |
| 4<br>5 | CORREA: | When you walk… when you're vein is like that your legs swell up and you get pain. |
| 6<br>7<br>8<br>9 | DR. MIRILASHVILI: | And be careful with this vein to jump around because what's going on, this blood clot can uh… travels in your heart, in [NOISE] your lung, it gives you heart attack or stroke. |
| 10<br>11<br>12 | CORREA: | You have be careful with running or jumping because if one of those gets, gets damaged it can go up to your heart and give you a stroke |
| 13 | | [BACKGROUND: NOISE] |
| 14 | CS: | Yes, but I don't, don't have pain. |
| 15<br>16 | CORREA: | He say he don't be having pain over there. He says it's bad because it's swollen. |
| 17 | CS: | Oh, yeah! Uh-huh, [UNINTELLIGIBLE]. |
| 18<br>19<br>20 | CORREA: | He said that he doesn't really be having pain there though. But I'm explaining to him that you said that they're, they bad though so he gotta be careful with them. |
| 21<br>22 | DR. MIRILASHVILI: | Uh-huh. Don't scratch, let him know, uh, uh, let, let me know if he feel this about the same, less or more. |
| 23 | | [BACKGROUND: NOISE] |
| 24<br>25 | CORREA: | He's going to move your leg. You have to tell him if you feel it more, less or the same. |
| 26 | | [PAUSE] |

1  CS:                    I feel it more.

2  CORREA:                You feel it more on this side? He feels it more on this side.

3  DR. MIRILASHVILI:      Don't move your leg please.

4                                  [VOICES OVERLAP]

5  CS:                    Okay.

6  CORREA:                Don't move your leg.

7                                  [LONG PAUSE]

8                                  [NOISE]

9  CS:                    [UNINTELLIGIBLE].

10 DR. MIRILASHVILI:      So lets say more. Push your [NOISE] leg up against my
11                        [PAUSE]

12                                 [VOICES OVERLAP]

13 CORREA:                Lift your leg [PAUSE]

14 DR. MIRILASHVILI:      [PAUSE] hand.

15 CORREA:                [PAUSE] against his hand.

16 DR. MIRILASHVILI:      This one. So, less power on the left side.

17 CORREA:                You have less power on the, on the [PAUSE]

18                                 [VOICES OVERLAP]

19 DR. MIRILASHVILI:      Set your leg straight. Now, bend your knee and let me see
20                        [PAUSE]

1   CORREA:            Bend your knee [PAUSE]

2   DR. MIRILASHVILI:        [PAUSE] this way [PH].

3   CORREA:            [PAUSE] against his hand.

4   DR. MIRILASHVILI:        Okay. Straight!

5   CORREA:            Raise your leg.

6   DR. MIRILASHVILI:        Now bend.

7   CORREA:            Now bend it.

8   DR. MIRILASHVILI:        No problem on [NOISE] the left. Very interesting.

9   CORREA:            [UNINTELLIGIBLE].

10  DR. MIRILASHVILI:        [PAUSE] Well, you got damage on both sides. This nerve
11                      [UNINTELLIGIBLE] both sides.

12  CORREA:            Your nerves are uh, damaged on both sides.

13  DR. MIRILASHVILI:        And he got no sensory here. [NOISE] in the right side.

14  CORREA:            You have no sensor on the right side.

15  DR. MIRILASHVILI:        And… but you got the right motor function on the right
16                      side.

17  CORREA:            The… motor, the motor on that side are functioning more than the
18                      ones on this side.

19  DR. MIRILASHVILI:        He has good uh, less motor function on the left side and
20                      good sensory on the left side.

