# EXHIBIT B

1

2        DATE:              10/18/2013

3        START TIME:        14:42:18 EDT

4        DURATION:          03:58:20

5        PARTICIPANTS:      DR. MIRILASHVILI

6                           AUGUSTIN CRUZ

7                           CONFIDENTIAL INFORMANT

8                                a/k/a CS

9

DEFENDANT'S EXHIBIT DM-1

| | | |
|---|---|---|
| 1 | | [BEGINNING OF CONVERSATION] |
| 2 | | Audio 3:37:50 |
| 3 | | [UNDERLINED WORDS SPOKEN IN ENGLISH] |
| 4 | | [BACKGROUND CONVERSATION] |
| 5 | | [PHONE RINGS] |
| 6 | CS: | [CLEAR THROAT] |
| 7 | AUGUSTIN: | La Antigua, Jose. [UNINTELLIGIBLE] Jose, come in. |
| 8 | | Speak English right? |
| 9 | CS: | A little. |
| 10 | AUGUSTIN: | [UNINTELLIGIBLE] |
| 11 | DR. MIRILASHVILI: | Okay Mr. Jose, lets see [UNINTELLIGIBLE] Okay Mr. |
| 12 | | Jose. When I saw you the last time [COUGHS] you were |
| 13 | | complaining your lower back lower extremity pains |
| 14 | AUGUSTIN: | Is your back still hurting you? |
| 15 | CS: | No, it's not hurting me anymore. |
| 16 | DR. MIRILASHVILI: | Just ask him exactly what I told you. |
| 17 | AUGUSTIN: | Uh-huh! |
| 18 | DR. MIRILASHVILI: | Last time when I saw him he was complaining lower back |
| 19 | pain. | |
| 20 | AUGUSTIN: | When he saw you the other times you were telling him that |
| 21 | | your back was hurting you? |
| 22 | CS: | Yes but... |

| | | |
|---|---|---|
| 1 | | [VOICES OVERLAP] |
| 2 | DR. MIRILASHVILI: | Oxycodone, thirty milligrams, three times a day. |
| 3 | AUGUSTIN: | He was giving you some little pills. |
| 4 | CS: | Yes. |
| 5 | AUGUSTIN: | Three times a day. |
| 6<br>7 | DR. MIRILASHVILI: | Also he's receiving Neurotin, one hundred milligrams, twice a day. |
| 8 | AUGUSTIN: | And the other pill you're taking. |
| 9 | DR. MIRILASHVILI: | Elavil, ten milligrams, twice a day. |
| 10 | AUGUSTIN: | The other one is smaller. |
| 11 | CS: | Yes. |
| 12 | DR. MIRILASHVILI: | And Roboxin, seven fifty, twice a day. |
| 13 | AUGUSTIN: | And the other one? Twice a day. |
| 14<br>15 | DR. MIRILASHVILI: | How much is his lower back pain after he took his medication. |
| 16<br>17 | AUGUSTIN: | How much you back pain is before you take the pills [PAUSE] From one to ten? |
| 18 | DR. MIRILASHVILI: | Zero no pain, one, two, three little pain. |
| 19 | CS: | No pain. |
| 20<br>21 | DR. MIRILASHVILI: | No pain, thank you. Any side effects, itching, nausea, constipation? |

| | | |
|---|---|---|
| 1 | AUGUSTIN: | Does it makes you vomit, or go to the bathroom, nothing? |
| 2 | CS: | No, no. [COUGHS] |
| 3 | | |
| 4 | DR. MIRILASHVILI: | The medication gives you comfortable for twenty four |
| 5 | | hours? |
| 6 | AUGUSTIN: | The pills take away the pain for twenty, one day? |
| 7 | CS: | Yes. |
| 8 | DR. MIRILASHVILI: | I gave you a referral to see an orthopedic doctor, |
| 9 | | hydrotherapy, interventional pain management doctor. Are you |
| 10 | | able to use my referrals? |
| 11 | AUGUSTIN: | He gave you some papers so you could, could go |
| 12 | | swimming and all the stuff. Did you go do all those stuff or you |
| 13 | | didn't? |
| 14 | CS: | I didn't have time. For December, like two months. |
| 15 | AUGUSTIN: | He said he didn't have any time to get over there and take |
| 16 | | care of that stuff. |
| 17 | DR. MIRILASHVILI: | What he said he has no time? |
| 18 | AUGUSTIN: | You have no time or you have no money? |
| 19 | CS: | No, because of work. |
| 20 | AUGUSTIN: | Oh, he said he didn't have anytime because |
| 21 | | they…[STUTTERS] his job. |
| 22 | CS: | Until vacation come. |
| 23 | AUGUSTIN: | Do you need vacation to go over there? |

