GOVERNMENT
EXHIBIT
1204
S2 14 Cr. 810 (CM)

| HSN | SpG | Name |
|-----|-----|------|

*All exhibit VERY similar specific gravities, metabolism patterns, and quants (oxycodone, noroxycodone, and oxymorphone). The creatinine, pH, nitrates, and chromates results, they were similar as well.*

| HSN | SpG | Name |
|-----|-----|------|
| 63060392 | 1.0163 | Andre Sylvester |
| 63057571 | 1.0162 | Vann Gabriel |
| 63060417 | 1.0162 | Dain Woodsen |
| 63060399 | 1.0162 | Thomas Remington |
| 63057569 | 1.0171 | Cheryl Tate |
| 63060419 | 1.016 | Ricky Smith |
| 63060401 | 1.0162 | Chris Kelly |
| 63060398 | 1.0162 | Laverne Chambers |
| 63060393 | 1.0159 | John Mackie |
| 63060420 | 1.0158 | Jerome Freeman |
| 63057570 | 1.0158 | Michael Skrine |
| 63060394 | 1.0163 | Harry Wilkins |
| 63060395 | 1.0157 | Angel Santiago |
| 63060416 | 1.0159 | Rochelle Woods |
| 63060404 | 1.0166 | Samson Green |
| 63060415 | 1.0156 | Tracy Romero |
| 63057568 | 1.0173 | Damon Mitchell |
| 63060405 | 1.017 | Rozell McDonald |
| 63060407 | 1.0174 | Michael Thompson |
| 63060413 | 1.0172 | Payton Ramsey |
| 63060397 | 1.0171 | Jamoal Singletary |
| 63060412 | 1.0176 | Michael Ervin |
| 63060406 | 1.0165 | Stanley Leggette |
| | | |
| 63060408 | 1.0145 | Jeffery Lawton |
| 63060403 | 1.0144 | Jamie Walker |
| 63066373 | 1.02 | Daniel Square |
| 63060414 | 1.0131 | Renee Freeman |
| 63060409 | 1.0124 | Germain Morales |
| 63060411 | 1.0107 | Candice Ervin |
| 63066374 | 1.02 | Zakiygah Square |
| 63060396 | 1.0138 | Akil Grant |

ASC 0001
GEN_058608



# NEW CLIENT SET UP FORM

4-3-14
_____ DATE

Charles Mayers
_____ REGIONAL SALES MANAGER

8195
_____ CLIENT ID #

Dr.Moshe Mirilashvili
_____
CLINIC NAME

**DECISION MAKER TYPE** Single

| | | | |
|---|---|---|---|
| ☑ MD ☐ DO ☐ NP ☐ PA | Moshe Mirilashvili | SPECIALTY Anesthesiology | 1427081223 |
| | | | NPI |
| ☐ MD ☐ DO ☐ NP ☐ PA | | SPECIALTY Anesthesiology | |
| | | | NPI |
| ☐ MD ☐ DO ☐ NP ☐ PA | | SPECIALTY Anesthesiology | |
| | | | NPI |
| ☐ MD ☐ DO ☐ NP ☐ PA | | SPECIALTY Anesthesiology | |
| | | | NPI |

☑ P.A.F. Signed _____ OFFICE MANAGER
☐ P.A.F. Signed _____ DRUG TESTING COORDINATOR
☐ P.A.F. Signed _____ BILLING MANAGER
☐ P.A.F. Signed _____ AEGIS-EMPLOYED COLLECTION TECH

ONLY THOSE PROVIDERS WITH A NPI WILL BE LISTED ON THE LABORATORY ORDER FORM

| 450 West 162nd St. | | Manhattan | | NY | 10032 |
|---|---|---|---|---|---|
| PRIMARY CLINIC ADDRESS | | CITY | | STATE | ZIP CODE |
| 212 256 0112 | | 212 256 0149 | | | |
| PHONE NUMBER | EXT | FAX NUMBER | | WEB / EMAIL ADDRESS | |

## PRIMARY PROFILE
### A La Carte
THE SELECTED PROFILE WILL BE THE DEFAULT PROFILE IN THE LAB. SELECT THE PROFILE TO BE USED THE MAJORITY OF THE TIME.

| REPORTING METHOD | REPORT TYPE |
|---|---|
| Fax | Medium |

### LEASE IN PLACE
Select One

### WEB ACCESS
USER #1
NAME _____
EMAIL _____
☐ USER #1 Email Notification
USER #2
NAME _____
EMAIL _____
☐ USER #2 Email Notification

### RSM'S WEB ACCESS
☐ I DO NOT WANT ACCESS TO THIS CLIENT'S REPORTS
☑ I WANT ACCESS FOR 60 DAYS TO THIS CLIENT'S REPORTS
☐ I WANT UNLIMITED ACCESS TO THIS CLIENT'S REPORTS

ACCESS TO REPORTS CAN AFFECT THE SPEED OF THE REPORTING SYSTEM.

## SUPPLIES
200 A La Carte   LABORATORY REQUESTS
___ Select One   LABORATORY REQUESTS
___ Select One   LABORATORY REQUESTS
___ Select One   LABORATORY REQUESTS
___ PainComp URINE KITS
___ PainComp URINE KIT BOX W/OUT CUPS
200 PainComp BAG KITS (w/o white Aegis box)
___ POCT DEVICE ☐ 6-panel ☐ 12-panel
___ QUANTISAL ORAL FLUID KITS
___ SPECIMEN BAGS
___ SMALL CLINICAL BOX (for shipping)
50 LARGE CLINICAL BOX (for shipping)
___ FedEx CLINICAL PAK
50 FedEx RETURN LABELS
___ COMMODE HATS
___ INSURANCE INFORMATION PADS (PM-121)
___ OTHER _____

### SHIP TO
☐ CLINIC'S PRIMARY ADDRESS
☑ RSM HOME ADDRESS
☐ OTHER 105 Stevens Ave
     Mount Vernon NY 10553
DUE DATE _____

## FED EX SET UP
Does the Client already have a FedEx EXPRESS Routine PickUp?   YES   NO

**Desired PickUp Location:**
☐ Front Desk
☐ Back Door
☐ Other _____

| | | | |
|---|---|---|---|
| MONDAY | _____ | TO | _____ |
| TUESDAY | _____ | TO | _____ |
| WEDNESDAY | _____ | TO | _____ |
| THURSDAY | _____ | TO | _____ |
| FRIDAY | _____ | TO | _____ |
| SATURDAY | _____ | TO | _____ |

PICK UPs SHOULD BE SCHEDULED IN 2 HOUR INCREMENTS & MUST OCCUR AFTER NOON

CONTACT FIRST NAME _____ LAST _____
CONTACT EMAIL _____
CONTACT PHONE _____ EXT # _____
START DATE _____

### COLLECTION TECH REQUEST
CT NAME _____
CT PREFERRED CONTACT # _____
CT START DATE _____ RATE OF PAY _____
APPROXIMATE WEEKLY HOURS TO WORK _____

| | | | |
|---|---|---|---|
| MONDAY | _____ | TO | _____ |
| TUESDAY | _____ | TO | _____ |
| WEDNESDAY | _____ | TO | _____ |
| THURSDAY | _____ | TO | _____ |
| FRIDAY | _____ | TO | _____ |
| SATURDAY | _____ | TO | _____ |

## COMMENTS / SPECIAL REQUESTS
Can I please have this delivered tomorrow 4-4-14

## IT REQUESTS
☐ Computer
☐ Email Set-Up for _____

OFFICE USE ONLY
☐ Supplies Ordered   ☐ Setup Clinic & RSM Access to Web Results   ☐ Sent to IT (if requested)   ☑ Send CT Request to CTC
☐ Sent to Accounting   ☐ Setup Provider(s) in Interray

v06/2013

ASC 0002
GEN__058609

Apr  03  2014  16:55  HP FaxAegis  Sciences       19146999604                    page  1

## Provider Acknowledgement Form (PAR)    *AEGIS* SCIENCES CORPORATION

Client Name: _MOSHE   B. MIRILASHVIG, M.D._

Client Number: _8195_      RSM Name: _CHARLas MAyers_

### Web Access User(s)

|  | Web Access User 1 |  | Web Access User 2 |
|---|---|---|---|
| Name: | _____ | Name: | _____ |
| Email Address: | _____ | Email Address: | _____ |
| Signature: | _____ | Signature: | _____ |

**Initial** _M.M._  AEGIS SCIENCES CORPORATION ("Aegis") agrees to provide you with a secure ID and password in order to access patient results.  By accepting to receive your results via internet access, you agree to be responsible for protecting the integrity of your password, i.e., not sharing your password with others.  Data should only be accessed as it directly relates to patient treatment and/or location management.

### Secure Fax

Secure Fax Number: _212 - 256 - 0149_

**Initial** _M.M._  I certify that the fax number provided is a secure fax line and is capable of receiving confidential patient information, as well as test results from Aegis.  If this fax line's security is ever compromised, I agree to contact Aegis immediately to cease all correspondence.

### Clients with Collection Technician(s) only

**Initial** [ ]  [1]The Collection Technician ("CT") who works in your office is an employee of Aegis and will only perform duties that are assigned to him or her by Aegis.  These duties are related solely to the collection, shipment, billing and reporting of specimens on behalf of Aegis.  The CT cannot and will not furnish any administrative, clerical, or other services that are not directly related to the services provided by Aegis.  Client will not ask or direct the CT to engage in any activities unrelated to the duties set forth above.

[2]Aegis will have the sole right to control the terms of the CT's employment, including, but not limited to, the taking of any disciplinary action against the CT.  Client should timely report any concerns regarding the CT's performance to Aegis Collection Tech Coordinators at ctc@aegislabs.com or (615) 426-4640.

[3]Aegis will furnish all supplies and equipment necessary for the CT to perform his or her duties.  All such supplies and equipment are Aegis' sole property and can be used by the CT for Aegis' benefit only.  Client agrees that it will not attempt to use Aegis' supplies or equipment for its own purposes.  Client shall not use or access in any way CT's computers (including, but not limited to, making any changes to the software or hardware configuration of a CT computer (such changes must be authorized and performed by Aegis IT support personnel).

[4]Client and Aegis acknowledge their intent to conduct their relationship in full compliance with applicable federal, state, and local law, including the federal physician self-referral law (commonly known as the Stark law) or any applicable state physician self-referral law, and any applicable Anti-Kickback statute.  For this reason, Client agrees to allow Aegis, as part of its compliance program, to access its premises during normal business hours for the purpose of monitoring compliance with the arrangement described in this Provider Acknowledgement Form.

### Provider Acknowledgement

**Initial** _M.M._  I authorize Aegis to perform drug testing on select patients from my practice.  If I have requested the use of a custom profile(s) listed on page two, I understand the tests listed for each respective profile will be tested.  I understand that initial positive results on certain profiles will auto-reflex to quantitative confirmation via GC/MS, LC/MS/MS, or LDTD/MS/MS.  I understand and agree that when ordering tests, including tests for which Medicare reimbursement will be sought, I shall only order those tests that I believe are medically necessary for each patient.  I shall document in the patient's medical record my decision to order and the medical necessity for the applicable tests.  I know that using a customized profile may result in the ordering of tests for which Medicare or other federally funded health care programs may deny payment.  I will order individual tests or a less inclusive profile when not all of the tests included in the customized profile are medically necessary for an individual patient.  I have been informed that the Office of Inspector General ("OIG") takes the position that a provider who orders medically unnecessary tests may be subject to civil penalties.  I am aware that Aegis will make available the services of a clinical consultant to assist me in ensuring that appropriate tests are ordered.  I have never been excluded, suspended, or debarred from any federal or state healthcare program.  I acknowledge that there is no provision in my practice's agreements with third party payors that prohibit Aegis from billing such payors directly for services Aegis provides to my patients.

PM101
JAN 2014

Copyright © 2014 Aegis Sciences Corporation All Rights Reserved

Page 1 of 2

ASC 0003

GEN_058610

Apr  03  2014  16:55  HP FaxAegis  Sciences      19146999604                     page  2

**Profiles Available** ✓ Ala Carte **Profile – Ala Carte**

Please select desired profile(s).  Laboratory Request Forms for the selected profile(s) will be provided.

☐ **#00165U PainComp® Comprehensive Profile - URINE**
☐ **#00167U PainComp® Comprehensive Profile - URINE (excludes THC)**
☐ **#20165U PainComp® Comprehensive Profile - URINE (includes EtG/EtS*)**

Amphetamines (including Amphetamine, Ecstasy, MDA, MDEA, Methamphetamine, Phentermine), Barbiturates (including Amobarbital, Butalbital, Pentobarbital, Phenobarbital, Secobarbital), Benzodiazepines (including Alprazolam, Chlordiazepoxide, Clonazepam, Clorazepate, Diazepam, Flurazepam, Lorazepam, Oxazepam, Temazepam), Carisoprodol/Meprobamate, Cocaine, Heroin, Marijuana, Opioid Analgesics (including Codeine, Dihydrocodeine, Fentanyl, Hydrocodone, Hydromorphone, Morphine, Oxycodone, Oxymorphone, Meperidine, Methadone).
Specimen Validity Testing includes Nitrites, Chromates, Specific Gravity, pH, Creatinine.

