

| HSN | SpG | Name |
|---|---|---|

*All exhibit VERY similar specific gravities, metabolism patterns, and quants (oxycodone, noroxycodone, and oxymorphone).  The creatinine, pH, nitrates, and chromates results, they were similar as well.*

| HSN | SpG | Name |
|---|---|---|
| 63060392 | 1.0163 | Andre Sylvester |
| 63057571 | 1.0162 | Vann Gabriel |
| 63060417 | 1.0162 | Dain Woodsen |
| 63060399 | 1.0162 | Thomas Remington |
| 63057569 | 1.0171 | Cheryl Tate |
| 63060419 | 1.016 | Ricky Smith |
| 63060401 | 1.0162 | Chris Kelly |
| 63060398 | 1.0162 | Laverne Chambers |
| 63060393 | 1.0159 | John Mackie |
| 63060420 | 1.0158 | Jerome Freeman |
| 63057570 | 1.0158 | Michael Skrine |
| 63060394 | 1.0163 | Harry Wilkins |
| 63060395 | 1.0157 | Angel Santiago |
| 63060416 | 1.0159 | Rochelle Woods |
| 63060404 | 1.0166 | Samson Green |
| 63060415 | 1.0156 | Tracy Romero |
| 63057568 | 1.0173 | Damon Mitchell |
| 63060405 | 1.017 | Rozell McDonald |
| 63060407 | 1.0174 | Michael Thompson |
| 63060413 | 1.0172 | Payton Ramsey |
| 63060397 | 1.0171 | Jamoal Singletary |
| 63060412 | 1.0176 | Michael Ervin |
| 63060406 | 1.0165 | Stanley Leggette |
| 63060408 | 1.0145 | Jeffery Lawton |
| 63060403 | 1.0144 | Jamie Walker |
| 63066373 | 1.02 | Daniel Square |
| 63060414 | 1.0131 | Renee Freeman |
| 63060409 | 1.0124 | Germain Morales |
| 63060411 | 1.0107 | Candice Ervin |
| 63066374 | 1.02 | Zakiygah Square |
| 63060396 | 1.0138 | Akil Grant |