# Exhibit 1

# CURRICULUM VITAE

**PART I:  General Information**

**DATE PREPARED:**      January, 2016

**NAME:**                Carol Anastasia Warfield

**OFFICE ADDRESS:**      Beth Israel Deaconess Medical Center
                         Boston, MA

**MAILING ADDRESS:**     PO Box 222
                         Prides Crossing, MA  01965

**E:MAIL:**              carol_warfield@caregroup.harvard.edu

**FAX:**                 978-998-4245

**Phone:**               617-416-1739

**PLACE OF BIRTH:**      Boston, Massachusetts

**EDUCATION:**

| | |
|---|---|
| **1973** | B.A., Jackson College, Medford, MA |
| **1973** | B.S.M.E., Tufts College of Engineering, Medford, MA |
| 1976. | M.D., Tufts University Medical School, Boston, MA |
| **2001** | M.A. (HON) Harvard University, Cambridge, MA |

**POST DOCTORAL TRAINING:**

| | |
|---|---|
| **1976-1977** | Intern in Medicine and Surgery, Newton Wellesley Hospital, Newton, MA |
| **1977-1978** | Resident in Anesthesia, Massachusetts General Hospital, Boston, MA |
| **1978-1979** | Resident in Anesthesia, Beth Israel Hospital, Boston, MA |
| **1979-1980** | Fellow in Anesthesia, Beth Israel Hospital, Boston, MA |

**LICENSURE AND CERTIFICATION:**

| | |
|---|---|
| **1977** | Diplomate of National Board of Medical Education |
| **1980** | Massachusetts Medical License #42045 |
| **1981** | Diplomat of American Board of Anesthesiology |
| **1990** | BLS-ACLS Certification |

1

**1993**      Fellow of the American Board of Pain Medicine
**1993**      Diplomate of American Board of Anesthesiology
             Added Qualifications in Pain Management

## ACADEMIC APPOINTMENTS:

1977-1980    Clinical Fellow in Anaesthesia, Harvard Medical School
1979-1980    Adjunct Assistant Professor of Mechanical Engineering, Tufts University
1980-1986    Instructor in Anaesthesia, Harvard Medical School
1986-1994    Assistant Professor of Anaesthesia, Harvard Medical School
1994-2000    Associate Professor of Anaesthesia, Harvard Medical School
2000-2011    Edward Lowenstein Professor of Anaesthesia, Harvard Medical School
2011-        Edward Lowenstein Distinguished Professor of Anaesthesia, Harvard
                 Medical School

## HOSPITAL APPOINTMENTS:

1980-1985    Assistant Anesthetist, Beth Israel Hospital, Boston, MA
1980-1996    Director, Pain Management Center, Beth Israel Hospital, Boston, MA
1985-1996    Associate Anesthetist, Beth Israel Hospital, Boston, MA
1992-2000    Chief, Division of Pain Medicine, Beth Israel Hospital, Boston, MA
1992-        Consultant in Anesthesia, Children's Hospital, Boston, MA
1980-1996    Anesthetist, Beth Israel Hospital, Boston, MA
1997-2000    Director, Pain Management Center, Beth Israel Deaconess Medical
                 Center, Boston, MA
1997-2000    Chief, Division of Pain Medicine, Beth Israel Deaconess Medical
                 Center, Boston, MA
1997-2000    Vice Chairman for Academic Affairs, Department of Anesthesia,
                 Beth Israel Deaconess Medical Center
2000-2007    Chairman, Department of Anesthesia, Critical Care and Pain Medicine,
                 Beth Israel Deaconess Medical Center
1997-        Anesthetist and Pain Management Physician, Beth Israel Deaconess
                 Medical Center, Boston, MA

## OTHER PROFESSIONAL POSITIONS & MAJOR VISITING APPOINTMENTS:

1984-1986    Consultant, American Medical Association, Drug Evaluation Board
1989-1991    Consultant to FDA Center for Drug Evaluation and Research
1989-1992    Massachusetts Cancer Pain Initiative
1992         U.S. Agency for Health Care Policy and Research Peer Reviewer
1993-        Board of Trustees, The Anesthesia Foundation
1997-        ACGME Site Visitor
2007-        Prehealth Advisor, Massachusetts Institute of Technology

2

2008-        Vice-President, The Anesthesia Foundation; *2009, Chairman, Wellness Task Force*
2011-        Co-Director, International Conference on Opioids

## PRINCIPAL CLINICAL AND HOSPITAL SERVICE RESPONSIBILITIES:

1980-2000    Director, Pain Management Center, Beth Israel Hospital, Boston, MA
1980-        Attending Physician, Department of Anesthesia, Beth Israel Hospital, Boston, MA
1993-2000    Chief, Division of Pain Medicine, Department of Anesthesia, Beth Israel Hospital, Boston, MA
1997-2000    Vice Chairman for Academic Affairs, Department of Anesthesia, Beth Israel Deaconess Medical Center, Boston, MA
2000-2007    Anesthetist-in-Chief, Beth Israel Deaconess Medical Center

## MAJOR ADMINISTRATIVE RESPONSIBILITIES:

1980-2000    Director, Pain Management Center, Beth Israel Hospital, Boston, MA
1982-2000    Director, Pain Management Residency and Fellowship Clinical Training Program
1985-        Director, HMS Pain Medicine Course
1992-2000    Chief, Division of Pain Medicine, Beth Israel Hospital, Boston, MA
1993-        Board of Trustees, The Anesthesia Foundation
2008-        Vice President, The Anesthesia Foundation
1997-2000    Vice Chairman for Academic Affairs, Department of Anesthesia, Beth Israel Deaconess Medical Center
2000.        Sexual Harassment Officer, Department of Anesthesia, Beth Israel Deaconess Medical Center
2002.        Chairman, Department of Anesthesia & Critical Care, Beth Israel Deaconess Medical Center
2002-2007    Chairman, Department of Anesthesia, Critical Care and Pain Medicine Beth Israel Deaconess Medical Center

