1

2      DATE:              10/18/2013

3      START TIME:        14:42:18 EDT

4      DURATION:          03:58:20

5      PARTICIPANTS:      DR. MIRILASHVILI

6                         AUGUSTIN CRUZ

7                         CONFIDENTIAL INFORMANT

8                         a/k/a CS

9

DEFENDANT'S EXHIBIT DM-1

| | | |
|---|---|---|
| 1 | | [BEGINNING OF CONVERSATION] |
| 2 | | Audio 3:37:50 |
| 3 | | [UNDERLINED WORDS SPOKEN IN ENGLISH] |
| 4 | | [BACKGROUND CONVERSATION] |
| 5 | | [PHONE RINGS] |
| 6 | CS: | [CLEAR THROAT] |
| 7, 8 | AUGUSTIN : | La Antigua, Jose. [UNINTELLIGIBLE] Jose, come in. Speak English right ? |
| 9 | CS: | A little. |
| 10 | AUGUSTIN: | [UNINTELLIGIBLE] |
| 11, 12, 13 | DR. MIRILASHVILI: | Okay Mr. Jose, lets see [UNINTELLIGIBLE] Okay Mr. Jose, When I saw you the last time [COUGHS] you were complaining your lower back lower extremity pains |
| 14 | AUGUSTIN: | Is your back still hurting you? |
| 15 | CS: | No, it's not hurting me anymore. |
| 16 | DR. MIRILASHVILI: | Just ask him exactly what I told you. |
| 17 | AUGUSTIN: | Uh-huh! |
| 18 | DR. MIRILASHVILI: | Last time when I saw him he was complaining lower back pain. |
| 19, 20 | AUGUSTIN: | When he saw you the other times you were telling him that your back was hurting you? |
| 21 | CS: | Yes but… |

| | | |
|---|---|---|
| 1 | | [VOICES OVERLAP] |
| 2 | DR. MIRILASHVILI: | Oxycodone, thirty milligrams, three times a day. |
| 3 | AUGUSTIN: | He was giving you some little pills. |
| 4 | CS: | Yes. |
| 5 | AUGUSTIN: | Three times a day. |
| 6-7 | DR. MIRILASHVILI: | Also he's receiving Neurotin, one hundred milligrams, twice a day. |
| 8 | AUGUSTIN: | And the other pill you're taking. |
| 9 | DR. MIRILASHVILI: | Elavil, ten milligrams, twice a day. |
| 10 | AUGUSTIN: | The other one is smaller. |
| 11 | CS: | Yes. |
| 12 | DR. MIRILASHVILI: | And Roboxin, seven fifty, twice a day. |
| 13 | AUGUSTIN: | And the other one? Twice a day. |
| 14 | DR. MIRILASHVILI: | How much is his lower back pain after he took his medication. |
| 15-16 | AUGUSTIN: | How much you back pain is before you take the pills [PAUSE] From one to ten? |
| 17 | DR. MIRILASHVILI: | Zero no pain, four little pain. |
| 18 | CS: | No pain. |
| 19-20 | DR. MIRILASHVILI: | No pain, thank you. Any side effects, itching, nausea, constipation? |

| | | |
|---|---|---|
| 1 | AUGUSTIN: | Does it makes you vomit, or go to the bathroom, nothing? |
| 2 | CS: | No, no. [COUGHS] |
| 3 | | |
| 4 | DR. MIRILASHVILI: | The medication gives you comfortable for twenty four hours? |
| 5 | AUGUSTIN: | The pills take away the pain for twenty, one day? |
| 6 | CS: | Yes. |
| 7 8 9 | DR. MIRILASHVILI: | I gave you a referral to see an orthopedic doctor, hydrotherapy, interventional pain management doctor. Are you able to use my referrals? |
| 10 11 | AUGUSTIN: | He gave you some papers so you could, could go swimming and all the stuff. Did you go do all those stuff or you didn't? |
| 12 | CS: | I didn't have time since December, like two months. |
| 13 14 | AUGUSTIN: | He said he didn't have any time to get over there and take care of that stuff. |
| 15 | DR. MIRILASHVILI: | What he said he has no time? |
| 16 | AUGUSTIN: | You have no time or you have no money? |
| 17 | CS: | No, because of work. |
| 18 19 | AUGUSTIN: | Oh, he said he didn't have anytime because of [STUTTERS] his job. |
| 20 | CS: | Until vacation come. |
| 21 | AUGUSTIN: | Do you need vacation to go over there? |

