1

2          DATE:              11/20/2013

3          START TIME:        0812 EDT

4          DURATION:          00:46:19

5          PARTICIPANTS:      DR. MIRILASHVILI

6                             CONFIDENTIAL INFORMANT

7                                  a/k/a CS

8

9

10

11

12

13

14

15

16

17

18



1

[BEGINNING OF CONVERSATION]

[CONVERSATION IN ENGLISH]

[UNDERLINED WORDS SPOKEN IN SPANISH]

27:59

CS:                      [UNINTELLIGIBLE] Cold.

DR. MIRILASHVILI:  Cold? Yeah.

CS:                      Sore throat.

DR. MIRILASHVILI:  Ay, ay! Aright, you're taking medication from us. The urine says is okay. Pay for your visit. Please. Pay for your visit.

CS:                      Yeah.

[LONG PAUSE]

DR. MIRILASHVILI:  This is your receipt .Thank you very much.

CS:                      Thank you. [CLEARS THROAT] is very good there. A lot of money, sick.

DR. MIRILASHVILI:  Yeah. Very, very money.

CS:                      And my father last, last month with the [PAUSE] business [UNINTELLIGIBLE] three hundred and two twenty. Yeah.

DR. MIRILASHVILI:  Okay, Mr. Jose when I see you the last time you were complaining of you [PAUSE] lower back lower extremity pain, right? You are receiving yours Oxycodone, thirty milligrams, three times a day. Also you're receiving your Neurontin, hundred milligrams, twice a day. Elavil, ten milligram twice a day. Robaxin, seven fifty, twice a

1                                    day...

2     CS:                            Yeah.

3     DR. MIRILASHVILI:  How much is your lower back pain Mr. Jose after you took your
4                                    medication?

5     CS:                            Little [STUTTERS]

6     DR. MIRILASHVILI:  Zero[PHONETIC]?

7     CS:                            Yeah.

8     DR. MIRILASHVILI:  Zero, You have no pain? Any side effects, itching, nausea,
9                                    constipation?

10    CS:                            No, no. [PAUSE] Only my car is no good. You change the
11                                   pharmacy is too[PAUSE] very too much for me no car for Queens.
12                                   No in the Manhattan?

13    DR. MIRILASHVILI:  Okay, sure. Any pharmacy you want.

14    CS:                            Oh okay, alright, thank you.

15    DR. MIRILASHVILI:  No problem.

16    CS:                            Okay. You know to cross the bridge.

17    DR. MIRILASHVILI: No problem.

18    CS:                            [UNINTELLIGIBLE] Thank you, thank you. [COUGHS]

19    DR. MIRILASHVILI: Did you use my referral? Did you see orthopedic doctor,
20                                   Hydrotherapy, Physical therapy?

21    CS:                            Yeah, yeah.

1   DR. MIRILASHVILI: What the orthopedic doctor told you about your problem?

2   CS:                    They, them, um, the, eh [UNINTELLIGIBLE]

3   DR. MIRILASHVILI: Okay.

4   CS:                    Yeah.

5   DR. MIRILASHVILI: What he told you after he examined you, what he told you about
6                          your lower back?

7   CS:                    He said next year for the surgery for me. [PAUSE] The next year.

8   DR. MIRILASHVILI: You saw orthopedic doctor, bone doctor?

9   CS:                    Yeah, yeah.

10  DR. MIRILASHVILI: What he told you about your lower back problem sir? [PAUSE]
11                         You need the operation he said.

12  CS:                    Yes, by the next year.

13  DR. MIRILASHVILI: Next year?

14                             [VOCES OVERLAP]

15  CS:                    [UNINTELLIGIBLE] vacation, between January and February.

16  DR. MIRILASHVILI: Right, so he wants to do the surgery?

17  CS:                    Yeah.

18  DR. MIRILASHVILI: On the lower back?

19  CS:                    Yes.

20  DR. MIRILASHVILI: Correct?

1    CS:                    Yeah.

2    DR. MIRILASHVILI: Thank you.

3    CS:                    Sorry for my English sir too little.

4    DR. MIRILASHVILI: Your English is very well.

5    CS:                    [LAUGHS] No problem. [COUGHS]

6    DR. MIRILASHVILI: Are you doing hydrotherapy in the swimming pool, exercises?

7    CS:                    [UNINTELLIGIBLE] in my house. But [PAUSE]

8    DR. MIRILASHVILI: Okay, okay. [PAUSE] Okay, stand up here. Let me examine you.
9                           Walk, walk please. [PAUSE] turn around, walk again please. Turn
10                          around. Bend over please. [PAUSE] Good. Give me the hands.
11                          Give me the hands. Come, come, come. Stand on your heels, on
12                          your toes. Squat as much you can, squat. Good, good. Is

13                          [VOICES OVERLAP]

14   CS:                    [UNINTELLIGIBLE] a little much in here.

15   DR. MIRILASHVILI: Bend over, bend over. Pain? [PAUSE] Yes?

16   CS:                    Just a little.

17   DR. MIRILASHVILI: A little, pain?

18   CS:                    A little bit.

19   DR. MIRILASHVILI: Pain?

20   CS:                    No.

21   DR. MIRILASHVILI: Alright, seat down. You need more exercise Mr. Jose.

1   CS:                    [GIGGLES] Alright.

2   DR. MIRILASHVILI: Go to swimming pool.  You need to take medication. Okay? With
3                          the doctor we'll decide if you do the surgery. Bring me report.

4   CS:                    Okay.

5   DR. MIRILASHVILI: We'll read report together. If it's necessary I'll send you for second
6                          opinion.

7   CS:                    Alright.  Thank you.

8   DR. MIRILASHVILI: One moment, one moment. Which pharmacy?

9   CS:                    [RUSTLING SOUND] [UNINTELLIGIBLE]

10  DR. MIRILASHVILI: [UNINTELLIGIBLE] I don't know which you're looking for.

11  CS:                    [UNINTELLIGIBLE].

12  DR. MIRILASHVILI: Yeah. Where in Manhattan are going, downtown Manhattan,
13                         middle Manhattan?

14  CS:                    Downtown.

15  DR. MIRILASHVILI: Downtown.

16  CS:                    Downtown, yes.

17  DR. MIRILASHVILI: Is it Broadway okay?

18  CS:                    Yes. [UNINTELLIGIBLE] Broadway [STATIC NOISE]
19                         [CLEARS THROAT]

20  DR. MIRILASHVILI: Three seven [STATIC NOISE] Broadway [PHONETIC]

21  CS:                    [UNINTELLIGIBLE] Perfect. Okay.

1                         [BACKGROUND CONVERSATION]

2      DR. MIRILASHVILI:  Okay, Address and phone number.

3      CS:                 Alright, thank you.

4      DR. MIRILASHVILI:  Thank you very much. <u>Thank you very much.</u>

5      CS:                 Welcome.

6                         [BACKGROUND CONVERSATION]

7

8      CS ON A PHONE CALL: [COUGHS] [SPITS] Big [UNINTELLIGIBLE] okay. Alright,
9                                    see you.

10                        [END OF CONVERSATION]

11