

# Laboratory Report

Laboratory Director: Sheila Dawling, PhD CChem FRSC
CLIA Number 44D1083455
515 Great Circle Road Nashville, TN 37228
(615) 255-2400 – Fax (615) 255-3030

**Clinic Information**
Client: Dr. Moshe Mirilashvili
450 West 162nd St.
Manhattan, NY 10032
Requesting Provider:
Moshe Mirilashvili

**Patient Information**
Patient Name:

Patient ID:
Date of Birth:
Male/Female: Male

**Sample Information**
Lab Sample ID: 63060592
Specimen Type: Urine
Collected: 6/11/2014
Received: 6/12/2014
Reported: 6/16/2014

**Medication(s) Prescribed**
Oxycodone

**Test(s) Requested**
04460co – Opiates             00115 – Specimen Validity Tests (SVT)

### Result(s)/Interpretation(s)/Comment(s)

| Drug and/or Metabolites | Result Interpretation | Normalized Result | Comment |
|---|---|---|---|
| Oxycodone | COMPLIANT | 11,400 ng/mL | Test result is consistent and expected with prescribed drug. |

| Tested For | Result | Normalized Result | Reporting Thresholds Screen | Confirmation |
|---|---|---|---|---|
| Opiates | | | | |
| Oxycodone | POSITIVE | 2430 ng/mL | | 100 ng/mL |
| Oxymorphone | POSITIVE | 2410 ng/mL | | 100 ng/mL |
| Noroxycodone | POSITIVE | 6590 ng/mL | | 100 ng/mL |

| Specimen Validity Testing | Normal Range | Result | Comment |
|---|---|---|---|
| Specific Gravity | ≥1.0020 | 1.0174 | NORMAL |
| Creatinine | ≥2 mg/dL | 104 mg/dL | NORMAL |
| pH | 3.5 – 9.0 | 4.8 | NORMAL |
| Chromates | < 50 mcg/mL | <50 mcg/mL | NORMAL |
| Nitrites | < 200 mcg/mL | <200 mcg/mL | NORMAL |

**Additional Comments**

Drug confirmations performed by mass spectrometry.

**Certifying Scientist: A. Cobbs**

Note: Urine drug and metabolite concentrations do not correlate with blood drug concentrations or medication dosage. Aegis Sciences Corporation does not compare urine drug and metabolite concentrations to the dose of drug prescribed or administered to the patient. Normalized results have been calculated using a factor that adjusts the original results up to those of an ideal urine with a specific gravity equal to 1.0200. Alcohol and alcohol metabolites are not normalized.
Aegis PainComp® Reporting Thresholds can be found at www.aegislabs.com/Paincompthresholds

Please call 1.800.533.7052 if you require additional information.
Aegis® is certified by the US Department of Health & Human Services/Substance Abuse & Mental Health Services Administration
Copyright © 2014 Aegis Sciences Corporation All Rights Reserved

Page 1 of 1

GEN_049941



# Laboratory Report

Laboratory Director: Sheila Dawling, PhD CChem FRSC
CLIA Number 44D1083455
515 Great Circle Road Nashville, TN 37228
(615) 255-2400 – Fax (615) 255-3030

**Clinic Information**
**Client:** Dr. Moshe Mirilashvili
450 West 162nd St.
Manhattan, NY 10032
**Requesting Provider:**
Moshe Mirilashvili

**Patient Information**
**Patient Name:**

**Patient ID:**
**Date of Birth:**
**Male/Female:** Male

**Sample Information**
**Lab Sample ID:** 63066284
**Specimen Type:** Urine
**Collected:** 7/10/2014
**Received:** 7/11/2014
**Reported:** 7/16/2014

