GOVERNMENT
EXHIBIT
5-A
S2 14 Cr. 810 (CM)



GEN_055772