1

2          DATE:              11/20/2013

3          START TIME:        0812 EDT

4          DURATION:          00:46:19

5          PARTICIPANTS:      DR. MIRILASHVILI

6                             CONFIDENTIAL INFORMANT

7                             a/k/a CS

8

9

10

11

12

13

14

15

16

17

18

TRANSCRIPTIONError! Reference source not found.          3-19-2014Error!
Reference source not found.          CALL: 5Error! Reference source not found.



DEFENDANT'S EXHIBIT DM-02

1

2 [BEGINNING OF CONVERSATION]

3 [CONVERSATION IN ENGLISH]

4 [UNDERLINED WORDS SPOKEN IN SPANISH]

5 27:59

6  CS: [UNINTELLIGIBLE] Cold.

7  DR.MIRILASHVILI: Cold? Yeah.

8  CS: Sore throat.

9  DR. MIRILASHVILI: Ay, ay! Aright, you're taking medication from us. The urine test is
10 okay. Pay for your visit. _Please_. Pay for your visit.

11 CS: Yeah.

12 [LONG PAUSE]

13 DR. MIRILASHVILI: This is your receipt. _Thank you very much_.

14 CS: Thank you. [CLEARS THROAT] is very good there. A lot of
15 money, sick.

16 DR. MIRILASHVILI: Yeah. Very, very money.

17 CS: And my father last, last month with the [PAUSE] business
18 [UNINTELLIGIBLE] three hundred and two twenty. Yeah.

19 DR. MIRILASHVILI: Okay, Mr. Jose when I see you the last time you were complaining
20 of you [PAUSE] lower back lower extremity pain, right? You are
21 receiving yours Oxycodone, thirty milligrams, three times a day.
22 Also you're receiving your Neurontin, hundred milligrams, twice a
23 day. Elavil, ten milligram twice a day. Robaxin, seven fifty, twice a
24 day..

| | | |
|---|---|---|
| 1 | CS: | Yeah. |
| 2<br>3 | DR. MIRILASHVILI: | How much is your lower back pain Mr. Jose after you took your medication? |
| 4 | CS: | Little [STUTTERS] |
| 5 | DR. MIRILASHVILI: | Zero[PHONETIC]? |
| 6 | CS: | Yeah. |
| 7<br>8 | DR. MIRILASHVILI: | Zero, You have no pain? Any side effects, itching, nausea, constipation? |
| 9<br>10<br>11 | CS: | No, no. [PAUSE] Only my car is no good. You change the pharmacy is too[PAUSE] very too much for me no car for Queens. No in the Manhattan? |
| 12 | DR. MIRILASHVILI: | Okay, sure. Any pharmacy you want. |
| 13 | CS: | Oh okay, alright, thank you. |
| 14 | DR. MIRILASHVILI: | No problem. |
| 15 | CS: | Okay. You know to cross the bridge. |
| 16 | DR. MIRILASHVILI: | No problem. |
| 17 | CS: | [UNINTELLIGIBLE] Thank you, thank you. [COUGHS] |
| 18<br>19 | DR. MIRILASHVILI: | Did you use my referral? Did you see orthopedic doctor, Hydrotherapy, Physical therapy? |
| 20 | CS: | Yeah, yeah. |
| 21 | DR. MIRILASHVILI: | What the orthopedic doctor told you about your problem? |
| 22 | CS: | They, them, um, the, eh [UNINTELLIGIBLE] |

1   DR. MIRILASHVILI: Okay.

2   CS:             Yeah.

3   DR. MIRILASHVILI:       What he told you after he examined you, what he told you
4                           about your lower back?

5   CS:             He said next year for the surgery for me. [PAUSE] The next year.

6   DR. MIRILASHVILI: You saw orthopedic doctor, bone doctor?

7   CS:             Yeah, yeah.

8   DR. MIRILASHVILI: What he told you about your lower back problem <u>sir</u>? [PAUSE]
9                     You need the operation he said.

