| | |
|---|---|
| CASE: | TRANSCRIPTION |
| DATE: | 01/16/2014 |
| START TIME: | 0815 EDT |
| DURATION: | 02:32:15 |
| TRANSCRIBED BY: | L. FERNANDEZ |
| REVISED BY: | |
| PARTICIPANTS: | DR. MOSHE B. MIRILASHVILI |
| | CONFIDENTIAL SOURCE |
| | a/k/a CS |
| | UNIDENTIFIED FEMALE |
| | a/k/a UF |

[BEGINNING OF CONVERSATION]

[UNDERLINED WORDS SPOKEN IN ENGLISH]

| | |
|---|---|
| DR. MIRILASHVILI: | Lantagua, Jose! [PAUSE] Jose Lantagua! [LONG PAUSE] |
| CS: | Happy New Year. |
| DR. MIRILASHVILI: | When I saw him the last time he was complaining of lower back, lower extremity pain. |
| UF: | The last time he saw you your back was hurting. |
| DR. MIRILASHVILI: | Then he was receiving Oxycodone, thirty milligrams, three times a day. |
| UF: | You were receiving Oxycodone, three, thirty milligrams, three times a day. |
| DR. MIRILASHVILI: | He also had Duranten, a hundred milligrams, twice a day. |
| UF: | Duranten, twice a day, one hundred milligrams. |
| DR. MIRILASHVILI: | Elavil, ten milligrams, twice a day. |
| UF: | Elavil, twice a day, ten milligrams. |
| DR. MIRILASHVILI: | And Robaxin, seven-fifty [PAUSE] |

[VOICES OVERLAP]

| | |
|---|---|
| UF: | And Robaxin [PAUSE] |
| DR. MIRILASHVILI: | [PAUSE] twice a day. |
| UF: | [PAUSE] seven-fifty, twice a day. How much [PAUSE] |

[VOICES OVERLAP]

| | |
|---|---|
| DR. MIRILASHVILI: | <u>How much [PAUSE]</u> |
| UF: | [PAUSE] pain af, after medication? After you take the Oxycodone [UNINTELLIGIBLE]? |
| CS: | No [PAUSE] |

[VOICES OVERLAP]

| | |
|---|---|
| DR. MIRILASHVILI: | No pain? |
| CS: | No pain. |
| UF: | Do you get <u>uh</u>, itchiness, diarrhea [PAUSE] |
| CS: | No. |
| UF: | [PAUSE] um… does it leave you comfortable for twenty-four hours? |
| CS: | Yes. |
| UF: | [UNINTELLIGIBLE] um, the referral he gave you, did you go? |
| CS: | Uh-huh. |

[NOISE]

| | |
|---|---|
| UF: | Which one did you go to, to the pool [PH]? |
| CS: | [UNINTELLIGIBLE]. Yes. Mhm. |
| DR. MIRILASHVILI: | <u>Okay.</u> |
| UF: | And the… and… <u>Everything is good and um [PAUSE]</u> |

| | |
|---|---|
| DR. MIRILASHVILI: | Go ahead. |
| UF: | [PAUSE] no side effect, no nothing. He went… he's doing hydrotherapy. |
| DR. MIRILASHVILI: | Orthopedic doctor? |
| UF: | And Orthopedic, did they give you an appointment? |
| CS: | Yes. |
| UF: | They gave him an appointment. |
| DR. MIRILASHVILI: | When? |
| UF: | When is the appointment for? |
| CS: | In… two months. |
| UF: | He said two months from now. |
| DR. MIRILASHVILI: | Ask him [UNINTELLIGIBLE]. |
| CS: | [COUGHS] Tell him to give me the pharmacy in… the one he gave me in downtown. |
| DR. MIRILASHVILI: | Sure, any pharmacy. No problem. |
| CS: | Oh, okay. |
| | [VOICES OVERLAP] |
| UF: | Uh-huh. |
| DR. MIRILASHVILI: | No problem. |
| CS: | Oh, okay. |

DR. MIRILASHVILI:    [UNINTELLIGIBLE].

CS:    Okay.

UF:    Uh-huh.

CS:    [CLEARS THROAT]

   [LONG PAUSE]

DR. MIRILASHVILI:    Okay. Stand up for me please.

