| | |
|---|---|
| CASE: | TRANSCRIPTION |
| DATE: | 02/25/2014 |
| START TIME: | 0816 EDT |
| DURATION: | 01:49:53 |
| TRANSCRIBED BY: | TANIA K. DEMPSEY |
| REVISED BY: | |
| PARTICIPANTS: | DR. MORSHE B. MIRILASHVILI |
| | CONFIDENTIAL INFORMANT |
| | a/k/a CS |
| | UNKNOWN FEMALE |
| | a/k/a U/F |

[BEGINNING OF CONVERSATION]

[UNDERLINED WORDS SPOKEN IN ENGLISH]

DR. MOSHE: [RUSTLING SOUND] [UNINTELLIGIBLE] Thank you very much.

CS: Thank you.

U/F: Uh-huh!

DR. MOSHE: Okay, with urine everything is okay. [UNINTELLIGIBLE].

U/F: Everything is fine. That everything came out fine.

DR. MOSHE: [UNINTELLIGIBLE]

U/F: [UNINTELLIGIBLE]

[COUGHS]

[PHONE RINGS]

DR. MOSHE: [UNINTELLIGIBLE] look in the files [PAUSE] Can you put [UNINTELLIGIBLE] in the computer, please?

CS: [UNINTELLIGIBLE]

DR. MOSHE: [UNINTELLIGIBLE] Last time you were complaining of your [PAUSE] lower back lower extremity pain.

U/F: When you came you were complaining about your lower back.

CS: Uh-huh!

U/F: [UNINTELLIGIBLE] He says yes.

DR. MOSHE: He's receiving Oxycodone, thirty milligrams, three times a day.

| | |
|---|---|
| U/F: | You're receiving a medicine he's prescribing. |
| DR. MOSHE: | Also he's receiving the Neurotin, a hundred milligrams, twice a day. |
| U/F: | You're receiving another medicine [UNINTELLIGIBLE] |
| | [VOICES OVERLAP] |
| DR. MOSHE: | Elavil ten milligrams, twice a day. |
| U/F: | The other one too. |
| DR. MOSHE: | And Roboxin, seven fifty, twice a day. |
| CS: | Uh-huh! |
| DR. MORSHE: | How much is it lower the pain [UNINTELLIGIBLE] after you taking medication, do you pain? |
| CS: | No pain, no pain. |
| DR. MOSHE: | No pain, okay, good.  Any side effects yet? |
| U/F: | If you have like [PAUSE] the medicine side effects? |
| DR. MOSHE: | Nausea, vomiting? |
| | [VOICES OVERLAP] |
| U/F: | Like vomiting? |

DR. MOSHE:        Constipation?

U/F:              Like

CS:               No.

DR. MOSHE:        The medication keeps you comfortable for twenty four hours?

U/F:              The medication keeps you calm fro twenty four hours?

CS:               Yes.

U/F:              Yes.

DR. MOSHE:        Did he uses my, a, referrals? Did he see orthopedic doctor?.

U/F:              Did you see the doctor of the bones?

[VOCES OVERLAP]

DR. MORSHE:       Orthopedic [PHONETIC]

CS:               Eh, I'm waiting until I get vacation from work. I'm doing exercises at home.

U/F:              He's waiting, umm, for him to get umm, for him to get vacation from his job but he's doing exercises at home.

DR. MOSHE:        Okay, [UNINTELLIGIBLE] Ymca. Did he go to the swimming pool in Ymca?

U/F:              Did you go to the pool, at the Ymca?

CS:               [UNINTELLIGIBLE]

U/F:              Yeah.

DR. MOSHE:        Is helping you?

| | |
|---|---|
| UF: | Is it helping you? |
| CS: | Yes it helps a lot. |
| U/F: | <u>Yeah</u>. |
| DR. MOSHE: | Go to next to door. Walk straight, walk, Walk back. |
| CS: | Oh, you speak Spanish? |
| DR. MOSHE: | A little. |
| U/F: | [Laughs] |
| DR. MOSHE: | I speak. |
| U/F: | No down. |
| DR. MOSHE: | I speak low? |
| CS: | Bend down. |
| UF: | Bend down. |
| DR. MOSHE: | Bend down. |
| CS: | [LAUGHS] |
| DR.MOSHE: | Bend down. [UNINTELLIGIBLE] |
| | [VOICES OVERLAP] |
| U/F: | [UNINTLLIGIBLE] |
| DR. MOSHE: | To right side, <u>left side is, tip toe, come here, heels.  Squat, squat as much as you can.  Come here..</u> |
| U/F: | No, turn around. |

[VOICES OVERLAP]

DR. MOSHE:	Bend over on your elbows.

