

                                      305 Madison Avenue
                                          New York, NY 10165
                                                  T: 212-922-1080
                                                  F: 212-949-8255

                                          Henry E. Mazurek
                                          Wayne E. Gosnell, Jr.
                                          mazurek@clayro.com
                                          gosnell@clayro.com

                                       April 8, 2016

<u>By ECF</u>

The Honorable Colleen McMahon
United States District Judge
United States District Court
500 Pearl Street
New York, New York 10007

       Re:    <u>United States v. Mirilashvili</u>, S2 14 Cr. 810 (CM)

Dear Judge McMahon:

       On behalf of Dr. Moshe Mirilashvili, we respectfully submit this letter motion seeking exoneration of his bail pursuant to Federal Rule of Criminal Procedure 46(g). At his arraignment on December 11, 2014, Magistrate Judge Kevin Fox set the following monetary bail conditions: a $2,000,000 personal recognizance bond which was to be signed by three financially responsible people and secured by $150,000 cash or property. Dr. Mirilashvili was released on these conditions and remained on bail until a jury returned guilty verdicts after trial on March 17, 2016. The Court then remanded Dr. Mirilashvili into custody at the conclusion of trial.

       Accordingly, we now seek an order from the Court exonerating the bail sureties and releasing Dr. Mirilashvili's bail.

                                         Respectfully submitted,

                                                 /S/HEM

                                        Henry E. Mazurek
                                        Wayne E. Gosnell, Jr.
                                        *Counsel for Defendant Moshe Mirilishvili*

cc:    Edward B. Diskant (by ECF)
       Brooke Cucinella (by ECF)