

305 Madison Avenue
New York, NY 10165
T: 212-922-1080
F: 212-949-8255

Henry E. Mazurek
Wayne E. Gosnell, Jr.
mazurek@clayro.com
gosnell@clayro.com

July 7, 2016

<u>BY ECF</u>

The Honorable Colleen McMahon
United States District Judge
United States District Court
500 Pearl Street
New York, New York 10007

  **Re:** <u>United States v. Mirilashvili</u>, S2 14 Cr. 810 (CM)

Dear Judge McMahon:

  We are counsel for Dr. Moshe Mirilashvili in connection with the above matter.  We respectfully request that Dr. Mirilashvili's sentencing be adjourned until September 14, 2016 at 3:00 p.m., which we understand is a convenient date and time for the Court.  This is the first sentencing adjournment request.  We make this request to be able adequately to respond to the latest version of Dr. Mirilashvili's Presentence Report, which was only issued this past Friday afternoon, and to collect additional personal records relevant to Dr. Mirilashvili's sentencing.  We also seek the time to consult with the government to resolve potential disputes on the proposed advisory Guidelines range in advance of the hearing.  The length of the proposed adjournment is suggested to accommodate all counsel and the Court's calendar.  The government has no objection to this request.

           Respectfully yours,

           /S/HEM

           Henry E. Mazurek
           Wayne E. Gosnell, Jr.
           *Counsel for Defendant Moshe Mirilashvili*

Cc: Edward B. Diskant (via ECF)
   Brooke Cucinella (via ECF)