**Dr. David M. Roket**

██████████████

**Great Neck, New York** ████

April 27, 2016

Hon. Colleen McMahon, U.S.D.J.
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007

    **Re: Moshe Mirilashvili**

Dear Judge McMahon,

    My name is David Roket. Moshe Mirilashvili is my father in law of 26 years and I have known him for 29. I am a dentist and have a private practice on Long Island. I, like Moshe, immigrated to this country in my twenties. Because of him, my journey of immigration was a lot easier.

    Before I decided to immigrate to the United States, I first visited this country in the late 1980s. My uncle lived in New York and I was a guest in his home. I told him that I was seriously considering moving to this country and also, because I was a medical doctor in Georgia, I wanted to further explore what my options would be as a doctor were I to do so. My uncle responded that there is one man in our community I must meet and speak to for guidance - Moshe.

    My uncle called his brother in law, who knew Moshe's wife, Dali, to try to set up a meeting for me with Moshe. Moshe met with me and explained what his journey was like and answered my questions. He gave me suggestions on how best to prepare to become a licensed medical doctor in the US and gave me alternatives to consider, such as becoming a dentist.

    Moshe didn't know me then. And I will never forget the warmth with which he greeted me in his office in Forest Hills and how much he truly wanted to help me. Moshe also gave me a list of medical books that were recommended study guides for foreign doctors. Later, when he realized I did not have the financial ability to pay for these books, he purchased a number of them for me. He spent hours with me that first evening. And he met with me two additional times and called my uncle a number of times thereafter to see if I had any further questions or

needed anything else. He even offered to give me a temporary job in his office if I decided to move to the US. I was amazed by his sincere and genuine compassion. I had never experienced anything like it before, especially from someone who did not know me. When I thanked Moshe for his time, insight and generosity, I will never forget his response: he said to me "Son, if there is anything I can ever do to help you, I will." And I knew he meant it.

A couple of years later, I moved to the US and was fortunate enough to meet Moshe's oldest daughter, Nina, who is now my wife. We were both in school when we married. While I wanted to go to school part time so that I could work during the day, Moshe emphatically refused. He insisted that he support us while we were in school. And I know at that time, that additional financial burden was not easy for him to meet, but he did. For his daughter, he would work non-stop, 24/7, so that she would not be deterred in any way from reaching her lifelong dream of being a lawyer.

When Moshe and Dali learned that Nina and I we were going to have a child, they both did everything they could so that, again, Nina would not be deterred. We were blessed with a daughter, Ashley. Ashley's birth made Moshe happier than I had ever seen him. Moshe and Dali organized a beautiful name giving ceremony for her in their home and they had the Rabbi who married us also bless Ashley with her Hebrew name, Tzipora. I recall Moshe asking me and my parents, after our daughter was born, if it would be okay with us if we gave Ashley his mother's name to be her Hebrew name. I was thrilled for my daughter to be Moshe's mother's namesake. Moshe gave me everything I could have asked for, and more, since the moment I met him, yet he always treated me with the utmost respect and never made me feel that I owed him anything, when in reality, I owed him everything.

The next occasion that made Moshe most happiest was when Nina was accepted to and started law school. Ashley was 2 at that time. I recall Nina seriously wanting to take a break between college and law school but it was Moshe who guided her and helped her make the decision to continue with school straight through. He has been a constant guiding force in her entire life.

Both Moshe and Dali made it possible for Nina to finish law school, with honors, without any interruption, and for me to go to dental school full time. Moshe supported us financially and Dali raised Ashley. Moshe and Dali even opened up their home to my parents and sister and her husband each time they would visit from Georgia before they themselves moved to the US.

I recall Moshe and Dali insisting on my parents staying with them when my parents would visit us. And on a number of occasions, Moshe purchased for my parents plane tickets to visit us. Each of my parents' visits lasted from a couple of weeks to a month. Dali would cook elaborate meals for them daily. And Moshe would try to leave work early, when he could, to spend time with my father and help him try to find potential job opportunities for him if and when he decided to move to this country. Moshe and my father immediately bonded and

became very close, like brothers. My father, who is 15 year's Moshe's senior, relied on Moshe. My father was hesitant to move to the US, but when my parents ultimately did move, Moshe did all that he could to help make my parents' transition as easy as it could be. My father had actually planned to move to Moscow from Georgia (in the early 1990s) but it was Moshe who convinced him to come to this country so that he and my mother could be closer to us. My father, who is now 83, wept for days after hearing of Moshe's incarceration. He talks of him daily and misses him tremendously.

I also recall the very first time my sister first visited from Georgia, Moshe took her to Toys R Us and bought her toys to take back to Georgia for her young children, my niece and nephew. I remember my sister being stunned by his generosity.

I cannot even begin to describe the heart Moshe has. And I am unable to describe the pain I feel, the pain my parents feel, the pain my sister and our entire family, community and friends feel over what awaits this incredibly giving, loving and selfless man. Most important is the way Nina, Margie (Nina's sister) and Dali are suffering and have been suffering since this nightmare began - it is indescribable and unimaginable. The important role Moshe plays in each of their lives cannot be replicated or replaced. He is the foundation for each of them. And the void they all now feel is extremely painful to see.

My wife is an incredibly strong person, very much like her father, but to this day she is inconsolable. She has had her father in her life every single day. And as a grown woman, is left with immense fear and anxiety about what will be of her father in his old age.

Your honor, I plead with you to grant this unbelievable man, my incredible father in law, Moshe Mirilashvili, leniency in his sentencing.

Sincerely,

Dr. David Roket