Ashley J. Roket

New York, New York

April 27, 2016

Hon. Colleen McMahon, U.S.D.J.
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007

Re: Moshe Mirilashvili

Dear Judge McMahon,

My name is Ashley Roket and Moshe Mirilashvili is my grandfather.

I am currently a 1L student at Cardozo School of Law. I was accepted to Cardozo in January of 2015, approximately three weeks after my grandfather was indicted. The first person I called after I learned of my acceptance was my mother, the second, my grandfather, Moshe. He was literally crying from joy on the phone with me. He so very much wanted me to be a lawyer and to say he was over the moon with happiness when he heard the good news is an understatement. I knew how much he and my grandmother were hurting in those weeks since the indictment, so that evening, I went to see them to celebrate my good news. I cannot even begin to describe the amount of joy and happiness they both exhibited that evening - emotions that were starkly absent in the weeks following his arrest.

Moshe Mirilashvili is truly a one of a kind grandfather, and human being overall. He is an unconventional man full of life, wisdom, kindness, and above all, generosity. Everyone else's needs always come before his own. Every time I needed a ride to school, a supporter at a tennis match, someone to take me to the doctor or a companion to lean on, he was there, no matter what it was that he had to do for himself that day. When I was in elementary and middle schools, my grandfather would pick me up from school once a week. He would take me and my friends out to eat after school. All of my friends adored him. He was known as a man with great insight and kindness amongst my network of friends - he was the grandfather everyone wanted. Something I have noticed about him from a young age is that his primary purpose in life is simply to make others happy, and to encourage them to succeed. He would always, ever since I could remember, encourage me to study hard and pursue a legal career. That was very important to him. In high school, when my friends were uncertain about what they wanted to study in college, he would speak with them and motivate them to succeed. I remember one time, I was at dinner with my

grandfather and my best friend in high school and my friend was seriously considering a career in physical therapy. My grandfather spent an hour with my friend at dinner discussing with her the pros and cons of entering such field - she ultimately went on to specialize as a physical therapist and to this day reminds me of how thankful she was for my grandfather's care. He always cared so much and that care always came through in all of his interactions with people.

My grandfather sees the good in people and a valuable lesson from him that continues to resonate with me to this day is that there is good in everyone. I grew up in his home and learned that very early on from him. Carrying through my own life with this perspective has opened a great number of positive relationships and opportunities in my life, along with a deeper appreciation for humankind.

My grandfather is the true patriarch and go-to person in our family, possessing insurmountable strength and positivity, regardless of the degree of any hardship or obstacle that would be thrown at our family. He was the quick-fix to all of our problems. What makes him so magnetic to his family and friends is his trusting nature. He trusts others without any hesitation. He always trusted others because of his positive outlook on life. He believes that to truly understand other human beings, you must detect the good in them, no matter how difficult it may be to find. So many of his attributes and strong character traits shape and mold the way I live my life today.

 It is very hard for me to believe that my grandfather is now incarcerated and the thought of what could be is absolutely terrifying. Never could I have imagined that this would be something our family would ever have to experience. Not having my grandfather with us is very painful. Family is so very important to us because of him and without him we are broken. He has such a strong impact on our lives, and is so deeply missed.

I pray that he will be back at home with my grandmother soon. There is so much good in my grandfather that I know, if given the opportunity, he still can continue to give back to his community as he has always done in his life.  Your Honor, I ask you to show leniency on my most beloved grandfather and, as soon as possible, to send him back to the family that loves him.

Thank you for your time and consideration.

Very truly yours,

Ashley J. Roket