May 2, 2016

Merab Chanchalashvili

Great Neck, NY

Honorable Colleen McMahon
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

Dear Judge McMahon,

My name is Merab Chanchalashvili. I am Moshe Mirilashvili's son in law, and I have been married to his daughter, Margie, for 22 years. I am a small business owner and I have two wonderful daughters. I have known Moshe and Dali 35 years, and I feel so lucky to be able to call them my family.

Dating back to my life as a young boy in Georgia, I always heard about Moshe, or Misha, as we called him. He had a reputation for being a kindhearted and selfless man. When I immigrated to the U.S. in 1980, my parents and I rented an apartment in the same building as Dali and Moshe. He was known as the doctor in our building. One night, my sister got sick from vomiting all night, and my father called Moshe in the middle of the night. Without hesitation, Moshe came knocking at our door with a helping hand. He spent hours calming my mom down and making sure my sister was okay. It was the first of many acts of selflessness that I have seen from Moshe in my life.

When I was first dating my wife, I was instantly welcomed into the Mirilashvili home. Every time Dali and Moshe knew I was coming to visit their home, they cooked up a feast for me and treated me as if they would treat their own son. They were so incredibly hospitable and courteous. But I was not the only one who received this treatment. Any person who walked through their doors instantly felt the warmth of this family. I am still in awe of Moshe's friendliness, kindness, and charm.

After my daughters were born, Moshe took it upon himself to help raise them. Whether Jessica was sick or Nicole needed to be picked up from school, he was always there. It is rare to find someone as sensitive and reliable as Moshe. He is a man with real family values. He is the glue that keeps our family together. Through his example, my daughters learned the importance of loyalty and family morals.

Both my mother and father dealt with many unfortunate health problems throughout their

lives in America. My mother was diagnosed with ███████████████████████
████████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████████

  My father has a history of ███████████████, and other conditions. He is always calling Moshe for medical advice. My father had surgery for his ██████ three years ago. Moshe made sure that we found a doctor from The Hospital for Special Surgery. My dad was in the hospital for five days, and Moshe came to visit him every day after work. He would spend his evenings with my dad keeping him company to make sure he was okay. My father and Moshe are not just in-laws, they are brothers. Moshe has the type of personality, he makes everyone feel like family.

  Moshe plays a vital role in both of my daughter's lives. When my daughters were younger, they would beg me every weekend to sleep at their grandparent's house. Moshe and Dali always took great care of them, my daughters always wanted to be with them. My daughter Jessica is studying literature and writing in college. She knows how much Moshe adores literature. She deeply admires his opinion, and enjoys exchanging ideas with him. Moshe always encourages Jessica to study hard and strive for excellence. Moshe would call Jessica every day at school to check up on her and talk to her about her schoolwork. My daughter Nicole absolutely adores Moshe and always opens up to him. They have a very special bond. Nicole has a learning disability and she feels like Moshe is one of the few people who truly understands her. He had a big role in finding therapists and tutors for Nicole. Nicole gets ██████ very easily, and Moshe always finds a way to calm her down and put life into perspective.

  My wife and I love and respect Moshe so deeply. When Moshe walks into a room, the room lights up. He has such a warm presence, and he is always smiling and trying to bring brightness into other people's lives. He is someone I try to emulate on a daily basis. I try to be as caring, selfless, and kind as he is. He has always been there for me and always treated me like a son. I will never forget how much he has helped my daughters, my parents, my wife, and myself. When my daughters get married, I hope that their fathers-in-law treat them the way Moshe has treated me.

  At this time, I would like to thank you for the time and effort you have taken out of your schedule to read my letter. I am truly grateful for your time. That being said, I must take a moment to ask you for leniency and mercy on my amazing father-in-law, Moshe. My family really needs him and my children's lives will never be the same until they have their grandfather back. Thank you.

Sincerely,

*[signature]*

Merab Chanchalashvili