Nodari Ajiashvili

███████████

Commack, NY ███

May 5, 2016

Honorable Colleen McMahon
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

Your Honor:

I am writing this letter in reference to Moshe Mirilashvili. I have known Moshe almost 50 years. He is my brother-in-law, married to my sister Dali. You can say that we have grown up together. Moshe is truly a soft hearted and people loving person. His aim in life is to help people, as much as he can, in any way he can.

When he came into our family my parents took him in as a second son. His father passed away when he was 13 and he needed fatherly guidance and love. My father did all he could to fill this void. Moshe became the brother I never had. My father took him in as a son.  Moshe accepted him as a father figure. When my father was diagnosed with ███████████ very early in his life, my entire family turned to Moshe for help and guidance. He researched the doctors, available drugs, different options and was involved in every detail of his treatment. My father became bed ridden for the last 2 years of his life, Moshe did so much to help everyone in this very difficult time in our lives. Talking to the doctors all the time, doing his own research on new treatment methods, new drugs on ███████. He really took care of him as if he was his own father. Moshe asked my mother to move in with them to make her life easier by not traveling from Queens to Nassau County every day, since Moshe and my sister lived closer to the hospital. It made my mother's life so much easier.

Moshe just wants to help people. After he obtained his medical license in United States he had a medical office in Queens where majority of emigrants from Georgia reside. If anyone in the community needed any medical help or guidance, they knew they could go to him. They knew that even if they did not have the money, or medical insurance to pay for their visit Moshe would never turn anyone away. He would treat them free of charge. So needless to say that in the Georgian community he is loved and respected.

On a personal note, 4 years ago at age 53, my wife was diagnosed with ███████ It was such a shock to the entire family. I was at a loss. My children were devastated. I remember that Moshe wanted to hear every detail of her visits with the doctor. ███████████████████████████████████████████████
█████████████████████████ Sometimes encouraging words can put a person on the correct path to healing. With the right treatment and tremendous support from her family she is doing remarkably well. I remember how happy Moshe was with every good news and progress, and always, always supportive.

He is the rock of his family and along with my sister Dali have raised a beautiful family. They met when she was 17, right out of high school. He was a 4th year Medical University student. They fell in love and have been in-love ever since. Moshe is a proud father and not without a reason, he has two amazing daughters – Nina and Margie.  Married to two equally amazing men.

As good as his children are there are three beautiful ladies that have Moshe's heart and soul – his grandchildren. They are the core of his life. Together with his wife they helped raise them, and they are seeing the results of their hard work and dedication to the family. They have grown into a kind, intelligent, respectful, and hardworking young ladies. They adore their grandfather. I see how much he is part of their everyday life and how much they need him.

In conclusion I would like to thank you for your time and compassion.

Sincerely

Nodari Ajiashvili