Nathan Ajiashvili

New York, New York

April 27, 2016

Honorable Colleen McMahon
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

Dear Judge McMahon:

I am writing to you to provide a personal perspective on Moshe Mirilashvili with the goal of helping you come to know Moshe better as a person. Moshe is my uncle. He is married to my father's sister, Dali, and they have been married for over 40 years. He is the father of two great women and has three smart and beautiful granddaughters.

I am 35 years old, a father of two unbelievable children and a husband to an amazing wife. I live in New York City with my family. Like my parents and Moshe, I have a deep love for my family and my community.

For as long as I can remember, Moshe has been a consistent voice and presence for my family and I. No matter the function or life event, be it my graduation from college or law school, birthday parties for my daughter or my son's recent brit milah, Moshe has always been there to support me and celebrate life's great moments. His views of family have resonated with my own perspective on what is important in life and I strive to be as great a father to my children as Moshe is to his daughters.

I will never forget Moshe's lectures and life lessons to me -- he acted just like a father and that is how one should always look at their uncle, as a father-like figure. Moshe always took the time to mentor me on what is truly important in life. The lesson that sticks out the most is love for family and making sure family comes first in your life. Moshe's voice is captured in the way I lead my life – family first. He not only mentored me through his words, but also by his actions. I observed the love and care he shows for his children and grandchildren and he is an example of how all parents should treat and care for their children.

I ask that you take these aspects of Moshe's life into account in passing sentence here and that you show mercy in your sentence.

Sincerely,

Nathan Ajiashvili