**Robert Ajiashvili**

**Forest Hills, NY**

April 29, 2016

Judge Colleen McMahon
U.S. District Judge
500 Pearl Street
New York, NY 10007

Dear Judge McMahon:

     Throughout my life there has not been a single family event or important occasion that happened without my Uncle. In times of celebration - graduation, my wedding or ceremonies to celebrate the birth of my children and welcome them into our faith - he was always there to express his joy and love. In times of sadness he was there to show his support. When I think about the person he is and what he represents, his commitment to family is what comes to mind most often.

     My Uncle stands for so many and many who know him have witnessed his kindness and generosity. Specifically, he was there for me when I first introduced my wife to our family. Knowing that she wasn't of the same religious faith as us, he welcomed her unconditionally and treated her as one of our own from the onset.

     I hope that sharing my observations will assist you in making the appropriate decision in his case.

Thank you for your consideration,

Robert Ajiashvili