Steven Batash

Forest Hill, NY

Honorable Colleen McMahon
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

Your Honor,

Dr. Moshe Mirilashvili is my uncle. I have known him for over fifty years. Our relationship goes back to the former Soviet Union. Upon my grandfather's untimely death, Moshe assumed the role of head of the household in helping his single mother raise his three other siblings, putting them through medical school and helping them start their own families. Moshe was instrumental in helping the family move to the United States.

Once in this country, he worked tirelessly to pass his medical exams in order to work as a doctor. It was a very tough road. However despite many obstacles, Moshe persevered and became successful. He raised two beautiful daughters. However it was his relationship to his community and devotion to his widowed mother that always astounded me. He worked long hours taking care of his patients. He selflessly took care of those in his community who needed medical care and advice. Of course he would do this for free for those who couldn't afford and who had just reached the shores of our great country. He developed an

unparalleled reputation in the community for his dedication and devotion to the wellbeing of his patients. He was known as a charitable man with a heart of gold.

It was however his complete dedication to his mother, my grandmother, that amazed me the most. For the last 28 years of her life, he took care of her every need. She lived with him in his loving home with his wife and daughters. She lived in a loving and caring environment. She never was alone. This heartwarming situation became even more poignant in her later years when her health started to falter. Moshe took care of her physical needs, in addition to supporting her emotional needs.

Please take these thoughts into consideration when you are passing sentence.

Your Truly,

Steven Batash

April 29, 2016