# Maia Batash

Honorable Colleen McMahon
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York  10007

Your Honor,

I have known Dr. Moshe Mirilashvili my entire life. He is my uncle and has been an ever-present loving figure in my life. I remember that as poor immigrants to this country, my parents often relied on Moshe to take me to school and watch over me when they had neither the money nor the resources to hire a babysitter.

He would always greet me with a big smile and a good word. I remember him looking at my artwork as a child, and encouraging me. I remember outings I had with his family and how I always felt wanted and loved and special.

When my mother was seriously ill for 4 years, Uncle Moshe was always by her side, smiling at her, talking to her, encouraging her. He kept hope alive that she would recover and made sure that she always had what she needed. I remember one time, how despite how difficult it was to get her into a wheelchair, Moshe insisted that she needed fresh air and that she must be outdoors every day.

And so we listened. We took my mom in her wheelchair on long walks. My mom would come back from these walks with a smile on her face, and a semblance of hope—that maybe life didn't have to mean lying in a sick bed all day, closed off by four walls and the constant drone of a TV in the background.

We had many ups and downs with my mom's health. And through it all Uncle Moshe was there, holding our hands in the hospital waiting rooms, emergency rooms, and at home. Whenever we needed him he was there. While others came and went, and were around when it suited them, Uncle Moshe was consistently and reliably there for her and for us. She passed away this past year but we will always be grateful to Uncle Moshe for his love.

I hope and pray that you have mercy on him, if for no other reason, than that he is a person who always has had mercy on others. I hope he is able to return to us—his family and community-- soon, because we need him.

Thank you for time Your Honor and God bless you.

Sincerely,

*Maia Batash*

Maia Batash