Dr. Boris Benson

███████████████

Upper Saddle River, NJ ██████

April 22, 2016

Honorable Colleen McMahon
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

Your Honor,

I am Dr. Boris Benson and I am Moshe Mirilashvili's older brother.

For many years, I was the Head of the Anesthesiology Department at St. Francis and St. Mary's Hospitals. I was also the Director of the Jersey City Pain Treatment and Rehabilitation Center. Currently, I am retired mainly due to poor health. Unfortunately, I suffer from ███████████ and ███████████. I am also currently undergoing ██████.

I would deeply appreciate your time to review this letter that I write on behalf of my beloved brother.

Moshe and I grew up in the Soviet Republic of Georgia. When I was 16 and Moshe was 12, our father was arrested, taken from our home, imprisoned and executed for political and religious reasons. Governmental officials confiscated all of our possessions, including our home.

The difficulties Moshe and I endured following our father's execution, made Moshe and I inseparable. Moshe became and remains most dearest to me.

Moshe and I managed to put ourselves through medical school in Georgia and in 1974, we immigrated to the United States.

The first few years as new immigrants were extremely difficult for us. We endeavored, and did, pass our medical exams again, but this time in English, a language foreign to us. We completed our internships and residencies and medical training together.

Despite the fact the Moshe is my younger brother, he was the driving force which allowed me to overcome all of my lives difficulties.

For example, back in the Soviet Union, when I was a young medical graduate, I was called for military duty and Moshe took into his home my wife and 18 month old son and provided the best care for them until my return.

Also, about 25 years ago, I underwent complicated ▮▮▮▮▮. My brother closed his practice for 2 weeks and stayed with me and cared for me during my post operative rehabilitation. He never left my side, and stayed with me day and night.

Further, a few years ago, Moshe and his wife Dali stayed with me and my wife in our apartment in Florida. Their plan was to drive back to NY from Florida after their stay with us for a week. En route back to NY, after having driven for hours, my wife called Moshe in his car to let him know I had to undergo ▮▮▮▮▮. Moshe immediately turned back his car and drove back to Florida to be with me and he stayed with me for another week while I recovered ▮▮▮▮▮

We are four siblings. Two brothers and two sisters (unfortunately, my oldest sister recently passed away). We are all physicians. However, only Moshe volunteered to take in our mother and care for her when we came to the United States. He gave her the best possible care.

Many members of our Georgian community still tell stories to this day about how Moshe would always willingly provide them with free medical care and treatment when need be. He was passionate about his trade and always eager to discuss it with anyone who would listen. At times it would be anecdotal to see him provide to his friends, neighbors and even people he just met, his medical opinion and treatment strategy in treating his patients.

I am deeply saddened and hurt without my brother with me. Unfortunately, now when I need him the most, he is not there for me. The pain I am now feeling is far worse than the pain I feel from ▮▮▮▮▮▮▮▮▮▮

I can imagine it may be difficult for you to see my brother, Moshe, as a decent, good and religious, family man, as well as the best brother and great physician. And I realize I have no right to ask anything of you, but as one human being to another, I humbly beg of you, please do not let this aging man, who is needed by everyone in his family to suffer and end his life in prison, like our father.

Sincerely,

*Boris B. Ben* (signature)

Dr. Boris Benson