**RIVA BENSON**



**UPPER SADDLE RIVER, NEW JERSEY** ▮

September 11, 2016

Honorable Colleen McMahon
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

Your Honor:

My name is Riva Benson. I am Dr. Moshe Mirilashivili's sister in law. After I married my husband, Dr. Mirilashivili's brother, we moved in with my mother in law and her family. Dr. Mirilashvili always showed himself to be the most caring and loving person. He made my adjustment into a new family so easy. Those days have long since passed, but I have a deep and profound love and respect for him to this day.

Moshe was the youngest of four siblings, but had the responsibility of picking up the pieces of his family's life when his father died at the age of twelve. Moshe persevered through hardship and became a doctor in his native country of Georgia. When Moshe and his family came here as refugees in 1974 their struggle to make ends meet continued. Moshe had to take all the medical exams he had already passed in his native country. Moshe's wife and I had to take jobs with our poor English to support our husbands. Luckily, Moshe was able to pass his medical

As time went on Moshe's mother was unable to care for herself. Moshe took her into his home without hesitation. I guess you can say Moshe was the father figure of our family. We called him "Babu" which translates into older father figure in Georgian. It was an important distinction. We all knew the level in which we could rely and count on Moshe. Moshe not only became someone to rely on at home, but his medical opinions were undeniable. Moshe and his three siblings were all doctors but they all looked to him for guidance on a personal and medical level.

Your Honor, I cannot express enough how much Dr. Mirilashvili has been there for my husband and I through his many medical difficulties over the years. Moshe took time off from his medical practice numerous times to be with my husband during many complicated surgeries and hospital stays. He was an enormous source of support and comfort. This comfort could not come from anyone else. Recently, it was so difficult for Moshe to know of my husband's ███████████ ███ █████ █ ██ ████ █ ███████ ███████████ ███ Moshe was heartbroken that under the circumstances of his bail he was unable to be with his brother. Family is everything to my brother in law.

Unfortunately, a few months back, my husband passed away. This has been absolutely devastating to our family. We weren't sure what the impact would be on Moshe if we told him while he was in prison. For that reason, we kept his death a secret for fear of the emotional toll it would take on Moshe's self and well-being. About a month ago his children told Moshe the news of his brother's passing. He did not take the news well. My brother in law has been there for me and my husband through every good and bad moment of our lives but he was not there to share in my grief. Moshe has always taken care of our family. Not having him there during the funeral, sitting shiva and all the days that have followed have been so hard. Moshe was not only a source of comfort for my husband during his trying medical issues but a great caregiver and friend. Nothing will ever be the same for any of us again. Not having Moshe here as a source of support for me is devastating. My greatest sadness is that the brothers did not see each other before my husband's death. Our family feels broken without the support of Moshe at home. He is the glue that keeps us connected.

Please Your Honor, whatever leniency you can bestow upon my brother in law would mean the world to me. I love him so much. I know his character and his worth to our community and this world. He is a man of great love for people and his family. Thank you so much for your time.

Sincerely,

Riva Benson