April 15, 2016

Honorable Colleen McMahon
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 1007

Dear Judge McMahon,

I am deeply moved and very pleased to be given the opportunity of conveying an unfamiliar side of Dr. Moshe Mirilashvili to Your Honor. I have known Dr. Mirilashvili for over forty years and can honestly say that not only he is known to be a very caring and extremely competent physician, is he also a devoted, loving husband, father and grandfather. His charitable medical deeds have resonated within our community for numerous years however, I would like to share one particular event with Your Honor, that has most significantly effected mine and my families lives.

A little over thirty years ago, without any medical coverage and much financial resources as a young mother of two children I had a severe episode of a ▮▮▮▮. As a critical patient, I was rushed by ambulance to the emergency room at Deepdale Hospital at 2 am. It is not uncommon that overwhelmed with patients, hospital emergency rooms lack closer attention, and often what might be the most prudent course of action, can be overlooked. By pure luck, Dr. Mirilashvili was a resident doctor in the emergency room that night. ▮▮▮▮

███████████████████████████████████

███████████████████████████████████

During my hospital recovery and long after Moshe continued offering his medical care, time, and undivided attention without any monetary reward. His kindness and compassion will forever be appreciated and never forgotten.

In conclusion Your Honor, I would like to say that to this very day, after over thirty years, my husband Jacob with tears in his eyes always says that, Moshe was an angel sent by G-D to help save my life. My family and I hope and pray that his good and charitable deeds will not go unnoticed and help him and his loved ones during these very difficult times.

Yours Truly

Lea Elashvili

*Lea Elashvili*