

בס"ד

**Congregation of Georgian Jews**
Forest Hills, NY

June 23, 2016

Honorable Colleen McMahon
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

Dear Judge McMahon,

My name is Joseph Patarkatsi. I am writing this letter to urge leniency in the sentencing of my long time friend Mr. Moshe Mirilashvili. In the 35 years that I have known Moshe, he has been a constant source of compassion and kindness.

I am the President of the Congregation of Georgian Jews. Moshe is a vital member of our community. Throughout his entire life in the United States, Moshe has always offered support to families in need. He is always looking for ways to help people in our congregation. He is very important to our community. His absence is felt deeply.

Moshe has always been there for my family and me. Our daughters were best friends growing up, and both Moshe and I tried our hardest to make sure our children received schooling from yeshivas. When my wife's brother in law and nephew were killed in a car accident, Moshe was there by my side to give my family moral support. He is willing to lend a hand in times of need, and excited to support us in times of celebration. When we were new immigrants in the United States, Moshe and I were neighbors. Moshe was always there to offer his medical help to people in our neighborhood at any time of day.

Your Honor, thank you for taking the time to read my letter. Moshe is an incredible friend, neighbor, and leader. Our community respects him and relies on him. Again, thank you for reading this letter.

Sincerely,

Joseph Patarkatsi
President of CGJ

