# CONTINUED EXHIBITS

# TO DEFENDANT MIRILASHVILI'S

# SENTENCING MEMORANDUM