# Chabad Association for Georgian Jews

ב״ה

New York , May 6, 2016

Honorable Coleen McMahon
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

Dear Judge McMahon,

My name is Rabbi Aharon Chein and I am the Rabbi and Youth Director of the Congregation of Georgian Jews. After receiving specific instructions in 1992 from the famous Lubavitcher Rebbe, Menachem Mendel Schneerson, I opened the Chabad Association for Georgian Jews.  I am writing to respectfully request leniency in the sentencing of my dear friend, Moshe Mirilashvili.

Moshe was always well spoken and had a particular passion for helping others in need. Moshe's combination of kindness, gentleness, and generosity is truly unparalleled. I have known him for over 20 years, and I am still in awe of his character. He approaches people with so much grace and humility. He is consistently ready to offer his help and advice to anyone in need. When our congregation was first developing, Moshe played an important role. He donated money to assist us with building our wonderful synagogue. His excitement was infectious and he encouraged many new immigrants to become a part of our congregation.

While many members of our congregation were struggling, Moshe helped as much as he could. Whether it was assisting someone to find a job, or giving someone medical advice at any hour of the day, Moshe was always ready offer himself. To this day, Moshe continues to do all that is in his power to help people.

He cares deeply about the Georgian community, and he also cares deeply about his family. His core consists of his wife, two daughters, two son-in laws, and three grandchildren. He is a man who has profound family values. His family serves as a vital dimension of our community. Moshe sets a matchless example for our congregation. He is widely recognized as a highly sensitive and good-natured man.

I hope that you will consider the empathy, courage, and charity of this wonderful man during this time. Thank you for your consideration.

Respectfully,

Rabbi Aharon Chein
Chabad Association  for Georgian Jews