

**TREND RESEARCH AND CONSULTING** LLC

May 7, 2016
Honorable Colleen McMahon,
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

Dear Judge McMahon,
My name is Timur Alasaniya. I am a life-long diplomat and international civil servant and presently the Managing Partner of Trend Research and Consulting, an international consulting firm in New York.

It is with a heavy heart that I write you this letter on behalf of my childhood friend - Moshe Mirilashvili. It is not every day that a person, whom you have, and continue to trust, admire and hold as a role model for your kids faces such a punishment.

I have known Moshe from the streets of Tbilisi, Georgia, where we played, shared small disappointments, rejoiced at each other's success and dreamed big, especially of distant America, about which, we knew very little. Ours was an ordinary friendship of two neighbors growing up together under an oppressive regime.

Although for us it was a stroke of great luck that we both made it to this country, this is a typical American story. And Moshe was determined to make good on a chance he was given. To my knowledge he never waivered or had any doubts as to how to make his life useful to his family and his new fellow countrymen.

Whence, his choice of working in the medical profession. Through a hard work, dedication, honesty and humility he practiced his trade for more than 40 years.

During these years he formed a remarkable family based on strong moral values; with two wonderful daughters, who grew into productive, successful professionals and good, caring mothers themselves. The Mirilashvili family was and continues to be a pillar of Queens' Jewish community.



**TREND RESEARCH AND CONSULTING** LLC

But all these are the visible sides of success. What you find inside is a simple man, who people would turn to and ask for help and advice. He gave both selflessly and generously. What people will tell you is his amazing sensitivity to human pain and suffering, which he knows so much about literally and professionally. But due to his inner modesty, he never made any of them publicly celebrated, although these acts were well known. When talking about his big heart and modesty, some happy and some sad stories come to mind, which I want to share with you.

Back in the mid 90's our native Georgia was in political, economic and social disarray and ordinary people were suffering. Moshe organized medical supplies for the population there, especially vaccines for children's immunization programs.

Around the same time the Jewish community of Georgia found itself victim to military actions in the country. Moshe worked tirelessly to get the effected families to safety. He mobilized the New York Georgian Synagogue, advised and spearheaded petitioning the Secretary General of the UN and the High Commissioner for Refugees and did not rest until his conscious was clear that he has done his due as a citizen, as a Jew.

One day, in 2001 I received a surprise call from him suggesting we should head the collection of medical and humanitarian cargo for the victims of earthquake in mountainous Georgia. He also offered his help for a post-traumatic rehabilitation program.

However, Georgia does not limit his curious nature and pro-active stand in life. When I was the Secretary of two important United Nation Special Conferences he was my most staunch supporter and severe critic. These two events covered the issues, which he knew well and cared a lot about. One was a Second Special Session on Children and another on Persons with Disabilities. We at the UN aimed at creating totally new standards for children's health care, education and general well being in the world, as well as new, much higher levels of general care for persons with disabilities, creating for them opportunities for re-integration into society, forming friendly, tolerant environment.

Needless to say that I, not being a medical doctor, heavily relied on Moshes advice, knowledge and professional honesty. At the same time he never hesitated to give me straight, unmitigated assessment about where we, at the UN were not reaching



**TREND RESEARCH AND CONSULTING** LLC

the expectation of people at large. Through these processes I saw my friend from a different angle. I came to value his opinion on many medical issues at hand, as well as on ethical and moral values by which we were supposed to be guided.

Your Honor,

I am not a writer or publicist. I am an ordinary person asking lenience for his friend. For whatever he was found guilty, he is already paying the heaviest price of pain and anguish he caused his most beloved people – his wife, daughters, grandchildren, relatives and friends.

For us, who love him and admire his life-long work and achievements, you are our last hope for mercy. We trust your wisdom and rely on your humility.

Respectfully,

*[signature]*

Dr. Timur Alasaniya

Head of Disarmament and

Peace Affairs, United Nations (retired)

New York, NY