April 25, 2016                                              Solomon Kobiashvili

                                                            Staten Island, NY

Honorable Colleen McMahon
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

Your Honor,

My name is Solomon Kobiashvili. I am a nuclear physicist and former Georgian Assistant Secretary of Commerce. I have known Dr. Mirilashvili for forty five years. I grew up knowing his parents and his wife's parents. Dr. Mirilashvili comes from a wonderful family where hard work and family values are highly regarded. They remain a very strong unit. Dr. Mirilashvili is a very important part of that family dynamic. He has always been the one to step in whenever anyone in his family was in need of anything.

When I finally came to this country Moshe was such a help to me and my family. When you emigrate from another country it feels like you die and are being reborn again. Whatever help I needed he provided to me and my family. Even when he didn't have a lot, he was so generous with his time and was always someone who would listen to my troubles. He provided us with medical help when we came to this country and had no medical insurance. It was such a relief to know that someone understood our struggle and was willing to help.

Dr. Mirilashvili has two amazing daughters. He made sure that they were educated and always appreciated what they had in this country. He has three beautiful granddaughters who look to him for moral guidance and support. They look up to him and love him so much.

Your Honor, I truly appreciate you taking the time to read this. I cannot express enough what a wonderful and generous man Dr. Mirilashvili has been and remains to this day. Thank you for your consideration in this matter.

Sincerely,

Solomon Kobiashvili