Ambassador extraordinary and plenipotentiary,
Member of the International Academy of Informatization and
Georgian academy of law,
Doctor of law.

Honorable Colleen McMahon
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

May 17, 2016

Dear Judge McMahon,

    I have known the Mirilashvili family since the 1960s from the city of Tbilisi. My wife studied in the same class as Moshe's older brother, Boris. They were a well-know, friendly, and traditional family. Moshe's father, Beno, lost his life early on, because of Soviet authorities. Their children (they had two boys and two girls) were very closely knit. All of them completed medical school like their father, and have families of their own. When Moshe saw an opportunity to leave the USSR, he became the main initiator and organizer for the family's departure. For many years we lost contact. It wasn't until 1993, when I was sent as the Georgian ambassador to the United States and permanent representative to the United Nations, that we met again.

    When Moshe's granddaughter turned one-year-old, he organized a huge unforgettable celebration for her. His entire family was present. His sisters and his brothers came along with their own family, friends and U.N. ambassadors and international employees all gathered in his home in Long Island. Everyone knew what an amazing grandfather, father, and husband he was and I can truly say that he is the head of the family.

    At that time I worked in the United States for over 9 years and throughout that time we have stayed in touch. I would like to note his professionalism; my family had a good insurance and a well-known doctor to care for us, but my wife always consulted him on health topics. After returning to Georgia, my wife continued to ask him for advice. His love to help others is an admirable trait not many have.

Moshe is very proud that he is a citizen of the USA, and that he raised his children well and given them the best education possible. Above all, he is proud that they have achieved so much in life. He always speaks fondly of the country he raised his children in and he is proud to be a citizen himself.

*Peter Chkheidze* (signature)

Peter Chkheidze