1148

G3EMMIR5                          Torres - direct

1   Q.  Were you ever a patient of Dr. Moishe Mirilishvili?

2   A.  Yes, I was.

3   Q.  Approximately when?

4   A.  December of '13.

5   Q.  For how long a period of time did you see him?

6   A.  Fifteen months.

7   Q.  And why did you see Dr. Mirilishvili?

8   A.  For pain management.

9   Q.  Can you describe what your issues were back at that time?

10  A.  I have pain in my right knee, I have carpal tunnel in my

11  left hand, and in my lower back.

12  Q.  Prior to seeing Dr. Mirilishvili, have you had any surgical

13  procedures?

14  A.  Yes.

15  Q.  What were they?

16  A.  I had knee surgery, I have three screws in my knee, I had

17  carpal tunnel surgery, and I had injections in my back.

18  Q.  And those at that point in time, at the end of 2012 into

19  2013, you believe were causing you pain?

20  A.  Yes.

21  Q.  Did you have a primary care doctor at that time?

22  A.  Yes, I did.

23  Q.  Who was that?

24  A.  Winifred Egbuna.

25  Q.  Where did you see Dr. Egbuna?

SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300

1162

G3EMMIR5                      Torres - direct

1   detects which muscle, nerve damages, and what levels.  You see

2   that?  It's right above the word findings.  Is that the kind of

3   test that you remember being done on that day, an EMG?

4   A.  Yes.

5   Q.  Who performed that particular test?

6   A.  The doctor, Egbuna.

7   Q.  Did he have anyone assist him?

8   A.  I don't remember his name.

9   Q.  A man, a woman?

10  A.  A man.

11  Q.  He assisted the doctor with a machine in putting the

12  needles in to test your nerves?

13  A.  Yes.

14  Q.  After that test did the doctor explain the results to you?

15  A.  The following visit.

16  Q.  At the following visit.  In addition to having that test

17  performed, did he also ask you questions about how you were

18  doing on the medication at that time?

19  A.  Yes.

20  Q.  How was your pain at that point?

21  A.  It was like -- it was a little relief, but not, you know,

22  that good.

23  Q.  Did you begin taking the medication?

24  A.  Yes.

25  Q.  When you returned for a third visit, by that point did the

SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300

1163

G3EMMIR5                          Torres - direct

1    doctor explain the findings of the electrical test and nerve

2    test that you had done?

3    A.  Yes.

4    Q.  The previous visit.  And did he continue to prescribe the

5    same medication?

6    A.  Well, he brung it up.  I was getting two times a day.  Then

7    he brung it up three times a day.

8    Q.  On a subsequent visit he increased the prescription from

9    two times a day oxycodone to three times?

10   A.  Yes.

11   Q.  Did you continue to take the medication?

12   A.  Yes.

13   Q.  You said that you also attended physical therapy, is that

14   right?

15   A.  Yes.

16   Q.  Did you attend physical therapy at Dr. Mirilishvili's

17   office?

18   A.  Yes.

19   Q.  Approximately how many times?

20   A.  Three to four.

21   Q.  Now, did you always pay for your medical visits with Metro

22   Plus Medicaid?

23   A.  Only one time I paid cash.

24   Q.  You paid with Medicaid --

25   A.  At all times.

SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300

1164

G3EMMIR5                         Torres - direct

1   Q.  Except for one time.  Why did you pay cash for that one

2   time?

3   A.  Because they had cut off my insurance.

4   Q.  Why was that?

5   A.  Because of too much income coming in the house.

6   Q.  Were you able later to reapply and get new insurance?

7   A.  Yes.

8   Q.  That was Metro Plus?

9   A.  Yes.

10  Q.  After you were reinstated with the insurance, were you able

11  to continue to pay Dr. Mirilishvili's visits by insurance?

12  A.  Yes.

13  Q.  When you stopped going to Dr. Mirilishvili, when was that,

14  approximately?

15  A.  The last visit was March of '14.

16  Q.  Was there a reason that you stopped going?

17  A.  Because it started to affect my stomach really bad, and

18  sometimes when I would go there there is like too many patients

19  and he couldn't see me that day, so come back the next day.

20  Then I just got tired of going.

21  Q.  Then you started going seeing a different doctor?

22  A.  I went back to Lincoln for physical therapy.

23  Q.  You continue to take the pain medication today?

24  A.  No.  Now I'm on a different one.

25  Q.  Different pain medication?