G3E7MIR4                    Medina - direct

1    A.  I did not want to go to the hospital again.  I didn't want

2    to have an operation.  It was painful.  I can't walk.  The

3    right knee was painful.  And it's still, but I'm trying to

4    survive.  Too much.  Painful.

5    Q.  I'm going to ask you some questions now about your patient

6    visit with Dr. Mirilishvili, and we will start the first time

7    you went there.  Can you describe what the office looked like

8    in the Bronx when you went to visit him?

9    A.  It was a little crowded because I find out there was more

10   than one office there, I think.

11   Q.  Were there other doctors in that office?

12   A.  Another doctor.

13   Q.  OK.  And when you went to see Dr. Mirilishvili, did you pay

14   by insurance or cash?

15   A.  I paid cash.

16   Q.  Why is that?

17   A.  Because I found out he didn't take my insurance.

18   Q.  What insurance did you have?

19   A.  Aetna.

20   Q.  So, why did you decide to pay the doctor rather than find

21   another doctor that took your insurance?

22   A.  Because my daughter told me it was a good doctor.  She was

23   very sick, and she saw me suffering with the pain.

24   Q.  When you went to see the doctor for the first time, can you

25   tell us a little bit about how that visit went and what

1130

G3E7MIR4                        Medina - direct

1    happened inside the doctor room.

2    A.  At the beginning, the first office, it was a lot of persons

3    like I told you, and in the other office as far as I know, my

4    experience, when I went there it was quiet, not -- the time I

5    went there there was --

6    Q.  I'm sorry, but let's take this one at a time.  I'm asking

7    initially when you went to the office in the Bronx for the

8    first time, describe the patient visit when you were in the

9    office with the doctor.  What did he do?  What did he do during

10   your patient visit?

11   A.  What did he do?  We was in his office, and when we entered

12   into the office he examined me like a regular doctor, and asked

13   me questions, asked for the paper for the hospital.

14   Q.  Did you give him anything?

15   A.  Yes, I gave it to him.

16   Q.  What was it?

17   A.  It's a paper from the hospital like the paper, the history

18   what happened to me, what they did to me.  I can't find those

19   papers.  I don't know what happened, what they did in the

20   office.  I don't know; I can't find it.

21   Q.  So after you gave the doctor your paperwork from the

22   hospital, what happened next?

23   A.  He examined me.  He told me to walk, to bend down.  He

24   examined the knee, both, because I was feeling pain in the one

25   with the operation.  And he did everything like the doctor used

SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300

1137

G3E7MIR4                          Medina - direct

1   Q.  Why didn't you go?

2   A.  I don't know.  I was lazy maybe.  But I exercised at home.

3   I did it at home.  But I didn't go; I didn't go to the

4   hospital.

5   Q.  Did you explain that to him?

6   A.  No.

7   Q.  No?

8   A.  He didn't know.

9   Q.  He didn't know.

10  A.  No.

11  Q.  And what else happened in those later visits?  Did the

12  doctor ask you about the medication and whether you were taking

13  the medication, whether it was helping?

14  A.  Yeah, he asked me.  He asked me.

15          MR. DISKANT:  Objection.

16  A.  He asked me how would I feel.  I know as soon as I take the

17  medicine I feel better, but I took like the one month ago

18  there.  I took the medicine, but I took it in my way.  Instead

19  of taking it twice, sometimes I take twice in the day, but

20  another day I take one, because I know how I feel because it's

21  strong medicine for me, you know.  And I didn't tell him that I

22  didn't take it.  But I used to take it the way he said, but I

23  feel better because the pain went down.

24  Q.  OK.  So you sometimes didn't take it twice a day as he told

25  you.