|                |                  |
|----------------|------------------|
| DATE:          | July 10, 2014    |
| START TIME:    | 7:36 AM          |
| DURATION:      | 47:19 (KEL)      |
| PARTICIPANTS:  | ABRAHAM CORREA   |
|                | DAMON LEONARD    |

*(0:00:00.0-0:00:34.0 No spoken audio.)*

**Moderator:** (0:00:34.1) Today is July 10th, 2014. Time is 7:36 AM. I am Detective Lebron along with TDS members and CS14148092.

**Another Speaker:** I bet we ID.

*(0:01:00.1-0:15:24.0 Mostly background noise with indiscernible background conversation.)*

**Abraham Correa:** Yes. You there? Don't fuck with that. Stop. That other shit though... It's time to, you know what I mean? ... Get that shit together.

**Abraham Correa:** Art.

**Abraham Correa:** Oh no.

**Abraham Correa:** Yo.

**Abraham Correa:** Yo, what happened?

**Abraham Correa:** *(0:16:05.9 Inaudible/away from mic.)*

*(0:16:10.6-0:19:27.2 No spoken audio.)*

**Abraham Correa:** Steve.

**Abraham Correa:** What's up, dude?

*(0:19:33.6-0:20:08.6 Indiscernible conversation.)*

**Damon Leonard:** Yo, Blood.

**Abraham Correa:** What's up, papi shampoo?

**Damon Leonard:** Let's blaze, B.

**Abraham Correa:** *(0:20:12.7 Unclear/mic interference.)* I have to wait until about 8:00.

[Opening gate]

*KEL recording* 1

**Abraham Correa:** Why do you have to come back at 8:30? *(0:20:17.6 Foreign language.)*

**Damon Leonard:** Gets on my nerves. It does. *(0:20:26.8 Inaudible/speech volume.)*

**Female Respondent:** *(0:20:27.2 Foreign language.)*

**Abraham Correa:** *(0:20:30.2 Foreign language.)*

**Female Respondent:** *(0:20:34.0 Foreign language.)*

**Damon Leonard:** What is she saying stupid now, ho?

**Female Respondent:** *(0:20:38.1 Foreign language.)*

**Damon Leonard:** What is she saying now? I know she's saying something dumb.

**Abraham Correa:** She's saying you don't have to act like that, with all that shit.

**Damon Leonard:** Act like what?

**Abraham Correa:** The attitude or whatever.

**Damon Leonard:** Just tell her 8:30. I mean, you know, that's why I don't fuck with her. You tell her in a minute I'm going to tell papi shampoo is going to sit in that mother fucker.

**Abraham Correa:** She has a fucked up attitude too.

**Damon Leonard:** I'm going to tell him. In a minute, yo, he's going to come back in here. I'll tell him.

**Abraham Correa:** She has an attitude too.

**Damon Leonard:** You know what I'm saying? There's nothing fucking with the doctors, not in there.

**Abraham Correa:** Yes.

**Damon Leonard:** She thinks she's running shit, but I'm about to tell him. *(0:21:10.5 Inaudible/mic interference.)* I'm about to tell him, about to tell him and see what he would say.

**Abraham Correa:** Fool's crazy...

**Damon Leonard:** You know if you make that shit, you would clean that shit off, and you would *(0:21:17.5 unclear/speech pattern)* quick now man. No traffic, naw, no traffic. He be rushing, like, you know. He be rushing. He be rushing to get here. Like, for what? Come at 8:30 bro. It's summertime. Come 8:30, 9 o'clock *(0:21:30.4 unclear)*, what the fuck you ain't missin nothing. *(0:21:31.2 unclear)*?

*KEL recording* 2

**Abraham Correa:** *(Laughter.)*

**Abraham Correa:** You know, he's crazy.

**Damon Leonard:** He thinks he's missing something, bro. He really thinks he's missing something. I've never seen a doctor like this. Jomarys is at the other joint, she says she has Tuesdays off----

**Abraham Correa:** Probably just started working there.

**Damon Leonard:** The doctor don't be mad if you don't got any papers like that. I know it's not the same doctor, but still. (20:58 unclear) I'm no expert. He does it because he's a HIV patient, so he could almost like the same shit.