21  CORREA:            The motor on this side uh, is better, but… is worse, but the sensor
22                      is working better.

| | | |
|---|---|---|
| 1<br>2 | DR. MIRILASHVILI: | Okay, listen to me... if I would be you I would think about the surgery as soon as possible. |
| 3<br>4 | CORREA: | If he was you he thinks you should have surgery as soon as possible. |
| 5<br>6<br>7<br>8 | DR. MIRILASHVILI: | Because... Yes, surgery. Because you fell, because your nerve was rumbling. Your nerve was damaged and because when you playing [NOISE] you don't feel the leg and you fell. |
| 9<br>10 | CORREA: | Okay, when you fell... because your, your nerves are damaged on one side which was when you fell when you were playing. |
| 11 | CS: | Okay. |
| 12<br>13 | DR. MIRILASHVILI: | You understand? So what I will do first, I'll give you enough medication to keep you comfortable. |
| 14 | CORREA: | He's going to give you enough medication to, to keep you calm. |
| 15 | DR. MIRILASHVILI: | Number two [PAUSE] |
| 16 | | [VOICES OVERLAP] |
| 17 | CS: | Alright, alright. |
| 18<br>19<br>20<br>21 | DR. MIRILASHVILI: | [PAUSE] number two, I'll refer you to a specialist uh, uh, we call uh... interventional pain management and an orthopedic doctor to see if they can remove the cause of your problems. |
| 22<br>23<br>24 | CORREA: | He's going to give you a referral to see an interventional doctor and an orthopedic doctor to see [RUSTLING SOUND] if he can fix [PH] the, the, the problem you have. |
| 25<br>26 | DR. MIRILASHVILI: | I'll send you for rehabilitation therapy, hydro therapy, to rebuild your muscle, rebuild your ligaments. |
| 27 | CORREA: | He's going to send you to another therapist that's called hydro |

1                therapy, that's a doctor who's going to see you in the, in the
2                pool so that way it, it can help your muscles and ligaments
3                get stronger.

4   DR. MIRILASHVILI:     Now, what you have to do, number one, weight loss.

5   CORREA:        Number one, he wants you try loosing weight.

6   DR. MIRILASHVILI:     As much as possible. [PAUSE] Number two, do not jump,
7                do not run, no more basketball.

8   CORREA:        Don't run, don't jump and don't play any more basketball.

9   DR. MIRILASHVILI:     Any time you're jumping, running you will displace the
10              disc more and more.

11   CORREA:        If you keep playing your disc will, will continue to come out more
12              and more.

13   DR. MIRILASHVILI:     Okay?

14   CS:            Okay.

15   DR. MIRILASHVILI:     Now, do not lift or carrying any heavy loads. If you carry
16              any heavy loads you're squeezing your damaged nerve
17              more and more.

18   CORREA:        Don't lift weights, don't lift weights, heavy uh, things or anything
19              like that because like that you'll put more and more weight
20              on your spine.

21   DR. MIRILASHVILI:     Okay?

22   CS:            Okay.

23   DR. MIRILASHVILI:     Now, pain. Pain doesn't matter where is originate from. It
24              has to go from peripheral [PH] to spinal cord [PAUSE]

25   CORREA:        It doesn't matter where the pain is from, it will always go to
26              the back, to, to your spine.

1   DR. MIRILASHVILI:        From spinal cord it has to go to your brain [PAUSE]

2   CORREA:                  From your spine it will go up to, to your, to your mind.

3   DR. MIRILASHVILI:        From brain is compute to receive, analyze information and
4                            sending the pain where it's supposed to be.

5   CORREA:                  Your mind works like a computer and then your, your mind sends
6                            it back to your spine where the pain is.

7   DR. MIRILASHVILI:        Because your pain is lasting more than six months
8                            [PAUSE]

9   CORREA:                  Because you've had your pain for more than six months [PAUSE]

10  DR. MIRILASHVILI:        [PAUSE] your pain become chronic pain.

11  CORREA:                  [PAUSE] your pain is chronic.

12  DR. MIRILASHVILI:        To properly control your chronic pain I have to shut down
13                           your pain and spinal cord to give you the Neurontin
14                           [PHONETIC]a hundred milligram, twice a day.

15  CORREA:                  He's going to give you Neurontin [PHONETIC]… How many
16                           milligrams, a hundred?

17  DR. MIRILASHVILI:        A hundred.

18  CORREA:                  A hundred milligrams, two pills a day so, so your pain can… go to
19                           sleep quickly.

20  DR. MIRILASHVILI:        To shut down your descending pain [UNINTELLIGIBLE] I
21                           have to give you Elavil  ten milligrams, twice a day.