| | | |
|---|---|---|
| 1 | CS: | Yes, when they give me vacation. |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | DR. MIRILASHVILI: | This is for your benefits. Why do you think I'm giving you |
| 6 | | these referrals, I want to just waste my time and your time? I Want |
| 7 | | the what [UNINTELLIGIBLE] I want, I want to know if they can |
| 8 | | remove the cause of your pain. And I want to know if you're |
| 9 | | rebuilding your muscles ligaments. |
| 10 | AUGUSTIN: | He wants you to go over there, [PAUSE] to swim and then |
| 11 | | they will call him and then they call him and tell him this part is |
| 12 | | fine and the case and all that. |
| 13 | | [VOICES OVERLAP] |
| 14 | CS: | Oh okay. [UNINTELLIGIBLE] |
| 15 | | [VOICES OVERLAP] |
| 16 | AUGUSTIN: | You have to take vacation so you can do all of that. |
| 17 | CS: | Okay. |
| 18 | DR. MIRILASHVILI: | Walk. Turn around, walk [UNINTELLIGIBLE] |
| 19 | AUGUSTIN: | Are you sure that [UNINTELLIGIBLE] |
| 20 | DR. MIRILASHVILI: | [UNINTELLIGIBLE] to the right side, to the left side. |
| 21 | | [UNINTELLIGIBLE].Stand on your heels, on your toes, squat, |
| 22 | | squat. Take off your [UNINTELLIGIBLE] please. |
| 23 | CS: | [UNINTELLIGIBLE] |

| | | |
|---|---|---|
| 1 | DR. MIRILASHVILI: | Try this |
| 2 | CS: | [UNINTELLIGIBLE] |
| 3 | DR. MIRILASHVILI: | Pain? [UNINTELLIGIBLE] |
| 4 | CS: | No. |
| 5 | | |
| 6 | DR. MIRILASHVILI: | You have pain, pain here, right? Yes or no? |
| 7 | AUGUSTIN: | Do you have pain there? |
| 8 | CS: | No. |
| 9 | DR. MIRILASHVILI: | No? |
| 10 | AUGUSTIN: | It doesn't hurt? |
| 11 | DR. MIRILASHVILI: | No pain? No pain? |
| 12 | CS: | No. |
| 13 | DR. MIRILASHVILI: | No pain? |
| 14 | CS: | No. |
| 15 | DR. MIRILASHVILI: | Okay. Thank you. |
| 16 | CS: | Thank you. |
| 17 | DR. MIRILASHVILI: | [UNINTELLIGIBLE] |
| 18 | CS: | [UNINTELLIGIBLE] |
| 19 | DR. MIRILASHVILI: | Thank you, good man. |

(DRAFT watermark)

| | | |
|---|---|---|
| 1 | CS: | [LAUGHS] [COUGHS] |
| 2 | DR. MIRILASHVILI: | Muy bien, which pharmacy you want to go? |
| 3 | CS: | Ah Queens ? |
| 4 | DR. MIRILASHVILI: | Queens? |
| 5 | CS: | Yes. |
| 6 | DR. MIRILASHVILI: | MANA. |
| 7 | CS: | Yes. |
| 8 | DR. MIRILASHVILI: | [UNINTELLIGIBLE] |
| 9 | CS: | Yes.[COUGHS] |
| 10-11 | DR. MIRILASHVILI: | What type of job are you doing? What type of work you do? |
| 12 | CS: | Parking. |
| 13 | DR. MIRILASHVILI: | Parking? |
| 14 | CS: | Yeah. [COUGHS] |
| 15 | DR.MIRILASHVILI: | Alright sir, thank you very much. Get well soon. Blessings! |
| 16 | CS: | Bye- bye. |
| 17 | AUGUSTIN: | Thank you. |
| 18 | CS: | [UNINTELLIGIBLE] Urine and from the therapy. |
| 19 | AUGUSTIN: | Okay. |

| | | |
|---|---|---|
| 1 | CS: | I'm going to leave it in the garbage for you. |
| 2 | AUGUSTIN: | Okay. |
| 3 | | [BEEPING SOUND] |
| 4 | | [TOILET FLUSHING SOUND] |
| 5 | | |
| 6 | | |
| 7 | CS: | Okay, I left it there, next to the garbage. |
| 8 | | [BACKGROUND CONVERSATION] |
| 9 | | [PHONE RINGS] |
| 10 | | [END OF CONVERSATION] |
| 11 | | |
| 12 | | |
| 13 | | |
| 14 | | |
| 15 | | |
| 16 | | |
| 17 | | |