☐ **#00168U Quantitative Metabolite Profile™ (QMP™) - URINE**
☐ **#00168U-SVT Quantitative Metabolite Profile™ (QMP™) - URINE (excludes Specimen Validity Testing)**

Benzodiazepines (including Alprazolam, Chlordiazepoxide, Clonazepam, Clorazepate, Diazepam, Flurazepam, Lorazepam, Oxazepam, Temazepam), Buprenorphine**, Carisoprodol/Meprobamate, Gabapentin, Heroin, Opioid Analgesics (including Codeine, Dihydrocodeine, Fentanyl, Hydrocodone, Hydromorphone, Morphine, Oxycodone, Oxymorphone, Meperidine, Methadone), Pregabalin, Tramadol.
Specimen Validity Testing includes Nitrites, Chromates, Specific Gravity, pH, Creatinine (unless otherwise noted).

☐ **#00197 QMP™ Plus - URINE**

All tests included in #00168 QMP™ in addition to:
Amphetamines (including Amphetamine, Ecstasy, MDA, MDEA, Methamphetamine, Phentermine), Barbiturates (including Amobarbital, Butalbital, Pentobarbital, Phenobarbital, Secobarbital), Cocaine, Marijuana.
Specimen Validity Testing includes Nitrites, Chromates, Specific Gravity, pH, Creatinine.

☐ **#00197i QMP™ Plus D/L - URINE**

All tests included in #00197 QMP™ Plus in addition to:
Methamphetamine D/L Isomer
Specimen Validity Testing includes Nitrites, Chromates, Specific Gravity, pH, Creatinine.

☐ **#00199 All Tests Requested - URINE**

All tests included in #00197i QMP™ Plus D/L in addition to:
Buprenorphine, Cotinine,  EtG/EtS*, Synthetic Cannabinoids, Synthetic Cathinones, Tapentadol.
Specimen Validity Testing includes Nitrites, Chromates, Specific Gravity, pH, Creatinine.

☐ **#00165B PainComp® Comprehensive Profile - BLOOD**
☐ **#00167B PainComp® Comprehensive Profile - BLOOD (excludes THC)**

Amphetamines (including Amphetamine, Ecstasy, MDA, MDEA, Methamphetamine, Methamphetamine D/L Isomer, Phentermine), Barbiturates (including Amobarbital, Butalbital, Pentobarbital, Phenobarbital, Secobarbital), Benzodiazepines (including Alprazolam, Chlordiazepoxide, Clonazepam, Clorazepate, Diazepam, Flurazepam, Lorazepam, Oxazepam, Temazepam), Carisoprodol/Meprobamate, Cocaine, Marijuana, Opioid Analgesics (including Codeine, Dihydrocodeine, Fentanyl, Hydrocodone, Hydromorphone, Morphine, Oxycodone, Oxymorphone, Meperidine, Methadone).

☐ **#00198U PainComp® 198 Profile - URINE**

Amphetamines (including Amphetamine, Ecstasy, MDA, MDEA, Methamphetamine, Methamphetamine D/L Isomer, Phentermine), Barbiturates (including Amobarbital, Butalbital, Pentobarbital, Phenobarbital, Secobarbital), Benzodiazepines (including Alprazolam, Chlordiazepoxide, Clonazepam, Clorazepate, Diazepam, Flurazepam, Lorazepam, Oxazepam, Temazepam), Buprenorphine, Carisoprodol/Meprobamate, Cocaine, Ethanol, Gabapentin, Heroin, Marijuana, Opioid Analgesics (including Codeine, Dihydrocodeine, Fentanyl, Hydrocodone, Hydromorphone, Morphine, Oxycodone, Oxymorphone, Meperidine, Methadone), Pregabalin, Synthetic Cannabinoids, Synthetic Cathinons, Tapentadol, Tramadol.
Specimen Validity Testing includes Nitrites, Chromates, Specific Gravity, pH, Creatinine.

☐ **#00196U PainComp® 196 Profile - URINE**

Amphetamines (including Amphetamine, Ecstasy, MDA, MDEA, Methamphetamine, Methamphetamine D/L Isomer, Phentermine), Barbiturates (including Amobarbital, Butalbital, Pentobarbital, Phenobarbital, Secobarbital), Benzodiazepines (including Alprazolam, Chlordiazepoxide, Clonazepam, Clorazepate, Diazepam, Flurazepam, Lorazepam, Oxazepam, Temazepam), Buprenorphine, Carisoprodol/Meprobamate, Cocaine, EtG/EtS*, Gabapentin, Heroin, Marijuana, Opioid Analgesics (including Codeine, Dihydrocodeine, Fentanyl, Hydrocodone, Hydromorphone, Morphine, Oxycodone, Oxymorphone, Meperidine, Methadone), Pregabalin, Synthetic Cannabinoids, Synthetic Cathinones, Tapentadol, Tramadol.
Specimen Validity Testing includes Nitrites, Chromates, Specific Gravity, pH, Creatinine.

☐ **#00169 PainComp® Oral Fluid Profile**
☐ **#00171 PainComp® Oral Fluid Profile (excludes THC)**

Amphetamines (including Amphetamine, Ecstasy, MDA, MDEA, Methamphetamine), Benzodiazepines (including Alprazolam, Chlordiazepoxide, Clonazepam, Clorazepate, Diazepam, Flurazepam, Lorazepam, Oxazepam, Temazepam), Buprenorphine, Butalbital, Carisoprodol/Meprobamate, Cocaine, Marijuana, Opioid Analgesics (including Codeine, Dihydrocodeine, Fentanyl, Hydrocodone, Hydromorphone, Methadone, Morphine, Oxycodone, Oxymorphone), Tramadol.

*Beginning March 17, 2014, EtS will be added to all profiles that include EtG.
**Beginning March 3, 2014, Buprenorphine will be added to all QMP™ profiles.

Client Name: _Moshe B. Mirilashvili_          Client Number: _8195_

Provider Signature: _[signature]_          Provider Name Printed: _MOSHE B. MIRILASHVILI M.D._

Date: _4-3-14_          Provider Email: _____

Aegis will only use the email address listed above to provide you with the Annual Notice, testing updates and/or technical bulletins.

If a new provider, please provide NPI #: _1427081223_          ☐ Print name on Laboratory Request forms

PM101
JAN 2014          Copyright © 2014 Aegis Sciences Corporation All Rights Reserved          Page 2 of 2

ASC 0004
GEN_058611

 **Laboratory Report**

Laboratory Director: Sheila Dawling, PhD CChem FRSC
CLIA Number 44D1083455
515 Great Circle Road Nashville, TN 37228
(615) 255-2400 - Fax (615) 255-3030

## Clinic Information
**Client:** Dr. Moshe Mirilashvili
450 West 162nd St.
Manhattan, NY 10032
**Requesting Provider:**
Moshe Mirilashvili

## Patient Information
**Patient Name:** Damon Mitchell

**Patient ID:**
**Date of Birth:** 03/21/1974
**Male/Female:** Male

## Sample Information
**Lab Sample ID:** 63057568
**Specimen Type:** Urine
**Collected:** 7/2/2014
**Received:** 7/8/2014
**Reported:** 7/12/2014

## Medication(s) Prescribed
Oxycodone

## Test(s) Requested

04460co - Opiates               00115 - Specimen Validity Tests (SVT)

### Result(s)/Interpretation(s)/Comment(s)

| Drug and/or Metabolites | Result Interpretation | Normalized Result | Comment |
|---|---|---|---|
| Oxycodone | COMPLIANT | 15,200 ng/mL | Test result is consistent and expected with prescribed drug. |

| Tested For | Result | | Normalized Result | Reporting Thresholds Screen | Confirmation |
|---|---|---|---|---|---|
| Opiates | | | | | |
| **Oxycodone** | **POSITIVE** | | 6920 ng/mL | | 100 ng/mL |
| **Oxymorphone** | **POSITIVE** | | 1510 ng/mL | | 100 ng/mL |
| **Noroxycodone** | **POSITIVE** | | 6840 ng/mL | | 100 ng/mL |

| Specimen Validity Testing | Normal Range | Result | Comment |
|---|---|---|---|
| Specific Gravity | ≥1.0020 | 1.0173 | NORMAL |
| Creatinine | ≥2 mg/dL | 132 mg/dL | NORMAL |
| pH | 3.5 - 9.0 | 6.9 | NORMAL |
| Chromates | < 50 mcg/mL | <50 mcg/mL | NORMAL |
| Nitrites | < 200 mcg/mL | <200 mcg/mL | NORMAL |

### Additional Comments

**Drug confirmations performed by mass spectrometry.**

**Certifying Scientist: D. Mayi**

Note: Urine drug and metabolite concentrations do not correlate with blood drug concentrations or medication dosage. Aegis Sciences Corporation does not compare urine drug and metabolite concentrations to the dose of drug prescribed or administered to the patient. Normalized results have been calculated using a factor that adjusts the original results up to those of an ideal urine with a specific gravity equal to 1.0200. Alcohol and alcohol metabolites are not normalized.

Aegis PainComp® Reporting Thresholds can be found at www.aegislabs.com/Paincompthresholds

Please call 1.800.533.7052 if you require additional information.
Aegis® is certified by the US Department of Health & Human Services/Substance Abuse & Mental Health Services Administration
Copyright © 2014 Aegis Sciences Corporation All Rights Reserved

ASC 0005

GEN_058612



# Laboratory Report

Laboratory Director: Sheila Dawling, PhD CChem FRSC
CLIA Number 44D1083455
515 Great Circle Road Nashville, TN 37228
(615) 255-2400 - Fax (615) 255-3030

## Clinic Information
**Client:** Dr. Moshe Mirilashvili
450 West 162nd St.
Manhattan, NY 10032
**Requesting Provider:**
Moshe Mirilashvili

## Patient Information
**Patient Name:** Cheryl Tate

**Patient ID:**
**Date of Birth:** 02/28/1975
**Male/Female:** Female

## Sample Information
**Lab Sample ID:** 63057569
**Specimen Type:** Urine
**Collected:** 7/7/2014
**Received:** 7/8/2014
**Reported:** 7/12/2014

## Medication(s) Prescribed
Oxycodone

## Test(s) Requested
04460co - Opiates                    00115 - Specimen Validity Tests (SVT)

### Result(s)/Interpretation(s)/Comment(s)

| Drug and/or Metabolites | Result Interpretation | Normalized Result | Comment |
|---|---|---|---|
| Oxycodone | COMPLIANT | 12,700 ng/mL | Test result is consistent and expected with prescribed drug. |

| Tested For | Result | | Normalized Result | Reporting Thresholds Screen | Confirmation |
|---|---|---|---|---|---|
| Opiates | | | | | |
| **Oxycodone** | **POSITIVE** | | 5940 ng/mL | | 100 ng/mL |
| **Oxymorphone** | **POSITIVE** | | 1140 ng/mL | | 100 ng/mL |
| **Noroxycodone** | **POSITIVE** | | 5650 ng/mL | | 100 ng/mL |

| Specimen Validity Testing | Normal Range | Result | Comment |
|---|---|---|---|
| Specific Gravity | ≥1.0020 | 1.0171 | NORMAL |
| Creatinine | ≥2 mg/dL | 115 mg/dL | NORMAL |
| pH | 3.5 - 9.0 | 6.4 | NORMAL |
| Chromates | < 50 mcg/mL | <50 mcg/mL | NORMAL |
| Nitrites | < 200 mcg/mL | <200 mcg/mL | NORMAL |

## Additional Comments
**Drug confirmations performed by mass spectrometry.**

**Certifying Scientist: D. Mayi**

Note: Urine drug and metabolite concentrations do not correlate with blood drug concentrations or medication dosage. Aegis Sciences Corporation does not compare urine drug and metabolite concentrations to the dose of drug prescribed or administered to the patient. Normalized results have been calculated using a factor that adjusts the original results up to those of an ideal urine with a specific gravity equal to 1.0200. Alcohol and alcohol metabolites are not normalized.

Aegis PainComp® Reporting Thresholds can be found at www.aegislabs.com/Paincompthresholds

Please call 1.800.533.7052 if you require additional information.
Aegis® is certified by the US Department of Health & Human Services/Substance Abuse & Mental Health Services Administration
Copyright © 2014 Aegis Sciences Corporation All Rights Reserved

Page 1 of 1

ASC 0006

GEN_058613



# Laboratory Report

Laboratory Director: Sheila Dawling, PhD CChem FRSC
CLIA Number 44D1083455
515 Great Circle Road Nashville, TN 37228
(615) 255-2400 - Fax (615) 255-3030

## Clinic Information
**Client:** Dr. Moshe Mirilashvili
450 West 162nd St.
Manhattan, NY 10032
**Requesting Provider:**
Moshe Mirilashvili

## Patient Information
**Patient Name:** Michael Skrine

**Patient ID:**
**Date of Birth:** 11/12/1956
**Male/Female:** Male

## Sample Information
**Lab Sample ID:** 63057570
**Specimen Type:** Urine
**Collected:** 7/7/2014
**Received:** 7/8/2014
**Reported:** 7/12/2014

## Medication(s) Prescribed
Oxycodone

## Test(s) Requested
04460co - Opiates                    00115 - Specimen Validity Tests (SVT)

### Result(s)/Interpretation(s)/Comment(s)

| Drug and/or Metabolites | Result Interpretation | Normalized Result | Comment |
|---|---|---|---|
| Oxycodone | COMPLIANT | 13,400 ng/mL | Test result is consistent and expected with prescribed drug. |

| Tested For | Result | Normalized Result | Screen | Confirmation |
|---|---|---|---|---|
| Opiates | | | | |
| **Oxycodone** | **POSITIVE** | 6550 ng/mL | | 100 ng/mL |
| **Oxymorphone** | **POSITIVE** | 1290 ng/mL | | 100 ng/mL |
| **Noroxycodone** | **POSITIVE** | 5640 ng/mL | | 100 ng/mL |

*Reporting Thresholds*

| Specimen Validity Testing | Normal Range | Result | Comment |
|---|---|---|---|
| Specific Gravity | ≥1.0020 | 1.0158 | NORMAL |
| Creatinine | ≥2 mg/dL | 111 mg/dL | NORMAL |
| pH | 3.5 - 9.0 | 6.5 | NORMAL |
| Chromates | < 50 mcg/mL | <50 mcg/mL | NORMAL |
| Nitrites | < 200 mcg/mL | <200 mcg/mL | NORMAL |

## Additional Comments

**Drug confirmations performed by mass spectrometry.**

**Certifying Scientist: D. Mayi**

---

Note: Urine drug and metabolite concentrations do not correlate with blood drug concentrations or medication dosage. Aegis Sciences Corporation does not compare urine drug and metabolite concentrations to the dose of drug prescribed or administered to the patient. Normalized results have been calculated using a factor that adjusts the original results up to those of an ideal urine with a specific gravity equal to 1.0200. Alcohol and alcohol metabolites are not normalized.