## MAJOR COMMITTEE ASSIGNMENTS: (N.B. Other than those in professional societies)

*National:*

1987-1992    National Food and Drug Administration, Anesthetic and Life Support Drugs Advisory Committee
1992-2000        Advisory Board, Network for Continuing Medical Education
1992-2000    American Board of Anesthesiology Committee on Pain Management Board Examination

3

*Regional:*

1993-2000      Education Committee, Massachusetts Cancer Pain Initiative

*Medical School:*

| | |
|---|---|
| 1985- | Director, Harvard Medical School Course "Principles and Practice of Pain Medicine" |
| 1992- | Administrator, Committee for Women's Affairs, Basic Science Research Training Grant for Anesthetists, Harvard Anesthesia Center |
| 1993-1996 | Ether Anniversary Committee, Harvard Medical School |
| 1994-2000 | Chairman, Subcommittee on Continuing Education of Anesthesia Executive Committee, Harvard Medical School |
| 1997- | Continuing Medical Education Committee, Harvard Medical School |
| 2000-2007 | Anesthesia Executive Committee, Harvard Medical School |
| 2000-2007 | Secretary, Board of Directors, Center for Medical Simulation |
| 2006-2007 | Member, Search Committee for MGH Anesthesia Chief |
| 2006- | Member, Joint Committee on the Status of Women |
| 2007- | Chair, Ad-Hoc Committee on Women's Mentoring Pilot |
| 2008- | Member, The Milton Committee on Research, Harvard Medical School |
| 2010- | Member, Committee on Dean's Award |
| 2010- 2012 | Chair, JCSW Committee on Mentoring |
| 2014- | Alice Hamilton Fellow, Harvard Medical School Dean's Council |

*Hospital:*

| | |
|---|---|
| 1981-1984 | Pharmacy Committee, Beth Israel Hospital |
| 1984-1990 | Anesthesia Residency Selection Committee, Beth Israel Hospital |
| 1988-1990 | Anesthesia Executive Committee, Beth Israel Hospital |
| 1988-1990 | Anesthesia Peer Review Committee, Beth Israel Hospital |
| 1988-1990 | Anesthesia Education Committee, Beth Israel Hospital |
| 1988-2007 | Anesthesia Quality Assurance Committee, Beth Israel Hospital |
| 1988-1992 | Research Operations Committee, Beth Israel Hospital |
| 1992-2000 | Cancer Committee, Beth Israel Hospital |
| 1995-2000 | Physicians Advisory Committee |
| 1996-2000 | Merger Task Force Committee, Department of Anesthesia, Beth Israel Deaconess Medical Center |
| 1996-2007 | Curriculum Committee, Department of Anesthesia, Beth Israel Deaconess Medical Center |
| 1997-2000 | Palliative Care Committee, Beth Israel Deaconess Medical Center |
| 1997-2000 | Cancer Center Committee, Beth Israel Deaconess Medical Center |
| 1998-2007 | Academic Committee, Department of Anesthesia, Beth Israel Deaconess |

4

|           | Medical Center |
|-----------|----------------|
| 1999.     | Search Committee for Chief of Surgery, Beth Israel Deaconess Medical Center |
| 2000.     | Medical Executive Committee, Beth Israel Deaconess Medical Center |
| 2000-2007 | Patient Care and Quality Assessment Committee, Beth Israel Deaconess Medical Center |
| 2000-2007 | Academic Council, Beth Israel Deaconess Medical Center |
| 2000-2007 | Chief's Council, Beth Israel Deaconess Medical Center |
| 2000-     | Department of Anesthesia Continuing Medical Education Committee |
| 2000      | Search Committee for Chief of Cardiothoracic Surgery, Beth Israel Deaconess Medical Center |
| 2004      | Search Committee for Chief of Pathology, Beth Israel Deaconess Medical Center |
| 2007-2009 | Member, Faculty Development Committee |
| 2008-     | Member, Committee on Women's Careers |
| 2008-2009 | Chair, Subcommittee on the History of Women, BIDMC Committee on Women's Affairs |
| 2012-     | Member, Committee on Women's Careers |

## PROFESSIONAL SOCIETY INVOLVEMENT:

### *International*

| 1982. | International Association for the Study of Pain |
|-------|------------------------------------------------|
|       | *Education Committee* 1995 - |
| 1992- | International Spinal Injection Society |
| 1995- | International Anesthesia Research Society |
| 2009- | Health Volunteers Overseas |
| 2012- | World Institute of Pain |
| 2015- | Warfield Scholarship Committee, Health Volunteers Overseas |

### *National*

| 1979- | American Society of Anesthesiologists; *Committee on Pain Therapy* 1985-96; *Committee on Communications* 1985-93; *Chairperson and Coordinator, Workshop on Pain Management* 1990; *Chairman, Subcommittee on Cancer Pain* 1992-93; *Committee on Pain Practice Parameters* 1992-93; *Alternate Delegate* 1992-93; *Committee on Economics* 1993-95; *Committee on Overseas Anesthesia* 2007-; *Wellness Committee* 2007-; *Committee on Occupational Health* 2008-; *Committee on Global Humanitarian Outreach,* 2008-; *Reviewer of Pain Guidelines, 2009; Chairman, Subcommittee on the Anesthesia Wellness Loan Program* |
|-------|---------------------------------------------------------------------------------|
| 1982- | American Pain Society; *Co-Director, Professional Practices Division* 1993-94 |

5

| | |
|---|---|
| 1983- | American Society of Regional Anesthesia; *Committee on Standards* 1989-91; *Pain Therapy Committee* 1993-97; *Committee for the Annual Meeting* 1994-95; *Annual Meeting Program Chair* 1996-97; *Public Relations Steering Committee* 1996; *Board of Directors* 1997-; *Education Committee* 1997-; *Program Committee* 1997- |
| 1986- | American Academy of Algology, (American Academy of Pain Medicine)*; Board of Directors* 1993-96; *Course Director, Annual Review Course* 1993-94 |
| 1993- | Elected to Association of University Anesthesiologists; *Annual Meeting Chairman* 1995-96 |
| 1996- | Elected to Academy of Anesthesiology *Program Co-Director 2010-* |
| 2014- Certification | American Board of Pain Medicine, Committee on Maintenance of |