| | | |
|---|---|---|
| 1 | CS: | Yes, when they give me vacation. |
| 5<br>6<br>7<br>8<br>9 | DR. MIRILASHVILI: | This is for your benefits. Why do you think I'm giving you these referrals, I want to just waste my time and your time? I Want the what [UNINTELLIGIBLE] I want, I want to know if they can remove the cause of your pain. And I want to know you're rebuilding your muscles ligaments. |
| 10<br>11<br>12 | AUGUSTIN: | He wants you to go over there, [PAUSE] to swim. Then they will call him and then they call him and tell him this part is fine and the progress and all that. |
| 13 | | [VOICES OVERLAP] |
| 14 | CS: | Oh okay. [UNINTELLIGIBLE] |
| 15 | | [VOICES OVERLAP] |
| 16 | AUGUSTIN: | You have to take vacation so you can do all of that. |
| 17 | CS: | Okay. |
| 18 | DR. MIRILASHVILI: | Walk, Turn around, walk [UNINTELLIGIBLE] |
| 19 | AUGUSTIN: | Are you sure that [UNINTELLIGIBLE] |
| 20<br>21<br>22 | DR. MIRILASHVILI: | [UNINTELLIGIBLE] to the right side, to the left side. [UINNTELLIGIBLE].Stand on your heels, on your toes, squat, squat. Take off your [UNINTELLIGIBLE] please. |
| 23 | CS: | [UNINTELLIGIBLE] |

1  DR. MIRILASHVILI: Try this

2  CS:                [UNINTELLIGIBLE]

3  DR. MIRILASHVILI: Pain? [UNINTELLIGIBLE]

4  CS:                No.

5

6  DR. MIRILASHVILI: You have pain, pain here, right? Yes or no?

7  AUGUSTIN:          Do you have pain there?

8  CS:                No.

9  DR. MIRILASHVILI: No?

10 AUGUSTIN:          It doesn't hurt?

11 DR. MIRILASHVILI: No pain? No pain?

12 CS:                No.

13 DR. MIRILASHVILI: No pain?

14 CS:                No.

15 DR. MIRILASHVILI: Okay. Thank you.

16 CS:                Thank you.

17 DR. MIRILASHVILI: [UNINTELLIGIBLE]

18 CS:                [UNINTELLIGIBLE]

| | | |
|---|---|---|
| 1 | DR. MIRILASHVILI: | Thank you, [UNINTELLIGIBLE] |
| 2 | CS: | [LAUGHS] [COUGHS] |
| 3 | DR. MIRILASHVILI: | [UNINTELLIGIBLE] which pharmacy you want to go? |
| 4 | CS: | Ah Queens ? |
| 5 | DR. MIRILASHVILI: | Queens? |
| 6 | CS: | Yes. |
| 7 | DR. MIRILASHVILI: | [UNINTELLIGIBLE] |
| 8 | CS: | Yes. |
| 9 | DR. MIRILASHVILI: | [UNINTELLIGIBLE] |
| 10 | CS: | Yes.[COUGHS] |
| 11 | DR. MIRILASHVILI: | What type of job are you doing? What type of work you do? |
| 12 | CS: | Parking. |
| 13 | DR. MIRILASHVILI: | Parking? |
| 14 | CS: | Yeah. [COUGHS] |
| 15 | DR.MIRILASHVILI: | Alright sir, thank you very much. Get well soon. Blessings! |
| 16 | CS: | Bye- bye. |
| 17 | AUGUSTIN: | Thank you. |
| 18 | CS: | [UNINTELLIGIBLE] Urine and from the therapy. |

| | | |
|---|---|---|
| 1 | AUGUSTIN: | Okay. |
| 2 | CS: | I'm going to leave it in the garbage for you. |
| 3 | AUGUSTIN: | Okay. |
| 4 | | [BEEPING SOUND] |
| 5 | | [TOILET FLUSHING SOUND] |
| 6 | | |
| 7 | | |
| 8 | CS: | Okay, I left it there, next to the garbage. |
| 9 | | [BACKGROUND CONVERSATION] |
| 10 | | [PHONE RINGS] |
| 11 | | [END OF CONVERSATION] |
| 12 | | |
| 13 | | |
| 14 | | |
| 15 | | |
| 16 | | |
| 17 | | |
| 18 | | |