**Medication(s) Prescribed**
Oxycodone

**Test(s) Requested**
04460co - Opiates                00115 - Specimen Validity Tests (SVT)

### Result(s)/Interpretation(s)/Comment(s)

| Drug and/or Metabolites | Result Interpretation | Normalized Result | Comment |
|---|---|---|---|
| Oxycodone | COMPLIANT | 23,600 ng/mL | Test result is consistent and expected with prescribed drug. |

| Tested For | Result | Normalized Result | Reporting Thresholds Screen | Confirmation |
|---|---|---|---|---|
| Opiates | | | | |
| Oxycodone | POSITIVE | 9000 ng/mL | | 100 ng/mL |
| Oxymorphone | POSITIVE | 4440 ng/mL | | 100 ng/mL |
| Noroxycodone | POSITIVE | 10100 ng/mL | | 100 ng/mL |

| Specimen Validity Testing | Normal Range | Result | Comment |
|---|---|---|---|
| Specific Gravity | >1.0020 | 1.0223 | NORMAL |
| Creatinine | >2 mg/dL | 236 mg/dL | NORMAL |
| pH | 3.5 - 9.0 | 5.3 | NORMAL |
| Chromates | <50 mcg/mL | <50 mcg/mL | NORMAL |
| Nitrites | <200 mcg/mL | <200 mcg/mL | NORMAL |

**Additional Comments**

Drug confirmations performed by mass spectrometry.

**Certifying Scientist: L. Pierce**

Note: Urine drug and metabolite concentrations do not correlate with blood drug concentrations or medication dosage. Aegis Sciences Corporation does not compare urine drug and metabolite concentrations to the dose of drug prescribed or administered to the patient. Normalized results have been calculated using a factor that adjusts the original results up to those of an ideal urine with a specific gravity equal to 1.0200. Alcohol and alcohol metabolites are not normalized.

Aegis PainComp® Reporting Thresholds can be found at www.aegislabs.com/Paincompthresholds

Please call 1.800.533.7052 if you require additional information.
Aegis® is certified by the US Department of Health & Human Services/Substance Abuse & Mental Health Services Administration
Copyright © 2014 Aegis Sciences Corporation All Rights Reserved



# Laboratory Report

Laboratory Director: Sheila Dawling, PhD CChem FRSC
CLIA Number 44D1083455
515 Great Circle Road Nashville, TN 37228
(615) 255-2400 - Fax (615) 255-3030

**Clinic Information**
**Client:** Dr. Moshe Mirilashvili
450 West 162nd St.
Manhattan, NY 10032
**Requesting Provider:**
Moshe Mirilashvili

**Patient Information**
**Patient Name:**
**Patient ID:**
**Date of Birth:**
**Male/Female:** Female

**Sample Information**
**Lab Sample ID:** 63057602
**Specimen Type:** Urine
**Collected:** 6/9/2014
**Received:** 6/11/2014
**Reported:** 6/14/2014

### Medication(s) Prescribed
Oxycodone

### Test(s) Requested
04460co - Opiates          00115 - Specimen Validity Tests (SVT)

### Result(s)/Interpretation(s)/Comment(s)

| Drug and/or Metabolites | Result Interpretation | Normalized Result | Comment |
|---|---|---|---|
| Oxycodone | COMPLIANT | 31,600 ng/mL | Test result is consistent and expected with prescribed drug. |

| Tested For | Result | Normalized Result | | Reporting Thresholds Screen | Confirmation |
|---|---|---|---|---|---|
| **Opiates** | | | | | |
| Oxycodone | POSITIVE | 12600 ng/mL | | | 100 ng/mL |
| Oxymorphone | POSITIVE | 4030 ng/mL | | | 100 ng/mL |
| Noroxycodone | POSITIVE | 14900 ng/mL | | | 100 ng/mL |

| Specimen Validity Testing | Normal Range | Result | Comment |
|---|---|---|---|
| Specific Gravity | ≥1.0020 | 1.0029 | NORMAL |
| Creatinine | ≥2 mg/dL | 7 mg/dL | NORMAL |
| pH | 3.5 – 9.0 | 8.2 | NORMAL |
| Chromates | < 50 mcg/mL | <50 mcg/mL | NORMAL |
| Nitrites | < 200 mcg/mL | <200 mcg/mL | NORMAL |