10  CS:             Yes, by the next year.

11  DR. MIRILASHVILI:       Next year?

12                          [VOCES OVERLAP]

13  CS:             [UNINTELLIGIBLE] vacation, between January and February.

14  DR. MIRILASHVILI: Right, so he wants to do the surgery?

15  CS:             Yeah.

16  DR. MIRILASHVILI: On the lower back?

17  CS:             Yes.

18  DR. MIRILASHVILI: Correct?

19  CS:             Yeah.

20  DR. MIRILASHVILI: Thank you.

| | | |
|---|---|---|
| 1 | CS: | Sorry for my English sir too little. |
| 2 | DR. MIRILASHVILI: | Your English is very well. |
| 3 | CS: | [LAUGHS] No problem. [COUGHS] |
| 4 | DR. MIRILASHVILI: | Are you doing hydrotherapy in the swimming pool, exercises? |
| 5 | CS: | [UNINTELLIGIBLE] in my house. But [PAUSE] |
| 6-10 | DR. MIRILASHVILI: | Okay, okay. [PAUSE] Okay, stand up here. Let me examine you. Walk, walk please. [PAUSE] turn around, walk again please. Turn around. Bend over please. [PAUSE] Good. Give me the hands. Give me the hands. Come, come, come. Stand on your heels, on your toes. Squat as much you can, squat. Good, good. Is |
| 11 | | [VOICES OVERLAP] |
| 12 | CS: | [UNINTELLIGIBLE] a little much pain in here. |
| 13 | DR. MIRILASHVILI: | Bend over, bend over. Pain? [PAUSE] Yes? |
| 14 | CS: | Just a little. |
| 15 | DR. MIRILASHVILI: | A little, pain? |
| 16 | CS: | A little bit. |
| 17 | DR. MIRILASHVILI: | Pain? |
| 18 | CS: | No. |
| 19 | DR. MIRILASHVILI: | Alright, seat down. You need more exercise Mr. Jose. |
| 20 | CS: | [GIGGLES] Alright. |
| 21-22 | DR. MIRILASHVILI: | Go to swimming pool. You need to take medication. Okay? With the doctor we'll decide if you do the surgery. Bring me report. |

| | | |
|---|---|---|
| 1 | CS: | Okay. |
| 2<br>3 | DR. MIRILASHVILI: | We'll read report together. If it's necessary I'll send you for second opinion. |
| 4 | CS: | Alright. Thank you. |
| 5 | DR. MIRILASHVILI: | <u>One moment, one moment.</u> Which pharmacy? |
| 6 | CS: | [RUSTLING SOUND] [UNINTELLIGIBLE] |
| 7<br>8 | DR. MIRILASHVILI: | I've got thousand pharmacies. I don't know which area you're looking for. |
| 9 | CS: | [UNINTELLIGIBLE]. |
| 10<br>11 | DR. MIRILASHVILI: | Yeah. Where in Manhattan are going, downtown Manhattan, middle Manhattan? |
| 12 | CS: | Downtown. |
| 13 | DR. MIRILASHVILI: | Downtown. |
| 14 | CS: | Downtown, yes. |
| 15 | DR. MIRILASHVILI: | Is it Broadway okay? |
| 16<br>17 | CS: | Yes. [UNINTELLIGIBLE] Broadway [STATIC NOISE] [CLEARS THROAT] |
| 18 | DR. MIRILASHVILI: | Three seven [STATIC NOISE] Broadway [PHONETIC] |
| 19 | CS: | [UNINTELLIGIBLE] Perfect. Okay. |
| 20 | | [BACKGROUND CONVERSATION] |
| 21 | DR. MIRILASHVILI: | Okay, Address and phone number. |

1   CS:                Alright, thank you.

2   DR. MIRILASHVILI: Thank you very much. Thank you very much.

3   CS:                Welcome.

4                      [BACKGROUND CONVERSATION]

5

6   [CS ON A PHONE CALL] [COUGHS] [SPITS] Big [UNINTELLIGIBLE] okay.
7                       Alright, see you.

8                      [END OF CONVERSATION]

9

1

2