   [VOICES OVERLAP]

UF:    Stand up.

DR. MIRILASHVILI:    Put this one in your pocket.

   [PAPER SHUFFLING SOUND]

UF:    Put [PAUSE]

DR. MIRILASHVILI:    This is your [PAUSE]

UF:    [PAUSE] that away.

DR. MIRILASHVILI:    [PAUSE] paper. Okay?

CS:    Okay.

DR. MIRILASHVILI:    Take your jacket off please.

UF:    Take your jacket off.

DR. MIRILASHVILI:    Take your time don't rush, don't rush.

UF:    [UNINTELLIGIBLE].

DR. MIRILASHVILI:	Take your time. [PAUSE] [UNINTELLIGIBLE].

    [VOICES OVERLAP]

UF:	Walk.

DR. MIRILASHVILI:	[UNINTELLIGIBLE].

UF:	[UNINTELLIGIBLE]. Walk.

DR. MIRILASHVILI:	Good.

UF:	Walk back.

DR. MIRILASHVILI:	Good, good, excellent.

CS:	Yeah.

DR. MIRILASHVILI:	Bend [PAUSE]

    [VOICES OVERLAP]

UF:	Bend [PAUSE]

DR. MIRILASHVILI:	[PAUSE] over.

UF:	[PAUSE] bend over.

DR. MIRILASHVILI:	All the way. Good! Go ahead [PH].

UF:	To the [PAUSE]

DR. MIRILASHVILI:	Okay.

UF:	[PAUSE] right… to the left. Now [UNINTELLIGIBLE] on your toes, like this… and now to the back. Out [PAUSE]

    [VOICES OVERLAP]

| | |
|---|---|
| CS: | [UNINTELLIGIBLE]. |
| UF: | [PAUSE] uh-huh. |
| CS: | [UNINTELLIGIBLE]. |
| UF: | Like that. Now [UNINTELLIGIBLE]. |
| DR. MIRILASHVILI: | Good, good, good. Very good. |
| CS: | Uh-huh. |
| DR. MIRILASHVILI: | You need a fresh mamita now, right? |

[NOISE]

| | |
|---|---|
| CS: | [CHUCKLES] |
| DR. MIRILASHVILI: | Do we have available so many fresh mamita's? |
| UF: | [CHUCKLES] |
| DR. MIRILASHVILI: | Huh? |
| CS: | [CLEARS THROAT] |
| UF: | The things that uh [PAUSE] |

[VOICES OVERLAP]

| | |
|---|---|
| DR. MIRILASHVILI: | [UNINTELLIGIBLE]? |
| UF: | No, no, the last pharmacy. [UNINTELLIGIBLE]. |
| DR. MIRILASHVILI: | [UNINTELLIGIBLE] Let me check [UNINTELLIGIBLE] |
| UF: | Downtown he said. |

| | |
|---|---|
| DR. MIRILASHVILI: | All the way downtown? |
| UF: | Yeah. That [PAUSE] |

[VOICES OVERLAP]

| | |
|---|---|
| CS: | Yes. |
| UF: | [PAUSE] was the one [PAUSE] |
| DR. MIRILASHVILI: | All the way downtown? |
| CS: | Yes. |
| UF: | The one in downtown? |
| CS: | Yes, three, seven, three [UNINTELLIGIBLE]. |
| DR. MIRILASHVILI: | Yeah, thirty [PAUSE] |

[VOICES OVERLAP]

| | |
|---|---|
| UF: | Three [PAUSE] |
| DR. MIRILASHVILI: | [PAUSE] seven, thirty [PH]. |
| UF: | Yeah. |
| CS: | Okay, thank you. |
| DR. MIRILASHVILI: | Okay. Thank you very much, sir. |
| CS: | Thank you. |

[NOISE]

| | |
|---|---|
| UF: | I have to go to my appointment. |

DR. MIRILASHVILI: Go ahead. Go, go.

UF: Okay.

DR. MIRILASHVILI: [UNINTELLIGIBLE].

CS: Thank you doctor.

DR. MIRILASHVILI: You're welcome.

    [LONG PAUSE]

    [END OF CONVERSATION]