U/F:	And bend like this.

DR. MOSHE:	Bend, no, no sir, bend over there.

CS:	Oh.

DR. MOSHE:	Do you have pain there?

CS:	No.

DR. MOSHE:	No pain?

CS:	No.

DR. MOSHE:	Do you have pain there?

CS:	<u>Little.</u>

DR. MOSHE:	<u>Little</u>.  Do you have pain there?

CS:	No.

DR. MOSHE:	<u>Okay, he needs to finish his medication.</u> He needs continue his therapy and swimming pool. Okay?

CS:	<u>Okay, thank you.</u>

DR. MOSHE:	<u>What type of job he is in?</u>

U/F:	What kind of work are you doing?

CS:	Oh, at a parking lot but I don't lift anything heavy.

U/F:	He works in a parking lot but the doesn't do anything that

[VOICES OVERLAP]

DR. MOSHE:     [UNINTELLIGIBLE] which pharmacy he wants to go?

U/F:     Which pharmacy do you want to go?

CS:     On Broadway Three seven three [PHONETIC]

DR. MOSHE:     Three seventy three Broadway.

CS:     Yeah.

DR. MOSHE:     Okay, tell him like this, when he came first time he came with inflammation.

U/F:     When you came you had and inflammation there.

CS:     Uh-huh!

DR.MOSHE:     The inflammation caused by damage muscles in his ligaments then his nerves.

U/F:     That the same thing with, with [PAUSE]

DR.MOSHE:     Damage.

U/F:     With that damage bone.

CS:     Uh-huh!

DR.MOSHE:     Damage muscle, the ligaments in there.

U/F:     The muscles, the, the, you know what he's saying right?

DR.MOSHE:     Okay?

U/F:     Yes, he knows.

DR. MOSHE:           Is okay, is okay, is okay, you did fine. Thank you.

U/F:                 [LAUGHS]

DR. MOSHE:           With the medication and therapy slowly we keep this inflammation under control.

U/F:                 The medicine and therapy that thing will go down.

DR. MOSHE:           So you have to continue your medicine and your therapy to completely recover.

CS:                  Alright.

DR. MOSHE:           Okay?

CS:                  Alright.

DR. MOSHE:           Any question sir?

CS:                  No, no.

DR. MOSHE:           Thank you very much.

CS:                  Thank you. Alright.

U/F:                 [LAUGHS]

DR. MOSHE:           Thank you.

[BACKGROUND CONVERSATION]

[BACKGROUND:   DR. MOSHE: I'm looking for Spanish speaking MA [PHONETIC] [UNINTELLIGIBLE]. Spanish speaking medical attendant, if you know any body or anybody [UNINTELLIGIBLE] [STATIC NOISE] [UNINTELLIGIBLE] my old Spanish speaking interpreter [UNINTELLIGIBLE ]]

[PHONE RINGS]

[BACKGROUND CONVERSATIONS]

[LAUGHS]

[BACKGROUND CONVERSATON]

[CS ON A PHONE CALL: I'm out. Walking toward the sixty [PHONETIC]. Yes, the black guy, eh, Johany [PHONETIC] Call her.  Write down my number. We have to wait until she gets out.  But the black guy gave me a sign, when I gave him the money from him [PAUSE] and he told me bring me something and I will pass you something. Okay, okay. [PAUSE] Tell me, here in the [UNINTELLIGIBLE]. It's cold today. Uh-huh! So you know. I went to court early. Now I'm over here. Going to Manhattan, I'm going there later. Are you going to be there? Are you going to be in the house? [LAUGHS] Uh-um. Well, I might pass by [PAUSE] Of course, I told, I told her/him yesterday. And he talked bad to me. I told him you can't [UNINTELLIGIBLE] you have to lose as well. So you know. I will call you later, I can't talk right now. I'll call you later.]

[END OF CONVERSATION]