**Abraham Correa:** She's working with Cedeno *(0:22:05.1 sp?)*, right?

**Damon Leonard:** Huh? *(Questioning.)*

**Abraham Correa:** She's working with Cedeno?

**Damon Leonard:** (22:07) I think so. I think so. But the thing is, this nigga be like, you know what I mean, like this nigga acts like he be dying. Like he ain't making no money. Thirty fucking years you doing this; you gotta have over fucking, almost a million dollars doing this shit.

**Abraham Correa:** (22:21) *(Laughs.)*

**Damon Leonard:** (22:22) It's fucking crazy man. The other day, picture the bitch going off, talking about, oh, the PMP, right?

**Abraham Correa:** Yeah.

**Damon Leonard:** If a new patient comes in here and they haven't been anywhere in six months and nothing shows, this paper has been saying this shit for a while. He's going to tell me, "Oh, uh, the paper's supposed to tell you, something's supposed to come up." So the other guy, Frank, and, you know, I spoke to him yesterday. Frank, you know, he's real what you call the PMP. He calls us if something's not right. If I can't get it, something comes up on his little thing, and this person checks it like this, and it may come up, it'll come up with a... So long story short, long story short, he come up with whatchacallit talking about, oh, I'm getting crazy like J. I'm not supposed to write with a PMP. I said, "You dumb dickhead, when you spoke to the people from the DEA about the fucking PMP, they said that if you visit the PMP, and nothing comes up, you just write that. You just write on the thing that you viewed it at the desk, and you send it off." That's it. You know what I'm saying?

**Abraham Correa:** (23:21) Yeah.

**Damon Leonard:** (23:21) Oh, whatever. And he said, "Sometimes people's names might be backwards, or whatever, try a different way. Sometimes it comes up with a

*KEL recording* 3

middle initial." Like, whatever, you know. So, so now he's going to come here and talk about, oh, I'm nuts. Well, I said, "Doctor, you know---" But when you say shit to him, he don't... I think he was...At first he was mad cause the phone wasn't working. He think I did something to the phone. Oh, you getting like J; you're taking the phone. I said, "Doctor, why the fuck would I want to take the--- For what reason? For what reason?" So, come to find out cable was fucked up for like four or five hours, about six hours. They were in the ground doing something.

**Abraham Correa:** (23:58) In the area?

**Damon Leonard:** (23:59) Yeah, so the shit, so finally the shit popped up, shit popped up or whatever it may be; and he was like...when he heard the phone ring, he was like check it, might be...The PMP was down. Mean like, I couldn't get...So we were seeing patients... Not like, you know, a patient comes... But all the things that--- We don't want them.

**Abraham Correa:** (24:16) Yeah.

**Damon Leonard:** So we saw without the thing, and finally it popped up, and... Oh shit, that's the funny thing; I gotta look out. I'm glad I said that. I gotta...what's her name...I got. I'm glad I said that. I gotta go on the other schedule, the schedule and pull those PMPs up and put them *(0:24:34.2 inaudible/mic interference)*. He was so fucking retarded for dumb shit like that. I'm telling him, "Yo doc, you know, I need...the phone, the phone is fucked up. The phone is fucked up. The wiring and everything, like, you know, we got room for the cable?" You'll find the cable got the cable, but you know, the phone rung and everything was working. So he felt like a fucking dickhead. He felt like a fucking dickhead mind you. This nigga's the worst. (24:57) You're going to tell me--- oh, like, he's yelling. He comes in yelling, and he's out there. Then I go, "Doc, you don't have to yell at me outside in the street. Like, come on, Doc. You know, I understand you get mad, but you have to learn how to respect. Don't look at people like they're a piece of shit."

**Abraham Correa:** (25:08) Yeah.

**Damon Leonard:** Because if somebody yells at you, you don't like that. You don't like when you yell back, and I'm going to say something; people don't like that. But he thinks because he's paying you, you're supposed to *(0:25:16.1 inaudible/speech pattern)* can talk to you any way. I said, "Let me explain how much I'm a human being. I ain't no piece of shit. (25:20) I don't need you to pay me. Let me explain that to you. I ain't the fucking help. Let me explain that to you, brother. I'm not the help."

**Abraham Correa:** (25:27) Your leave is over *(laughs)*. Come in here *(joking)*.

**Damon Leonard:** I'm going to tell him. I said, "Yo doc, you think that we are just gotta hire somebody; you fuck--- I'm telling you. You think it's just that easy."