22  CORREA:                  He's going to give you um, Elavil um… ten milligrams, twice a
23                           day so it can help you too.

24  DR. MIRILASHVILI:        I'm giving you the Oxycodone, thirty milligrams, three
25                           times a day to shut down your
26                           [UNINTELLIGIBLE]ascending pain as the immune

1                          [PHONETIC] receptor in the brain.

2   CORREA:           And he's going to give you Oxycodone, thirty milligrams, three
3                          pills a day that way it'll put the pain to sleep completely.

4   CS:                  Uh-huh.

5   DR. MIRILASHVILI:        Any question?

6   CORREA:           Do you have a question for him?

7   CS:                  No [PAUSE]

8                                  [VOICES OVERLAP]

9   DR. MIRILASHVILI:        And, and [PAUSE]

10  CORREA:           [PAUSE] no.

11  DR. MIRILASHVILI:        [PAUSE] muscle relaxant, Robaxin, to reduce your muscle
12                         spasm.

13  CORREA:           And he's going to give you... Robaxin, which is for the muscles so
14                         it can help you with the muscles.

15  DR. MIRILASHVILI:        Okay?

16  CS:                  Thank you, sir.

17                                 [RUSLTING SOUND]

18                                 [LONG PAUSE]

19  DR. MIRILASHVILI:        Which hospital do you want to go to be seen by a
20  specialist?

21                                 [VOICES OVERLAP]

22  CORREA:           [CLEARS THROAT]

1   DR. MIRILASHVILI:        [PAUSE] specialist?

2   CORREA:          What hospital do you want to go to, to see the specialist?

3   CS:          Anyone.

4   CORREA:          Where should he put you, in Man, in Manhattan or in the Bronx?

5   CS:          Manhattan.

6   DR. MIRILASHVILI:        Where [PAUSE]

7                  [VOICES OVERLAP]

8   CORREA:          He said [PAUSE]

9   DR. MIRILASHVILI:        [PAUSE] in Mount Sinai,

10   CORREA:          [PAUSE] Man [PAUSE]

11   DR. MIRILASHVILI:        [PAUSE] [UNINTELLIGIBLE], Beth Israel, where
12                  [PAUSE]

13   CORREA:          No, no [PAUSE]

14   DR. MIRILASHVILI:        [PAUSE] you want?

15   CORREA:          [PAUSE] he wants to go in Manhattan. Um, St. Lukes,
16                  Presbyterian [UNINTELLIGIBLE] [PAUSE]

17                  [VOICES OVERLAP]

18   CS:          Uh-huh.

19   CORREA:          St. Lukes?

20   DR. MIRILASHVILI:        St. Lukes, yeah.

| 1 | CORREA: | St. Lukes. |
|---|---|---|
| 2 | | [PAPER SHUFFLING SOUND] |
| 3 | | [LONG PAUSE] |
| 4<br>5<br>6 | DR. MIRILASHVILI: | What's going on? Why they amputated [PHONETIC]? [NOISE] [UNINTELLIGIBLE]. [BACKGROUND: TELEPHONE RINGS] [UNINTELLIGIBLE]. |
| 7 | CS: | [COUGHS] |
| 8 | DR. MIRILASHVILI: | Look here, I'm sending you [PAUSE] |
| 9 | CORREA: | Come, so you can see what he's doing. |
| 10<br>11 | DR. MIRILASHVILI: | [PAUSE] for hydrotherapy swimming pool[COUGHS] to rebuild your muscle and rebuild your ligaments. |
| 12<br>13<br>14 | CORREA: | The one he marked there is called hydrotherapy. That's therapy they're going to give you in a pool to help you with your muscles and your ligaments. |
| 15<br>16<br>17 | DR. MIRILASHVILI: | I'm sending you for interventional pain management doctor, specialist, to see if they can remove the cause of your problem. |
| 18<br>19 | CORREA: | That's the interventional doctor. He's going to send you there to see if they help you with the pain you have. |
| 20<br>21<br>22 | DR. MIRILASHVILI: | And this is for Orthopedic doctor to see if nothing works, then Orthopedic doctor has to consider to do the surgery to remove the nerve entrapments [PH]. |
| 23<br>24<br>25<br>26<br>27 | CORREA: | That's the, the Orthopedic. If nothing else works for you, you'll go see him to see if they give, give you surgery to help you. Now, the numbers he's putting in the bottom indicates the problems you have so that when the doctor sees that he'll know the problems you have. |