DRAFT

1

2  DATE:    11/20/2013

3  START TIME:  0812 EDT

4  DURATION:  00:46:19

5  PARTICIPANTS: DR. MIRILASHVILI

6         CONFIDENTIAL INFORMANT

7         a/k/a CS

8

9

10

11

12

13

14

15

16

17

18

DEFENDANT'S EXHIBIT DM-2

1

2                    [BEGINNING OF CONVERSATION]

3                    [CONVERSATION IN ENGLISH]

4              [UNDERLINED WORDS SPOKEN IN SPANISH]

5                                27:59

6    CS:              [UNINTELLIGIBLE] Cold.

7    DR. MIRILASHVILI: Cold? Yeah.

8    CS:              Sore throat.

9    DR. MIRILASHVILI:    Ay, ay! Aright, you're taking medication from us. The
10                        urine test is okay. Pay for your visit. Please. Pay for your visit.

11   CS:              Yeah.

12                              [LONG PAUSE]

13   DR. MIRILASHVILI:    This is your receipt . Thank you very much.

14   CS:                  Thank you. [CLEARS THROAT] is very good there. A lot
15                        of money, sick.

16   DR. MIRILASHVILI:    Yeah. Very, very money.

17   CS:                  And my father last, last month with the [PAUSE] business
18                        [UNINTELLIGIBLE] three hundred and two twenty. Yeah.

19   DR. MIRILASHVILI:    Okay, Mr. Jose when I see you the last time you were
20                        complaining of you [PAUSE] lower back lower extremity pain,
21                        right? You are receiving yours Oxycodone, thirty milligrams, three
22                        times a day. Also you're receiving your Neurontin, hundred
23                        milligrams, twice a day. Elavil, ten milligram twice a day.

| | | |
|---|---|---|
| 1 | | Robaxin, seven fifty, twice a day.. |
| 2 | CS: | Yeah. |
| 3 4 | DR. MIRILASHVILI: | How much is your lower back pain Mr. Jose after you took your medication? |
| 5 | CS: | Little [STUTTERS] |
| 6 | DR. MIRILASHVILI: | Zero[PHONETIC]? |
| 7 | CS: | Yeah. |
| 8 9 | DR. MIRILASHVILI: | Zero, You have no pain? Any side effects, itching, nausea, constipation? |
| 10 11 12 | CS: | No, no. [PAUSE] Only my car is no good. You change the pharmacy is too[PAUSE] very too much for me no car for Queens. No in the Manhattan? |
| 13 | DR. MIRILASHVILI: | Okay, sure. Any pharmacy you want. |
| 14 | CS: | Oh okay, alright, thank you. |
| 15 | DR. MIRILASHVILI: | No problem. |
| 16 | CS: | Okay. You know to cross the bridge. |
| 17 | DR. MIRILASHVILI: | No problem. |
| 18 | CS: | [UNINTELLIGIBLE] Thank you, thank you. [COUGHS] |
| 19 20 | DR. MIRILASHVILI: | Did you use my referral? Did you see orthopedic doctor, Hydrotherapy, Physical therapy? |
| 21 | CS: | Yeah, yeah. |
| 22 | DR. MIRILASHVILI: | What the orthopedic doctor told you about your problem? |