Aegis PainComp® Reporting Thresholds can be found at www.aegislabs.com/Paincompthresholds

Please call 1.800.533.7052 if you require additional information.
Aegis® is certified by the US Department of Health & Human Services/Substance Abuse & Mental Health Services Administration
Copyright © 2014 Aegis Sciences Corporation All Rights Reserved

ASC 0007
GEN_058614



# Laboratory Report

Laboratory Director: Sheila Dawling, PhD CChem FRSC
CLIA Number 44D1083455
515 Great Circle Road Nashville, TN 37228
(615) 255-2400 - Fax (615) 255-3030

## Clinic Information
**Client:** Dr. Moshe Mirilashvili
450 West 162nd St.
Manhattan, NY 10032
**Requesting Provider:**
Moshe Mirilashvili

## Patient Information
**Patient Name:** Vann Gabriel

**Patient ID:**
**Date of Birth:** 01/09/1982
**Male/Female:** Male

## Sample Information
**Lab Sample ID:** 63057571
**Specimen Type:** Urine
**Collected:** 7/7/2014
**Received:** 7/8/2014
**Reported:** 7/12/2014

## Medication(s) Prescribed
Oxycodone

## Test(s) Requested

| 04460co - Opiates | 00115 - Specimen Validity Tests (SVT) |
|---|---|

### Result(s)/Interpretation(s)/Comment(s)

| Drug and/or Metabolites | Result Interpretation | Normalized Result | Comment |
|---|---|---|---|
| Oxycodone | COMPLIANT | 13,700 ng/mL | Test result is consistent and expected with prescribed drug. |

| Tested For | Result | Normalized Result | Reporting Thresholds Screen | Confirmation |
|---|---|---|---|---|
| Opiates | | | | |
| **Oxycodone** | **POSITIVE** | 6880 ng/mL | | 100 ng/mL |
| **Oxymorphone** | **POSITIVE** | 1260 ng/mL | | 100 ng/mL |
| **Noroxycodone** | **POSITIVE** | 5620 ng/mL | | 100 ng/mL |

| Specimen Validity Testing | Normal Range | Result | Comment |
|---|---|---|---|
| Specific Gravity | ≥1.0020 | 1.0162 | NORMAL |
| Creatinine | ≥2 mg/dL | 116 mg/dL | NORMAL |
| pH | 3.5 - 9.0 | 6.4 | NORMAL |
| Chromates | < 50 mcg/mL | <50 mcg/mL | NORMAL |
| Nitrites | < 200 mcg/mL | <200 mcg/mL | NORMAL |

## Additional Comments

**Drug confirmations performed by mass spectrometry.**

**Certifying Scientist: D. Mayi**

Note: Urine drug and metabolite concentrations do not correlate with blood drug concentrations or medication dosage. Aegis Sciences Corporation does not compare urine drug and metabolite concentrations to the dose of drug prescribed or administered to the patient. Normalized results have been calculated using a factor that adjusts the original results up to those of an ideal urine with a specific gravity equal to 1.0200. Alcohol and alcohol metabolites are not normalized.

Aegis PainComp® Reporting Thresholds can be found at www.aegislabs.com/Paincompthresholds

ASC 0008
GEN_058615



# Laboratory Report

Laboratory Director: Sheila Dawling, PhD CChem FRSC
CLIA Number 44D1083455
515 Great Circle Road Nashville, TN 37228
(615) 255-2400 - Fax (615) 255-3030

## Clinic Information
**Client:** Dr. Moshe Mirilashvili
450 West 162nd St.
Manhattan, NY 10032
**Requesting Provider:**
Moshe Mirilashvili

## Patient Information
**Patient Name:** Andre Sylvester

**Patient ID:**
**Date of Birth:** 01/16/1996
**Male/Female:** Male

## Sample Information
**Lab Sample ID:** 63060392
**Specimen Type:** Urine
**Collected:** 7/7/2014
**Received:** 7/8/2014
**Reported:** 7/12/2014

## Medication(s) Prescribed
Oxycodone

## Test(s) Requested

| 04460co - Opiates | 00115 - Specimen Validity Tests (SVT) |
|---|---|

### Result(s)/Interpretation(s)/Comment(s)

| Drug and/or Metabolites | Result Interpretation | Normalized Result | Comment |
|---|---|---|---|
| Oxycodone | COMPLIANT | 13,300 ng/mL | Test result is consistent and expected with prescribed drug. |

| Tested For | Result | Normalized Result | Screen | Reporting Thresholds Confirmation |
|---|---|---|---|---|
| Opiates | | | | |
| **Oxycodone** | **POSITIVE** | 5730 ng/mL | | 100 ng/mL |
| **Oxymorphone** | **POSITIVE** | 1020 ng/mL | | 100 ng/mL |
| **Noroxycodone** | **POSITIVE** | 6620 ng/mL | | 100 ng/mL |

| Specimen Validity Testing | Normal Range | Result | Comment |
|---|---|---|---|
| Specific Gravity | ≥1.0020 | 1.0163 | NORMAL |
| Creatinine | ≥2 mg/dL | 116 mg/dL | NORMAL |
| pH | 3.5 - 9.0 | 6.7 | NORMAL |
| Chromates | < 50 mcg/mL | <50 mcg/mL | NORMAL |
| Nitrites | < 200 mcg/mL | <200 mcg/mL | NORMAL |

## Additional Comments

| Drug confirmations performed by mass spectrometry. |
|---|
| **Certifying Scientist: D. Mayi** |

Note: Urine drug and metabolite concentrations do not correlate with blood drug concentrations or medication dosage.  Aegis Sciences Corporation does not compare urine drug and metabolite concentrations to the dose of drug prescribed or administered to the patient.  Normalized results have been calculated using a factor that adjusts the original results up to those of an ideal urine with a specific gravity equal to 1.0200. Alcohol and alcohol metabolites are not normalized.

Aegis PainComp® Reporting Thresholds can be found at www.aegislabs.com/Paincompthresholds

ASC 0009
GEN_058616



# Laboratory Report

Laboratory Director: Sheila Dawling, PhD CChem FRSC
CLIA Number 44D1083455
515 Great Circle Road Nashville, TN 37228
(615) 255-2400 - Fax (615) 255-3030

## Clinic Information
**Client:** Dr. Moshe Mirilashvili
450 West 162nd St.
Manhattan, NY 10032
**Requesting Provider:**
Moshe Mirilashvili

## Patient Information
**Patient Name:** John Mackie

**Patient ID:**
**Date of Birth:** 08/07/1968
**Male/Female:** Male

## Sample Information
**Lab Sample ID:** 63060393
**Specimen Type:** Urine
**Collected:** 7/7/2014
**Received:** 7/8/2014
**Reported:** 7/12/2014

## Medication(s) Prescribed
Oxycodone

## Test(s) Requested
04460co - Opiates                    00115 - Specimen Validity Tests (SVT)

### Result(s)/Interpretation(s)/Comment(s)

| Drug and/or Metabolites | Result Interpretation | Normalized Result | Comment |
|---|---|---|---|
| Oxycodone | COMPLIANT | 11,100 ng/mL | Test result is consistent and expected with prescribed drug. |

| Tested For | Result | Normalized Result | Reporting Thresholds Screen | Confirmation |
|---|---|---|---|---|
| Opiates | | | | |
| **Oxycodone** | **POSITIVE** | 4830 ng/mL | | 100 ng/mL |
| **Oxymorphone** | **POSITIVE** | 1020 ng/mL | | 100 ng/mL |
| **Noroxycodone** | **POSITIVE** | 5250 ng/mL | | 100 ng/mL |

| Specimen Validity Testing | Normal Range | Result | Comment |
|---|---|---|---|
| Specific Gravity | ≥1.0020 | 1.0159 | NORMAL |
| Creatinine | ≥2 mg/dL | 112 mg/dL | NORMAL |
| pH | 3.5 - 9.0 | 6.7 | NORMAL |
| Chromates | < 50 mcg/mL | <50 mcg/mL | NORMAL |
| Nitrites | < 200 mcg/mL | <200 mcg/mL | NORMAL |

## Additional Comments

**Drug confirmations performed by mass spectrometry.**

**Certifying Scientist: D. Mayi**

Note: Urine drug and metabolite concentrations do not correlate with blood drug concentrations or medication dosage. Aegis Sciences Corporation does not compare urine drug and metabolite concentrations to the dose of drug prescribed or administered to the patient. Normalized results have been calculated using a factor that adjusts the original results up to those of an ideal urine with a specific gravity equal to 1.0200. Alcohol and alcohol metabolites are not normalized.

Aegis PainComp® Reporting Thresholds can be found at www.aegislabs.com/Paincompthresholds

Please call 1.800.533.7052 if you require additional information.
Aegis® is certified by the US Department of Health & Human Services/Substance Abuse & Mental Health Services Administration
Copyright © 2014 Aegis Sciences Corporation All Rights Reserved

ASC 0010

GEN_058617



# Laboratory Report

Laboratory Director: Sheila Dawling, PhD CChem FRSC
CLIA Number 44D1083455
515 Great Circle Road Nashville, TN 37228
(615) 255-2400 - Fax (615) 255-3030

## Clinic Information
**Client:** Dr. Moshe Mirilashvili
450 West 162nd St.
Manhattan, NY 10032
**Requesting Provider:**
Moshe Mirilashvili

## Patient Information
**Patient Name:** Harry Wilkins

**Patient ID:**
**Date of Birth:** 01/27/1980
**Male/Female:** Male

## Sample Information
**Lab Sample ID:** 63060394
**Specimen Type:** Urine
**Collected:** 7/7/2014
**Received:** 7/8/2014
**Reported:** 7/12/2014

## Medication(s) Prescribed
Oxycodone

## Test(s) Requested
04460co - Opiates                    00115 - Specimen Validity Tests (SVT)

### Result(s)/Interpretation(s)/Comment(s)

| Drug and/or Metabolites | Result Interpretation | Normalized Result | Comment |
|---|---|---|---|
| Oxycodone | COMPLIANT | 11,000 ng/mL | Test result is consistent and expected with prescribed drug. |

| Tested For | Result | Normalized Result | Reporting Thresholds Screen | Confirmation |
|---|---|---|---|---|
| Opiates | | | | |
| **Oxycodone** | **POSITIVE** | 4640 ng/mL | | 100 ng/mL |
| **Oxymorphone** | **POSITIVE** | 927 ng/mL | | 100 ng/mL |
| **Noroxycodone** | **POSITIVE** | 5490 ng/mL | | 100 ng/mL |

| Specimen Validity Testing | Normal Range | Result | Comment |
|---|---|---|---|
| Specific Gravity | ≥1.0020 | 1.0163 | NORMAL |
| Creatinine | ≥2 mg/dL | 116 mg/dL | NORMAL |
| pH | 3.5 - 9.0 | 6.6 | NORMAL |
| Chromates | < 50 mcg/mL | <50 mcg/mL | NORMAL |
| Nitrites | < 200 mcg/mL | <200 mcg/mL | NORMAL |

## Additional Comments
**Drug confirmations performed by mass spectrometry.**

**Certifying Scientist: D. Mayi**

Note: Urine drug and metabolite concentrations do not correlate with blood drug concentrations or medication dosage. Aegis Sciences Corporation does not compare urine drug and metabolite concentrations to the dose of drug prescribed or administered to the patient. Normalized results have been calculated using a factor that adjusts the original results up to those of an ideal urine with a specific gravity equal to 1.0200. Alcohol and alcohol metabolites are not normalized.