## *Regional*

| | |
|---|---|
| 1979- | Massachusetts Society of Anesthesiologists; *Committee on Public Education and Public Policy* 1986-; *Chairman* 1988-1997; *Executive Board* 1988-97 |
| 1985- | New England Pain Association; *Treasurer* 1985-1990; *President* 1989-1990; *Board of Directors* 1990-; *Nominations Committee* 1992, 1997 |

## COMMUNITY SERVICE RELATED TO PROFESSIONAL WORK:

| | |
|---|---|
| 1986 | Developed long-standing Anesthesia Exhibit at the Boston Museum of Science for Education of the Public |
| 1986 | Organized Education Booth regarding anesthesia, Big E State Fair, Springfield, MA |
| 1986 | Developed physician network to work with local media on medical related topics |
| 1990- | Volunteer Lecturer, Friends of Beth Israel Hospital |
| | Volunteer Demonstrations of Anesthesia Equipment, Boston Museum of Science Volunteer Weekly |
| | Medical Reporter, New England Cable News |
| 1993- | Volunteer Lecturer, Beth Israel Circle of Friends |
| 1994- | Volunteer Lecturer to various Massachusetts Public School Science Classes |
| 1996- | Volunteer Presenter, Girl Scouts of America |
| 1997-1997 | Testimony to State of Massachusetts, House of Representatives Committee on Pain Management |
| 2007- | PreMedical Advisor, Massachusetts Institute of Technology |

6

| 2010 | Volunteered in Ethiopia setting up anesthesia curriculum for Addis Ababa University |
| 2010- | Director of Health Volunteers Overseas Anesthesia Training Program in Ethiopia |
| 2010- | Fulbright Speicalist |
| 2015- | Director of Health Volunteers Overseas Anesthesia Training Program in Rwanda |

## EDITORIAL BOARDS:

| 1982-1990 | Series Editor, Hospital Practice |
| 1982-1984 | Reviewer, International Journal of Clinical and Experimental Hypnosis |
| 1985-1992 | Reviewer, Clinical Journal of Pain |
| 1991- | Reviewer, Journal of Clinical Anesthesia |
| 1991-1996 | Consulting Editor, Regional Anesthesia |
| 1992- | Editorial Board, Clinical Journal of Pain |
| 1992- | Book Reviewer, Journal of Pain and Symptom Management |
| 1993- | Reviewer, New England Journal of Medicine |
| 1994- | Editor, Pain Medicine Journal Club Journal |
| 1995- | Reviewer, Anesthesiology |
| 1995 | Editorial Board, Pain Medicine |
| 1996- | Associate Editor, Regional Anesthesia |
| 1996- | Book Reviewer, Anesthesiology |
| 2008 | Reviewer, Harvard Medical School Online CME |
| 2008- | Editorial Board, Journal of Opioid Management |

## AWARDS & HONORS:

| 1973 | First Woman Elected to Tau Beta Pi National Engineering Honor Society, Tufts University |
| 1996 | Achievement Hall of Fame, Matignon High School |
| 1997 | Massachusetts Health Data Consortium Award for Research |
| 2001 | Honorary Master of Arts Degree, Harvard University |
| 2001 | First Woman to receive an endowed professorship at Harvard Medical School and Beth Israel Deaconess Medical Center |
| 2007 | Elected to Best Doctors in America |
| 2011 | Elected to Best Doctors in America |
| 2012 | Elected to Best Doctors in America |
| 2013 | Elected to Best Doctors in America |
| 2014 | Elected to Best Doctors in America |

7

**BIBLIOGRAPHY**

**Original Articles:**

1.      Warfield CA, Stein JM, & Frank H. The effect of transcutaneous electrical nerve stimulation in post thoracotomy pain. Ann. Thorac Surg 1985; 39(5):462-465.

2.      Lewinnek G & Warfield CA. The response of low back pain to facet joint injections. Clin Orthopedics 1986; 213:216-222.

3.      Warfield CA & Crews DA. Epidural steroid injection as a predictor of surgical outcome. Surg Gyn & Obstet 1987; 164:457-458.

4.      Warfield CA & Crews DA. Work status and response to epidural steroid injection.  J Occup Med 1987; 20(4):315-316.

5.      Warfield CA, Biber M, Crews DA & Dwarakanath GK. Epidural steroid injection as a treatment for cervical radiculitis.  Clin J Pain 1988; 4(4):204-210.

6.      Warfield CA. Evaluation of Dosing Guidelines for the Use of Oral Controlled Release Morphine. Cancer 1989; 63(11):2360-2364.

7.      Bentkover J, Sheshinski R, Hedley-Whyte J, Warfield CA , & Mosteller F. Laminectomies, Spinal Fusions, Demographics and Socioeconomics. International Journal of Technology Assessment 1992; 8:(2):309-317.

8.      Milamed D, Warfield CA, Hedley-Whyte J, & Mosteller F.  Laminectomy and Treatment of Lower Back Pain in Massachusetts.  International Journal of Technology Assessment 1993; 9(3):426-439.

9.      Warfield CA & Kahn CH.  Acute Pain Management, Programs in US Hospitals and Experiences and Attitudes Among US Adults.  Anesthesiology 1995; 83:1090-94.

10.     Richeimer S, Bajwa Z, Kahramen S, Ransil B, Warfield CA. Utilization patterns of tricyclic antidepressants in a multidisciplinary pain center. Clinical Journal of Pain 1997; 13:4, 324-9.