### Additional Comments
**Drug confirmations performed by mass spectrometry.**
**Certifying Scientist: M. Murphy**

Note: Urine drug and metabolite concentrations do not correlate with blood drug concentrations or medication dosage. Aegis Sciences Corporation does not compare urine drug and metabolite concentrations to the dose of drug prescribed or administered to the patient. Normalized results have been calculated using a factor that adjusts the original results up to those of an ideal urine with a specific gravity equal to 1.0200. Alcohol and alcohol metabolites are not normalized.
Aegis PainComp® Reporting Thresholds can be found at www.aegislabs.com/Paincompthresholds

Please call 1.800.533.7052 if you require additional information.
Aegis® is certified by the US Department of Health & Human Services/Substance Abuse & Mental Health Services Administration
Copyright © 2014 Aegis Sciences Corporation All Rights Reserved



## Laboratory Report

*Pain Medication Compliance Testing*

- Laboratory Director: Sheila Dawling, PhD CChem FRSC
CLIA Number 44D1083455
515 Great Circle Road Nashville, TN 37228
(615) 255-2400 – Fax (615) 255-3030

### Clinic Information
Client: Dr. Moshe Mirilashvili
450 West 162nd St.
Manhattan, NY 10032
Requesting Provider:
Moshe Mirilashvili

### Patient Information
Patient Name: Donna Willie

Patient ID: 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
Date of Birth: 04/02/1963
Male/Female: Female

### Sample Information
Lab Sample ID: 63057538
Specimen Type: Urine
Collected: 5/23/2014
Received: 5/24/2014
Reported: 5/29/2014

### Medication(s) Prescribed
Oxycodone

### Test(s) Requested
04460co - Opiates

### Result(s)/Interpretation(s)/Comment(s)

| Drug and/or Metabolites | Result Interpretation | Normalized Result | Comment |
|---|---|---|---|
| Oxycodone | COMPLIANT | 5,210 ng/mL | Test result is consistent and expected with prescribed drug. |

| Tested For | Result | Normalized Result | Reporting Thresholds Screen | Confirmation |
|---|---|---|---|---|
| Opiates | | | | |
| Oxycodone | POSITIVE | 953 ng/mL | | 100 ng/mL |
| Oxymorphone | POSITIVE | 1240 ng/mL | | 100 ng/mL |
| Noroxycodone | POSITIVE | 3000 ng/mL | | 100 ng/mL |

### Additional Comments
Drug confirmations performed by mass spectrometry.

Certifying Scientist: B. Guckert

Note: Urine drug and metabolite concentrations do not correlate with blood drug concentrations or medication dosage. Aegis Sciences Corporation does not compare urine drug and metabolite concentrations to the dose of drug prescribed or administered to the patient. Normalized results have been calculated using a factor that adjusts the original results up to those of an ideal urine with a specific gravity equal to 1.0200. Alcohol and alcohol metabolites are not normalized.

Aegis PainComp® Reporting Thresholds can be found at www.aegislabs.com/Paincompthresholds

Please call 1.800.533.7052 if you require additional information.
Aegis® is certified by the US Department of Health & Human Services/Substance Abuse & Mental Health Services Administration
Copyright © 2014 Aegis Sciences Corporation All Rights Reserved

Page 1 of 1

GEN_050475



# Laboratory Report

**Pain Medication Compliance Testing**

Laboratory Director: Sheila Dawling, PhD CChem FRSC
CLIA Number 44D1083455
515 Great Circle Road Nashville, TN 37228
(615) 255-2400 - Fax (615) 255-3030

### Clinic Information
**Client:** Dr. Moshe Mirilashvili
450 West 162nd St.
Manhattan, NY 10032
**Requesting Provider:**
Moshe Mirilashvili

### Patient Information
**Patient Name:** Antoine Campbell
**Patient ID:**
**Date of Birth:** 02/24/1976
**Male/Female:** Male

### Sample Information
**Lab Sample ID:** 63073225
**Specimen Type:** Urine
**Collected:** 8/18/2014
**Received:** 8/19/2014
**Reported:** 8/22/2014