**Abraham Correa:** That's crazy.

*KEL recording 4*

**Damon Leonard:** I said, "I respect you, you know what I'm saying, but don't *(25:41 inaudible)* don't diss me. I said Doc, I'm like yo, I just said, "Every time you try to explain something, you don't want to hear nothing. You don't want to hear nothing. Nobody's got to say that's not right. Remember you said, 'Oh, there's always two sides to a story.' So when you say what you gotta say, the person shut up and let you talk. Let them talk too. Every time, 'Oh, you don't want to listen to me.'" No, I don't want to hear you. You're 66 and you more wiser. That shit is bullshit.

**Abraham Correa:** (26:08) He thinks he knows everything.

**Damon Leonard:** Yeah, that's bullshit. Because you're a fucking doctor, you think that you more educated than everybody. Fuck out of here. You just racist—the only one who got common sense. Fuck out of here with that.

**Abraham Correa:** That nigga's crazy.

**Damon Leonard:** So he said, "Damon Leonard, don't mind me." I said "Doc, I don't even get mad at you anymore. I don't pay your ass no mind for telling me something---"

**Abraham Correa:** *(Laughs.)*

**Damon Leonard:** "I'll let you talk." If I feel I need to say something, I'm going to say something.

**Abraham Correa:** Hell yes.

**Abraham Correa:** That's a fact; (26:21) he don't like feedback.

**Damon Leonard:** Huh? *(Questioning.)*

**Abraham Correa:** He don't like feedback.

**Damon Leonard:** No, he don't like it. He likes you to look dumb.

**Abraham Correa:** Just look dumb.

**Damon Leonard:** (26:38) I don't work like that. I go, "Doc, you know what I'm saying?" So, that was that. Come to find out on the fucking cable. Call the cable people. Tell the cable people, "If you don't come right now, we're going to change it." I said, "Doc, you expect this shit, nigga, they got fucking, they got schedules they keep every day."

**Abraham Correa:** (26:58) That nigga's the fucking worst though, bro. That nigga is the worst. We independent; it's coming.

**Abraham Correa:** I just can't *(0:27:02.3 inaudible/mic interference)* fucking---

**Damon Leonard:** (27:03) I talked to a couple people, but you know me. But, to be honest with you, in here, I just try to be careful with people, man. I don't really talk to people about shit---

*KEL recording 5*

**Abraham Correa:** That's why I'm trying to fuck with this dude. I'm not trying to fuck with any of these motherfuckers.

**Damon Leonard:** Yeah.

**Abraham Correa:** I'm about to get out of the fucking *(0:27:16.2 inaudible/mic interference/crosstalk)*.

**3rd Male:** I'll have something today. I'll call you today. I'll have something today.

**Abraham Correa:** I said, "Let me know what you're looking for, nigga; we work something. Because I ain't gonna to lie. I know the C-town, I'm getting, I'm getting at least, depending on what I'm paying for it, at least three points on some.

**Damon Leonard:** Yeah.

**Abraham Correa:** But as long as I'm eating, I'm good.

**Damon Leonard:** Yeah.

**Abraham Correa:** You know how that shit goes---

**Damon Leonard:** Yeah, I know.

**Abraham Correa:** It's not like I gotta be on the block with that. I'll get them, I'll get them from you; I'll go over there, and I'll go sell them to the next nigga, and that's it. Give me a number where you, where you comfortable where I can--- you know, it don't gotta be a lot. You do 200, 300 a week or whatever---

**Abraham Correa:** Yeah, that nigga always---

**Abraham Correa:** Aside, aside from what I'm getting from everybody else, I'm good.

**Damon Leonard:** (27:47) Nigga, Auggie, we bragging. Supposed to have some shit up in there, some shit up on *(0:27:56.2 unclear)* and Yonkers, whatever it may be. He told me like two weeks ago. I didn't want to listen to it too much because, I'm like, okay, I thought it might get ugly *(0:28:02.3 unclear/speech pattern)*. I know. I know. We right, you know what I'm saying, you know. (28:09) I ain't trying to be involved with nothing else, man, you know what I'm saying.