1   CS:                        Okay.

2   DR. MIRILASHVILI:          Thank you sir.

3   CORREA:                    You're welcome. [COUGHS]

4   DR. MIRILASHVILI:          What's today uh, twenty-seven?

5   CORREA:                    Yeah.

6   DR. MIRILASHVILI:          Yeah. [BACKGROUND: TELEPHONE RINGS] [LONG
7                              PAUSE] Okay, which pharmacy does he want to go for this
8                              medication?

9   CORREA:                    What pharmacy do you want to go to for your medication?

10  CS:                        Uh, use [PAUSE]

11                                          [NOISE]

12  DR. MIRILASHVILI:          Is there insurance to balance the expense?

13  CORREA:                    Do you have [PAUSE]

14  DR. MIRILASHVILI:          [PAUSE] expense?

15  CORREA:                    [PAUSE] do you have, do you have insurance to pay for your
16                             medication?

17  CS:                        No, cash.

18  CORREA:                    No, cash.

19  DR. MIRILASHVILI:          You want to go where, Manhattan, Bronx?

20                                          [VOICES OVERLAP]

21  CORREA:                    You want to go to Manhattan or…?

1    CS:                    Manhattan, whatever [PAUSE]

2    CORREA:                Manhattan.

3    CS:                    [PAUSE] Manhattan.

4    DR. MIRILASHVILI:      Okay, okay. [UNINTELLIGIBLE]. [PAUSE] You want to
5                           go to Queens?

6    CS:                    Yeah, yeah, Queens.

7    DR. MIRILASHVILI:      Queens?

8    CS:                    Yeah.

9    DR. MIRILASHVILI:      Okay. [NOISE] And this is the Queens pharmacy's name.

10   CORREA:                He's going to give you the name and address for… for the
11                          pharmacy, which is in Queens.

12                                      [LONG PAUSE]

13   DR. MIRILASHVILI:      Okay. Can you write for him this address please? Okay.
14                          Write him for this address. [UNINTELLIGIBLE]
15                          pharmacy… [PAUSE] telephone… [LONG PAUSE]
16                          Okay? Also [UNINTELLIGIBLE] [PAUSE]

17                                      [VOICES OVERLAP]

18   CORREA:                The pharmacy in Queens, this is the phone number if anything.

19   DR. MIRILASHVILI:      Tell him [NOISE] [UNINTELLIGIBLE] here for
20                          [UNINTELLIGIBLE].

21   CORREA:                You can also come here to do…

22                                      [VOICES OVERLAP]

23   CS:                    Okay.

1   DR. MIRILASHVILI:          [PAUSE] therapy.

2   CS:                        Okay.

3   DR. MIRILASHVILI:          Thank you very much, sir. Any questions? Any [PAUSE]

4                              [VOICES OVERLAP]

5   CORREA:                    Do have questions [PAUSE]

6   DR. MIRILASHVILI:          Questions?

7   CORREA:                    [PAUSE] for him?

8   CS:                        Huh?

9   CORREA:                    If you have questions for him?

10  CS:                        No, no.

11  DR. MIRILASHVILI:          Thank you. See you in four weeks.

12  CORREA:                    I'll see you in four weeks. Wait for him outside while… he writes
13                             up the prescriptions.

14  DR. MIRILASHVILI:          And I'll give you this one and your oxycodone

15  CS:                        Okay.

16  CORREA:                    You're welcome.

17                             [LONG PAUSE]

18      [BACKGROUND: UNIDENTIFIED VOICES, PAPER SHUFFLING SOUNDS,
19                             TELEPHONE RINGS]

20                             [END OF CONVERSATION]

GOVERNMENT
EXHIBIT
1102-T
S2 14 Cr. 810 (CM)

DATE:                    08/12/2013

START TIME:              0845 EDT

DURATION:                01:33:44

PARTICIPANTS:            DR. MIRILASHVILI

                         CONFIDENTIAL SOURCE

                              a/k/a CS

                         ABRAHAM CORREA

[BEGINNING OF CONVERSATION]

[UNDERLINED WORDS SPOKEN IN ENGLISH]

DR. MIRILASHVILI:    [UNINTELLIGIBLE] speak English. How are you today Mr. Jose?