| | | |
|---|---|---|
| 1 | CS: | They, them, um, the, eh [UNINTELLIGIBLE] |
| 2 | DR. MIRILASHVILI: | Okay. |
| 3 | CS: | Yeah. |
| 4 | DR. MIRILASHVILI: | What he told you after he examined you, what he |
| 5 | | told you about your lower back? |
| 6 | CS: | He said next year for the surgery for me. [PAUSE] The next year. |
| 7 | DR. MIRILASHVILI: | You saw orthopedic doctor, bone doctor? |
| 8 | CS: | Yeah, yeah. |
| 9 | DR. MIRILASHVILI: | What he told you about your lower back problem <u>sir</u>? |
| 10 | | [PAUSE] You need the operation he said. |
| 11 | CS: | Yes, by the next year. |
| 12 | DR. MIRILASHVILI: | Next year? |
| 13 | | [VOCES OVERLAP] |
| 14 | CS: | [UNINTELLIGIBLE] vacation, between January and February. |
| 15 | DR. MIRILASHVILI: | Right, so he wants to do the surgery? |
| 16 | CS: | Yeah. |
| 17 | DR. MIRILASHVILI: | On the lower back? |
| 18 | CS: | Yes. |
| 19 | DR. MIRILASHVILI: | correct? |
| 20 | CS: | Yeah. |

| | | |
|---|---|---|
| 1 | DR. MIRILASHVILI: | Thank you. |
| 2 | CS: | Sorry for my English sir too little. |
| 3 | DR. MIRILASHVILI: | Your English is very well. |
| 4 | CS: | [LAUGHS] No problem. [COUGHS] |
| 5, 6 | DR. MIRILASHVILI: | Are you doing hydrotherapy in the swimming pool, exercises? |
| 7 | CS: | [UNINTELLIGIBLE] in my house. But [PAUSE] |
| 8-13 | DR. MIRILASHVILI: | Okay, okay. [PAUSE] Okay, stand up here. Let me examine you. Walk, walk please. [PAUSE] turn around, walk again please. Turn around. Bend over please. [PAUSE] Good. Give me the hands. Give me the hands. Come, come, come. Stand on your heels, on your toes. Squat as much you can, squat. Good, good. Is |
| 14 | | [VOICES OVERLAP] |
| 15 | CS: | [UNINTELLIGIBLE] a little much pain in here. |
| 16 | DR. MIRILASHVILI: | Bend over, bend over. Pain? [PAUSE] Yes? |
| 17 | CS: | Just a little. |
| 18 | DR. MIRILASHVILI: | A little, pain? |
| 19 | CS: | A little bit. |
| 20 | DR. MIRILASHVILI: | Pain? |
| 21 | CS: | No. |
| 22 | DR. MIRILASHVILI: | Alright, seat down. You need more exercise Mr. Jose. |

| | | |
|---|---|---|
| 1 | CS: | [GIGGLES] Alright. |
| 2 | DR. MIRILASHVILI: | Go to swimming pool. You need to take medication. |
| 3 | | Okay? With the doctor we'll decide if you do the surgery. Bring |
| 4 | | me report. |
| 5 | CS: | Okay. |
| 6 | DR. MIRILASHVILI: | We'll read report together. If it's necessary I'll send you for |
| 7 | | second opinion. |
| 8 | CS: | Alright. Thank you. |
| 9 | DR. MIRILASHVILI: | One moment, one moment. Which pharmacy? |
| 10 | CS: | [RUSTLING SOUND] [UNINTELLIGIBLE] |
| 11 | DR. MIRILASHVILI: | I've got thousand pharmacies. I don't know which area |
| 12 | you're looking for. | |
| 13 | CS: | [UNINTELLIGIBLE]. |
| 14 | DR. MIRILASHVILI: | Yeah. Where in Manhattan are going, downtown |
| 15 | | Manhattan, middle Manhattan? |
| 16 | CS: | Downtown. |
| 17 | DR. MIRILASHVILI: | Downtown. |
| 18 | CS: | Downtown, yes. |
| 19 | DR. MIRILASHVILI: | Is it Broadway okay? |
| 20 | CS: | Yes. [UNINTELLIGIBLE] Broadway [STATIC NOISE] |
| 21 | | [CLEARS THROAT] |
| 22 | DR. MIRILASHVILI: | Three seven [STATIC NOISE] Broadway [PHONETIC] |

1   CS:                [UNINTELLIGIBLE] Perfect. Okay.

2                      [BACKGROUND CONVERSATION]

3   DR. MIRILASHVILI:  Okay, Address and phone number.

4   CS:                Alright, thank you.

5   DR. MIRILASHVILI:  Thank you very much. Thank you very much.

6   CS:                Welcome.

7                      [BACKGROUND CONVERSATION]

8

9   [CS ON A PHONE CALL:                    [COUGHS] [SPITS] Big
10                                          [UNINTELLIGIBLE] okay. Alright, see
11                                          you.]

12                     [END OF CONVERSATION]

13