Aegis PainComp® Reporting Thresholds can be found at www.aegislabs.com/Paincompthresholds

ASC 0011

GEN_058618



# Laboratory Report

Laboratory Director: Sheila Dawling, PhD CChem FRSC
CLIA Number 44D1083455
515 Great Circle Road Nashville, TN 37228
(615) 255-2400 - Fax (615) 255-3030

## Clinic Information
**Client:** Dr. Moshe Mirilashvili
450 West 162nd St.
Manhattan, NY 10032
**Requesting Provider:**
Moshe Mirilashvili

## Patient Information
**Patient Name:** Angel Santiago

**Patient ID:**
**Date of Birth:** 07/02/1992
**Male/Female:** Male

## Sample Information
**Lab Sample ID:** 63060395
**Specimen Type:** Urine
**Collected:** 7/7/2014
**Received:** 7/8/2014
**Reported:** 7/12/2014

## Medication(s) Prescribed
Oxycodone

## Test(s) Requested
04460co - Opiates                    00115 - Specimen Validity Tests (SVT)

### Result(s)/Interpretation(s)/Comment(s)

| Drug and/or Metabolites | Result Interpretation | Normalized Result | Comment |
|---|---|---|---|
| Oxycodone | COMPLIANT | 12,300 ng/mL | Test result is consistent and expected with prescribed drug. |

| Tested For | Result | Normalized Result | Reporting Thresholds Screen | Confirmation |
|---|---|---|---|---|
| Opiates | | | | |
| **Oxycodone** | **POSITIVE** | 5420 ng/mL | | 100 ng/mL |
| **Oxymorphone** | **POSITIVE** | 1030 ng/mL | | 100 ng/mL |
| **Noroxycodone** | **POSITIVE** | 5850 ng/mL | | 100 ng/mL |

| Specimen Validity Testing | Normal Range | Result | Comment |
|---|---|---|---|
| Specific Gravity | ≥1.0020 | 1.0157 | NORMAL |
| Creatinine | ≥2 mg/dL | 111 mg/dL | NORMAL |
| pH | 3.5 - 9.0 | 6.5 | NORMAL |
| Chromates | < 50 mcg/mL | <50 mcg/mL | NORMAL |
| Nitrites | < 200 mcg/mL | <200 mcg/mL | NORMAL |

## Additional Comments

**Drug confirmations performed by mass spectrometry.**

**Certifying Scientist: D. Mayi**

Note: Urine drug and metabolite concentrations do not correlate with blood drug concentrations or medication dosage. Aegis Sciences Corporation does not compare urine drug and metabolite concentrations to the dose of drug prescribed or administered to the patient. Normalized results have been calculated using a factor that adjusts the original results up to those of an ideal urine with a specific gravity equal to 1.0200. Alcohol and alcohol metabolites are not normalized.

Aegis PainComp® Reporting Thresholds can be found at www.aegislabs.com/Paincompthresholds

ASC 0012
GEN_058619



## Laboratory Report

Laboratory Director: Sheila Dawling, PhD CChem FRSC
CLIA Number 44D1083455
515 Great Circle Road Nashville, TN 37228
(615) 255-2400 - Fax (615) 255-3030

### Clinic Information
**Client:** Dr. Moshe Mirilashvili
450 West 162nd St.
Manhattan, NY 10032
**Requesting Provider:**
Moshe Mirilashvili

### Patient Information
**Patient Name:** Akil Grant

**Patient ID:**
**Date of Birth:** 12/14/1976
**Male/Female:** Male

### Sample Information
**Lab Sample ID:** 63060396
**Specimen Type:** Urine
**Collected:** 7/2/2014
**Received:** 7/8/2014
**Reported:** 7/12/2014

### Medication(s) Prescribed
Oxycodone

### Test(s) Requested
04460co - Opiates                    00115 - Specimen Validity Tests (SVT)

#### Result(s)/Interpretation(s)/Comment(s)

| Drug and/or Metabolites | Result Interpretation | Normalized Result | Comment |
|---|---|---|---|
| Oxycodone | COMPLIANT | 14,400 ng/mL | Test result is consistent and expected with prescribed drug. |

| Tested For | Result | Normalized Result | Screen | Confirmation |
|---|---|---|---|---|
| **Opiates** | | | | Reporting Thresholds |
| **Oxycodone** | **POSITIVE** | 6040 ng/mL | | 100 ng/mL |
| **Oxymorphone** | **POSITIVE** | 1710 ng/mL | | 100 ng/mL |
| **Noroxycodone** | **POSITIVE** | 6660 ng/mL | | 100 ng/mL |

| Specimen Validity Testing | Normal Range | Result | Comment |
|---|---|---|---|
| Specific Gravity | ≥1.0020 | 1.0138 | NORMAL |
| Creatinine | ≥2 mg/dL | 110 mg/dL | NORMAL |
| pH | 3.5 - 9.0 | 7.0 | NORMAL |
| Chromates | < 50 mcg/mL | <50 mcg/mL | NORMAL |
| Nitrites | < 200 mcg/mL | <200 mcg/mL | NORMAL |

### Additional Comments
**Drug confirmations performed by mass spectrometry.**

**Certifying Scientist: D. Mayi**

Note: Urine drug and metabolite concentrations do not correlate with blood drug concentrations or medication dosage.  Aegis Sciences Corporation does not compare urine drug and metabolite concentrations to the dose of drug prescribed or administered to the patient.  Normalized results have been calculated using a factor that adjusts the original results up to those of an ideal urine with a specific gravity equal to 1.0200. Alcohol and alcohol metabolites are not normalized.

Aegis PainComp® Reporting Thresholds can be found at www.aegislabs.com/Paincompthresholds

ASC 0013
GEN_058620



## Laboratory Report

Laboratory Director: Sheila Dawling, PhD CChem FRSC
CLIA Number 44D1083455
515 Great Circle Road Nashville, TN 37228
(615) 255-2400 - Fax (615) 255-3030

### Clinic Information
**Client:** Dr. Moshe Mirilashvili
450 West 162nd St.
Manhattan, NY 10032
**Requesting Provider:**
Moshe Mirilashvili

### Patient Information
**Patient Name:** Jamoal Singletary

**Patient ID:**
**Date of Birth:** 02/19/1983
**Male/Female:** Male

### Sample Information
**Lab Sample ID:** 63060397
**Specimen Type:** Urine
**Collected:** 7/1/2014
**Received:** 7/8/2014
**Reported:** 7/12/2014

### Medication(s) Prescribed
Oxycodone

### Test(s) Requested
04460co - Opiates                    00115 - Specimen Validity Tests (SVT)

#### Result(s)/Interpretation(s)/Comment(s)

| Drug and/or Metabolites | Result Interpretation | Normalized Result | Comment |
|---|---|---|---|
| Oxycodone | COMPLIANT | 13,500 ng/mL | Test result is consistent and expected with prescribed drug. |

| Tested For | Result | Normalized Result | Reporting Thresholds Screen | Confirmation |
|---|---|---|---|---|
| Opiates | | | | |
| **Oxycodone** | **POSITIVE** | 5830 ng/mL | | 100 ng/mL |
| **Oxymorphone** | **POSITIVE** | 1430 ng/mL | | 100 ng/mL |
| **Noroxycodone** | **POSITIVE** | 6290 ng/mL | | 100 ng/mL |

| Specimen Validity Testing | Normal Range | Result | Comment |
|---|---|---|---|
| Specific Gravity | ≥1.0020 | 1.0171 | NORMAL |
| Creatinine | ≥2 mg/dL | 125 mg/dL | NORMAL |
| pH | 3.5 - 9.0 | 6.9 | NORMAL |
| Chromates | < 50 mcg/mL | <50 mcg/mL | NORMAL |
| Nitrites | < 200 mcg/mL | <200 mcg/mL | NORMAL |

### Additional Comments

**Certifying Scientist: D. Mayi**

**Drug confirmations performed by mass spectrometry.**

Note: Urine drug and metabolite concentrations do not correlate with blood drug concentrations or medication dosage. Aegis Sciences Corporation does not compare urine drug and metabolite concentrations to the dose of drug prescribed or administered to the patient. Normalized results have been calculated using a factor that adjusts the original results up to those of an ideal urine with a specific gravity equal to 1.0200. Alcohol and alcohol metabolites are not normalized.

Aegis PainComp® Reporting Thresholds can be found at www.aegislabs.com/Paincompthresholds

Please call 1.800.533.7052 if you require additional information.
Aegis® is certified by the US Department of Health & Human Services/Substance Abuse & Mental Health Services Administration
Copyright © 2014 Aegis Sciences Corporation All Rights Reserved

ASC 0014

GEN_058621



# Laboratory Report

Laboratory Director: Sheila Dawling, PhD CChem FRSC
CLIA Number 44D1083455
515 Great Circle Road Nashville, TN 37228
(615) 255-2400 - Fax (615) 255-3030

## Clinic Information
**Client:** Dr. Moshe Mirilashvili
450 West 162nd St.
Manhattan, NY 10032
**Requesting Provider:**
Moshe Mirilashvili

## Patient Information
**Patient Name:** Laverne Chambers

**Patient ID:**
**Date of Birth:** 03/13/1973
**Male/Female:** Female

## Sample Information
**Lab Sample ID:** 63060398
**Specimen Type:** Urine
**Collected:** 7/7/2014
**Received:** 7/8/2014
**Reported:** 7/12/2014

## Medication(s) Prescribed
Oxycodone

## Test(s) Requested
| 04460co - Opiates | 00115 - Specimen Validity Tests (SVT) |
|---|---|

### Result(s)/Interpretation(s)/Comment(s)

| Drug and/or Metabolites | Result Interpretation | Normalized Result | Comment |
|---|---|---|---|
| Oxycodone | COMPLIANT | 12,700 ng/mL | Test result is consistent and expected with prescribed drug. |

| Tested For | Result | Normalized Result | Reporting Thresholds Screen | Confirmation |
|---|---|---|---|---|
| Opiates | | | | |
| **Oxycodone** | **POSITIVE** | 6370 ng/mL | | 100 ng/mL |
| **Oxymorphone** | **POSITIVE** | 969 ng/mL | | 100 ng/mL |
| **Noroxycodone** | **POSITIVE** | 5380 ng/mL | | 100 ng/mL |

| Specimen Validity Testing | Normal Range | Result | Comment |
|---|---|---|---|
| Specific Gravity | ≥1.0020 | 1.0162 | NORMAL |
| Creatinine | ≥2 mg/dL | 114 mg/dL | NORMAL |
| pH | 3.5 - 9.0 | 6.8 | NORMAL |
| Chromates | < 50 mcg/mL | <50 mcg/mL | NORMAL |
| Nitrites | < 200 mcg/mL | <200 mcg/mL | NORMAL |

## Additional Comments
**Drug confirmations performed by mass spectrometry.**

**Certifying Scientist: D. Mayi**

---

Note: Urine drug and metabolite concentrations do not correlate with blood drug concentrations or medication dosage. Aegis Sciences Corporation does not compare urine drug and metabolite concentrations to the dose of drug prescribed or administered to the patient. Normalized results have been calculated using a factor that adjusts the original results up to those of an ideal urine with a specific gravity equal to 1.0200. Alcohol and alcohol metabolites are not normalized.

Aegis PainComp® Reporting Thresholds can be found at www.aegislabs.com/Paincompthresholds

ASC 0015

GEN_058622



## Laboratory Report

Laboratory Director: Sheila Dawling, PhD CChem FRSC
CLIA Number 44D1083455
515 Great Circle Road Nashville, TN 37228
(615) 255-2400 - Fax (615) 255-3030

### Clinic Information
**Client:** Dr. Moshe Mirilashvili
450 West 162nd St.
Manhattan, NY 10032
**Requesting Provider:**
Moshe Mirilashvili

### Patient Information
**Patient Name:** Thomas Remington

**Patient ID:**
**Date of Birth:** 03/07/1983
**Male/Female:** Male

### Sample Information
**Lab Sample ID:** 63060399
**Specimen Type:** Urine
**Collected:** 7/7/2014
**Received:** 7/8/2014
**Reported:** 7/12/2014

### Medication(s) Prescribed
Oxycodone

### Test(s) Requested

04460co - Opiates | 00115 - Specimen Validity Tests (SVT)

#### Result(s)/Interpretation(s)/Comment(s)

| Drug and/or Metabolites | Result Interpretation | Normalized Result | Comment |
|---|---|---|---|
| Oxycodone | COMPLIANT | 13,800 ng/mL | Test result is consistent and expected with prescribed drug. |

| Tested For | Result | Normalized Result | Reporting Thresholds Screen | Confirmation |
|---|---|---|---|---|
| Opiates | | | | |
| **Oxycodone** | **POSITIVE** | 5990 ng/mL | | 100 ng/mL |
| **Oxymorphone** | **POSITIVE** | 1090 ng/mL | | 100 ng/mL |
| **Noroxycodone** | **POSITIVE** | 6750 ng/mL | | 100 ng/mL |

| Specimen Validity Testing | Normal Range | Result | Comment |
|---|---|---|---|
| Specific Gravity | ≥1.0020 | 1.0162 | NORMAL |
| Creatinine | ≥2 mg/dL | 114 mg/dL | NORMAL |
| pH | 3.5 - 9.0 | 6.3 | NORMAL |
| Chromates | < 50 mcg/mL | <50 mcg/mL | NORMAL |
| Nitrites | < 200 mcg/mL | <200 mcg/mL | NORMAL |

### Additional Comments

**Drug confirmations performed by mass spectrometry.**

**Certifying Scientist: D. Mayi**

Note: Urine drug and metabolite concentrations do not correlate with blood drug concentrations or medication dosage. Aegis Sciences Corporation does not compare urine drug and metabolite concentrations to the dose of drug prescribed or administered to the patient. Normalized results have been calculated using a factor that adjusts the original results up to those of an ideal urine with a specific gravity equal to 1.0200. Alcohol and alcohol metabolites are not normalized.