11.      Horlocker TT, Bajwa ZH, Ashrof Z, Khan S, Wilson JL, Sami N. Peeters C, Powers CA, Schroeder DR, Decker & Warfield CA.  Risk assessment of hemorrhagic complications associated with nonsteroidal antiinflammatory medications in ambulatory pain clinic patients undergoing epidural steroid injections.  Anesth Analg 95;1691-1697, 2002.

8

12. Bajwa, Simopoulos, Pal, Draemer, Chopra, Nagda, Najib, Celestin, Sial, Ahmad, Warfield, Steinman, Wootton: Low and Therapeutic Doses of Antidepressants Are Associated with Similar Response in the Context of Multimodal Treatment of Pain. Pain Physician. 12, 2009, 893-900

13. Emily A. Blood, PhD, Nicole J. Ullrich, MD, PhD, Dina R. Hirshfeld-Becker, MD, Ellen W. Seely, MD, Maureen T. Connelly, MD, MPH, Carol A. Warfield, MD, S. Jean Emans, MD. Academic women faculty: Are they finding the mentoring they need? Journal of Women's Health, Volume 21, No 11, 2012.

## Reviews, Chapters and Editorials:

(Book Chapters)

1.  Warfield CA. The Pathophysiology of Pain and its Treatment. In:. Goldfrank L, editor. Pain. New York: Exerpta Medica; 1990.

2.  Lewis M, Hill CS, Warfield CA. Medical Diseases Causing Pain. In: Raj P, editor. Practical Management of Pain. St Louis: Yearbook Medical Publishers; 1991.

3.  Aberle K, Warfield CA. Basics of Contemporary Pain Management. In: Liu P, editor, Principles & Procedures in Anesthesiology. Philadelphia: Lippincott; 1992. p 363-378.

4.  Blank J, Kahn C, Warfield CA. Trans-sacral nerve root block. In: Hahn M, McQuillan P, editors. Color Atlas of Anatomy for Regional Anesthesia Techniques. St Louis: Mosby-Yearbook; 1995. p. 279-284.

5.  Kahn C, Blank J, Warfield CA. Lumbar Somatic Nerve Root Block. In: Hahn M, McQuillan P, editors. Color Atlas of Anatomy for Regional Anesthesia Techniques. St Louis: Mosby-Yearbook 1995, p. 285-294.

6.  Bajwa Z, Rozan J, Warfield CA. Myofascial Pain. In: Samuels M, Feske S, editors. Office Practice of Neurology. Churchill Livingstone; 1995.

7.  DeSio J, Kahn C, Warfield CA. Benign Clinical Pain Syndromes. In: Brown D, editor. Textbook of Regional Anesthesia. Orlando: Saunders; 1996. p. 684-708.

8.  Pappas J, Kahn C, Warfield CA. Facet Block and Neurolysis. In: Waldman S, Winnie A, editors. Interventional Pain Management. Orlando: Saunders; 1996.

9.  Pappas J, Kahn C, Warfield CA. Cervical Plexus Block. In: Waldman S, Winnie A, editors. Interventional Pain Management. Orlando: Saunders; 1996.

9

10.    Hacobian A, Warfield CA.  Management of Acute Pain.  In: Guide to Pain Management. Springhouse, PA: Springhouse; 1996.

11.    Canning M, Bajwa Z, Warfield CA.  Spinal Administration of Drugs for Pain Relief.  In: Kanner R, editor.  Pain Management Secrets. Hanley & Belfus; 1997.

12.    Drour N, Bajwa Z, Warfield CA.  Cancer Pain. In: Katz R, editor. Pain - Basic and Clinical Considerations: Seminars in Anesthesia. 1997. Vol. 16, No.2 (June).

13.    Mahaney G, Peeters-Asdourian C, Warfield CA.  Cancer Pain Management.  In: Miller R, editor.  Atlas of Clinical Anesthesiology; Vol. 5, 1998

14.    Pappas J, Warfield CA.  Facet Block and Neurolysis. In: Waldman S, Winnie A, editors.  Interventional Pain Management.  Orlando: Saunders; 2nd edition, 2001.

15.    Gray D, Warfield CA.  Cervical Plexus Block.  In: Waldman S, Winnie A, editors. Interventional Pain Management.  Orlando: Saunders; 2nd edition, 2001.

16.    Sottile A, Cox K, Warfield CA. Postoperative Pain Management in HIV disease. In Pain Management in HIV/AIDS.  Nedeljkovic S, editor.  Butterworth, Heimemann, Boston, 2002.

17.    Sottile A, Cox K, Warfield CA: Pain in AIDS in Manual of Pain Management. Warfield CA, & Faucett H, editor, Lippincott, Philadelphia, 2002

18.    Warfield CA.  Complications of Regional Anesthesia.  In Raj P. editor.  Textbook of Regional Anesthesia.  Harcourt. NY 2002.

19.    Tran M, Warfield CA.  Opioids in Textbook of Clinical Pain Management.  Arnold Publ. London, 2003.

20.    Bajwa Z & Warfield CA.  Myofascial Pain.  In:  Office Practice of Neurology, 2nd Ed. Churchill-Livingstone, 2003.

21.    Bajwa Z & Warfield C.  Myofascial Pain.  In:  Samuels M, Feske S, eds.  Office Practice of Neurology.  Churchill-Livingston, 2003.

22.    Sial K, Simopoulos T, Bajwa Z, Warfield C.  Cervical Facet Syndrome.  In:  Pain Management, 2nd edition, Waldman S, editor.  Elsevier.  Philadelphia, 2004.

23.    Nguyen S, Akhouri V, Warfield C.  Ilioinguinal – iliohypogastric nerve block.  In:  Pain Management, 2nd edition, Waldman S, editor, Elsevier, Philadelphia, 2004.

24.    Akhouri V, Warfield C.  Ilioinguinal – iliohypogastric nerve block.   In:  Pain Management, 3nd edition, Waldman S, editor, Elsevier, Philadelphia, 2011.