### Medication(s) Prescribed
Oxycodone

### Test(s) Requested
04460co - Opiates         00115 - Specimen Validity Tests (SVT)

### Result(s)/Interpretation(s)/Comment(s)

| Drug and/or Metabolites | Result Interpretation | Normalized Result | Comment |
|---|---|---|---|
| Oxycodone | COMPLIANT | 886 ng/mL | Test result is consistent and expected with prescribed drug. |

| Tested For | Result | Normalized Result | Reporting Thresholds Screen | Confirmation |
|---|---|---|---|---|
| **Opiates** | | | | |
| Oxymorphone | POSITIVE | 197 ng/mL | | 100 ng/mL |
| Noroxycodone | POSITIVE | 689 ng/mL | | 100 ng/mL |

| Specimen Validity Testing | Normal Range | Result | Comment |
|---|---|---|---|
| Specific Gravity | ≥1.0020 | 1.0113 | NORMAL |
| Creatinine | ≥2 mg/dL | 45 mg/dL | NORMAL |
| pH | 3.5 - 9.0 | 5.4 | NORMAL |
| Chromates | <50 mcg/mL | <50 mcg/mL | NORMAL |
| Nitrites | <200 mcg/mL | <200 mcg/mL | NORMAL |

### Additional Comments
Drug confirmations performed by mass spectrometry.

**Certifying Scientist: A. Cobbs**

Note: Urine drug and metabolite concentrations do not correlate with blood drug concentrations or medication dosage. Aegis Sciences Corporation does not compare urine drug and metabolite concentrations to the dose of drug prescribed or administered to the patient. Normalized results have been calculated using a factor that adjusts the original results up to those of an ideal urine with a specific gravity equal to 1.0200. Alcohol and alcohol metabolites are not normalized.

Aegis PainComp® Reporting Thresholds can be found at www.aegislabs.com/Paincompthresholds

Please call 1.800.533.7052 if you require additional information.
Aegis® is certified by the US Department of Health & Human Services/Substance Abuse & Mental Health Services Administration
Copyright © 2014 Aegis Sciences Corporation All Rights Reserved

Page 1 of 1

GEN_046995



# Laboratory Report

**Pain Medication Compliance Testing**

Laboratory Director: Sheila Dawling, PhD CChem FRSC
CLIA Number 44D1083455
515 Great Circle Road Nashville, TN 37228
(615) 255-2400 - Fax (615) 255-3030

### Clinic Information
**Client:** Dr. Moshe Mirilashvili
450 West 162nd St.
Manhattan, NY 10032
**Requesting Provider:**
Moshe Mirilashvili

### Patient Information
**Patient Name:** Arnold Craig
**Patient ID:**
**Date of Birth:** 02/08/1960
**Male/Female:** Male

### Sample Information
**Lab Sample ID:** 63073282
**Specimen Type:** Urine
**Collected:** 8/12/2014
**Received:** 8/13/2014
**Reported:** 8/16/2014

### Medication(s) Prescribed
Oxycodone

### Test(s) Requested
04460co - Opiates                00115 - Specimen Validity Tests (SVT)

### Result(s)/Interpretation(s)/Comment(s)

| Drug and/or Metabolites | Result Interpretation | Normalized Result | Comment |
|---|---|---|---|
| Oxycodone | COMPLIANT | 1,610 ng/mL | Test result is consistent and expected with prescribed drug. |

| Tested For | Result | Normalized Result | Reporting Thresholds Screen | Confirmation |
|---|---|---|---|---|
| **Opiates** | | | | |
| Oxycodone | POSITIVE | 237 ng/mL | | 100 ng/mL |
| Oxymorphone | POSITIVE | 325 ng/mL | | 100 ng/mL |
| Noroxycodone | POSITIVE | 1050 ng/mL | | 100 ng/mL |

| Specimen Validity Testing | Normal Range | Result | Comment |
|---|---|---|---|
| Specific Gravity | ≥1.0020 | 1.0044 | NORMAL |
| Creatinine | ≥2 mg/dL | 13 mg/dL | NORMAL |
| pH | 3.5 - 9.0 | 6.4 | NORMAL |
| Chromates | < 50 mcg/mL | <50 mcg/mL | NORMAL |
| Nitrites | < 200 mcg/mL | <200 mcg/mL | NORMAL |

### Additional Comments

**Drug confirmations performed by mass spectrometry.**

**Certifying Scientist: J. Locke**

Note: Urine drug and metabolite concentrations do not correlate with blood drug concentrations or medication dosage. Aegis Sciences Corporation does not compare urine drug and metabolite concentrations to the dose of drug prescribed or administered to the patient. Normalized results have been calculated using a factor that adjusts the original results up to those of an ideal urine with a specific gravity equal to 1.0200. Alcohol and alcohol metabolites are not normalized.