**Abraham Correa:** (28:12) Why, he have another doctor?

**Damon Leonard:** Huh? *(Questioning.)* Yeah.

**Abraham Correa:** What, he's working at another doctor?

**Damon Leonard:** No.

**Abraham Correa:** Or he's taking people to another spot?

*KEL recording 6*

**Damon Leonard:** Yeah... *(0:28:21.1 Unclear/speech pattern.)* Nigga dumb, nigga.

**Abraham Correa:** *(Laughs.)*

**Damon Leonard:** (28:24) A couple of weeks ago, Jomarys *(0:28:25.7)* said, "Nigga, now you know you were with her. You're supposed to be showing you ain't getting no money." She said, "Nigga had a fucking Cuban link chain on; shit's like 8 grand, she said." I'm like, this nigga's retarded; you drove *(0:28:36.6 unclear/speech pattern)*. This nigga's retarded. But you don't get, you want to do nothing for the child.

**Abraham Correa:** (28:42) That nigga's crazy.

**Damon Leonard:** So she said that he had told me, but I didn't tell her; I ain't say nothing to her about it. She wound up saying he told her he got another spot. You know, I'm like, this nigga's a fucking idiot. I said, "Yo, if she wanted to be really fucked up, she'd call the police and say, 'This is what a nigga is doing.'" You know what I'm saying, you stupid. Like, you know what I'm saying?

**Abraham Correa:** You know you have to get somebody in here---

**Damon Leonard:** *(0:29:02.0 Unclear/crosstalk.)*

**Abraham Correa:** You got beef when you're giving her information.

**Damon Leonard:** (29:08) Yeah, you stupid. So he asked, he asked Dorian--- Oh, Dorian came and told me yesterday, yo Dame, questioned me, "How are things doing up here?" I said, "What, you want to see, you wanmt to see like shit fail since he been gone?" Might give a fuck... This shit's still going to run. It's just that me, I've been a little more different. I been trying to make sure the shit doesn't run ragged. I ain't trying to be caught with one eye out; I don't fuck with nobody. You know what I'm saying, like, niggas be trying to come in your game. I only fuck with who I fuck with. I'm telling you, it's like when Dogs and people come, I tell them, I only talk to Mitch about you.

**Abraham Correa:** Right.

**Damon Leonard:** (29:43) Those niggas don't seem to understand somebody ran off with their shit yesterday. Some dude ran off with their shit. Dogs' niggas are mad. Some nigga over there on Melrose in the Bronx, and I seen the, I seen the ZIP code lying next to me. It's gotta be, it's gotta be... Man, I don't understand. I'm looking at that ZIP code, and he said, "Melrose." "But Melrose doesn't run where you are because it cuts off. As soon as it goes over the bridge it becomes West Avenue." So I don't know where the fuck he's at out there on Melrose, unless he--- I don't know, anyway...

**Abraham Correa:** On like one six first and then *(0:30:16.4 inaudible/crosstalk)*.

**Damon Leonard:** *(0:30:14.8 Inaudible/crosstalk.)* Yeah, *(0:30:16.4 inaudible/crosstalk)*. So anyway, niggas are mad. So, Mitch called me, and somebody brung the dude in. One of their patients brung him in. Mitch called me saying, "Yo, Dame, you heard what

*KEL recording 7*

happened? (30:29) Yo, they caught..." I said, "Yo, Fam, the thing is now, if I don't verify nothing, the doctor verifies everything. So, if the pharmacy call, I click it over to him. So, I don't know if they called for him or whatever it is, or he verified. So, they mad. So, the dude that brung him was mad yesterday, too, and he was here all day. So, I don't know if Mitch is--- I don't know if he was waiting. See, because I'm not your fam. Well you're waiting for him to come back? You think he's going to come back over here? Nigga's not coming over here.

**Abraham Correa:** He's not coming over here. *(0:31:00.5 Inaudible/crosstalk.)*

**Damon Leonard:** He's not coming back over here. That's *(0:31:01.8 unclear/speech pattern)*.

**Abraham Correa:** He'll come back next month.

**Damon Leonard:** (31:07) Yeah, so, so, I guess he was mad because the doctor said PT. He told me he didn't have to do it because, yo, he thought he'd get more money. *(Laughs.)* I said, "At the end of the day, at the end of the day, I don't know." All I know is I said, "I told Dogs. Dogs, you're doing too much. You're doing too much. Every day you want to bring in new, every day, every day." You know they got a setup where you go... Remember that, remember the guy who use to come with the one eye and the urine on you?