CS:    Fine.

[SOUND OF DOOR CLOSING]

DR. MIRILASHVILI:    Tell me Mr. Jose. [UNINTELLIGIBLE] in my office. [UNINTELLIGIBLE].

CORREA:    Your urine came out fine and you're a good patient.

CS:    Okay.

[NOISE]

DR. MIRILASHVILI:    Number one...

CS:    Uh-huh.

[LONG PAUSE]

DR. MIRILASHVILI:    Let me look in your file.

CORREA:    He's going to open up your records now.

CS:    Hum.

[LONG PAUSE]

DR. MIRILASHVILI:    [UNINTELLIGIBLE] today? Hum, this printer. You see what this printer is doing to me? [PAUSE] I have six, seven to print [PH]. [LONG PAUSE] Here we go. Okay, Mr. Jose La Antigua... when I saw you last time... you complain you're lower back lower extremity pain.

[NOISE]

CORREA:                  When you came last time you were complaining about]
                         pain under your waist.

DR. MIRILASHVILI:        You were receiving your Oxycodone, thirty milligrams
                         three times a day.

CORREA:                  He's was giving you Oxycodone, thirty milligrams, three
                         pills a day.

DR. MIRILASHVILI:        Duranten [PH], a hundred milligrams, twice a day.

CORREA:                  Duranton [PH], a hundred milligrams, two pills a day.

DR. MIRILASHVILI:        Elavil, ten milligrams, twice a day.

CORREA:                  Elavil, ten milligrams, two pills a day.

DR. MIRILASHVILI:        Robaxin, seven-fifty, twice a day.

CORREA:                  Robaxin, seven-fifty, two pills. After you [PAUSE]

[VOICES OVERLAP]

DR. MIRILASHVILI:        Now, what [PAUSE]

CORREA:                  [PAUSE] after you take all the medication is your pain at
                         zero where you don't feel it or you feel a little bit of one or
                         the other.

CS:                      I don't feel it.

CORREA:                  Zero.

CS:                      [UNINTELLIGIBLE].

CORREA:                  Are you getting side effects; vomiting, itching, diarrhea?

CS:                      No.

                              [PAUSE]

DR. MIRILASHVILI:        <u>Referral.</u>

CORREA:                  The referral he gave you, did you already go see that doctor?

CS:                      Uh… for… they gave me an appointment for [PAUSE]

                         [VOICES OVERLAP]

DR. MIRILASHVILI:        <u>Hospital. I gave him referral to hospital.</u>

CORREA:                  When did they give you the appointment for?

CS:                      For… uh, October fifteenth.

CORREA:                  He has his appointment for October fifteenth.

DR. MIRILASHVILI:        <u>Okay. What specialty?</u>

CORREA:                  What, what doctor did they give you the appointment for?

CS:                      I went to one in… in… <u>Harlem Hospital.</u>

CORREA:                  But for which one? For, for the [PAUSE]

                         [VOICES OVERLAP]

CS:                      Ortho [PH].

CORREA:                  [PAUSE] hydrotherapy classes, for [PAUSE]

CS:                      For the therapy.

DR. MIRILASHVILI:        <u>What about Orthopedic?</u>

CORREA:              And what happened with the Orthopedic, did you make an appointment?

CS:                  Yes, but I can't because I'm going to travel in November because it's my moms death anniversary [PAUSE]

CORREA:              Oh, they gave you an [PAUSE]

CS:                  Uh-huh. So [PAUSE]

CORREA:              [PAUSE] they gave you… they gave you an appointment in November for that one?

CS:                  Uh-huh, yes.

CORREA:              They gave him an appointment for November, but November he won't be able to because he has to reschedule that one.