Aegis PainComp® Reporting Thresholds can be found at www.aegislabs.com/Paincompthresholds

ASC 0016

GEN_058623



# Laboratory Report

Laboratory Director: Sheila Dawling, PhD CChem FRSC
CLIA Number 44D1083455
515 Great Circle Road Nashville, TN 37228
(615) 255-2400 - Fax (615) 255-3030

## Clinic Information
**Client:** Dr. Moshe Mirilashvili
450 West 162nd St.
Manhattan, NY 10032
**Requesting Provider:**
Moshe Mirilashvili

## Patient Information
**Patient Name:** Chris Kelly

**Patient ID:**
**Date of Birth:** 01/21/1983
**Male/Female:** Male

## Sample Information
**Lab Sample ID:** 63060401
**Specimen Type:** Urine
**Collected:** 7/7/2014
**Received:** 7/8/2014
**Reported:** 7/12/2014

## Medication(s) Prescribed
Oxycodone

## Test(s) Requested
04460co - Opiates                    00115 - Specimen Validity Tests (SVT)

### Result(s)/Interpretation(s)/Comment(s)

| Drug and/or Metabolites | Result Interpretation | Normalized Result | Comment |
|---|---|---|---|
| Oxycodone | COMPLIANT | 12,500 ng/mL | Test result is consistent and expected with prescribed drug. |

| Tested For | Result | Normalized Result | Reporting Thresholds Screen | Confirmation |
|---|---|---|---|---|
| Opiates | | | | |
| **Oxycodone** | **POSITIVE** | 5640 ng/mL | | 100 ng/mL |
| **Oxymorphone** | **POSITIVE** | 1100 ng/mL | | 100 ng/mL |
| **Noroxycodone** | **POSITIVE** | 5750 ng/mL | | 100 ng/mL |

| Specimen Validity Testing | Normal Range | Result | Comment |
|---|---|---|---|
| Specific Gravity | ≥1.0020 | 1.0162 | NORMAL |
| Creatinine | ≥2 mg/dL | 114 mg/dL | NORMAL |
| pH | 3.5 - 9.0 | 6.4 | NORMAL |
| Chromates | < 50 mcg/mL | <50 mcg/mL | NORMAL |
| Nitrites | < 200 mcg/mL | <200 mcg/mL | NORMAL |

## Additional Comments

**Drug confirmations performed by mass spectrometry.**

**Certifying Scientist: D. Mayi**

Note: Urine drug and metabolite concentrations do not correlate with blood drug concentrations or medication dosage. Aegis Sciences Corporation does not compare urine drug and metabolite concentrations to the dose of drug prescribed or administered to the patient. Normalized results have been calculated using a factor that adjusts the original results up to those of an ideal urine with a specific gravity equal to 1.0200. Alcohol and alcohol metabolites are not normalized.

Aegis PainComp® Reporting Thresholds can be found at www.aegislabs.com/Paincompthresholds

ASC 0017
GEN_058624



# Laboratory Report

Laboratory Director: Sheila Dawling, PhD CChem FRSC
CLIA Number 44D1083455
515 Great Circle Road Nashville, TN 37228
(615) 255-2400 - Fax (615) 255-3030

## Clinic Information
**Client:** Dr. Moshe Mirilashvili
450 West 162nd St.
Manhattan, NY 10032
**Requesting Provider:**
Moshe Mirilashvili

## Patient Information
**Patient Name:** Jamie Walker

**Patient ID:**
**Date of Birth:** 12/28/1987
**Male/Female:** Male

## Sample Information
**Lab Sample ID:** 63060403
**Specimen Type:** Urine
**Collected:** 7/1/2014
**Received:** 7/8/2014
**Reported:** 7/12/2014

## Medication(s) Prescribed
Oxycodone

## Test(s) Requested
04460co - Opiates                 00115 - Specimen Validity Tests (SVT)

### Result(s)/Interpretation(s)/Comment(s)

| Drug and/or Metabolites | Result Interpretation | Normalized Result | Comment |
|---|---|---|---|
| Oxycodone | COMPLIANT | 13,600 ng/mL | Test result is consistent and expected with prescribed drug. |

| Tested For | Result | Normalized Result | Reporting Thresholds Screen | Confirmation |
|---|---|---|---|---|
| Opiates | | | | |
| **Oxycodone** | **POSITIVE** | 5350 ng/mL | | 100 ng/mL |
| **Oxymorphone** | **POSITIVE** | 1480 ng/mL | | 100 ng/mL |
| **Noroxycodone** | **POSITIVE** | 6770 ng/mL | | 100 ng/mL |

| Specimen Validity Testing | Normal Range | Result | Comment |
|---|---|---|---|
| Specific Gravity | ≥1.0020 | 1.0144 | NORMAL |
| Creatinine | ≥2 mg/dL | 113 mg/dL | NORMAL |
| pH | 3.5 - 9.0 | 6.8 | NORMAL |
| Chromates | < 50 mcg/mL | <50 mcg/mL | NORMAL |
| Nitrites | < 200 mcg/mL | <200 mcg/mL | NORMAL |

## Additional Comments
**Drug confirmations performed by mass spectrometry.**

**Certifying Scientist: D. Mayi**

Note: Urine drug and metabolite concentrations do not correlate with blood drug concentrations or medication dosage. Aegis Sciences Corporation does not compare urine drug and metabolite concentrations to the dose of drug prescribed or administered to the patient. Normalized results have been calculated using a factor that adjusts the original results up to those of an ideal urine with a specific gravity equal to 1.0200. Alcohol and alcohol metabolites are not normalized.

Aegis PainComp® Reporting Thresholds can be found at www.aegislabs.com/Paincompthresholds

Please call 1.800.533.7052 if you require additional information.
Aegis® is certified by the US Department of Health & Human Services/Substance Abuse & Mental Health Services Administration
Copyright © 2014 Aegis Sciences Corporation All Rights Reserved

ASC 0018

GEN_058625



# Laboratory Report

Laboratory Director: Sheila Dawling, PhD CChem FRSC
CLIA Number 44D1083455
515 Great Circle Road Nashville, TN 37228
(615) 255-2400 - Fax (615) 255-3030

| Clinic Information | Patient Information | Sample Information |
|---|---|---|
| **Client:** Dr. Moshe Mirilashvili | **Patient Name:** Samson Green | **Lab Sample ID:** 63060404 |
| 450 West 162nd St. | | **Specimen Type:** Urine |
| Manhattan, NY 10032 | **Patient ID:** | **Collected:** 7/1/2014 |
| Requesting Provider: | **Date of Birth:** 10/06/1975 | **Received:** 7/8/2014 |
| Moshe Mirilashvili | **Male/Female:** Male | **Reported:** 7/12/2014 |

## Medication(s) Prescribed

Oxycodone

## Test(s) Requested

04460co - Opiates                          00115 - Specimen Validity Tests (SVT)

### Result(s)/Interpretation(s)/Comment(s)

| Drug and/or Metabolites | Result Interpretation | Normalized Result | Comment |
|---|---|---|---|
| Oxycodone | COMPLIANT | 13,400 ng/mL | Test result is consistent and expected with prescribed drug. |

| Tested For | Result | Normalized Result | Reporting Thresholds Screen | Confirmation |
|---|---|---|---|---|
| Opiates | | | | |
| **Oxycodone** | **POSITIVE** | 5330 ng/mL | | 100 ng/mL |
| **Oxymorphone** | **POSITIVE** | 1460 ng/mL | | 100 ng/mL |
| **Noroxycodone** | **POSITIVE** | 6670 ng/mL | | 100 ng/mL |

| Specimen Validity Testing | Normal Range | Result | Comment |
|---|---|---|---|
| Specific Gravity | ≥1.0020 | 1.0166 | NORMAL |
| Creatinine | ≥2 mg/dL | 130 mg/dL | NORMAL |
| pH | 3.5 - 9.0 | 7.0 | NORMAL |
| Chromates | < 50 mcg/mL | <50 mcg/mL | NORMAL |
| Nitrites | < 200 mcg/mL | <200 mcg/mL | NORMAL |

### Additional Comments

**Drug confirmations performed by mass spectrometry.**

**Certifying Scientist: D. Mayi**

Note: Urine drug and metabolite concentrations do not correlate with blood drug concentrations or medication dosage. Aegis Sciences Corporation does not compare urine drug and metabolite concentrations to the dose of drug prescribed or administered to the patient. Normalized results have been calculated using a factor that adjusts the original results up to those of an ideal urine with a specific gravity equal to 1.0200. Alcohol and alcohol metabolites are not normalized.

Aegis PainComp® Reporting Thresholds can be found at www.aegislabs.com/Paincompthresholds

Please call 1.800.533.7052 if you require additional information.
Aegis® is certified by the US Department of Health & Human Services/Substance Abuse & Mental Health Services Administration
Copyright © 2014 Aegis Sciences Corporation All Rights Reserved

Page 1 of 1

ASC 0019
GEN_058626



# Laboratory Report

Laboratory Director: Sheila Dawling, PhD CChem FRSC
CLIA Number 44D1083455
515 Great Circle Road Nashville, TN 37228
(615) 255-2400 - Fax (615) 255-3030

## Clinic Information
**Client:** Dr. Moshe Mirilashvili
450 West 162nd St.
Manhattan, NY 10032
**Requesting Provider:**
Moshe Mirilashvili

## Patient Information
**Patient Name:** Rozell McDonald

**Patient ID:**
**Date of Birth:** 10/19/1989
**Male/Female:** Male

## Sample Information
**Lab Sample ID:** 63060405
**Specimen Type:** Urine
**Collected:** 7/2/2014
**Received:** 7/8/2014
**Reported:** 7/12/2014

## Medication(s) Prescribed
Oxycodone

## Test(s) Requested
04460co - Opiates                   00115 - Specimen Validity Tests (SVT)

### Result(s)/Interpretation(s)/Comment(s)

| Drug and/or Metabolites | Result Interpretation | Normalized Result | Comment |
|---|---|---|---|
| Oxycodone | COMPLIANT | 13,200 ng/mL | Test result is consistent and expected with prescribed drug. |

| Tested For | Result | | Normalized Result | Reporting Thresholds Screen | Confirmation |
|---|---|---|---|---|---|
| Opiates | | | | | |
| **Oxycodone** | **POSITIVE** | | 4730 ng/mL | | 100 ng/mL |
| **Oxymorphone** | **POSITIVE** | | 1410 ng/mL | | 100 ng/mL |
| **Noroxycodone** | **POSITIVE** | | 7060 ng/mL | | 100 ng/mL |

| Specimen Validity Testing | Normal Range | Result | Comment |
|---|---|---|---|
| Specific Gravity | ≥1.0020 | 1.0170 | NORMAL |
| Creatinine | ≥2 mg/dL | 131 mg/dL | NORMAL |
| pH | 3.5 - 9.0 | 6.8 | NORMAL |
| Chromates | < 50 mcg/mL | <50 mcg/mL | NORMAL |
| Nitrites | < 200 mcg/mL | <200 mcg/mL | NORMAL |

## Additional Comments
**Drug confirmations performed by mass spectrometry.**

**Certifying Scientist: D. Mayi**

Note: Urine drug and metabolite concentrations do not correlate with blood drug concentrations or medication dosage. Aegis Sciences Corporation does not compare urine drug and metabolite concentrations to the dose of drug prescribed or administered to the patient. Normalized results have been calculated using a factor that adjusts the original results up to those of an ideal urine with a specific gravity equal to 1.0200. Alcohol and alcohol metabolites are not normalized.

Aegis PainComp® Reporting Thresholds can be found at www.aegislabs.com/Paincompthresholds

ASC 0020
GEN_058627



## Laboratory Report

Laboratory Director: Sheila Dawling, PhD CChem FRSC
CLIA Number 44D1083455
515 Great Circle Road Nashville, TN 37228
(615) 255-2400 - Fax (615) 255-3030

| Clinic Information | Patient Information | Sample Information |
|---|---|---|
| **Client:** Dr. Moshe Mirilashvili | **Patient Name:** Stanley Leggette | **Lab Sample ID:** 63060406 |
| 450 West 162nd St. | | **Specimen Type:** Urine |
| Manhattan, NY 10032 | **Patient ID:** | **Collected:** 7/1/2014 |
| **Requesting Provider:** | **Date of Birth:** 07/07/1958 | **Received:** 7/8/2014 |
| Moshe Mirilashvili | **Male/Female:** Male | **Reported:** 7/12/2014 |

### Medication(s) Prescribed

Oxycodone

### Test(s) Requested

04460co - Opiates                     00115 - Specimen Validity Tests (SVT)

#### Result(s)/Interpretation(s)/Comment(s)

| Drug and/or Metabolites | Result Interpretation | Normalized Result | Comment |
|---|---|---|---|
| Oxycodone | COMPLIANT | 17,500 ng/mL | Test result is consistent and expected with prescribed drug. |

| Tested For | Result | Normalized Result | Reporting Thresholds Screen | Confirmation |
|---|---|---|---|---|
| Opiates | | | | |
| **Oxycodone** | **POSITIVE** | 6610 ng/mL | | 100 ng/mL |
| **Oxymorphone** | **POSITIVE** | 1640 ng/mL | | 100 ng/mL |
| **Noroxycodone** | **POSITIVE** | 9300 ng/mL | | 100 ng/mL |

| Specimen Validity Testing | Normal Range | Result | Comment |
|---|---|---|---|
| Specific Gravity | ≥1.0020 | 1.0165 | NORMAL |
| Creatinine | ≥2 mg/dL | 127 mg/dL | NORMAL |
| pH | 3.5 - 9.0 | 6.7 | NORMAL |
| Chromates | < 50 mcg/mL | <50 mcg/mL | NORMAL |
| Nitrites | < 200 mcg/mL | <200 mcg/mL | NORMAL |

### Additional Comments

**Drug confirmations performed by mass spectrometry.**

**Certifying Scientist: D. Mayi**

---

Note: Urine drug and metabolite concentrations do not correlate with blood drug concentrations or medication dosage. Aegis Sciences Corporation does not compare urine drug and metabolite concentrations to the dose of drug prescribed or administered to the patient. Normalized results have been calculated using a factor that adjusts the original results up to those of an ideal urine with a specific gravity equal to 1.0200. Alcohol and alcohol metabolites are not normalized.