25.    Sial K, Simopoulos T, Bajwa Z, Warfield C.  Cervical Facet Syndrome.  In:  Pain Management, 3nd edition,  Waldman S, editor.  Elsevier.  Philadelphia, 2011

26.    Pappas J and Warfield CA. Cervical Plexus Block. In Pain Management, 3rd edition, Waldman S, editor. Elsevier. Philadelphia, 2011.

27.    Pappas J,  Warfield CA.  Facet Block and Neurolysis. In:  Waldman S, Winnie A, editors.  Interventional Pain Management.  Orlando: Saunders; 3rd edition, 2011.

28.  Cohen RI, Warfield CA: Muscle Relaxants as Useful Adjuvant Medications. AAPM Textbook of Pain Medicine, in press.

(Review Articles - Hospital Practice Series)

1.    Stein JM,  Warfield CA. Phantom limb pain. Hosp Pract 1982; 17(2):166-171.

2.    Warfield CA, Stein JM. Chronic pain: Contributory factors. Hosp Pract 1982; 17(4):49-56.

3.    Stein JM, Warfield CA. Pain in pancreatic disease. Hosp Pract 1982; 17(5):197-207.

4.    Warfield CA, Stein JM. The use of systemic analgesics. Hosp Pract 1982; 17(7):88a-88o.

5.    Stein JM, Warfield CA. Herpes zoster and post-herpetic neuralgia. Hosp Pract 1982; 17(9):96a-96o.

6.    Warfield CA, Stein JM. Low back pain. Hosp Pract 1982; 17(11):50a-50o.

7.    Stein JM, Warfield CA. Two entrapment neuropathies. Hosp Pract 1983; 18(1):100a-100p.

8.    Warfield CA, Stein JM. Pain relief by electrical stimulation. Hosp Pract 1983; 18(3):207-218.

9.    Stein JM, Warfield CA. Local anesthetics. Hosp Pract 1983; 18(5):73-78.

10.     Warfield CA, Stein JM. The nutritional treatment of pain. Hosp Pract 1983; 18(7):100n-100p.

11.     Warfield CA, Tracey J. Management of cancer pain. Hosp Pract 1983; 18(11):137-144AA.

12.     Kazes JA, Warfield CA: Knee pain. Hosp Pract 1984; 19(1):114a-114x.

13.     Warfield CA, Dohlman LE. Intraspinal narcotics for pain control. Hosp Pract 1984; 19(2):148b-148p.

14.     Trnka Y, Warfield CA. Chronic abdominal pain. Hosp Pract 1984; 19(3):201-209.

15.     Proctor MR, Warfield CA. Biofeedback for pain control. Hosp Pract 1984; 19(4):104d-104m.

16.     Warfield CA. The sympathetic dystrophies. Hosp Pract 1984; 19(5):52c-52j.

17.     Warfield CA, Warfield GR. Postoperative analgesia. Hosp Pract 1984; 19(6):85-92.

18.     Warfield CA, Warfield GR. Pain relief during surgery. Hosp Pract 1984; 19(7):157-158.

19.     Bengston R, Warfield CA. Physical therapy for pain relief. Hosp Pract 1984; 19(8):84e-84s.

20.     Oriol N, Warfield CA. Pain relief during labor. Hosp Pract 1984; 19(9):151-166.

21.     Biber MP, Warfield CA. Headache. Hosp Pract 1984; 19(10):41-56.

22.     O'Hare JA, Warfield CA. The diabetic neuropathies. Hosp Pract 1984; 19(11):41-52.

23.     Reynolds D, Warfield CA. Endogenous opiates. Hosp Pract 1984; 19(12):34u-34x.

24.     Warfield CA. Steroids and low back pain. Hosp Pract 1985; 20(1):32j-32r.

25.     Covino N, Warfield CA: Hypnosis and the Management of pain. Hosp Pract 1985; 20(2):48g-48t.

26.     Lichter E, Warfield CA. Pelvic pain syndrome. Hosp Pract 1985; 20(3):32e-32p.

27.     Crews D, Warfield CA. Facial pain. Hosp Pract 1985; 20(4):171-179.

12

28.    Warfield CA. Psychotropic agents for pain control: clinical guidelines. Hosp Pract 1985; 20(5):L141-143.

29.    Lewinnek G, Warfield CA. Sciatica and backache: when to operate. Hosp Pract 1985; 20(6):166-176.

30.    Warfield CA. Patient-controlled analgesia. Hosp Pract 1985; 20(7):32L-32P.

31.    Nuzzo J, Warfield CA. Thalamic pain syndrome. Hosp Pract 1985; 20(8):32c-32j.

32.    Gerhart T, Dohlman L, Warfield CA. Clinical diagnosis of shoulder pain. Hosp Pract 1985; 20(9):134-141.

33.    Warfield CA. Pain and weather. Hosp Pract 1985; 20(10):34a-34b.

34.    Taylor H, Warfield CA. Thermography of pain: Instrumentation and uses. Hosp Pract 1985; 20(11):164-169.

35.    Kulich R, Warfield CA. Relaxation in the management of pain. Hosp Pract 1985; 20(12):117-121.

36.    Dubuisson D, Warfield CA. Neurosurgical procedures for non-malignant pain. Hosp Pract 1986; 21(1):118m-118v.

37.    Warfield CA. Meralgia paresthetica: causes and cures. Hosp Pract 1986; 21(2):40a-401.

38.    Warfield CA. Treating traumatic pain. Hosp Pract 1986; 21(3):48m-48t.

39.    Dwarakanath GK, Warfield CA. The pathophysiology of acute pain. Hosp Pract 1986; 21(4):64g-64r.

40.    Andrews DR, Warfield CA. Procedures used in the diagnosis of pain. Hosp Pract 1986; 21(5A):108-121.

41.    Gorman ES, Warfield CA. The use of opoids in the management of pain. Hosp Pract 1986; 21(6):48a-48h.

42.    Conway SR, Warfield CA. Traumatic neuralgias. Hosp Pract 1986; 21(7):44a-44g.