Aegis PainComp® Reporting Thresholds can be found at www.aegislabs.com/Paincompthresholds

Please call 1.800.533.7052 if you require additional information.
Aegis® is certified by the US Department of Health & Human Services/Substance Abuse & Mental Health Services Administration
Copyright © 2014 Aegis Sciences Corporation All Rights Reserved

Page 1 of 1
GEN_046997



## Laboratory Report

**Pain Medication Compliance Testing**

Laboratory Director: Sheila Dawling, PhD CChem FRSC
CLIA Number 44D1083455
515 Great Circle Road Nashville, TN 37228
(615) 255-2400 - Fax (615) 255-3030

**Clinic Information**
Client: Dr. Moshe Mirilashvili
450 West 162nd St.
Manhattan, NY 10032
**Requesting Provider:**
Moshe Mirilashvili

**Patient Information**
Patient Name: Lawan Chavis
Patient ID:
Date of Birth: 04/26/1983
Male/Female: Male

**Sample Information**
Lab Sample ID: 63060573
Specimen Type: Urine
Collected: 6/16/2014
Received: 6/17/2014
Reported: 6/20/2014

**Medication(s) Prescribed**
Oxycodone

**Test(s) Requested**
04460co – Opiates              00115 – Specimen Validity Tests (SVT)

| Drug and/or Metabolites | Result Interpretation | Normalized Result | Comment |
|---|---|---|---|
| Oxycodone | COMPLIANT | 16,500 ng/mL | Test result is consistent and expected with prescribed drug. |

| Tested For | Result | Normalized Result | Reporting Thresholds Screen | Confirmation |
|---|---|---|---|---|
| Opiates | | | | |
| Oxycodone | POSITIVE | 6720 ng/mL | | 100 ng/mL |
| Oxymorphone | POSITIVE | 2220 ng/mL | | 100 ng/mL |
| Noroxycodone | POSITIVE | 7610 ng/mL | | 100 ng/mL |

| Specimen Validity Testing | Normal Range | Result | Comment |
|---|---|---|---|
| Specific Gravity | ≥1.0020 | 1.0060 | NORMAL |
| Creatinine | ≥2 mg/dL | 41 mg/dL | NORMAL |
| pH | 3.5 – 9.0 | 6.0 | NORMAL |
| Chromates | < 50 mcg/mL | <50 mcg/mL | NORMAL |
| Nitrites | < 200 mcg/mL | <200 mcg/mL | NORMAL |

**Additional Comments**

Drug confirmations performed by mass spectrometry.

**Certifying Scientist: A. Cobbs**

Note: Urine drug and metabolite concentrations do not correlate with blood drug concentrations or medication dosage. Aegis Sciences Corporation does not compare urine drug and metabolite concentrations to the dose of drug prescribed or administered to the patient. Normalized results have been calculated using a factor that adjusts the original results up to those of an ideal urine with a specific gravity equal to 1.0200. Alcohol and alcohol metabolites are not normalized.