**Abraham Correa:** (31:32) Yeah.

**Damon Leonard:** The tall guy with one eye, you know he got his own clinic, right?

**Abraham Correa:** His own clinic?

**Damon Leonard:** His own clinic, yeah. Like physical therapy, whatever it may be. It's down in Harlem. So, I guess they have that, and then they have this other place where you *(0:31:49.5 inaudible/coughing)*. Dogs send you, Dogs send you to get the others, like six, seven other scripts. I had some problems with that.

**Abraham Correa:** All from that doctor.

**Damon Leonard:** (32:00) He *(0:32:00.5 unclear/crosstalk)* for the insurance, so that way he can pop it, and it won't look like he's just getting Oxy. So, he gets that. He sends people there. You know, *(32:08 inaudible/bruises?)* them, running them, taking them, then they go over there, and then they come over here.

**Abraham Correa:** Did they *(0:32:13.1 inaudible/crosstalk)*?

**Damon Leonard:** (32:12) Then they ask me to check the name, check the name to see, you know what I'm saying, to see if someone won't be a problem. Check the name and shit. Once that's good, that's when they send the niggas over here. So, it's like that every day. I tell Dogs, You keep doing too much *(0:32:29.4 unclear/mic interference/away from mic)*. Why are you keeping doing this with these dudes. They

*KEL recording 8*

said, "Yo, we got all our people going." I said, "Yo can y'all *(0:32:34.5 unclear/speech pattern)* out of his surgery. Dog got all y'all niggas working." And then the people hisself, they're jerkin, and they got insurance. Because he don't do--- he hardly do cash now. Like, some of these people, if they aren't insurance anymore, he don't do it, he make them wait.

**Abraham Correa:** That's crazy.

**Damon Leonard:** People won't do it. They're made to wait. Everything that has to do with insurance.

**Abraham Correa:** (32:58) But the doctor ain't taking a whole bunch of insurance, right?

**Damon Leonard:** Huh? *(Questioning.)*

**Abraham Correa:** The doctor ain't taking that much insurance.

**Damon Leonard:** (33:04) Naw, on a regular day, on a good day, he might do seven or eight or nine where he normally don't do a whole lot of them, but mostly we don't generally *(0:33:10.3 inaudible/crosstalk)*.

**Abraham Correa:** *(0:33:10.3 Inaudible/crosstalk.)* (Laughs.) He just wants that cash *(0:33:12.4 inaudible/crosstalk)*.

**Damon Leonard:** (33:10) Mostly we don't, mostly we don't from people, but like I said, if a person got insurance, if a person got insurance and he saw he don't have *(0:33:23.7 unclear/speech pattern)* coverage yet, he might *(0:33:25.1 unclear/speech pattern/background noise)* that. Because he knows that insurance, like Health First, might pick it up when they go to get… The thing. Other than that, *(0:33:34.0 inaudible/away from mic)*. Dogs, that nigga is really crazy. All he wanna do, all he wanna do, all he wanna do, all he wanna do.

**Abraham Correa:** What's a good number for you, D?

**Damon Leonard:** Huh? *(Questioning.)*

**Abraham Correa:** What's a good number for you, what do you get now?

**Damon Leonard:** *(0:33:45.6 Inaudible/speech pattern/away from mic.)* I get 18, I get 18. For that nigga.

**Abraham Correa:** Yeah, I could go to like 1850. I need some extra joints too.

**Damon Leonard:** I mean I can get you *(0:33:54.1 inaudible/crosstalk)*.

**Abraham Correa:** I ain't got no more people, so…

**Damon Leonard:** Yes, I know.

*KEL recording* 9

**Abraham Correa:** I got plugged in with that CT shit. It ain't that bad, a little 45-minute ride out there. I break them out on the weekends and all that shit. Like the mall, pick up the rent at the mall.