DR. MIRILASHVILI:    Get the print out. [NOISE]

                     [RUSTLING SOUND]

CORREA:              [UNINTELLIGIBLE]. If you can, walk to the wall [UNINTELLIGIBLE].

DR. MIRILASHVILI:    Bend over.

CORREA:              Bend over.

CORREA:              Um, nothing [PH].

                     [VOICES OVERLAP]

DR. MIRILASHVILI:    Come on! Come on!

CORREA:              [UNINTELLIGIBLE].

DR. MIRILASHVILI:    Come on.

CORREA:                    [UNINTELLIGIBLE].

DR. MIRILASHVILI:          [UNINTELLIGIBLE] stand right here.

CORREA:                    Stand on the back of your feet.

CS:                        On the back?

CORREA:                    No, back, back. Uh-huh.

DR. MIRILASHVILI:          On your toes.

CORREA:                    Now forward on your toes.

CS:                        Forward. [UNINTELLIGIBLE]?

                           [VOICES OVERLAP]

CORREA:                    Now bend over.

DR. MIRILASHVILI:          Are you doing the exercise at home?

CORREA:                    That if you're doing the exercises [UNINTELLIGIBLE]

          [UNINTELLIGIBLE CONVERSATION DUE TO MUFFLED AUDIO]

CS:                        [UNINTELLIGIBLE].

CORREA:                    Yes.

DR. MIRILASHVILI:          Also tell him that meanwhile he's also welcomed here for
                           physical therapy if he can afford it.

CORREA:                    We also have therapy now and if you can come he, here it
                           costs one hundred dollars to see the therapist. You can
                           come here too.

DR. MIRILASHVILI:          Okay? [NOISE] Which pharmacy he's using?

CORREA:              Which pharmacy you want to go to?

CS:                  The one in Queens.

DR. MIRILASHVILI:    Mana. Astoria. Queens?

CS:                  Yeah.

                     [SOUND OF DOOR OPENINIG]

DR. MIRILASHVILI:    Physical therapy?

CS:                  Yeah, [UNINTELLIGIBLE].

DR. MIRILASHVILI:    Okay, we can do that. [RUSTLING SOUND] How many
                     physical therapy?

                     [PAUSE]

CS:                  [UNINTELLIGIBLE] pain [UNINTELLIGIBLE].

CORREA:              [UNINTELLIGIBLE].

                     [RUSTLING SOUND]

                     [LONG PAUSE]

              [BACKGROUND: UNINTELLIGIBLE VOICES]

                  [END OF CONVERSATION]

GOVERNMENT
EXHIBIT
1103-T
S2 14 Cr. 810 (CM)

DATE:                    09/12/2013

START TIME:              0849 AM

DURATION:                03:32:58

PARTICIPANTS:            DR. MIRILASHVILI

                         ABRAHAM CORREA

                         CONFIDENTIAL INFORMANT

                           a/k/a CS

[BEGINNING OF CONVERSATION]

[UNDERLINED WORDS SPOKEN IN ENGLISH]

[BACKGROUND CONVERSATION]

[SOUND PF DOOR OPENING]

[RUSTLING SOUND THROUGH OUT ENTIRE CONVERSATION]

DR. MIRILASHVILI:        Sir you [UNINTELLIGIBLE] somebody
[UNINTELLIGIBLE]

CS:                [UNINTELLIGIBLE]

ABRAHAM:        How's everything?  La Antigua Jose. Jose? [UNINTELLIGIBLE]

CS:                [UNINTELLIGIBLE]

DR. MIRILASHVILI:        Last time [UINTELLIGIBLE] seeing you
[UNINTELLIGIBLE].

CS:                [LAUGHS] Yeah.

DR. MIRILASHVILI:        Receipt.

ABRAHAM:        That's your receipt with today's date and your name.
                [UNINTELLIGIBLE]


DR. MIRILASHVILI:        When I saw you last time you were complaining of your
                [PAUSE] lower back lower extremity pain.

ABRAHAM:        The last time you came you were complaining about pain on your
                waist.

DR. MIRILASHVILI:      You're receiving your Oxycodene, thirty milligram, three times a                          day.