Aegis PainComp® Reporting Thresholds can be found at www.aegislabs.com/Paincompthresholds

ASC 0021

GEN_058628



# Laboratory Report

Laboratory Director: Sheila Dawling, PhD CChem FRSC
CLIA Number 44D1083455
515 Great Circle Road Nashville, TN 37228
(615) 255-2400 - Fax (615) 255-3030

## Clinic Information

**Client:** Dr. Moshe Mirilashvili
450 West 162nd St.
Manhattan, NY 10032
**Requesting Provider:**
Moshe Mirilashvili

## Patient Information

**Patient Name:** Michael Thompson

**Patient ID:**
**Date of Birth:** 08/02/1963
**Male/Female:** Male

## Sample Information

**Lab Sample ID:** 63060407
**Specimen Type:** Urine
**Collected:** 7/1/2014
**Received:** 7/8/2014
**Reported:** 7/12/2014

## Medication(s) Prescribed

Oxycodone

## Test(s) Requested

| 04460co - Opiates | 00115 - Specimen Validity Tests (SVT) |
|---|---|

### Result(s)/Interpretation(s)/Comment(s)

| Drug and/or Metabolites | Result Interpretation | Normalized Result | Comment |
|---|---|---|---|
| Oxycodone | COMPLIANT | 15,200 ng/mL | Test result is consistent and expected with prescribed drug. |

| Tested For | Result | Normalized Result | Reporting Thresholds Screen | Confirmation |
|---|---|---|---|---|
| Opiates | | | | |
| **Oxycodone** | **POSITIVE** | 5750 ng/mL | | 100 ng/mL |
| **Oxymorphone** | **POSITIVE** | 1560 ng/mL | | 100 ng/mL |
| **Noroxycodone** | **POSITIVE** | 7970 ng/mL | | 100 ng/mL |

| Specimen Validity Testing | Normal Range | Result | Comment |
|---|---|---|---|
| Specific Gravity | ≥1.0020 | 1.0174 | NORMAL |
| Creatinine | ≥2 mg/dL | 134 mg/dL | NORMAL |
| pH | 3.5 - 9.0 | 6.8 | NORMAL |
| Chromates | < 50 mcg/mL | <50 mcg/mL | NORMAL |
| Nitrites | < 200 mcg/mL | <200 mcg/mL | NORMAL |

## Additional Comments

**Drug confirmations performed by mass spectrometry.**

**Certifying Scientist: D. Mayi**

Note: Urine drug and metabolite concentrations do not correlate with blood drug concentrations or medication dosage. Aegis Sciences Corporation does not compare urine drug and metabolite concentrations to the dose of drug prescribed or administered to the patient. Normalized results have been calculated using a factor that adjusts the original results up to those of an ideal urine with a specific gravity equal to 1.0200. Alcohol and alcohol metabolites are not normalized.

Aegis PainComp® Reporting Thresholds can be found at www.aegislabs.com/Paincompthresholds

Please call 1.800.533.7052 if you require additional information.
Aegis® is certified by the US Department of Health & Human Services/Substance Abuse & Mental Health Services Administration
Copyright © 2014 Aegis Sciences Corporation All Rights Reserved
Page 1 of 1

ASC 0022
GEN_058629



## Laboratory Report

Laboratory Director: Sheila Dawling, PhD CChem FRSC
CLIA Number 44D1083455
515 Great Circle Road Nashville, TN 37228
(615) 255-2400 - Fax (615) 255-3030

### Clinic Information
**Client:** Dr. Moshe Mirilashvili
450 West 162nd St.
Manhattan, NY 10032
**Requesting Provider:**
Moshe Mirilashvili

### Patient Information
**Patient Name:** Jeffery Lawton

**Patient ID:**
**Date of Birth:** 04/02/1960
**Male/Female:** Male

### Sample Information
**Lab Sample ID:** 63060408
**Specimen Type:** Urine
**Collected:** 7/2/2014
**Received:** 7/8/2014
**Reported:** 7/12/2014

### Medication(s) Prescribed
Oxycodone

### Test(s) Requested
04460co - Opiates                     00115 - Specimen Validity Tests (SVT)

#### Result(s)/Interpretation(s)/Comment(s)

| Drug and/or Metabolites | Result Interpretation | Normalized Result | Comment |
|---|---|---|---|
| Oxycodone | COMPLIANT | 14,900 ng/mL | Test result is consistent and expected with prescribed drug. |

| Tested For | Result | Normalized Result | Screen | Confirmation |
|---|---|---|---|---|
| Opiates | | | **Reporting Thresholds** | |
| **Oxycodone** | **POSITIVE** | 6130 ng/mL | | 100 ng/mL |
| **Oxymorphone** | **POSITIVE** | 1590 ng/mL | | 100 ng/mL |
| **Noroxycodone** | **POSITIVE** | 7200 ng/mL | | 100 ng/mL |

| Specimen Validity Testing | Normal Range | Result | Comment |
|---|---|---|---|
| Specific Gravity | ≥1.0020 | 1.0145 | NORMAL |
| Creatinine | ≥2 mg/dL | 113 mg/dL | NORMAL |
| pH | 3.5 - 9.0 | 7.1 | NORMAL |
| Chromates | < 50 mcg/mL | <50 mcg/mL | NORMAL |
| Nitrites | < 200 mcg/mL | <200 mcg/mL | NORMAL |

### Additional Comments

**Certifying Scientist: D. Mayi**

**Drug confirmations performed by mass spectrometry.**

Note: Urine drug and metabolite concentrations do not correlate with blood drug concentrations or medication dosage.  Aegis Sciences Corporation does not compare urine drug and metabolite concentrations to the dose of drug prescribed or administered to the patient.  Normalized results have been calculated using a factor that adjusts the original results up to those of an ideal urine with a specific gravity equal to 1.0200. Alcohol and alcohol metabolites are not normalized.

Aegis PainComp® Reporting Thresholds can be found at www.aegislabs.com/Paincompthresholds

ASC 0023

GEN_058630



# Laboratory Report

Laboratory Director: Sheila Dawling, PhD CChem FRSC
CLIA Number 44D1083455
515 Great Circle Road Nashville, TN 37228
(615) 255-2400 - Fax (615) 255-3030

## Clinic Information
**Client:** Dr. Moshe Mirilashvili
450 West 162nd St.
Manhattan, NY 10032
**Requesting Provider:**
Moshe Mirilashvili

## Patient Information
**Patient Name:** Germain Morales

**Patient ID:**
**Date of Birth:** 12/21/1980
**Male/Female:** Male

## Sample Information
**Lab Sample ID:** 63060409
**Specimen Type:** Urine
**Collected:** 7/2/2014
**Received:** 7/8/2014
**Reported:** 7/12/2014

## Medication(s) Prescribed
Oxycodone

## Test(s) Requested

| | |
|---|---|
| 04460co - Opiates | 00115 - Specimen Validity Tests (SVT) |

### Result(s)/Interpretation(s)/Comment(s)

| Drug and/or Metabolites | Result Interpretation | Normalized Result | Comment |
|---|---|---|---|
| Oxycodone | COMPLIANT | 13,900 ng/mL | Test result is consistent and expected with prescribed drug. |

| Tested For | Result | Normalized Result | Reporting Thresholds Screen | Confirmation |
|---|---|---|---|---|
| Opiates | | | | |
| **Oxycodone** | **POSITIVE** | 5290 ng/mL | | 100 ng/mL |
| **Oxymorphone** | **POSITIVE** | 1540 ng/mL | | 100 ng/mL |
| **Noroxycodone** | **POSITIVE** | 7050 ng/mL | | 100 ng/mL |

| Specimen Validity Testing | Normal Range | Result | Comment |
|---|---|---|---|
| Specific Gravity | ≥1.0020 | 1.0124 | NORMAL |
| Creatinine | ≥2 mg/dL | 96 mg/dL | NORMAL |
| pH | 3.5 - 9.0 | 6.7 | NORMAL |
| Chromates | < 50 mcg/mL | <50 mcg/mL | NORMAL |
| Nitrites | < 200 mcg/mL | <200 mcg/mL | NORMAL |

## Additional Comments

**Drug confirmations performed by mass spectrometry.**

**Certifying Scientist: D. Mayi**

Note: Urine drug and metabolite concentrations do not correlate with blood drug concentrations or medication dosage. Aegis Sciences Corporation does not compare urine drug and metabolite concentrations to the dose of drug prescribed or administered to the patient. Normalized results have been calculated using a factor that adjusts the original results up to those of an ideal urine with a specific gravity equal to 1.0200. Alcohol and alcohol metabolites are not normalized.

Aegis PainComp® Reporting Thresholds can be found at www.aegislabs.com/Paincompthresholds

ASC 0024

GEN_058631



# Laboratory Report

Laboratory Director: Sheila Dawling, PhD CChem FRSC
CLIA Number 44D1083455
515 Great Circle Road Nashville, TN 37228
(615) 255-2400 - Fax (615) 255-3030

## Clinic Information
**Client:** Dr. Moshe Mirilashvili
450 West 162nd St.
Manhattan, NY 10032
**Requesting Provider:**
Moshe Mirilashvili

## Patient Information
**Patient Name:** Candice Ervin

**Patient ID:**
**Date of Birth:** 02/20/1985
**Male/Female:** Male

## Sample Information
**Lab Sample ID:** 63060411
**Specimen Type:** Urine
**Collected:** 7/1/2014
**Received:** 7/8/2014
**Reported:** 7/12/2014

## Medication(s) Prescribed
Oxycodone

## Test(s) Requested

| 04460co - Opiates | 00115 - Specimen Validity Tests (SVT) |
|---|---|

### Result(s)/Interpretation(s)/Comment(s)

| Drug and/or Metabolites | Result Interpretation | Normalized Result | Comment |
|---|---|---|---|
| Oxycodone | COMPLIANT | 15,000 ng/mL | Test result is consistent and expected with prescribed drug. |

| Tested For | Result | Normalized Result | Screen | Confirmation |
|---|---|---|---|---|
| Opiates | | | Reporting Thresholds | |
| **Oxycodone** | **POSITIVE** | 5820 ng/mL | | 100 ng/mL |
| **Oxymorphone** | **POSITIVE** | 1710 ng/mL | | 100 ng/mL |
| **Noroxycodone** | **POSITIVE** | 7480 ng/mL | | 100 ng/mL |

| Specimen Validity Testing | Normal Range | Result | Comment |
|---|---|---|---|
| Specific Gravity | ≥1.0020 | 1.0107 | NORMAL |
| Creatinine | ≥2 mg/dL | 84 mg/dL | NORMAL |
| pH | 3.5 - 9.0 | 7.0 | NORMAL |
| Chromates | < 50 mcg/mL | <50 mcg/mL | NORMAL |
| Nitrites | < 200 mcg/mL | <200 mcg/mL | NORMAL |

## Additional Comments

**Drug confirmations performed by mass spectrometry.**

**Certifying Scientist: D. Mayi**

---

Note: Urine drug and metabolite concentrations do not correlate with blood drug concentrations or medication dosage. Aegis Sciences Corporation does not compare urine drug and metabolite concentrations to the dose of drug prescribed or administered to the patient. Normalized results have been calculated using a factor that adjusts the original results up to those of an ideal urine with a specific gravity equal to 1.0200. Alcohol and alcohol metabolites are not normalized.

Aegis PainComp® Reporting Thresholds can be found at www.aegislabs.com/Paincompthresholds

ASC 0025

GEN_058632



# Laboratory Report

Laboratory Director: Sheila Dawling, PhD CChem FRSC
CLIA Number 44D1083455
515 Great Circle Road Nashville, TN 37228
(615) 255-2400 - Fax (615) 255-3030

## Clinic Information

**Client:** Dr. Moshe Mirilashvili
450 West 162nd St.
Manhattan, NY 10032
**Requesting Provider:**
Moshe Mirilashvili

## Patient Information

**Patient Name:** Michael Ervin

**Patient ID:**
**Date of Birth:** 07/11/1959
**Male/Female:** Male

## Sample Information

**Lab Sample ID:** 63060412
**Specimen Type:** Urine
**Collected:** 7/2/2014
**Received:** 7/8/2014
**Reported:** 7/12/2014

## Medication(s) Prescribed

Oxycodone

## Test(s) Requested

04460co - Opiates                    00115 - Specimen Validity Tests (SVT)

### Result(s)/Interpretation(s)/Comment(s)

| Drug and/or Metabolites | Result Interpretation | Normalized Result | Comment |
|---|---|---|---|
| Oxycodone | COMPLIANT | 15,400 ng/mL | Test result is consistent and expected with prescribed drug. |

| Tested For | Result | Normalized Result | Reporting Thresholds Screen | Confirmation |
|---|---|---|---|---|
| Opiates | | | | |
| **Oxycodone** | **POSITIVE** | 6520 ng/mL | | 100 ng/mL |
| **Oxymorphone** | **POSITIVE** | 1450 ng/mL | | 100 ng/mL |
| **Noroxycodone** | **POSITIVE** | 7420 ng/mL | | 100 ng/mL |

| Specimen Validity Testing | Normal Range | Result | Comment |
|---|---|---|---|
| Specific Gravity | ≥1.0020 | 1.0176 | NORMAL |
| Creatinine | ≥2 mg/dL | 137 mg/dL | NORMAL |
| pH | 3.5 - 9.0 | 7.0 | NORMAL |
| Chromates | < 50 mcg/mL | <50 mcg/mL | NORMAL |
| Nitrites | < 200 mcg/mL | <200 mcg/mL | NORMAL |

### Additional Comments

**Drug confirmations performed by mass spectrometry.**

**Certifying Scientist: D. Mayi**

Note: Urine drug and metabolite concentrations do not correlate with blood drug concentrations or medication dosage. Aegis Sciences Corporation does not compare urine drug and metabolite concentrations to the dose of drug prescribed or administered to the patient. Normalized results have been calculated using a factor that adjusts the original results up to those of an ideal urine with a specific gravity equal to 1.0200. Alcohol and alcohol metabolites are not normalized.