43.    Borrelli EF, Warfield CA. Occupational therapy for chronic pain. Hosp Pract 1986; 21(8):36k-37.

44.    Kine GD, Warfield CA. Myofascial pain syndrome. Hosp Pract 1986; 21(9):194B-196.

45.    Gorman ES, Warfield CA. Epidural and spinal opoids. Hosp Pract 1986; 21(10A):13-30.

46.    Sandrock NJG, Warfield CA. Managing the pain of herpes zoster. Hosp Pract 1986; 21(11):81-93.

47.    Leckie RS, Warfield CA. Acupuncture for pain relief. Hosp Pract 1986; 21(12):36-41.

48.    Nehme AM, Warfield CA. Cryoanalgesia: Freezing peripheral nerves. Hosp Pract 1987; 22(1A):71-77.

49.    Gorman E, Warfield CA. Pain syndromes in musicians. Hosp Pract 1987; 22(2):6a-71.

50.    Vernick DM, Warfield CA. Diagnosis and treatment of otalgia. Hosp Pract 1987; 22(3):54-56.

51.    Foley JJ, Warfield CA. Selecting an appropriate NSAID. Hosp Pract 1987; 22(4):54-56.

52.    Gorman ES, Warfield CA. The temporomandibular joint syndrome. Hosp Pract 1987; 22(5):134-142.

53.    Covino NA, Warfield CA. Psychological testing of patients in pain. Hosp Pract 1987; 22(6):39-51.

54.    Gorman ES, Warfield CA. Of pain, pain relief, and pain 'clinics'. Hosp Pract 1987; 22(7):136-141.

55.    Gilbert R, Warfield CA. Neck pain. Hosp Pract 1987; 22(8):223-232.

56.    Wood BT, Warfield CA. Foot pain. Hosp Pract 1987; 22(9a):107-122.

57.    Warfield CA. Pharmacologic treatment of cancer pain. Hosp Pract 1987; 22(10):93-101.

58.    Gorman ES, Warfield CA. The opioid-dependent patient with acute pain. Hosp Pract 1987; 22(11):113-119.

59.    Kohrman BD, Warfield CA. Eye pain: Ocular and non-ocular causes. Hosp Pract 1987; 22(12):33-50.

60.    Docken WP, Warfield CA. Rheumatologic causes of pain: Rheumatoid Arthritis. Hosp Pract 1988; 23(1):57-66.

61.    Whitaker OC, Warfield CA. The measurement of pain. Hosp Pract 1988; 23(2):155-162.

62.    Stabile MJ, Warfield CA. The pain of peripheral vascular disease. Hosp Pract 1988; 23(3):99-107.

63.    Warfield CA. Nerve blocks for pain management. Hosp Pract 1988; 23(4):33-40.

64.    Warfield CA. Pediatric pain management. Hosp Pract 1988; 235A:83-101.

65.    Dubuisson D, Warfield CA. Neurosurgery for the pain of malignancy. Hosp Pract 1988; 23(6):41-60.

66.    Uppington J, Warfield CA. Pain in the perineum, groin and genitalia. Hosp Pract 1988; 23(7):37-52.

67.    Dwarakanath GK, Warfield CA. The pathophysiology of chronic pain. Hosp Pract 1988; 23(8):51-58.

68.    Pusker S, Warfield CA. Analgesia for painful procedures. Hosp Pract 1988; 23(9):41-52.

69.    Warfield CA. Facet syndrome and the relief of low back pain. Hosp Pract 1988; 23(10A):31-48.

70.    Warfield CA. A history of pain relief. Hosp Pract 1988; 23(12):121-122.

71.    Kahn CH, Warfield CA. The role of neurotransmitters in processing painful stimuli. Hosp Pract 1989; 24(1):165-170.

72.    Kahn CH, Warfield CA. Orofacial Pain. Hosp Pract 1989; 24(2):247-271.

73.    Raftis KL, Warfield CA. Spinal Manipulation for Back Pain. Hosp Pract 1989; 24(3):89-108.

74.     Lin A, Warfield CA. Differentiating Causes of Chest Pain. Hosp Pract 1989; 24(4):43-57.

75.     Warfield CA. Management of Postoperative Pain. Hosp Pract 1989; 24(5A):53-59.

76.     Nation EM, Warfield CA. Pain in the elderly. Hosp Pract 1989; 24(7):113, 117-8.

77.     Stabile MJ, Warfield CA. Two neuropathies of the upper extremities. Hosp Pract 1989; 34(9A):62, 65-6.

78.     Stabile M, Warfield CA. Differential Diagnosis of Arm Pain. Hosp Pract 1990; 25(1):55-64.

79.     Lewis M, Warfield CA. Management of Pain in a Patient with AIDS. Hosp Pract 1990; 25(10a):51-54.

(Review Articles - Other)

1.      Warfield CA & Warfield GR, III. The postanesthetic recovery room. Int. Anesth. *Clin.* 1981; 19(2):63-75.

2.      Biber M & Warfield CA. Headache. Otolaryngo Clin N Am 19(1):55-86.

3.      Warfield CA. Intraspinal narcotics. AORN 1985; 41(5):910-914.

4.      Warfield CA. Pain After Cardiothoracic Surgery. The Latest Options. Cardiothoracic Nurse 1986; 4(2):8-9.

5.      Warfield, CA. Pain and Weather.  Agopuntura E Ttechniche Di Terapia Anatalgica 1987; 5(1):47-50.

6.      Warfield CA. Epidural steroids. Agopuntura E Techniche Di Terapia Antalgica 1987; V(2):53-59.

7.      Warfield CA. Guidelines for the use of MS Contin in the Management of Cancer Pain.  Postgraduate Medical Journal 1991; 67(S2):S9-S13.

8.      Warfield CA. New Technologies in Pain Management. ASA Newsletter 1991; 55(4): 22-23.

9.      Ferrel B, Cronin C, & Warfield CA. The Role of Patient-Controlled Analgesia in the Management of Cancer Pain. Journal of Pain and Symptom Management 1992; 7(3):149-154.