Aegis PainComp® Reporting Thresholds can be found at www.aegislabs.com/Paincompthresholds

Please call 1.800.533.7052 if you require additional information.
Aegis® is certified by the US Department of Health & Human Services/Substance Abuse & Mental Health Services Administration
Copyright © 2014 Aegis Sciences Corporation All Rights Reserved



# Laboratory Report

Laboratory Director: Sheila Dawling, PhD CChem FRSC
CLIA Number 44D1083455
515 Great Circle Road Nashville, TN 37228
(615) 255-2400 - Fax (615) 255-3030

**Clinic Information**
Client: Dr. Moshe Mirilashvili
450 West 162nd St.
Manhattan, NY 10032
Requesting Provider:
Moshe Mirilashvili

**Patient Information**
Patient Name: Danielle Stanford
Patient ID:
Date of Birth: 05/19/1981
Male/Female: Male

**Sample Information**
Lab Sample ID: 63073225
Specimen Type: Urine
Collected: 8/18/2014
Received: 8/19/2014
Reported: 8/22/2014

**Medication(s) Prescribed**
Oxycodone

**Test(s) Requested**
04460co - Opiates        00115 - Specimen Validity Tests (SVT)

### Result(s)/Interpretation(s)/Comment(s)

| Drug and/or Metabolites | Result Interpretation | Normalized Result | Comment |
|---|---|---|---|
| Oxycodone | COMPLIANT | 886 ng/mL | Test result is consistent and expected with prescribed drug. |

| Tested For | Result | Normalized Result | Reporting Thresholds Screen | Confirmation |
|---|---|---|---|---|
| **Opiates** | | | | |
| Oxymorphone | POSITIVE | 197 ng/mL | | 100 ng/mL |
| Noroxycodone | POSITIVE | 689 ng/mL | | 100 ng/mL |

| Specimen Validity Testing | Normal Range | Result | Comment |
|---|---|---|---|
| Specific Gravity | ≥1.0020 | 1.0113 | NORMAL |
| Creatinine | ≥2 mg/dL | 45 mg/dL | NORMAL |
| pH | 3.5 - 9.0 | 5.4 | NORMAL |
| Chromates | <50 mcg/mL | <50 mcg/mL | NORMAL |
| Nitrites | <200 mcg/mL | <200 mcg/mL | NORMAL |

**Additional Comments**

Drug confirmations performed by mass spectrometry.

**Certifying Scientist: A. Cobbs**

Note: Urine drug and metabolite concentrations do not correlate with blood drug concentrations or medication dosage. Aegis Sciences Corporation does not compare urine drug and metabolite concentrations to the dose of drug prescribed or administered to the patient. Normalized results have been calculated using a factor that adjusts the original results up to those of an ideal urine with a specific gravity equal to 1.0200. Alcohol and alcohol metabolites are not normalized.

Aegis PainComp® Reporting Thresholds can be found at www.aegislabs.com/Paincompthresholds

Please call 1.800.533.7052 if you require additional information.
Aegis® is certified by the US Department of Health & Human Services/Substance Abuse & Mental Health Services Administration
Copyright © 2014 Aegis Sciences Corporation All Rights Reserved

Page 1 of 1
GEN_049828



**AEGIS PAINCOMP**
*Pain Medication Compliance Testing*

# Laboratory Report

Laboratory Director: Sheila Dawling, PhD CChem FRSC
CLIA Number 44D1083455
515 Great Circle Road Nashville, TN 37228
(615) 255-2400 – Fax (615) 255-3030

### Clinic Information
**Client:** Dr. Moshe Mirilashvili
450 West 162nd St.
Manhattan, NY 10032
**Requesting Provider:**
Moshe Mirilashvili

### Patient Information
**Patient Name:** Dana Saldana
**Patient ID:**
**Date of Birth:** 10/17/1971
**Male/Female:** Female

### Sample Information
**Lab Sample ID:** 63073287
**Specimen Type:** Urine
**Collected:** 8/11/2014
**Received:** 8/12/2014
**Reported:** 8/15/2014