**Damon Leonard:** *(0:34:05.1 Inaudible/crosstalk/speech pattern.)* I have to get up and the *(0:34:11.3 unclear/speech pattern)* fucking busy. *(0:34:13.1 Inaudible/away from mic.)* You have to go *(0:34:14.6 unclear/background noise).*

**Abraham Correa:** You do go on up to this thing; people trying to get *(0:34:19.5 inaudible/crosstalk).*

**Damon Leonard:** (34:19) Like I said, I'm trying to go get this vehicle today. I went the other day, but you know my credit ain't that great. Me and my wife look after my niece. My niece said she'd do it for *(0:34:30.6 inaudible/background noise/coughing).* You know, we understand. I do understand, so I can't be mad, but I'm like yo, because of my niece, I'm like, yo, "I got the money for the car." Like, I, you just can't go pick 10,000 and that's *(0:34:44.8 Unclear/speech pattern.)*

**Abraham Correa:** (34:45) You gotta jam. *(Laughs.)*

**Damon Leonard:** (34:46) You know what I'm saying, I'm like, you know, your car, it's a little more than that. I'm like, yo, "I need you to help me get this car, and don't worry about your credit. I'm going to make sure I pay this shit off in like seven months, so I'm worth it. I know how important that is, so I'm not going to fuck that. You act like I'm not a competent family member.

**Abraham Correa:** *(Laughs.)*

**Damon Leonard:** You know what I'm saying, so she said, so yesterday, you know how I talked to her and she was like "I'm gonna do it for you cuz." So, yesterday I called them when I was on my home and she picked up and she like, "Yeah, I found my pay stub or whatever, and my credit score is 615." She texted me later when I was doing laundry. I guess my wife had gotten into a back and forth; she said, "I just want to know because I'm running my credit." *(Laughing.)* You know, I guess when they run it again, the points are supposed to jump down, or whatever it is.

**Abraham Correa:** When you check it too much, yeah.

**Damon Leonard:** Yeah, you know what I'm saying. So, I'm like, "If you concerned, you should've told me that the other day." Because she didn't really do it.

**Abraham Correa:** *(0:35:39.1 Inaudible/coughing.)* Don't beat around the bush.

**Damon Leonard:** *(0:35:45.5 Inaudible/away from mic.)* Don't all of a sudden wait until the last minute then get cold feet. It's either you say yes or you say no! You know what I'm saying? Don't wait until the last minute and then tell me. At the end of the day, *(0:35:57.6 inaudible/mic interference).* With my Aunt *(0:36:01.7 unclear),* if she's getting ready to *(0:36:03.8 unclear/speech pattern). (0:36:05.9 Inaudible/crosstalk.)*

    *KEL recording* 10

**Abraham Correa:** They're quick to ask you for something, but they don't return nothing.

**Damon Leonard:** *(0:36:13.1 Inaudible/away from mic.)*

**Abraham Correa:** What you got up in here?

**Damon Leonard:** Huh? *(Questioning.)*

**Abraham Correa:** (36:19) You got her up in here?

**Damon Leonard:** (36:20) Yes! *(Laughter.) (0:36:23.0 Inaudible/laughter.)*

**Abraham Correa:** You helping her get some bread.

**Damon Leonard:** Yeah, *(0:36:25.1 inaudible/mic interference)*. Please, I told her, "Yo I'm not going to let your shit get fucked up." *(0:36:34.3 Inaudible/mic interference/away from mic.)*

**Abraham Correa:** *(0:36:39.3 Inaudible/mic interference/speech volume.)*

**Damon Leonard:** *(0:36:40.6 Inaudible/mic interference)*, come on now. *(0:36:42.2 Inaudible/mic interference.) (Phone rings.)* See, that's him. That's him. Yep, that's him, because *(0:36:50.4 inaudible/crosstalk)*.

**Abraham Correa:** Yes.

**Damon Leonard:** *(Phone rings.)* Go ahead.

**Abraham Correa:** I'll holler at him later.

**Damon Leonard:** Yeah.

*(0:36:57.2-0:38:14.3 Background noise and very little indiscernible background conversation.)*

**Abraham Correa:** A bag of turds.

*(0:38:17.8-0:40:46.9 No spoken audio.)*

**Abraham Correa:** Talk to you later. *(0:40:55.2 Unclear/mic interference)*, yes. I guess *(0:41:02.7 inaudible/mic interference)*. I'm in that little triangle in front of the laundry mat.

*(0:41:12.3-0:45:15.8 No spoken audio.)*

**Abraham Correa:** They don't *(0:45:18.0 unclear/mic interference)*.

*(0:45:24.1-0:47:00.8 No spoken audio.)*

**Moderator:** (0:47:00.9) Time now is *(0:47:02.2 unclear/23?)* on July 10th, 2014.

*(End of audio.)*

KEL recording 11

*KEL recording* 12