ABRAHAM:      The Oxycodone, three pills a day.

DR. MIRILASHVILI:      Neurontin, a hundred milligrams, twice a day.

ABRAHAM:      Neurontin, a hundred milligrams, two pills a day.

DR. MIRILASHVILI:      Elavil, ten milligrams, twice a day.

ABRAHAM:      Elavil, ten milligrams, two pills a day.

DR. MIRILASHVILI:      Robaxin, seven fifty, twice a day.

ABRAHAM:      Robaxin, seven fifty, two pills a day. After you take all that medication. You have zero pain or one or two or you feel a little.

CS:      No, I have no pain.

ABRAHAM:      Zero. Are you getting side effects, itchiness, vomits, nausea?

CS:      No, no.

DR. MIRILASHVILI:      Halleluiah!

CS:      [LAUGHS]

DR. MIRILASHVILI:      You see what's happening here now. Because of the medication, combination of medication I'm giving you,  I'm able to reduce your inflammation. Reducing your inflammation I'm able to reduce and control your pain.

ABRAHAM:        With the combination of the medication what he's doing is helping you to reduce the inflammation so you can feel better.

CS:             Yes. (Si) !

DR. MIRILASHVILI:    I did the one part of my job to control your pain.

ABRAHAM:        That he did one part of his job to control your pain.

DR. MIRILASHVILI:    Now I have to do second part of my job.

ABRAHAM:        Now he has to do the second part of his job.

DR.MIRILASHVILI:    To assist you to remove the cause of your pain and rebuild your muscle.

ABRAHAM:        To help you remove what is causing the pain and [UNINTELLIGIBLE]

DR.MIRILASHVILI:    Remember, I gave you a referral. Did you use the referral?

ABRAHAM:        He gave you a referral to see Dr. [UNINTELLIGIBLE]. Did you go?

CS:             Yes but like I told you is by appointment, by time.

ABRAHAM:        Did you make the appointment?

CS:             Yes, is by time.

ABRAHAM:        He did his appointment [UNINTELLIGIBLE]

DR.MIRILASHVILI:    Good, good. What doctor, what specialist? The orthopedic doctor, hydrotherapy doctor?

ABRAHAM:        For which doctor did you make the appointment for?

CS:                        The bone orthopedic.

ABRAHAM:                   The orthopedic.

DR.MIRILASHVILI:          Ortho, hydro is pending, very good. Turn to right side, left
                          side... Motion is very good.. I'm going to check your coordination

ABRAHAM:                   He's going to check your coordination. Stand behind there

DR.MIRILASHVILI:          [UNINTELLIGIBLE]

ABRAHAM:                   [UNINTELLIGIBLE]

DR.MIRILASHVILI:          Hold it.  Don't worry.  On your toes... Okay,
[UNINTELLIGIBLE]

ABRAHAM:                   Hold it.  Ok.

DR.MIRILASHVILI:          While he waits for the appointment try to do the exercise
everyday.

ABRAHAM:                   While you're waiting for your appointment try to exercise at home.

DR.MIRILASHVILI:          Okay?

CS:                        Alright.

DR.MIRILASHVILI:          When you're in the shower, [UNINTELLIGIBLE]
                             bending, extending, moving around. And the hot water will
                          improve your blood circulation. Will help put improve
                          oxygenation.

ABRAHAM:                   Try to exercise under the hot water. So the pain
                          [UNINTELLIGIBLE] and the muscle [UNINTELLIGIBLE]

                                    [VOICE OVERLAP]

CS:                        Alright.

DR.MIRILASHVILI:           Do you want to send the medication to same pharmacy?

ABRAHAM:           Are you going to use the same pharmacy.

CS:           Yes.

DR.MIRILASHVILI:           Okay. Mana_pharmacy. Mana, right?

CS:           Yes.

DR.MIRILASHVILI:           Any question sir?

ABRAHAM:           Do you have any question?

CS:           No, everything is fine.

DR.MIRILASHVILI:           Thank you very much sir. Thank you very much.

CS:           Okay.


[BACKGROUND CONVERSATION]


[END OF CONVERSATION]