Aegis PainComp® Reporting Thresholds can be found at www.aegislabs.com/Paincompthresholds

Please call 1.800.533.7052 if you require additional information.
Aegis® is certified by the US Department of Health & Human Services/Substance Abuse & Mental Health Services Administration
Copyright © 2014 Aegis Sciences Corporation All Rights Reserved

ASC 0026

GEN_058633



# Laboratory Report

Laboratory Director: Sheila Dawling, PhD CChem FRSC
CLIA Number 44D1083455
515 Great Circle Road Nashville, TN 37228
(615) 255-2400 - Fax (615) 255-3030

## Clinic Information
**Client:** Dr. Moshe Mirilashvili
450 West 162nd St.
Manhattan, NY 10032
**Requesting Provider:**
Moshe Mirilashvili

## Patient Information
**Patient Name:** Payton Ramsey

**Patient ID:**
**Date of Birth:** 12/31/1958
**Male/Female:** Male

## Sample Information
**Lab Sample ID:** 63060413
**Specimen Type:** Urine
**Collected:** 7/2/2014
**Received:** 7/8/2014
**Reported:** 7/12/2014

## Medication(s) Prescribed
Oxycodone

## Test(s) Requested
04460co - Opiates                    00115 - Specimen Validity Tests (SVT)

### Result(s)/Interpretation(s)/Comment(s)

| Drug and/or Metabolites | Result Interpretation | Normalized Result | Comment |
|---|---|---|---|
| Oxycodone | COMPLIANT | 14,000 ng/mL | Test result is consistent and expected with prescribed drug. |

| Tested For | Result | Normalized Result | Screen | Confirmation |
|---|---|---|---|---|
| Opiates | | | | Reporting Thresholds |
| **Oxycodone** | **POSITIVE** | 5840 ng/mL | | 100 ng/mL |
| **Oxymorphone** | **POSITIVE** | 1420 ng/mL | | 100 ng/mL |
| **Noroxycodone** | **POSITIVE** | 6740 ng/mL | | 100 ng/mL |

| Specimen Validity Testing | Normal Range | Result | Comment |
|---|---|---|---|
| Specific Gravity | ≥1.0020 | 1.0172 | NORMAL |
| Creatinine | ≥2 mg/dL | 133 mg/dL | NORMAL |
| pH | 3.5 - 9.0 | 6.9 | NORMAL |
| Chromates | < 50 mcg/mL | <50 mcg/mL | NORMAL |
| Nitrites | < 200 mcg/mL | <200 mcg/mL | NORMAL |

## Additional Comments

**Drug confirmations performed by mass spectrometry.**

**Certifying Scientist: D. Mayi**

Note: Urine drug and metabolite concentrations do not correlate with blood drug concentrations or medication dosage.  Aegis Sciences Corporation does not compare urine drug and metabolite concentrations to the dose of drug prescribed or administered to the patient.  Normalized results have been calculated using a factor that adjusts the original results up to those of an ideal urine with a specific gravity equal to 1.0200. Alcohol and alcohol metabolites are not normalized.

Aegis PainComp® Reporting Thresholds can be found at www.aegislabs.com/Paincompthresholds

ASC 0027

GEN_058634



## Laboratory Report

Laboratory Director: Sheila Dawling, PhD CChem FRSC
CLIA Number 44D1083455
515 Great Circle Road Nashville, TN 37228
(615) 255-2400 - Fax (615) 255-3030

### Clinic Information
**Client:** Dr. Moshe Mirilashvili
450 West 162nd St.
Manhattan, NY 10032
**Requesting Provider:**
Moshe Mirilashvili

### Patient Information
**Patient Name:** Renee T. Freeman

**Patient ID:**
**Date of Birth:** 10/05/1968
**Male/Female:** Female

### Sample Information
**Lab Sample ID:** 63060414
**Specimen Type:** Urine
**Collected:** 7/2/2014
**Received:** 7/8/2014
**Reported:** 7/12/2014

### Medication(s) Prescribed
Oxycodone

### Test(s) Requested
04460co - Opiates                00115 - Specimen Validity Tests (SVT)

#### Result(s)/Interpretation(s)/Comment(s)

| Drug and/or Metabolites | Result Interpretation | Normalized Result | Comment |
|---|---|---|---|
| Oxycodone | COMPLIANT | 13,000 ng/mL | Test result is consistent and expected with prescribed drug. |

| Tested For | Result | Normalized Result | Reporting Thresholds Screen | Confirmation |
|---|---|---|---|---|
| Opiates | | | | |
| **Oxycodone** | **POSITIVE** | 4570 ng/mL | | 100 ng/mL |
| **Oxymorphone** | **POSITIVE** | 1410 ng/mL | | 100 ng/mL |
| **Noroxycodone** | **POSITIVE** | 7010 ng/mL | | 100 ng/mL |

| Specimen Validity Testing | Normal Range | Result | Comment |
|---|---|---|---|
| Specific Gravity | ≥1.0020 | 1.0131 | NORMAL |
| Creatinine | ≥2 mg/dL | 101 mg/dL | NORMAL |
| pH | 3.5 - 9.0 | 6.6 | NORMAL |
| Chromates | < 50 mcg/mL | <50 mcg/mL | NORMAL |
| Nitrites | < 200 mcg/mL | <200 mcg/mL | NORMAL |

### Additional Comments
**Drug confirmations performed by mass spectrometry.**

**Certifying Scientist: D. Mayi**

---

Note: Urine drug and metabolite concentrations do not correlate with blood drug concentrations or medication dosage.  Aegis Sciences Corporation does not compare urine drug and metabolite concentrations to the dose of drug prescribed or administered to the patient.  Normalized results have been calculated using a factor that adjusts the original results up to those of an ideal urine with a specific gravity equal to 1.0200. Alcohol and alcohol metabolites are not normalized.

Aegis PainComp® Reporting Thresholds can be found at www.aegislabs.com/Paincompthresholds

Please call 1.800.533.7052 if you require additional information.
Aegis® is certified by the US Department of Health & Human Services/Substance Abuse & Mental Health Services Administration
Copyright © 2014 Aegis Sciences Corporation All Rights Reserved

Page 1 of 1

ASC 0028
GEN_058635



# Laboratory Report

Laboratory Director: Sheila Dawling, PhD CChem FRSC
CLIA Number 44D1083455
515 Great Circle Road Nashville, TN 37228
(615) 255-2400 - Fax (615) 255-3030

## Clinic Information
**Client:** Dr. Moshe Mirilashvili
450 West 162nd St.
Manhattan, NY 10032
**Requesting Provider:**
Moshe Mirilashvili

## Patient Information
**Patient Name:** Tracy Romero

**Patient ID:**
**Date of Birth:** 08/03/1968
**Male/Female:** Female

## Sample Information
**Lab Sample ID:** 63060415
**Specimen Type:** Urine
**Collected:** 7/2/2014
**Received:** 7/8/2014
**Reported:** 7/12/2014

## Medication(s) Prescribed
Oxycodone

## Test(s) Requested

| 04460co - Opiates | 00115 - Specimen Validity Tests (SVT) |
|---|---|

### Result(s)/Interpretation(s)/Comment(s)

| Drug and/or Metabolites | Result Interpretation | Normalized Result | Comment |
|---|---|---|---|
| Oxycodone | COMPLIANT | 14,600 ng/mL | Test result is consistent and expected with prescribed drug. |

| Tested For | Result | Normalized Result | Reporting Thresholds Screen | Confirmation |
|---|---|---|---|---|
| Opiates | | | | |
| **Oxycodone** | **POSITIVE** | 6190 ng/mL | | 100 ng/mL |
| **Oxymorphone** | **POSITIVE** | 1440 ng/mL | | 100 ng/mL |
| **Noroxycodone** | **POSITIVE** | 6980 ng/mL | | 100 ng/mL |

| Specimen Validity Testing | Normal Range | Result | Comment |
|---|---|---|---|
| Specific Gravity | ≥1.0020 | 1.0156 | NORMAL |
| Creatinine | ≥2 mg/dL | 121 mg/dL | NORMAL |
| pH | 3.5 - 9.0 | 6.9 | NORMAL |
| Chromates | < 50 mcg/mL | <50 mcg/mL | NORMAL |
| Nitrites | < 200 mcg/mL | <200 mcg/mL | NORMAL |

## Additional Comments

**Drug confirmations performed by mass spectrometry.**

**Certifying Scientist: D. Mayi**

Note: Urine drug and metabolite concentrations do not correlate with blood drug concentrations or medication dosage.  Aegis Sciences Corporation does not compare urine drug and metabolite concentrations to the dose of drug prescribed or administered to the patient.  Normalized results have been calculated using a factor that adjusts the original results up to those of an ideal urine with a specific gravity equal to 1.0200. Alcohol and alcohol metabolites are not normalized.

Aegis PainComp® Reporting Thresholds can be found at www.aegislabs.com/Paincompthresholds

ASC 0029
GEN_058636



## Laboratory Report

Laboratory Director: Sheila Dawling, PhD CChem FRSC
CLIA Number 44D1083455
515 Great Circle Road Nashville, TN 37228
(615) 255-2400 - Fax (615) 255-3030

### Clinic Information
**Client:** Dr. Moshe Mirilashvili
450 West 162nd St.
Manhattan, NY 10032
**Requesting Provider:**
Moshe Mirilashvili

### Patient Information
**Patient Name:** Rochelle Woods

**Patient ID:**
**Date of Birth:** 02/05/1983
**Male/Female:** Female

### Sample Information
**Lab Sample ID:** 63060416
**Specimen Type:** Urine
**Collected:** 7/1/2014
**Received:** 7/8/2014
**Reported:** 7/12/2014

### Medication(s) Prescribed
Oxycodone

### Test(s) Requested
04460co - Opiates                    00115 - Specimen Validity Tests (SVT)

#### Result(s)/Interpretation(s)/Comment(s)

| Drug and/or Metabolites | Result Interpretation | Normalized Result | Comment |
|---|---|---|---|
| Oxycodone | COMPLIANT | 13,500 ng/mL | Test result is consistent and expected with prescribed drug. |

| Tested For | Result | | Normalized Result | Reporting Thresholds Screen | Confirmation |
|---|---|---|---|---|---|
| Opiates | | | | | |
| **Oxycodone** | **POSITIVE** | | 5190 ng/mL | | 100 ng/mL |
| **Oxymorphone** | **POSITIVE** | | 1530 ng/mL | | 100 ng/mL |
| **Noroxycodone** | **POSITIVE** | | 6860 ng/mL | | 100 ng/mL |

| Specimen Validity Testing | Normal Range | Result | Comment |
|---|---|---|---|
| Specific Gravity | ≥1.0020 | 1.0159 | NORMAL |
| Creatinine | ≥2 mg/dL | 123 mg/dL | NORMAL |
| pH | 3.5 - 9.0 | 7.0 | NORMAL |
| Chromates | < 50 mcg/mL | <50 mcg/mL | NORMAL |
| Nitrites | < 200 mcg/mL | <200 mcg/mL | NORMAL |

### Additional Comments
**Drug confirmations performed by mass spectrometry.**

**Certifying Scientist: D. Mayi**

Note: Urine drug and metabolite concentrations do not correlate with blood drug concentrations or medication dosage. Aegis Sciences Corporation does not compare urine drug and metabolite concentrations to the dose of drug prescribed or administered to the patient. Normalized results have been calculated using a factor that adjusts the original results up to those of an ideal urine with a specific gravity equal to 1.0200. Alcohol and alcohol metabolites are not normalized.