10.    Warfield CA. Acute Pain:  The How To's. Journal of Pain & Symptom Management 1993; Vol 8, No 2,:3-4.

11.    Warfield CA. Guidelines for Routine Use of Controlled-Release Oral Morphine Sulfate Tablets. Seminars in Oncology 1993; 20(2)S1:36-47.

12.    Warfield CA. Pain. 1994 McGraw-Hill Yearbook of Science & Technology. New York: McGraw-Hill; 1994. p 286-287.

13.    Warfield CA. Pain Management: How Are We Doing and How Do We Know? APS Journal 1995; 4(1):63-5.

14.    Warfield CA. Pain Management: How well are we doing and how do we know? Pain Forum 1995; 4 (1):63-5.

15.    Warfield CA. Guidelines for the Use of Controlled-Release Oral Morphine Sulfate Tablets in the Management of Cancer-Related Pain. Topics on Supportive Care in Oncology 1995; 2(15).

16.    Warfield CA. Gaining Control Over the Pain of Cancer. Contemporary Internal Medicine 1996; 8(2),9-23.

17.    Merrell J & Warfield CA. A Practical Approach to Pain Management in Patients with Cancer and AIDS. J Back and Muscskel Rehab 1996;7:103-6.

18.    Warfield CA. Overview of The American Society of Regional Anesthesia Annual Meeting. Anesthesiology 1997; 87(6).

19.    Warfield CA. Controlled Release Morphine Tablets in Chronic Cancer Pain: A Qualitative Systematic Review of Controlled Clinical Trials. Cancer 1998; 82(12):2299-2306.

20.    Bajwa Z, Gupta S, Warfield CA, Steinman T:  Pain Management in Polycystic Kidney Disease.  Kidney International 2001;60,1631-4.

21.    Warfield, CA: Initiatives for Better Pain Relief.  Revista Medica 18(3): 198-201, 2007.

22.    Warfield, CA.  The Importance of Qualified Expert Witnesses. Pain Medicine 13 13, 739, 2012.

23.    Warfield CA , &Kahn C. Acute pain management. Analgesic Digest (in press).

24.    Warfield CA. Current and Emerging Issues in Cancer Pain:  Research and Practice.  Clin. J Pain, (in press).

25.    Warfield CA. Opioids for Chronic Benign Pain.  Canadian J. Clin. Pharm. (in

       press).

26.    Warfield CA.  Analgesic Options in the Treatment of Chronic Pain.  Pain Medicine (in press)

**Books, Monographs and Textbooks:**

1.    Stein JM, Warfield CA, editors. Pain Management. International Anesthesiology Clinics. Boston: Little, Brown and Co.; 1983.

2.    Warfield CA, editor. Manual of Pain Management. Philadelphia: Lippincott; 1991.

3.    Warfield CA, editor. Principles and Practice of Pain Management. New York: McGraw-Hill; 1993.

      *Italian Version:*
      Warfield CA, editor. Trattamento del Dolore:  Teoria e Practica.  Milan: McGraw-Hill; 1994.

4.    Warfield CA, Fausett H, editors. Manual of Pain Management. 2nd ed. Philadelphia: Lippincott, 2002.

5.    Warfield CA, section editor.  Complications of Regional Anesthesia.  In Textbook of Regional Anesthesia.  P. Raj, ed. Churchill-Livingstone, NY, 2002.

6.    Rice A, Warfield CA, McGrath P, Justins D, editors.  Clinical Pain Management. London: Arnold, 2003.

7.    Warfield CA, Bajwa Z, editors. Principles and Practice of Pain Management. 2nd ed. New York: McGraw-Hill, 2004.

8.    Warfield CA, Fausett H: Diagnostico y Tratamiento del Dolor. Barcelona, Masson, 2004.

9.    Warfield CA, Fausett H:  Diagnosi e terapia del dolore edizione italiana di Cesare Bonezzi.   Rafaello Cortina Editore, Milan, 2004.

10.    Warfield, CA, ed. Manual of Pain Management, 2nd edition.. (Chinese Version). Peoples Health Publishing, Beijing, 2005.

11.    Warfield CA, Bajwa Z.  Principles and Practice of Pain Medicine (Chinese Version). Beijing, McGraw-Hill Asia, 2009.

18

12.    Bajwa Z, Wootton J, and Warfield, CA editors. Principles and Practice of Pain
       Management. 3rd ed. New York: McGraw-Hill, in press, 2015.

**Clinical Communications:**

1.     Warfield CA. Obturator neuropathy after forceps delivery.  Obstet & Gyn 1984;
       64(3):475-485.

2.     Warfield CA. Epidural Steroids (letter). J Bone & Jt Surg. 1985; 67-A(6).

3.     Warfield CA & Crews DA. The use of stellate ganglion blocks in the treatment of
       intractable limb pain in lung cancer. Clin. J. Pain 1987; 3(1):13-15.

4.     Gilbert R & Warfield CA. Caudal Epidural Injections for the Management of
       Recto-sigmoid Cancer Pain. The Pain Clinic 1988; 2(3), 147.

5.     Connelly M, Shagrin J, & Warfield CA. Epidural Opioids for the Management of
       Pain in a Patient with Guillain-Barre Syndrome. Anesthesiology 1990; 72(2):381-
       383.

6.     Warfield, CA. Anesthesia and You. In: The Management of Pain. American Society of
       Anesthesiologists 1991; Park Ridge, IL. (pamphlet for distribution to patients)

7.     Rozan JP, Kahn CH, & Warfield CA. Epidural and Intravenous Opioid-induced
       neuroexcitation.  Anesthesiology 1995; 83:860-863.

8.     Lehman L, Warfield C, & Bajwa Z. Migraine Headache following Stellate
       Ganglion Block for Reflex Sympathetic Dystrophy. Headache 1996; 36:335-337.