### Medication(s) Prescribed
Oxycodone

### Test(s) Requested
04460co – Opiates          00115 – Specimen Validity Tests (SVT)

### Result(s)/Interpretation(s)/Comment(s)

| Drug and/or Metabolites | Result Interpretation | Normalized Result | Comment |
|---|---|---|---|
| Oxycodone | COMPLIANT | 25,200 ng/mL | Test result is consistent and expected with prescribed drug. |

| Tested For | Result | Normalized Result | Reporting Thresholds Screen | Confirmation |
|---|---|---|---|---|
| **Opiates** | | | | |
| Oxycodone | POSITIVE | 10900 ng/mL | | 100 ng/mL |
| Oxymorphone | POSITIVE | 2530 ng/mL | | 100 ng/mL |
| Noroxycodone | POSITIVE | 11800 ng/mL | | 100 ng/mL |

| Specimen Validity Testing | Normal Range | Result | Comment |
|---|---|---|---|
| Specific Gravity | ≥1.0020 | 1.0124 | NORMAL |
| Creatinine | ≥2 mg/dL | 116 mg/dL | NORMAL |
| pH | 3.5 - 9.0 | 5.4 | NORMAL |
| Chromates | < 50 mcg/mL | <50 mcg/mL | NORMAL |
| Nitrites | < 200 mcg/mL | <200 mcg/mL | NORMAL |

### Additional Comments

Drug confirmations performed by mass spectrometry.

**Certifying Scientist: D. Valencia**

Note: Urine drug and metabolite concentrations do not correlate with blood drug concentrations or medication dosage. Aegis Sciences Corporation does not compare urine drug and metabolite concentrations to the dose of drug prescribed or administered to the patient. Normalized results have been calculated using a factor that adjusts the original results up to those of an ideal urine with a specific gravity equal to 1.0200. Alcohol and alcohol metabolites are not normalized.

Aegis PainComp® Reporting Thresholds can be found at www.aegislabs.com/Paincompthresholds

Please call 1.800.533.7052 if you require additional information.
Aegis® is certified by the US Department of Health & Human Services/Substance Abuse & Mental Health Services Administration
Copyright © 2014 Aegis Sciences Corporation All Rights Reserved

Page 1 of 1
GEN_049834



## Laboratory Report

Laboratory Director: Sheila Dawling, PhD CChem FRSC
CLIA Number 44D1083455
515 Great Circle Road Nashville, TN 37228
(615) 255-2400 - Fax (615) 255-3030

### Clinic Information
Client: Dr. Moshe Mirilashvili
450 West 162nd St.
Manhattan, NY 10032
Requesting Provider:
Moshe Mirilashvili

### Patient Information
Patient Name: Armon Wooten

Patient ID:
Date of Birth: 05/11/1985
Male/Female: Male

### Sample Information
Lab Sample ID: 63057567
Specimen Type: Urine
Collected: 5/27/2014
Received: 5/30/2014
Reported: 6/2/2014

### Medication(s) Prescribed
Oxycodone

### Test(s) Requested
04460co - Opiates

#### Result(s)/Interpretation(s)/Comment(s)

| Drug and/or Metabolites | Result Interpretation | Normalized Result | Comment |
|---|---|---|---|
| Oxycodone | COMPLIANT | 30,000 ng/mL | Test result is consistent and expected with prescribed drug. |

| Tested For | Result | Normalized Result | Reporting Thresholds Screen | Confirmation |
|---|---|---|---|---|
| Opiates | | | | |
| Oxycodone | POSITIVE | 9970 ng/mL | | 100 ng/mL |
| Oxymorphone | POSITIVE | 2000 ng/mL | | 100 ng/mL |
| Noroxycodone | POSITIVE | 18000 ng/mL | | 100 ng/mL |

### Additional Comments
Drug confirmations performed by mass spectrometry.

**Certifying Scientist: A. Cobbs**

Note: Urine drug and metabolite concentrations do not correlate with blood drug concentrations or medication dosage. Aegis Sciences Corporation does not compare urine drug and metabolite concentrations to the dose of drug prescribed or administered to the patient. Normalized results have been calculated using a factor that adjusts the original results up to those of an ideal urine with a specific gravity equal to 1.0200. Alcohol and alcohol metabolites are not normalized.

Aegis PainComp® Reporting Thresholds can be found at www.aegislabs.com/Paincompthresholds

Please call 1.800.533.7052 if you require additional information.
Aegis® is certified by the US Department of Health & Human Services/Substance Abuse & Mental Health Services Administration
Copyright © 2014 Aegis Sciences Corporation All Rights Reserved