Aegis PainComp® Reporting Thresholds can be found at www.aegislabs.com/Paincompthresholds

Please call 1.800.533.7052 if you require additional information.
Aegis® is certified by the US Department of Health & Human Services/Substance Abuse & Mental Health Services Administration
Copyright © 2014 Aegis Sciences Corporation All Rights Reserved

Page 1 of 1

ASC 0030

GEN_058637



## Laboratory Report

Laboratory Director: Sheila Dawling, PhD CChem FRSC
CLIA Number 44D1083455
515 Great Circle Road Nashville, TN 37228
(615) 255-2400 - Fax (615) 255-3030

### Clinic Information
**Client:** Dr. Moshe Mirilashvili
450 West 162nd St.
Manhattan, NY 10032
**Requesting Provider:**
Moshe Mirilashvili

### Patient Information
**Patient Name:** Dain Woodsen

**Patient ID:**
**Date of Birth:** 04/02/1960
**Male/Female:** Male

### Sample Information
**Lab Sample ID:** 63060417
**Specimen Type:** Urine
**Collected:** 7/7/2014
**Received:** 7/8/2014
**Reported:** 7/12/2014

### Medication(s) Prescribed
Oxycodone

### Test(s) Requested

04460co - Opiates                    00115 - Specimen Validity Tests (SVT)

#### Result(s)/Interpretation(s)/Comment(s)

| Drug and/or Metabolites | Result Interpretation | Normalized Result | Comment |
|---|---|---|---|
| Oxycodone | COMPLIANT | 12,000 ng/mL | Test result is consistent and expected with prescribed drug. |

| Tested For | Result | | Normalized Result | Reporting Thresholds Screen | Reporting Thresholds Confirmation |
|---|---|---|---|---|---|
| Opiates | | | | | |
| **Oxycodone** | **POSITIVE** | | 5300 ng/mL | | 100 ng/mL |
| **Oxymorphone** | **POSITIVE** | | 1020 ng/mL | | 100 ng/mL |
| **Noroxycodone** | **POSITIVE** | | 5700 ng/mL | | 100 ng/mL |

| Specimen Validity Testing | Normal Range | Result | Comment |
|---|---|---|---|
| Specific Gravity | ≥1.0020 | 1.0162 | NORMAL |
| Creatinine | ≥2 mg/dL | 114 mg/dL | NORMAL |
| pH | 3.5 - 9.0 | 6.4 | NORMAL |
| Chromates | < 50 mcg/mL | <50 mcg/mL | NORMAL |
| Nitrites | < 200 mcg/mL | <200 mcg/mL | NORMAL |

### Additional Comments

**Drug confirmations performed by mass spectrometry.**

**Certifying Scientist: D. Mayi**

---

Note: Urine drug and metabolite concentrations do not correlate with blood drug concentrations or medication dosage. Aegis Sciences Corporation does not compare urine drug and metabolite concentrations to the dose of drug prescribed or administered to the patient. Normalized results have been calculated using a factor that adjusts the original results up to those of an ideal urine with a specific gravity equal to 1.0200. Alcohol and alcohol metabolites are not normalized.

Aegis PainComp® Reporting Thresholds can be found at www.aegislabs.com/Paincompthresholds

ASC 0031

GEN_058638



# Laboratory Report

Laboratory Director: Sheila Dawling, PhD CChem FRSC
CLIA Number 44D1083455
515 Great Circle Road Nashville, TN 37228
(615) 255-2400 - Fax (615) 255-3030

## Clinic Information
**Client:** Dr. Moshe Mirilashvili
450 West 162nd St.
Manhattan, NY 10032
Requesting Provider:
Moshe Mirilashvili

## Patient Information
**Patient Name:** Ricky Smith

**Patient ID:**
**Date of Birth:** 08/08/1981
**Male/Female:** Male

## Sample Information
**Lab Sample ID:** 63060419
**Specimen Type:** Urine
**Collected:** 7/7/2014
**Received:** 7/8/2014
**Reported:** 7/12/2014

## Medication(s) Prescribed
Oxycodone

## Test(s) Requested
04460co - Opiates                    00115 - Specimen Validity Tests (SVT)

### Result(s)/Interpretation(s)/Comment(s)

| Drug and/or Metabolites | Result Interpretation | Normalized Result | Comment |
|---|---|---|---|
| Oxycodone | COMPLIANT | 13,700 ng/mL | Test result is consistent and expected with prescribed drug. |

| Tested For | Result | Normalized Result | Screen Reporting Thresholds | Confirmation |
|---|---|---|---|---|
| Opiates | | | | |
| **Oxycodone** | **POSITIVE** | 6580 ng/mL | | 100 ng/mL |
| **Oxymorphone** | **POSITIVE** | 1170 ng/mL | | 100 ng/mL |
| **Noroxycodone** | **POSITIVE** | 6040 ng/mL | | 100 ng/mL |

| Specimen Validity Testing | Normal Range | Result | Comment |
|---|---|---|---|
| Specific Gravity | ≥1.0020 | 1.0160 | NORMAL |
| Creatinine | ≥2 mg/dL | 114 mg/dL | NORMAL |
| pH | 3.5 - 9.0 | 6.4 | NORMAL |
| Chromates | < 50 mcg/mL | <50 mcg/mL | NORMAL |
| Nitrites | < 200 mcg/mL | <200 mcg/mL | NORMAL |

## Additional Comments

**Drug confirmations performed by mass spectrometry.**

**Certifying Scientist: D. Mayi**

Note: Urine drug and metabolite concentrations do not correlate with blood drug concentrations or medication dosage. Aegis Sciences Corporation does not compare urine drug and metabolite concentrations to the dose of drug prescribed or administered to the patient. Normalized results have been calculated using a factor that adjusts the original results up to those of an ideal urine with a specific gravity equal to 1.0200. Alcohol and alcohol metabolites are not normalized.

Aegis PainComp® Reporting Thresholds can be found at www.aegislabs.com/Paincompthresholds

Please call 1.800.533.7052 if you require additional information.
Aegis® is certified by the US Department of Health & Human Services/Substance Abuse & Mental Health Services Administration
Copyright © 2014 Aegis Sciences Corporation All Rights Reserved

ASC 0032
GEN_058639



# Laboratory Report

Laboratory Director: Sheila Dawling, PhD CChem FRSC
CLIA Number 44D1083455
515 Great Circle Road Nashville, TN 37228
(615) 255-2400 - Fax (615) 255-3030

## Clinic Information
**Client:** Dr. Moshe Mirilashvili
450 West 162nd St.
Manhattan, NY 10032
**Requesting Provider:**
Moshe Mirilashvili

## Patient Information
**Patient Name:** Jerome Freeman

**Patient ID:**
**Date of Birth:** 06/06/1985
**Male/Female:** Male

## Sample Information
**Lab Sample ID:** 63060420
**Specimen Type:** Urine
**Collected:** 7/7/2014
**Received:** 7/8/2014
**Reported:** 7/12/2014

## Medication(s) Prescribed
Oxycodone

## Test(s) Requested
04460co - Opiates                    00115 - Specimen Validity Tests (SVT)

### Result(s)/Interpretation(s)/Comment(s)

| Drug and/or Metabolites | Result Interpretation | Normalized Result | Comment |
|---|---|---|---|
| Oxycodone | COMPLIANT | 12,100 ng/mL | Test result is consistent and expected with prescribed drug. |

| Tested For | Result | Normalized Result | Screen | Reporting Thresholds Confirmation |
|---|---|---|---|---|
| Opiates | | | | |
| **Oxycodone** | **POSITIVE** | 5300 ng/mL | | 100 ng/mL |
| **Oxymorphone** | **POSITIVE** | 1010 ng/mL | | 100 ng/mL |
| **Noroxycodone** | **POSITIVE** | 5820 ng/mL | | 100 ng/mL |

| Specimen Validity Testing | Normal Range | Result | Comment |
|---|---|---|---|
| Specific Gravity | ≥1.0020 | 1.0158 | NORMAL |
| Creatinine | ≥2 mg/dL | 111 mg/dL | NORMAL |
| pH | 3.5 - 9.0 | 6.4 | NORMAL |
| Chromates | < 50 mcg/mL | <50 mcg/mL | NORMAL |
| Nitrites | < 200 mcg/mL | <200 mcg/mL | NORMAL |

## Additional Comments

**Drug confirmations performed by mass spectrometry.**

**Certifying Scientist: D. Mayi**

---

Note: Urine drug and metabolite concentrations do not correlate with blood drug concentrations or medication dosage.  Aegis Sciences Corporation does not compare urine drug and metabolite concentrations to the dose of drug prescribed or administered to the patient.  Normalized results have been calculated using a factor that adjusts the original results up to those of an ideal urine with a specific gravity equal to 1.0200. Alcohol and alcohol metabolites are not normalized.

Aegis PainComp® Reporting Thresholds can be found at www.aegislabs.com/Paincompthresholds

ASC 0033
GEN_058640



## Laboratory Report

Laboratory Director: Sheila Dawling, PhD CChem FRSC
CLIA Number 44D1083455
515 Great Circle Road Nashville, TN 37228
(615) 255-2400 - Fax (615) 255-3030

| Clinic Information | Patient Information | Sample Information |
|---|---|---|
| **Client:** Dr. Moshe Mirilashvili | **Patient Name:** Daniel Square | **Lab Sample ID:** 63066373 |
| 450 West 162nd St. | | **Specimen Type:** Urine |
| Manhattan, NY 10032 | **Patient ID:** | **Collected:** 7/2/2014 |
| **Requesting Provider:** | **Date of Birth:** | **Received:** 7/8/2014 |
| Moshe Mirilashvili | **Male/Female:** Male | **Reported:** 7/12/2014 |

### Medication(s) Prescribed

Oxycodone

### Test(s) Requested

04460co - Opiates                    00115 - Specimen Validity Tests (SVT)

#### Result(s)/Interpretation(s)/Comment(s)

| Drug and/or Metabolites | Result Interpretation | Normalized Result | Comment |
|---|---|---|---|
| Oxycodone | COMPLIANT | 5,670 ng/mL | Test result is consistent and expected with prescribed drug. |

| Tested For | Result | | Normalized Result | Reporting Thresholds Screen | Confirmation |
|---|---|---|---|---|---|
| Opiates | | | | | |
| **Oxycodone** | **POSITIVE** | | 2020 ng/mL | | 100 ng/mL |
| **Oxymorphone** | **POSITIVE** | | 1080 ng/mL | | 100 ng/mL |
| **Noroxycodone** | **POSITIVE** | | 2550 ng/mL | | 100 ng/mL |

| Specimen Validity Testing | Normal Range | Result | Comment |
|---|---|---|---|
| Specific Gravity | ≥1.0020 | 1.0200 | NORMAL |
| Creatinine | ≥2 mg/dL | 142 mg/dL | NORMAL |
| pH | 3.5 - 9.0 | 8.7 | NORMAL |
| Chromates | < 50 mcg/mL | <50 mcg/mL | NORMAL |
| Nitrites | < 200 mcg/mL | <200 mcg/mL | NORMAL |

### Additional Comments

**Drug confirmations performed by mass spectrometry.**

**Certifying Scientist: D. Mayi**

Note: Urine drug and metabolite concentrations do not correlate with blood drug concentrations or medication dosage. Aegis Sciences Corporation does not compare urine drug and metabolite concentrations to the dose of drug prescribed or administered to the patient. Normalized results have been calculated using a factor that adjusts the original results up to those of an ideal urine with a specific gravity equal to 1.0200. Alcohol and alcohol metabolites are not normalized.

Aegis PainComp® Reporting Thresholds can be found at www.aegislabs.com/Paincompthresholds

Please call 1.800.533.7052 if you require additional information.
Aegis® is certified by the US Department of Health & Human Services/Substance Abuse & Mental Health Services Administration
Copyright © 2014 Aegis Sciences Corporation All Rights Reserved

Page 1 of 1

ASC 0034

GEN_058641



# Laboratory Report

Laboratory Director: Sheila Dawling, PhD CChem FRSC
CLIA Number 44D1083455
515 Great Circle Road Nashville, TN 37228
(615) 255-2400 - Fax (615) 255-3030

## Clinic Information
**Client:** Dr. Moshe Mirilashvili
450 West 162nd St.
Manhattan, NY 10032
Requesting Provider:
Moshe Mirilashvili

## Patient Information
**Patient Name:** Zakiygah Square

**Patient ID:**
**Date of Birth:** 11/11/1978
**Male/Female:** Male

## Sample Information
**Lab Sample ID:** 63066374
**Specimen Type:** Urine
**Collected:** 7/2/2014
**Received:** 7/8/2014
**Reported:** 7/12/2014

## Medication(s) Prescribed
Oxycodone

## Test(s) Requested
04460co - Opiates                    00115 - Specimen Validity Tests (SVT)

### Result(s)/Interpretation(s)/Comment(s)

| Drug and/or Metabolites | Result Interpretation | Normalized Result | Comment |
|---|---|---|---|
| Oxycodone | COMPLIANT | 4,880 ng/mL | Test result is consistent and expected with prescribed drug. |

| Tested For | Result | Normalized Result | Reporting Thresholds Screen | Reporting Thresholds Confirmation |
|---|---|---|---|---|
| Opiates | | | | |
| **Oxycodone** | **POSITIVE** | 1630 ng/mL | | 100 ng/mL |
| **Oxymorphone** | **POSITIVE** | 1010 ng/mL | | 100 ng/mL |
| **Noroxycodone** | **POSITIVE** | 2230 ng/mL | | 100 ng/mL |

| Specimen Validity Testing | Normal Range | Result | Comment |
|---|---|---|---|
| Specific Gravity | ≥1.0020 | 1.0200 | NORMAL |
| Creatinine | ≥2 mg/dL | 142 mg/dL | NORMAL |
| pH | 3.5 - 9.0 | 8.7 | NORMAL |
| Chromates | < 50 mcg/mL | <50 mcg/mL | NORMAL |
| Nitrites | < 200 mcg/mL | <200 mcg/mL | NORMAL |

## Additional Comments

**Drug confirmations performed by mass spectrometry.**

**Certifying Scientist: D. Mayi**

Note: Urine drug and metabolite concentrations do not correlate with blood drug concentrations or medication dosage. Aegis Sciences Corporation does not compare urine drug and metabolite concentrations to the dose of drug prescribed or administered to the patient. Normalized results have been calculated using a factor that adjusts the original results up to those of an ideal urine with a specific gravity equal to 1.0200. Alcohol and alcohol metabolites are not normalized.

Aegis PainComp® Reporting Thresholds can be found at www.aegislabs.com/Paincompthresholds

ASC 0035
GEN_058642