9.     Dreskin S, Bajwa ZH, Lehmann LJ, Warfield CA. Polymyoclonus resulting from
       possible inadvertent subdural injection of local anesthetic [abstract]. Anesthesia
       & Analgesia 1997; 84(3): 692-3.

10.    Bajwa Z, Sami N, Warfield CA, Wooton J:  Topiramate relieves refractory
       intercostal neuralgia.  Neurology 1999; 52 (9): 1917.

11.    Bajwa Z, Ho C, Grush A, Kleefield J, Warfield CA:  Discitis Associated with
       Pregnancy and Spinal Anesthesia.  Anesthesia and Analgesia, 94 (2):  415-416,
       2002.

12     Warfield, C. The Anesthesia Foundation as a Resource for Wellness. ASA
       Newsletter (72)7, July, 2008.

19

13      Warfield, C. The Anesthesia Foundation: 50 Years of Wellness. ASA Newsletter
        (73)7, August, 2009, 24-25.

14.     Dohlman L and Warfield C: Pain Management in Developing Countries. ASA
        Newsletter 76(6), 18-20, 2012.

15.     Warfield, CA. The Importance of Qualified Expert Witnesses. Pain Medicine 13,
        739, 2012.

**Nonprint Materials:**

1.  Warfield CA. New Techniques in Pain Management [videocasette]. St. Louis (MO):
    CMESat, Inc.; 1986.

2.  Warfield CA. Relief from Herpes Zoster, Medical Outlook for Internists 4:3
    [audiotape]; 1987.

3.  Warfield CA, et al. Pre-Operative Assessment [videocasette used to teach ASA
    members]. Park Ridge (IL): American Society of Anesthesiologists; 1988.

4.  Warfield, CA. Pain Management [videocassette]. Network for Continuing Medical
    Education; 1993.

5.  Warfield, CA. Guidelines for Office Sedation and Analgesia. Network for Continuing
    Education, #736; June, 1998.

6.  Hough SW, Bajwa ZH, Warfield CA. "Cancer Pain Syndromes I" in UpToDate – Bosow
    D (Editor-in-Chief). 1998-2013

7.  Hough SW, Bajwa ZH, Warfield CA. "Cancer Pain Syndromes II" in UpToDate – Bosow
    D (Editor-in-Chief). 1998-2013

8.  Hough SW, Bajwa ZH, Warfield CA. "Pharmacologic Treatment of Cancer Pain I" in
    UpToDate – Bosow D (Editor-in-Chief). 1998-2013

9.  Hough SW, Bajwa ZH, Warfield CA. "Pharmacologic Treatment of Cancer Pain II" in
    UpToDate – Bosow D (Editor-in-Chief). 1998-2013

10. Crovo D, Bajwa ZH, Warfield CA. "Pain Associated with Herpes Zoster Infection" in
    UpToDate – Rose BD (Editor-in-Chief). 1998-2013

11. Hough SW, Bajwa ZH, Warfield CA. "Non-Pharmacologic Treatment of Cancer Pain I"
    in UpToDate – Bosow D (Editor-in-Chief). 1998-2013

20

12. Hough SW, Bajwa ZH, Warfield CA. "Non-Pharmacologic Treatment of Cancer Pain II" in UpToDate – Bosow D (Editor-in-Chief). 1998-2013

13. Bajwa ZH, Warfield CA, Wootton RJ. "Overview of the Treatment of Chronic Pain" in UpToDate – Bosow D (Editor-in-Chief). 1998-2013

14. Bajwa ZH, Shalmi CL, Warfield CA. "Definition, Pathogenesis, and Evaluation of Chronic Pain" in UpToDate – Bosow D (Editor-in-Chief). 1998-2013

15. Bajwa ZH, Crovo D, Warfield CA. "Postherpetic Neuralgia" in UpToDate – Bosow D (Editor-in-Chief). 2007-2013

**Abstracts:**

1. Antigua-Martinez M, Wootton J, Richeimer S, Ransil B, Warfield C, Bajwa Z. Effect of somatization on global pain impairment. Poster Presentation. 14th Annual Scientific Meeting of the American Pain Society; 1995; Los Angeles, California.

2. Bajwa ZH, Fishman SM, Richeimer SH, Rozan JP, Warfield CA. Intravenous Phenytoin may predict the analgesic efficacy of oral Phenytoin for intractable neuropathic pain. International Association for the Study of Pain. Poster Presentation. 8th World Congress on Pain; 1996; Vancouver, B.C., Canada.

3. Hacobian A, Kahn C, Picard L, Ransil B, Warfield CA. Treatment of Spinal Stenosis with Epidural Steroid Injections: An Outcome Study [abstract]. Reg Anesth 1995;20(2S):128.

4. Richeimer S, Bajwa Z, Kahramen S, Warfield CA. Impact of Side Effects on Treatment with Tricyclic Antidepressants in a Multidisciplinary Pain Clinic [abstract]. Reg Anesth 1995;20(2S):137.

5. Bajwa ZH, Park R, Song M, Peeters-Asdourian C, Warfield CA. Complications of cervical epidural steroid injections. Poster Presentation. 22nd Annual Scientific Meeting of the American Society of Regional Anesthesia; 1997; Atlanta, Georgia.

6. Horlocker T, Bajwa Z, Warfield CA, Powers N. Sami N, Wilson J, Peeters-Asdourian C, Schroeder D: Risk Assessment of Neurologic Complications Associated with Antiplatelet Therapy in Ambulatory Pain Clinic Patients Undergoing Epidural Steroid Injection. [abstract] Reg Anesthesia 2000.25(2):28.

7. Bailin M, Gelman S, Hickey P, Warfield CA & Zapol W. An Electronic Authorship Methodology   to Improve Teaching and Learning in Anesthesia Education. [abstract]  Society for Education in Anesthesia, 2002.

**Presentations**

Numerous local, regional, national and international presentations.

22