DATE:                    September 11, 2014

START TIME:        APPROX. 5:25 PM

DURATION:          1:05:05

PARTICIPANTS:     ABRAHAM CORREA

                              DAMON LEONARD

**Moderator:** (0:00:02.3) September 11, 2014, Detective Lebron, CS14148092. (*Audio static/feedback/traffic sounds*) (*Phone rings*) Hello. (*Phone rings*) (*0:02:09.6 inaudible*) B?

**Damon Leonard:** What's up man?

**Abraham Correa:** (0:02:11.9) Good, bro.

**Damon Leonard:** What's going on man?

**Abraham Correa:** (0:02:13.9) I was coming, I saw you when I pulled up.

**Damon Leonard:** Yes, what's up man? How are you doing? (*Sounds of hands slapping*) Man, it's quiet man.

**Abraham Correa:** (0:02:20.5) Quiet?

**Damon Leonard:** Yeah.

**Abraham Correa:** (*0:02:22.1 Inaudible.*)

**Damon Leonard:** No, no, no, this morning we ain't have no internet and everything was down.

**Abraham Correa:** (0:02:27.7) Oh, you didn't have no… Scandalous shit.

**Damon Leonard:** Yes. What's going on with you, though?

**Abraham Correa:** (0:02:32.8) Shit, man, chilling man, maintaining.

**Damon Leonard:** Yeah?

**Abraham Correa:** (0:02:35.6) Fuck yeah. Staying out of the life for a little while, fuck that shit is ugly.

**Damon Leonard:** You already know.

**Abraham Correa:** (0:02:44.5) What's good though, bro?

**Damon Leonard:** It ain't shit, it just, it is what it is, man. It is what it is, it ain't really

much. (*0:02:50.8 Inaudible/crosstalk*) Huh?

**Abraham Correa:** (0:02:52.1) Slow motion.

**Damon Leonard:** (2:53) No we busy man, you know what I'm saying? You've got these (inaudible) niggas... Niggas are retarded, man.

**Abraham Correa:** Niggas don't change, bro.

**Damon Leonard:** (3:01) Greedy, they're greedy, man, greedy. He ain't doin' new in like two months, he's not playing. He's checking all the shit, he isn't playing. (*0:03:10.3 inaudible*)

**Abraham Correa:** You still by yourself?

**Damon Leonard:** (3:12) Yeah. I can't hire nobody *(unclear)* Because you have to understand what we had. We tried out a couple people. He don't know how to talk to people, you know that. And before somebody knock him over his fucking head I wanna, I'd rather, you know, I need the, I could use the help but... Alright, we had, this is what he did, this is how he got rid of Augie - when he, when he had a situation with the super, it wasn't Augie's fault at all, but this, (3:46) you know how he is, he accumulates shit.

**Abraham Correa:** (0:03:49.1) Yeah.

**Damon Leonard:** (3:50) And then when he really get mad and he's got something to throw back to. When he gets rid of you he can always throw shit in your face, he's good for that. (3:56) The super came, he went over. Again, he went over, the super said, "Who the fuck are you? Don't talk to me like that. I'll punch you in your fucking face." So Auggie's standing next to him like I'm standing next to you, he's not thinking, like, he's just letting him talk. Like he's setting his shot off, you setting your shit off. I don't think that he's going to hit him.

**Abraham Correa:** Doctor thought, oh, you should've said something.

**Damon Leonard:** (4:13) He should have said something, he should have...So now, the dude that hangs out with Mitch, his name is Naeem (*0:04:19.6 sp?*), supposed to be his safety net or whatever, came out he said, "Yo, hold up bro. How the fuck you talking to this other doctor like he's an old guy?" He said, "How the fuck you talking to him like that?" In his brain he felt like, he felt like, okay, this is my security dude, I've got a patient in here looking out for me so I don't fucking need him. So he ran to the office, tried to call his boss on him or the landlord, whoever's his boss, couldn't get him. So now he couldn't get him because he didn't. He came out, now, Auggie's sitting right there, coming with a fifty different people. He says, "Do me a favor, go over to the computer, pack up your stuff. That's it, I don't need you no more. It'll be your last check, goodbye." Got rid of Auggie just like that. (*Laughter*) You know what I'm saying? Now with other shit. So, now that was that. He did not even do that. He put the kid on that so when Mitch saw that (*0:05:13.6 unclear*). This dumb nigga. Shit happens for a reason, it was good because I

didn't even want to be there anyway, this is what he does- he works, we got a situation. (5:26) He figures, he figures, okay, I'm in, I'm going to be able to, we're going to be able to run this shit now, do what we want to do. So, he starts to, he starts to, um…he works through the week or whatever it is, Doctor tells him, Damon you the boss tells him you've got to do whatever. "Alright, no problem." Does it. So now he tells me, he tells me… (What the fuck did I do? Oh, I got it.) He tells me, "Oh Dame, on Friday you're getting paid." He says, "Yo, Dame, yo, something's got to give. You've got to bless me." "You trying to strong arm?" Like "Yo I know what's going on, so you've got to give me some of those overrides." I said, "Nigga there's no more fucking up, what the fuck are you talking about?" Now at the same time Auggie had his people, you know how it is. I'm not getting it. My people are my people Auggie. I said, "Fam, you can fuckingwith Auggie's people for me. I'm sorry." So, I looked out for him. I gave him $100. He didn't take the $100. Because the overrides at that time was winding down anyway, it was winding down.

**Damon Leonard:** (6:33) That shit on override?

**Damon Leonard:** For override. So now like I said by that time it was winding down, it was winding down cause we were getting out. So, he like (*0:06:46.1 inaudible/muttering*) nigga was trying to play me so we left feeling some kind of way, whatever it is. So, now he comes in Monday he's like, "Yeah Dame, something's got to give because I ain't..." He said, "Damon, I know (*0:06:59.9 unclear*) I said, "My man you don't know what's going on back here. You see what you think you see because I didn't (*0:07:06.5 inaudible*). When I started doing the thing I told Dogs, "I don't want any of your money. (*7:13 inaudible*)." Because I know what it means after that and I don't want it so you give that to Auggie. So that was that, so he felt. Now at the same time when Dogs was giving it, he was giving it to Mitch and them. They were asking what happened, because Mitch and them, Dogs got into a situation with Mitch and Louie about that. He said, "Yo you tell me you giving that shit to Damon and you keeping it." (*Laughter.*) One nigga came the other day and you cats said, "Yo, I'm going to be honest with you I don't even get nothing from you." He's like, "Alright, alright." So, then him and Sticks was like "Yo, don't do that man. Like, yo we're given the things so give it to them, the nigga's looking out for us." That was that. So, anyway, now the kid he kind of cool or whatever it is. So, the nigga's on his phone and Doc said, "What are you doing? You rather be on your phone?" He didn't like that, so he said, "You know what, doc, I quit because I'm not going, I don't want to mess up our patient-doctor relationship." He'd rather be a patient, you dumb fuck. You only get this once a month you get paid every week you dumb fuck. (*Laughter.*) And you're not getting like, you're getting $450 a week, do the math, dumb nigga. Dogs said you've got to go through them to get that so they're going to give you what $300 or whatever. (*0:08:27.4 inaudible/crosstalk*) So, you making more. You'd rather do that? I don't think he saw him again after that, he didn't even try to (*0:08:35.8 inaudible/volume*) Yeah, that was it. I'm like, you dumb dickhead you might never (*0:08:39.6 inaudible/crosstalk*). Yeah, so that was that. So now he don't come back anymore because I think he and Dogs got to because one thing about him after a while he gets frustrated though because those niggas are running him ragged. I guess he was like "I'm not Mitch, fuck that. I already took it to him, that's it. I'm not doing anything, no."

He don't come back no more. He's got one person that he deals with... She fucked him around I think, she fucked him around. Then he came the other day and then they were talking about it or whatever it may be. That was that. So, now Jomarys came back because Jomarys called him on Father's Day, it was his birthday, said he felt bad for her. Asked if she had a job, she said no. Told her to come back. She was supposed to come back Monday she didn't come, she came back Wednesday, or whatever. Came in Wednesday, that was supposed to be a trial basis, tryout. She did some bullshit. What did she do why he got rid of her? She did some shit. Oh, I was giving her the key to go in the refrigerator or whatever, she was going through (*0:09:30.2 unclear*) meaning she told Black and them that, "Oh, you ain't gotta spend." I know she's probably thinking like this, (9:41) "You ain't gotta, you can use insurance for the urine." I never told Black because Black always paid cash. He told you, "I don't deal with" (*0:09:50.3 unclear*) let me know." He felt some kind of way but he never told me (*unclear*). Benny's talking to me, "Nigga, Black felt some kind of way because you didn't tell him that he can use insurance." I said, "This dumb motherfucker, he never said nothing about that. He always used cash." And that was that. So, that was one eye opener for me for, Jesse O'J, it's been pretty good up in here. There's no overrides, everything is going good. I don't do that because I keep telling them, (10:18) "This ain't no game. This ain't no game, no. Niggas get killed for this don't play around, don't tell niggas certain shit." And then I'm walking, I'm walking the next thing I'm doing something they want. You know what I'm saying? This is (*0:10:30.5 inaudible/crosstalk*)---

**Abraham Correa:** (0:10:30.5) Keep it in a loophole for whatever you're trying to do on the side.

**Damon Leonard:** You know what I'm saying? Don't do that. So, it's she told Dogs you haven't told. So, now you've got Dogs, you've got Auggie comes like, "Yo Damon." I'm like, "Yo, there's no override." "Yes but Jane (*0:10:45.2 unclear*)" "She's lying to you bro." (10:47) Everybody has to drop urine and I can't. Now on the same token I'm like, " Fam, how can I override if I don't have it? Empire was already setup. We don't have shit in here, it's setting up. I can't do it." Everybody's on crack now, everybody's doing it, so that was that. So, now it's too far. So, after that I gave her the key, or whatever it is, Doctor's like, "I don't know why you gave her the keys, I don't trust her." I gave her the key or Fob, whatever, so, now I was in there. The door opened up, he don't want her back here at all because this is what she did, she was telling people eventually I'm going to get back there again. So, she tells, I mean, the door opened up, the doctor said, came out, "Who opened the door?" She said, "I ain;t open it." She's lying, saying the physical therapist opened the door. (*0:11:36.0 inaudible/phone rings*) come here." He said, "Did you open my door?" He said, "How (*0:11:40.3 unclear*) would I want to go back there?" He said, "That's it, you lied to me you're done. That's it. I don't need you back here anymore." (*Laughter.*) Just for lying to me, just for lying to me that was that. But the real big thing that got me with her was she told Papi, she isn't cool. That's the same thing she said about you when you were like what to do, why was she saying she ain't cool about you. She says, and this is big, "I didn't know you had a store, whatever it is, Pablito's or whatever because people would come up, I don't know if you remember that.

You would come with a bag, they'll come right to me. I know what's in the bag, you know what I'm saying? These two motherfuckers decide to come in and go straight in here because she's now she's in the physical therapist's room because he said, "Don't come on his physical therapy; help him." They go right in there, head in the back. I feel insane. Also, I've got to do the new, I'm not doing nothing. At least come tell me I'll break you off.

**Abraham Correa:** (0:12:44.7) Exactly.

**Damon Leonard:** (12:45) Because when you were back here I never took your money. When I was doing shit or I was getting, if I get $150, I'm giving you $50 every time. I never took it and what so you could slide and shit. She was like, no. Because if I just took it and you never *(unclear)*. Because you knew, you never slide, she'll hold your people or they'll never get done you knew that so I put that. So, she felt some kind of way: "Oh, you ain't left." I said, "Wait a minute bitch I'm back here."

**Abraham Correa:** (0:13:13.0) Exactly, you'd just came back.

**Damon Leonard:** You just came back.

**Abraham Correa:** (*0:13:16.5 Inaudible/crosstalk*) on the wrong side of the room she had speeches before they even (*0:13:19.1 unclear*).

**Damon Leonard:** (13:19) You already know. I found out because Fabio told me, she went to the other one's store and told him, "Don't fuck with Damon just come to me. I'm going to take care of that." So when they came to give me their paperwork I said, (13:33) "How is this getting done? I ain't doing this." So, I'm like, "Do me a favor, get Fabio, get all of them a (*0:13:39.4 unclear*). Because I let Fabio and the other one know, get them on the phone. "Okay." Boom, she gets on the phone she's like, "Oh, he ain't picking up." I said, "Well ain't nothing getting done until I've talked to him, I don't want to talk to him on the phone because he doesn't understand me. Have him come in here. Have him come here." Now she's back there, she tells him to call. She's got an attitude now because I'm calling her shit. Now he comes, he's like, "Damon I didn't know." I said, " Really? This bitch is trying to do her own thing, I don't work like that." You know what I'm saying? Now every time the door open up she keeps coming out peeking to see if she can catch him to cut him off. Now, all of a sudden now she's friendly with boy, whatever, you know what I'm saying, with white boy, she's friendly with him, Doc, she's friendly with him. So, she like come with me to go get something to eat. She's calling Papi Shampoo trying to cut him off before he gets here because it took him like three hours. So, when he finally gets here, this bitch takes an envelope in a bag, envelope and leave it in here and says, "Oh, the money's in there. It's in the bag, it's in there." I looked at her and said, "I know the fucking bag is in there, the shit usually comes to me." I don't know anything about the fucking bag. "Oh, the money's been there the whole time." "Bitch you're a fucking liar. So I said, "Jay we can't work like this, man, don't do that. Don't do that because now you're just going to have two or three people come up in here from him and I'm not going to get anything, I've just got to do the paperwork? You've never seen me override this shit like that. I asked you and I know, I've looked for somebody else, I

always did my people." You know what I'm saying? Now sometimes you have to do that much for a rap. "I'm going to (*0:15:11.6 inaudible*) then get Auggie to give me $100." "I'll keep thinking, Jay it's fifty for you. But at that time we had three or four people I was dealing with besides my shit and you was doing that. Are you fucking crazy?" She didn't like that, she felt some kind of way. I said, "You can take it any way you want, you fucked up. Don't do nothing like that."

**Abraham Correa:** (0:15:29.1) She should've talked to you first.

**Damon Leonard:** (15:30) Yeah. The, shit with Papi Shampoo. Once she was out the door she was undercutting and shit. I'm sitting right here, I'm like, "Yo, to Buck, why would you do that to Buck? Yo, like he's out the door, he can use that." You know what I'm saying? "Oh, tell him Papi Shampoo…" Because he was, at one time he was scared to come when he knew you was around. That first week you were around he was scared to come. He was like, "Yo, I don't want to come because Buck is there." She's like, "No, no, no, no don't worry about it just come or I'll tell you when he's left, or whatever it is or send your people with the money." Whatever it may be. He was, she said that you lied to him about the overrides, how much. He said you were giving this. She was like, "You're not supposed to be giving that." Because she was like, so then she told me, she was like but then she told me he told her, Auggie and her were like, "Yeah, fuck that, fuck Buck come give us the money." I'm like damn. Like, I'm sitting up (*inaudible*) too like damn Jay. So, I'm saying alright, "Bitch you is fucked up." I'm not saying that, I'm like, "I don't give a fuck" because at the time I'm not at helm but I don't care, but I'm like damn. So, then I ask, I'm like, "Yo, what was it to her?" If Papi Shampoo's doin' 200, like doin' do. (*0:16:36.5*) I'm like, if he's doing them why would you not want Buck to get that? That's nothing, that's supposed to be your ride, that's nothing to you. All this fucking money you're making, why'd you not let him get that $300? Fuck that. That's what you do. (*0:16:48.7 Inaudible/crosstalk*) I know her. This is her, conniving bitch. So, now this is the shit. When she left here, and she got fired, I looked out for her for a whole month and a half. I know that bitch wouldn't have done that for me if I was here (*0:17:06.1 inaudible/laughter*) $300-$400 a week. A week. "Here, Jay (*0:17:10.2 inaudible*) you're about to have this baby." Augie's doing nothing for her, nothing. Not even give this bitch $20, nothing. Ain't even covering his own.

**Abraham Correa:** (0:17:18.3) You don't speak to her no more?

**Damon Leonard:** I speak to her. I speak to her because I look out for her. She'll call, "Yo Dame I'm fucked up." Like, the other day, she called me last week, "I'm fucked up. I ain't got no Pampers and no milk for the baby but you're working." I said, "I said J, I said you know what J, because I love the kids I'm going to look out for you." I said, "You've got to get your shit together ma. Your shit isn't right." At the end of the day she gets food stamps. She probably still gets money on the low, but I know she gets food stamps. She gets $100 from him for child support, that ain't nothing, but…

**Abraham Correa:** (0:17:54.4) Oh, she took him for child support? (*Laughter.*)

**Damon Leonard:** Yeah, she gets $100 and she gets the food stamps and you get paid every other week. I don't know if *(inaudible)*. They pay her rent, they gave her that one shot deal shit. I'm like, "J I understand you're by yourself…" But the way she made it sound "I'm by myself I can't." I said, "J everybody goes through this, a lot of people. There's a lot of them that's single and they struggle. Yeah. (*Laughter.*) She thought the shit wasn't in, always had problems. She thought that she could, I'm going to give J all this money you made and you an't saved nothing.

**Damon Leonard (not Damon):** She was like, I was giving it all to Auggie. I said, "Well you fucked up. You fucked up."

**Damon Leonard (different):** He wasn't stupid, he saved all that shit.

**Damon Leonard:** Yeah, but the thing is I got something for you. That's over with now he don't have nothing. Auggie has no money like that. No money.

**Abraham Correa:** (0:18:42.9) He still go to Yonkers?

**Damon Leonard:** He says that I don't know if he still is because…

**Abraham Correa:** (0:18:47.1) I hear a couple of people going to Yonkers but I don't know where the fuck that shit is at. Nobody want to give it up. Nobody want to give that shit up.

**Damon Leonard:** That's just it. That's just it. To me I would say it like this. I would say it like this. If, for instance, Auggie, right, if you knew where the spot is at, why would I help you out?

**Abraham Correa:** (0:19:14.6) I haven't spoken to him.

**Damon Leonard:** I don't have his number. Why am I going to help you out? That's the thing for me. You know what I'm saying? So, at the end of the day I know he saw me last week because I went down there I was talking to him. I was like, (19:29) "Yo we got a new lab. Now, the new shit with this lab here... The doctor's getting smarter, he no longer wants me to put it in the paperwork. This is a lab form, this is the last lab we used to deal with, he doesn't want this in the packet no more. He wants just the PMP and this one (*0:19:47.0*) goes to the computers so I told all these niggas, I said, (19:48) "Yo Fam, if you drop your urine and the shit ain't no good I can't no longer help you," because it ain't like I can change it. I can't do nothing. The only thing I can do is alert you, "Fam, this is no good, you've got to drop again." That's the only thing. I can't nothing. He wants to see it and I said, "You see? If you go in there and he pulls your shit, it's no good, he's throwing you out. Now what do you do?" So, I tell them, "Yo Fam, nothing I can do now, I can't put it in the packet and even warn you like…. Now once it goes, write it and ... (*0:20:13.6 unclear*).

**Abraham Correa:** (0:20:18.3) So now he looks at that urine in the computer?

**Damon Leonard:** Yeah. You can't .. he do that now. Whatever that computer say.

Yeah he's smart, he's not dumb. He ain't dumb. He said, "I don't want you to no longer…" I'm like, "Alright." You know what I'm saying?

**Abraham Correa:** Obama still coming up?

**Damon Leonard:** Yeah, he had a bunch of things.

**Abraham Correa:** He was supposed to be my man, and he had a spy in Yonkers, he never gave me that shit.

**Damon Leonard:** I don't even fuck with him like that too much no more. I don't fuck with – he is another one doing shit I don't like. I'm telling him, "Yo, Fam there's no override." He's bringing people, I'm like, (20:49) "Yo, you've got to drop your urine." He's dropping urine some with insurance but he won't drop for cash. Same thing Dogs would do. I said, "I can't fuck with you Fam. I can't fuck with you." He thinks it's more me. I'm like, "I can't override. (*inaudible*) Nah, Ray, come on, get out of here. You know what I'm saying, but, Ray, he's doing a whole lot because nigga was like, I don't know, Ray fucked up. Like, I heard he (*0:21:13.2 inaudible/volume*). Like I said, now you know who your friends are though, cuz, you know what I'm saying? When you gonna try to…these two or three dudes back here.

**Abraham Correa:** (0:21:23.1) I know what it is, I did them bomb pills, that's what it is.

**Damon Leonard:** I know he was telling me that.

**Abraham Correa:** (0:21:27.6) I buy them and I go to Connecticut on the weekend and I kid you not I get three or four points and I'm up there a couple of hours and I shoot right back down. To go through all the hassle again, I be wanting to do it, it's like, but to go get the paperwork (*0:21:40.8 inaudible/crosstalk*), find a pharmacy all over again.

**Damon Leonard:** But now, now pharmacies are giving out the same bomb, bomb. Everybody, same thing. I don't know (*inaudible*). Nobody's holidays, when you looking at the PMP, (*0:21:53.4 unclear*) holidays are gone three days, but I'll get bomb, bomb, bomb, bomb and I got to set up with two phones (*unclear*).

**Abraham Correa:** (0:22:03.6) You still fucking with Superman?

**Damon Leonard:** (22:05) I fuck with him from time to time but I haven't been up there. I got whatchamacallit on smash; Bronxwood, smash (*0:22:12.6 inaudible/crosstalk*). Benny working there.

**Abraham Correa:** (22:17) Benny's working there now?

**Damon Leonard:** (22:18) Yeah, smash, bomb, but they won't do, they funny they won't… So, he'll tell me a thing, "This week I could let you do four." And I send two people's shit up there, like, you know what I'm saying, but they're really funny they won't fuck with nobody else. They're a little funny.

**Abraham Correa:** I had a couple of people at Lucas' with (*0:22:35.9 unclear*).

**Damon Leonard:** Already supposed to be opened back up. What's up?

**Abraham Correa:** Your guess is as good as mine. The medication never came back (*unclear*).

**Abraham Correa:** (0:22:42.2) And he's got problems, the landlord won't let anyone in no more. He was supposed to move and shit and then he started, like, in May he started some, he gotta wait 45 days. He gotta wait 45 days and all that shit, I was like ..

**Damon Leonard:** It was good change?

**Abraham Correa:** (0:23:00.0) Yes. It fucked up my rotation a bit but I've been trying to get whatever pills I can in my hand. I go up to Connecticut with my cousins real quickly on a weekend. I (*0:23:09.1 unclear*) your door I make a couple of dollars I come back. Less of a headache.

**Damon Leonard:** My thing is though, let me be honest with you, I will do that with you but I'm afraid you would get caught up. That's my thing, I don't want you to get caught up, that's my thing, because anything can happen. You're riding dirty and I don't want to be caught, so I don't want you (*0:23:27.4 inaudible/crosstalk*)---

**Abraham Correa:** (0:23:27.9) I'm not riding with anything. That shit goes up by itself and then I go behind it. (*0:23:35.9 Inaudible/crosstalk.*)

**Damon Leonard:** Oh okay. What are we looking up, what point, you told me 18?

**Abraham Correa:** (0:23:40.0) Eighteen. I don't transport no more. That was a long time ago. (*Laughs.*)

**Damon Leonard:** I'll tell you what, I'll tell you what when do you want to do it? Tomorrow is Friday.

**Abraham Correa:** (0:23:54.9) Yeah.

**Damon Leonard:** When are you going?

**Abraham Correa:** (0:23:56.3) If you've got them tomorrow, I'll come get them tomorrow.

**Damon Leonard:** I should have three for you tomorrow. I'll give you, I'll give you 270 tomorrow.

**Abraham Correa:** (0:24:06.5) 270?

**Damon Leonard:** Yeah, it's 180, 180 (*0:24:07.9 inaudible/crosstalk*), I'll give you 270, alright? Cause you're my man. I don't, you know what I mean, I don't mind looking out. Some niggas don't get like that, niggas are selfish I don't like that shit.

**Abraham Correa:** (0:24:18.7) That's why a lot of niggas are in the predicament they in now. Like the other day I seen Black and in Harlem I was always on the dress up. And Black looked at me like, "Damn you're still in the game, you looking good." I said, "At the end of the day I've still got to eat. Whether I'm eating in that office or not, I'm going to eat somewhere, I'm a hustler, so."

**Damon Leonard:** Yeah, but see that's just it though. (*0:24:37.7 Inaudible/crosstalk*) This bitch man. Get the fuck out of here man. (*Laughter.*)

**Abraham Correa:** (0:24:43.7) These niggas is crazy, you know what I'm saying?

**Damon Leonard:** (24:45) Hold up real quick. (*On the phone*) Yeah, what up? Why, what's the matter? She's not going to be here tomorrow you don't have to worry about her, worry about me. She's not going to be here. Okay. She was here today, yes. (*Laughter*) Can you just come early please? I'm trying to finish up work at the office, I'll call you. I'll call you back because I'm in the office doing work. Okay? Let me finish up you know I don't like to be distracted. I've got a lot of work at the office. I'm trying to get out of here in the next hour and a half. You already know what it is. You already know that; you already know what it is, you already know that. Tomorrow you're going to do it. Don't worry you're going to do it tomorrow. Don't worry you'll be able to do it tomorrow, okay? It's just me working. I've got a lot of work right now I don't want to be distracted that's the problem. I've got a lot of work I didn't get to chance to do it this morning and I'm tired, I'm trying to get this done. That's all I'm saying. You understand? I'll call you back I'm just trying to finish up this work that I didn't finish this morning. (*Ends telephone conversation*) (26:21)

So, there's a lot of them I don't fuck with, you understand. These niggas I'll be trying to tell them, for me, this ain't no game to me. You know what I'm saying, I'm not trying to go to fucking jail. These niggas don't get this. (*0:26:33.2 inaudible/crosstalk*) A lot of them won't tell you, that nigga up there is funny. Like, they don't got a personal problem but they'll be like, "That nigga wants some different shit." (26:41) Fam, I tell those niggahs that's why I'm not taking away from (*inaudible*) I'm taking away from Black, Dogs, none of this. I want no money. Just do what you've got to do, do what you've got to do. After you're all right I don't want no money exchanging here. New people come. . .  I don't even fuck with the people here . . . I don't play . . . (*0:26:54.7 unclear/crosstalk/volume*)--

**Abraham Correa:** (*0:27:04.3 Inaudible*)  That's how it's got to be.  Outside shit.  You don't know who your fuckin' with. That's how we always did it anyway.

**Damon Leonard:** Exactly.

**Abraham Correa:** Especially after that Tiderman shit. Hear from any of those niggas?

**Damon Leonard:** I mean, I hear shit but I wouldn't be giving a fuck. (*0:27:24.0 inaudible/crosstalk*) I know you see him. At the end of the day for me, for me, (*inaudible*) Dogs had, like they had a couple of picnics during the summertime, you know, during the

good weather time, August. (*0:27:38.5 inaudible*) I didn't go. *(inaudible)* I went to like one, two. I don't go, me, I don't out where these niggas go because I (*imitates sound of loading gun*) that. I'm at the helm here. (*Laughter*) You feel me? So I feel like, I'm not, just in case these niggas (*imitates sound of loading gun*). They put me in a hole. "That's the nigga who's up there, he around, so he go." Uh-uh (*disagreement*) I don't go nowhere none of these niggas go. Me and my wife go out a lot, I don't go nowhere these niggas are. (*0:28:10.2 Inaudible*) I keep it, I walk home everyday. I own a truck, I don't want to bring it up here. I walk home everyday. Everyday I do the same shit. Different? Uh-uh (*disagreement*).

**Abraham Correa:** (0:28:20.5) Can't change your routine.

**Damon Leonard:** That's where they pay attention to shit. I'm gonna tell you something, I'm going to give you an example. (*On the phone*) Yo? Alright, tell him nobody else is going to do it, you've got to wait until tomorrow. Nobody else is going to do it. Alright. (*Ends phone conversation*) At the end of the day, you know that's what it be. So, for me they'd be like, uh-uh (*disagreement*). Niggas are like, (28:25) "Yeah that nigga's dangerous for real." "I know fam I'm not trying to incorporate that line, no way, man. No way." I take my, I do see my family on the weekends so anytime I come out on weekends it's in a parking lot. Google it. No, I didn't buy that and create that. I like the Pilot, Honda Pilot 2014. So, you know what I mean? (*0:29:11.3 inaudible/crosstalk/mumbling*) (*Telephone conversation begins*) Yes. Yes, Roz is bringing them, the kids, home now. They were going to go get their hair cut but the man isn't there. (*0:29:32.1 Inaudible/mumbling.*)

**Abraham Correa:** (0:29:45.9) Currently?

**Damon Leonard:** Currently? I don't do this shit no more.

**Abraham Correa:** (0:29:48.4) No?

**Damon Leonard:** This is what happened. This is what happened. What happened was, two people, they called two people downtown, these insurance people downtown. They put them under pressure, supposedly. They squealed on Kirk. They threw Kirk under the bus, so I don't know, be cool (*0:30:13.8 unclear*) I don't know what happened but Kirk just got these people (*0:30:17.3 unclear*), "Not fuck with it no more." What's his name? Toms, Natasha? The Jamaican that told "Show your cut." I'm trying to smash them but I can't. She wanted to give me something if we have the time. So, she was like, "She was like, Dame, she was like, can I talk to you for a minute?" I was like, "Yeah I came out here to talk to on the phone." She was like, "I'm gonna ask you a question." I was like, " alright," "She was like, yo, you know, Kirk, he's not dealing with me no more. He dropped us, whatever, like." (30:45) I'm like, "Alright, you gotta drop your urine. Drop your urine." So she dropped it or whatever it is. Actually, at that time, she had an old drop. I picked up on that. We don't usually get (*0:30:56.4 unclear*). She was like, "Thank you, thank you." *(Unclear)* She lost some members, what you have to do, when you pay me I'll pay your name for you.  No, no a guy would do it for you and pay me for it." "Alright." After

that the next two times he told me give her break. (*Laughs*) If she knew she'd probably come back like December, maybe January or something like that. She can't call me because I've changed my number again and it's going to be changed again. Papito, the nigga I fuck with, buy my phones. He bought me a new one, every month he buy a new phone for me so I've got a new one now and I need to change it. He asked you (*0:31:28.6 inaudible*) So, yeah, but that's what it's been like. Like I try to keep my shit because, I don't, I ain't, jail ain't for me fam. I try to do my shit right. (*0:31:44.3 inaudible/crosstalk*).

**Abraham Correa:** (0:31:46.0) They tell you where the shit shower and shit are.

**Damon Leonard:** Yeah, basically what I do is. I have my mother. I have my mother. I have my mother take ... my people leave, my mother take them, get the shit, she go home. She don't come back over here or nothing. I go meet her and go give her what I gotta give. You know what I'm saying? When all my people are good (*unclear*) she won't walk out with them (*0:32:08.8 inaudible/crosstalk*).

**Abraham Correa:** (0:32:08.8) What about that chick, you still fucking with that chick?

**Damon Leonard:** Which one?

**Abraham Correa:** (0:32:11.3) The Spanish one.

**Damon Leonard:** Yeah, that was the bitch on the line. Yes, that (*0:32:14.8 inaudible/crosstalk*) Get the fuck out of here. (*0:32:18.6 Inaudible*) Amanda. Crazy bitch. (*0:32:21.8 Inaudible/crosstalk*) Let me show you, this bitch right here, right, let me show you something right now.

**Abraham Correa:** The one I saw the other day, Keisha.

**Damon Leonard:** (0:32:35.5) Brown?

**Abraham Correa:** Yea. (*0:32:38.0 Inaudible/crosstalk*)

**Damon Leonard:** (32:39) I've been running her shit up in here without her being here the last seven, eight months I've got to give her a break now because the doctor gave us (*0:32:46.7 unclear*). He told us we need to take a break because cancer is messed up. (*0:32:55.1 Inaudible/crosstalk.*)

That being the thing with that, but other than that, yeah man. It's been like, you know, like I said I don't mind when you get it just make sure the paperwork because he's on everything now. Mitch and them, I keep telling Dogs and them, "Yo, you keep telling get over with new paperwork (*0:33:19.0*). Fam, the shit ain't working. (*Inaudible*) He got mad. I sign (*inaudible*) I don't sign no paperwork, that's not legit, so, I said, you know what, if I don't do something, Dogs is like OHHH! (*yelp*) Send him in here right. The doctor's like, "Damon did you verify?" I'm like, "Yeah, doc I verified it." Okay, ok, no problem. Then he does it for 10-15 minutes, right, then he said, "Damon come in." He called he said, "I called and he said there's always somebody on the other line just

waiting to pick up. I want to talk to the doctor." I told Mitch and them, "Fam, he ain't gonna just want to talk to the receptionist, he gonna want to talk to the doctor, the doctor's license number, see, asking questions." (*Laughter*) I told Mitch and them. Mitch will be okay with it but it's Dogs, he's trying all types of shit. (33:03) I'm like, "Dogs, you're eating and you're greedy. Dogs will do three or four refills and still do two new. Like, what's up with you man? Like you are greedy. He's a greedy nigga, he's a greedy -- that's why I'm glad that happened again. I'm glad. I'm glad. He tried to change the paperwork and shit. I'm like, Dogs it's not going to work, just give it up, you've still got refills. But because when he do the people, he do the people. I'm like Dogs, you got, you got--

**Abraham Correa:** (0:34:31.9) I think he had 30 refills or more at one point, shit.

**Damon Leonard:** And half of 'em he gave up because he didn't want to give us $150. I mean, it is what it is, you do what you do but Dogs, half of them have got insurance. You get insurance off it and you're paying for that, they paying for this, get that free and you're paying for the what-cha-call-it (*0:34:48*) come out of your pocket. Dude, he's getting 350. He's getting $350-$400. He can be happy, you're eating fam. You're eating, he don't give a fuck. So that's why he want to continue to do...

**Abraham Correa:** So Marcelle?

**Damon Leonard:** Marcelle is in bad shape, (*0:35:04.9 unclear*) fucked up.

**Abraham Correa:** (0:35:06.9) *(Unclear)* closed for a minute.

**Damon Leonard:** He in bad shape.

**Abraham Correa:** (0:35:11.6) Biggie still comes up?

**Damon Leonard:** Biggie's okay. (*Coughs*) I'm going to show you this bitch. This bitch (*0:35:21.2 inaudible*).

**Abraham Correa:** (*0:35:22.8 Inaudible*) like a week ago.

**Damon Leonard:** Yeah?

**Abraham Correa:** (0:35:24.8) Yeah. I go with shorty over there, past due for shopping and shit.

**Damon Leonard:** Are you still with ole girl or you're with somebody else?

**Abraham Correa:** (0:35:33.2) Huh?

**Damon Leonard:** Are you still with old girl or you're with somebody else.

**Abraham Correa:** (0:35:34.9) Nah, somebody else. (*Laughter.*)

**Damon Leonard:** You don't keep her, didn't I tell you?

**Abraham Correa:** (0:35:40.5) She's a problem. (*0:35:41.6 Inaudible/crosstalk.*)

**Damon Leonard:** Same as this bitch here. This is the one because I'm smashing this bitch, right? This is the bitch that's about to come now, she's about to come now. This is when I was filming her. I didn't get to get everything because she gets mad. She doesn't like me filming her. (36:02) I'm trying to deny that I'm filming her. So now, I didn't see her for like almost two months now, she just texts me, "I miss your dick." When she come here,, I've smashed her here like 15 times so when she comes here I'm telling her, "You' re not getting any money." This is a back bang bitch but she's nice. You know what I'm saying, nice bitch, regular nice bitch; working. (*0:36:26.6 unclear*) So today I'm going to tell her, "You miss my dick but you're ain't getting no money. Basically either you're going to let me smash or you can get the fuck out of here." (*Laughter*) Watch, watch, bet. You'd be surprised these niggas and Dogs is a greedy nigga. He's a greedy nigga. He don't get it.

**Abraham Correa:** (0:36:45.6) I don't fuck with dumb niggas man.

**Damon Leonard:** I don't like the sight of them. Then he's going to tell me the other day (*inaudible*). (36:52) Like Dogs, you helped me out at one point, you're the worst and then that dumb ass nephew Terrell, he's the worst out of all of them. You don't come in here, he'll come in here, he'll be loud, "Damon we've got three cash." I'm like, "Yo fam, the fucking office is (*0:37:08.3 unclear*). All these people in here, you don't know who is fucking police." This nigga, he think, he think, he think nobody can be touched. Nigga they'll grab your dumbass, you're going…they think they hot (*unclear*). We aren't talking about po', these, the Feds come, you're going to Fed jail. These things they think are we' re only making a couple of dollars. You know, I'm sick of it. (*0:37:33.4 Inaudible/crosstalk*) But they think, they think, they think that their uncle's got this shit on smash. (*0:37:42.0 unclear*). They had some shit going on two weeks ago, "We're going in the club I'm just going to buy a whole fucking case of Belvie. I'm like, "Do you know how much that costs? You dumb ass niggas at the club. You need to stop. You idiot." And he thinks he's the shit. These young niggas are so dumb. (*Laughter*) They're so fucking dumb.

**Abraham Correa:** (0:38:04.5) That's why he keeps them niggas though.

**Damon Leonard:** So dumb. So dumb. You know what I'm saying? So dumb. I'm like, yo fam. To them he's like, I'm like, "Terrell, look man, there's people here you all don't think nothing can happen to you fam. Stop." Mitch could come here (*0:38:22.2 unclear, something about handwriting*) Then I'm like, "Alright bitch." Terrell will come in the thing, he's got three cash, we've got this (*unclear*). No.

**Abraham Correa:** (0:38:33.4) Keep it simple.

**Damon Leonard:** This nigga is a fucking idiot. I don't even say anything but "Alright." That's all I say, "Alright, alright, alright, I don't even want to hear it." (*0:38:40.0 Unclear*) and he stands right there, (*0:38:42.4 unclear*). He'll come, he'll look at the paperwork

from behind. It's upside down, look. Then he'll go away and you're like, dang. I'm like, "Terrell, yo, what's up with you man?" (0:38:54.3 Inaudible) No, that's Dogs rush them niggas. Cause see, Mitch doesn't say much. Mitch don't say shit. But I guess he figures if he sends Terrell, Terrell, the tallest one, Terrell will keep up. Mitch will just sit down and he won't say much. (0:39:09.6 Unclear) but Mitch will be okay. The rest of them? Terrell and Bob, Bob is a headache a little bit too but Bob is not as bad as Terrell. Terrell is retarded, Terrell's fucking retarded man, straight retarded.

**Abraham Correa:** (0:39:25.3) How do you want to do this tomorrow?

**Damon Leonard:** Alright, I got it by like, I'll have it by like 4:30, if you want. So come, come. Just come. You got this number? I think you've got this number (unclear) in your phone?

**Abraham Correa:** (0:39:40.7) You said you changed your number.

**Damon Leonard:** Yes, but that one is not (0:39:44.5 unclear) it's not going to go off by tonight. I'd give you the other one (inaudible) it's at home. These niggas, I'll tell you...

**Abraham Correa:** (0:39:55.3) No, I don't have this one.

**Damon Leonard:** Alright, you see the number behind the thing?

**Abraham Correa:** (0:40:01.4) Six-four-six-five-nine-three?

**Damon Leonard:** Yeah. So, I'll give you the joints and you can go do your thing and make your points, whatever it is.

**Abraham Correa:** Yeah, I think I'll be going. I called my cousins from down there. (0:40:21.5 inaudible/crosstalk.) I'm not driving over. (0:40:24.7 Inaudible/crosstalk.) Right now I've got the (0:40:27.9 unclear) but I'd have to walk. (0:40:29.0 Unclear) But they'll go over and then I'll go up in the other car.

**Damon Leonard:** Yeah. My wife, she'll let you know what's up. I said, "Yeah, he alright." You know what I'm saying, these niggas, that's what I'm saying about niggas don't give a fuck. That's why I asked you, (0:40:45.0 unclear) you've got some good old paperwork you can send them in. I'll do it, two, three, you know what I'm saying? Not all in one day but I'll get them in for you like you know, so that way you can be able to do what you've got to do. I ain't for that. I've been here and I'm not greedy. I give a fuck. I don't want no niggers (unclear) except for Black (crosstalk).

**Abraham Correa:** (0:41:03.1) You see what I do? I get some people get some paperwork. I just need a face where I can go in. I don't got time for that traveling shit no more.

**Damon Leonard:** (41:09) Send them to Madison. To Madison, for their MRI. It's right on Madison. There's one on 5th Avenue and 122nd or something like that.

**Abraham Correa:** (0:41:22.1) What's that, a pharmacy?

**Damon Leonard:** (41:22) No, to get their MRI. (*0:41:23.0 inaudible/crosstalk*) Yeah. Those older people, I got, something's wrong with my back they're going to rock with you (*0:41:31.7 Unclear*). A rock, it don't matter, you understand? And tell them you're referring to pain management, that's it. Yeah, that's all. They don't have to actually have a problem just somebody that's 45.

**Abraham Correa:** Niggas been going now?

**Damon Leonard:** (41:45) Not everybody but I know you can get an MRI, it's like $40. I know somebody, Marsden was telling me and somebody else was telling me that, you know what I'm saying? You can get that, it's legal shit or J, her and what's her name, she said send them over there and then they'll whatever, they'll do (*0:42:05.8 inaudible*). Over there to their office and her and what's her name?

**Abraham Correa:** (0:42:11.9) Heidi works there?

**Damon Leonard:** (42:13) To Heidi, you know what I'm saying? When you call to verify they'll pick up and (*0:42:16.8 unclear*) and have this shit in their system like they really know me like that. You know what I'm saying?

**Abraham Correa:** That's new information.

**Damon Leonard:** Yeah, do that. Yeah, so that's the thing. But other than that I've been glad you haven't been doing new. (41:31) We've been doing new like lowly. Like, people like that really got real shit because I would tell them, "Yo, Dogs, ain't nobody doing new." Like, yo Dogs, fam, Dogs, "You're not doing new, I'm not doing new because we've both got fake paperwork." (*Laughter*) You know what I'm saying? But I squeezed two in the other day, my sister and my brother, I didn't give a fuck. I knew he would take it but I did it early (*0:42:54.9 unclear*). You know what I'm saying? But my sister and brother they're older, they in their 40s. They're in their forties, so they've got some history. Nigga 20, 26, 27. It's like, yo fam, come on man. I know you're starving, but really? You know? But yeah like I told you Dogs (*unclear*), those niggas are so greedy man. So greedy man. He could have four or five refills and still want a new or two. Then he'll have like three come early, he'll get them out and then two o'clock, 2:30 he'll want to send another two refills, because they coming in late. I'm like dude, "You can't wait until the next day?" I'm like dude that's how you eat. You've got three going today, eat that three today, and then tomorrow you've got (*0:43:36.2 inaudible/crosstalk*). He want all in one day and then come tomorrow you've got nothing. He's a dickhead. He's a dickhead, I tell you. He's retarded. He's not smart man, he's not smart, he's not smart at all. He's not smart.

**Abraham Correa:** (0:43:47.9) He wants to rush them out.

**Damon Leonard:** Yeah. I'm like yo fam, "Why would I be rushing someone at 2:30?" But he feels, nah man, get them in for me. I told you what the nigga told me when we came

back from vacation. He had 10 people because *(unclear)* I thought we were supposed to come back Saturday, the doctor came back the day before. Called me. Lucky I was up, he said, "Damon what are you doing?" Because he was supposed to came back and pay me that Friday so *(unclear)* we're doing 26, 27 people that called before they came. So Dogs didn't know. He didn't do it on Friday, he didn't do it on Saturday, he didn't do it on Sunday, Monday came low.

**Abraham Correa:** (0:44:23.4) Sunday?

**Damon Leonard:** Yeah we have to work because we have to try to relieve next week *(0:44:25.7 unclear)* He came Monday, 10 people, I got them all out for him. Then he had this other dude, forgot his name, he was dealing with Spank and them. *(0:44:43.5 Unclear)* He came, I don't know where he came from but he looked like he was out for a while and then he came back. *(Coughs)* Dame *(0:44:51.6 Unclear)* from where I came from." I'm like, "Can you just come back tomorrow? It's too many people." He felt some kind of way now he mad at me. He felt some kind of way, he wanted to do something now. So, he tells Dogs, Dogs calls me. He goes, "Yo Dame, put my man through man, put him through. "Cut somebody else. Somebody else has got to go home. (45:11) Send somebody. Not one of my people, send somebody else." I said, "Oh my God." *(Laughter)* He tells me to throw another patient out, like send them home. I'm like, "Dogs, you really think this is your office, cuz." These niggas are retarded man. So, in the morning, like today, I try to get those niggas out of here. Get them out of here because other than that the office will be crowded, I can't fuck with them, man. I don't like that greed shit. I don't like that greed shit. I'm so glad we got to keep *(0:45:40.2 unclear)* He's been trying the last couple of days. He got (0:45:43.6 unclear) three days in a row. They're not going to do it. *(Laughter)* *(0:45:50.3 Inaudible/crosstalk)* I don't give a fuck.

**Abraham Correa:** (0:45:53.7) Keep sending out *(0:45:54.1 unclear)* with different paperwork.

**Damon Leonard:** (45:56) It ain't gonna work fam. It ain't gonna work. Like I said, he knows but the lady came the first day. She came the first day, and then go and then *(unclear)*. The next day she came Carlos, got the paperwork, we had two referrals *(unclear)* to do yesterday. She came back today. Now he told me he tried *(0:46:15.1 unclear)*. He threw him out so I said, "yo Mitch" so Mitch knew, *(unclear)* I'm not going to pick the other one because they're going to throw her out, too. It makes no sense. So, Mitch didn't tell them so now the girl that bring her, that bring her for three days said Dame *(unclear)*. Let me tell you, I said, "Yo, she's not going to be able to go through." I've been throwing them off left and right. She's like what, she's like *(0:46:38.6 unclear)* I said, "Mama I'm sorry but *(inaudible)* three days in a row." So, I'm just waiting to see tomorrow if Dogs gonna try *(unclear)*, he's not doing it fam. He's not doing it. Like, yo, at the end of the day, all your paperwork is free. Just stop man. You've got enough refill, just chill and eat the way you're eating. (46:57) Dogs, he's greedy. And his mentality is like he want, you want to push the doctor to do something. This nigga, at the end of that day, this is what he said to me, this is what he said to me. He said, "I know what's going

on. I know." He said, "I'm taking care of your family." I know. You know (0:47:17.0 unclear) you know that. But at the end of the day, like why are you trying to push a knife. I feel like you're trying to push something. He looks at that paperwork. He's like, no I'm calling it. He calls it, he definitely calls it and he got mad at me. I remember telling him that I (unclear, I would speak to?) Dogs on a call (0:47:30.1 unclear) I don't know anything about. But, now you're showing me disrespect meaning, Dogs, that you want me to sign something that you know that you know that he's gonna (unclear) the doctor. He told me today he said, (47:42) "Damon, come on I trust you to look out for me, you've messed the office up." I don't want this nigga to look at me like that.

**Abraham Correa:** (0:47:50.0) Yeah, definitely not (unclear).

**Damon Leonard:** I'm going to tell yo Dogs, that's how you look at me?

**Abraham Correa:** (0:47:55.9) They don't care about nobody else. You get fired, the next person comes in they start the whole shit over.

**Damon Leonard:** (47:59) I told them something, I told them something, let me tell you something. I told them, "Let me tell you something, if somebody else comes in here, you're not going to be able to scare them because you know who you fucking with. Somebody could just tell the police. You might be (0:48:14.9 unclear)... Don't think you're the only one who got a gun. There's a bunch of other ones that got guns. You might scare the wrong person or say something that might have big connections and get your ass blown away nigga, so stop that. Stop thinking you Dogs... That shit don't mean anything in this fam. That don't mean anything. Some of the people are scared, some of them you can't scare them, some niggas will put you out."

**Abraham Correa:** (0:48:39.5) Exactly. (0:48:39.7 Inaudible/crosstalk) He thinks his size is going to intimidate somebody, no.

**Damon Leonard:** (48:43) There are big niggas who dead. There are big time niggas who is dead, who got caught up somewhere. So don't think, like you think (unclear). Remember (0:48:52.1 inaudible) that's this side. That's his side cuz. There's a bunch of rules other places, fam. Don't get it twisted, don't get it twisted, don't think that, fam. Don't think. I'm telling you, don't. (Laughter) (Moves further away from microphone.)

**Abraham Correa:** (0:49:09.8) That nigga's crazy, bro, that's why I never fuck with him. (Using the bathroom; toilet flushes)

**Damon Leonard:** (0:49:59.3 Inaudible/distance from microphone) I have to leave right now so when you do (0:50:03.9 inaudible).

**Abraham Correa:** (0:50:11.5) Tomorrow like 4:30?

**Damon Leonard:** Yeah, yeah, yeah. Call me around three, you know what I'm saying, call me around three, alright, and then you can just come and what we'll do is, we have a pickup location, like, maybe like a supermarket or something like that where I can just

get some groceries and then I'll be in the back. (*0:50:28.2 Inaudible/crosstalk.*) You know what I'm saying? That's how I transfer.

**Abraham Correa:** (0:50:30.0) I know you want to wait for this nigga to leave.

**Damon Leonard:** Who?

**Abraham Correa:**  (0:50:32.3) For the doctor to leave.

**Damon Leonard:** I don't want you, I don't want... Yeah, you can do that. That's no problem. Yeah, that's cool you can wait until he leaves, alright, alright, that's cool. That's no problem at all, alright, that's no problem at all. But definitely look into that so you don't get (*0:50:46.3 inaudible/crosstalk*).

**Abraham Correa:** (0:50:48.6) I don't know how I'm going to do this tomorrow, I'm going to see if I can speak to Jay about that MRI shit or whatever, see what I can do.

**Damon Leonard:** Yeah, because you can make a few bucks at least and she'll do it.

**Abraham Correa:** (0:51:01.7) Yo Damon sent me over here.

**Damon Leonard:** Oh, she's going to do it now.

**Abraham Correa:** (0:51:03.9) Get your shit together. (*Laughs.*)

**Damon Leonard:** (51:03) She's going to do it now because she knows, she knows. You mention my name she's going to do it. She knows she can call me and she'll be, "Damon I'm fucked up. I need something." And I'll do it, you know what I'm saying? Yeah, she was like, yo, I don't have any Pampers. I'm like yo. we went to Target she tried to get one little thing of wipes I said, buy the box because you'll be calling me next week. Buy the box, get a box of Pampers. I don't want to hear nothing. Because she goes to school too now, but I told her, you know I said, "Yo, you can't think." Because this is her motto, she keeps saying, "Ain't nobody want to help me." I'm like, "J you can't depend on nobody.."

**Abraham Correa:** (0:51:42.8) Depend on yourself.

**Damon Leonard:** Nobody's obligated to help you because you've got this baby, nobody's obligated. You can't make nobody help you.

**Abraham Correa:** (0:51:49.7) There's only one nigga that's obligated. (*Laughs.*)

**Damon Leonard:** Exactly, exactly and that nigga is (*0:51:53.4 inaudible/crosstalk*).

**Abraham Correa:** (0:51:53.4) You better go on 127 and find him.

**Damon Leonard:** Yeah, but the nigga don't give a fuck, he's about to have another baby.

**Abraham Correa:** (0:51:59.8) That nigga's crazy.

**Damon Leonard:** More than crazy.

**Abraham Correa:** (0:52:03.0) Who?

**Damon Leonard:** By his shorty, the one he fucking with. That nigga is nuts. I'm sitting here saying to myself, (*0:52:11.4 inaudible/crosstalk*) got a good job.

**Abraham Correa:** (0:52:11.4) That's five right?

**Damon Leonard:** She's got a good job but, Fam, where are you going to get income from?

**Abraham Correa:** (0:52:16.6) That's number five, you've got the older one, the two from his wife, J's, and now.

**Damon Leonard:** Yes, because Jameeka was telling me, he was like "Yo, Dame." Yo, I told the nigga he keeps talking about the wild joint and I said, "Take me up there I'll go." *(Unclear)* I don't know if he's staying for himself, I don't know what he's doing. He said "I've got a spy," that's all he keeps saying. (*0:52:41.2 Unclear*) or he'll call through his cellphone.

**Abraham Correa:** (0:52:42.8) I phoned somebody else and they told me they got this spot in Yonkers too and shit, but I was like let me see what I do.

**Damon Leonard:** And I heard they get up to a dollar twenty, 120 points.

**Abraham Correa:** (0:52:52.8) That's good.

**Damon Leonard:** (52:54) That's better. But he did some ole idiot shit due in July's month. She, you know, she was going down there faithfully. This nigga had a rope chain on. I'm like, "Yo, what the fuck are you doing on the 127th Street with a rope chain on? Are you a fuck--, I'm like, yo fam, you dumb. Why would you do that?" You know what I'm saying, you'd think, I'm like yo fam, we don't do that. Why would you? Then she sees that she think you getting money.

**Abraham Correa:** (0:53:26.2) Exactly.

**Damon Leonard:** And he wasn't even thinking because I guess a lot of them think that he not eating so he wanted to show niggas he's still getting money. I'm like, cuz. And the nigga did some dumb shit one time, told my wife. You know, we're basically, like not blood family, but we're family because Auggie's brother's been dealing with my wife's cousin. That's her first kiss, by his brother, by Joe. (53:50) So, long time he's been in the family, long time. So, he tells my wife, "This is where he is. Yeah, Sharice. We good though, I'm good, I'm up like 200 racks, 200,000." *(Unclear)* I'm like, this dumb nigga. Why the fuck what you tell? You don't tell females shit like that. Now she's going to come home thinking if you're sitting on it what (*0:54:14.8 inaudible*) sitting on? I'm like, "

This nigga is (*0:54:16.5 inaudible/laughter*)."

**Abraham Correa:** (*0:54:18.2 Inaudible*) waiting for you to get out the house and start going through all this (*0:54:20.9 inaudible*) shit.

**Damon Leonard:** I'm like, this nigga's a fucking idiot, this is what I said to myself, Aug, okay, you don't even had six people, right? Now, that's good money because you don't have to deal with 15, 20. (54:35) So your money is like, once you get it your money sits still. I said bro, this is what I said to myself, I said "Fam if you're sitting on 200 racks then what the fuck I'm sitting on?" (*Laughs*) Because I've got more people than you and I've been adding on people, adding on people longer than you---

**Abraham Correa:** (*0:54:55.2 Inaudible/muttering.*)

**Damon Leonard:** Yes, so how? And I'm like fam, "There's no way you're sitting on 200 racks. You've got 200,000? There's no fucking way, there's no way." (*0:55:04.0 Inaudible/crosstalk.*) Fuck you because at that time, at that time, for the pills, points were going up then, granted they're small. At that time it was 13, 14 now, how the fuck you sittin', like this nigga's retarded. He's dumb.

**Abraham Correa:** (0:55:18.8) You'd have to have 30 to 40 a month.

**Damon Leonard:** Yeah, but that's what, that's what he was doing. He talked too much, he's like that and I'm saying in my brain "What are you trying to smash my wife?" Thinking she wanting *(unclear)*.

**Abraham Correa:** (0:55:32.7) You're going to bring up money and shit.

**Damon Leonard:** Yeah, like, my wife, like, you've got a different bitch. My wife would be like, okay that's cool. My wife, from then now, this is what he does. I didn't tell him because I easy (*0:55:44.4 unclear*) I could do it. When they locked me up for driving the doctor's car without the license, right, took me up the block, he tells everybody The boys picked me up, the Feds picked me up. Wow. That's what he tells everybody. Long story short, my wife, this phone is in here, I've got this phone but, you know I have the AT&T joint. They took that, or whatever it is that so I couldn't call, they took all my money. I had like 2800 on me but I said (*0:56:30.0 unclear*), I said, "Yo." They said, "What are you doing?" I said, "Bro it's going to (*0:56:34.0 unclear*) I can't walk around with money like that." (*0:56:36.4 Inaudible*) it's rent time so when the cops like, "Yeah I pay my rent on the 10th too." I was going to pay my rent, I'm backed up I've got to pay two month's rent, so that's why I got it." (*0:56:44.8 Unclear*) So, now my wife is holding this phone, he call he talks to her, tell her what happened. So, he's calling my wife, now I know what's going or whatever it is. He calls her and texts her, he tells her, "Let me know if you need your (*0:57:07.0 unclear*). Like I, If you need to go downtown or whatever. He texts my wife at 10:30 at night and tells her, "You okay? You need anything?" My wife didn't say nothing. She didn't text him back because she a good wife. She said, "I'm not going to feed into that." (*0:57:22.1 Inaudible/crosstalk.*) Yes, like you want "I want you to come over, you know."

**Abraham Correa:** (0:57:28.2) Console me.

**Damon Leonard:** Console me. I didn't tell him. I said, "If I tell him and he says something crooked I'm going to smash him." But I said, that's a small thing because I know my wife. I don't have to worry about that, you understand. When she showed me the text I'm like, this nigga here.

**Abraham Correa:** (0:57:47.3) That nigga's crazy.

**Damon Leonard:** He's crazy.

**Abraham Correa:** (0:57:49.2) I ain't seen that nigga since before he got fired was the last time I seen him. I ain't seen him after that.

**Damon Leonard:** (57:52) You should have seen the day when he got fired. (*Laughter*) The day he got fired nigga was (*0:57:57.0 unclear*) back and forth, whatever it is. He out there now, you know what I'm saying, like he got people out there. I'm like, "Yo fam you ain't got no people, your people got kicked out."

**Abraham Correa:** He finished.

**Damon Leonard:** Yeah, he finished. Now all his people back there used to fuck with Jameeka. (58:12) He told Jameeka and Steve they could have them. They was gone five or six months and the doc let them back in, you know what I mean. So, now they back in he told one of them, "Yo, come fuck with me, like come back to me." We were like, "I ain't fucking with you." (*Laughter.*)

**Abraham Correa:** (0:58:33.8) You're finished papa.

**Damon Leonard:** Yeah, you're finished because that nigga's mad as a motherfucker.

**Abraham Correa:** (0:58:38.9) Crazy. (*0:58:40.8 Inaudible/crosstalk*) run over your people, your shorty, smashing therapy.

**Damon Leonard:** To be honest with, you I really can't really fuck with her today because I've got to do this. You know what I'm saying? I'm not really going to fuck with her I'm just going to, "Look this is what's going to happen..." Because she thirsty and see, I know you're supposed to be a bitch that gets money but you thirsty. That's why (*0:59:02.1 unclear*). You want me to smash, I'm not giving you no money so when you finished you can walk right the fuck back out. (*Laughter.*) You know me I don't give a fuck, I don't give a fuck, yeah, but that's what it is. So I'm just trying to like, you know, I've got a plan to be honest with you man. (59:19) If everything works out for another two years, or whatever it is, I'm not working no more in my life. Not working no more, that's it. That's what I'm setting up for that, like yo. I'm setting up for that, like, I ain't trying, I don't want to work for anybody no more. Soon I'll be 40 and you know once you get 40, fucking jobs won't hire you, you too old. Like (*inaudible*) you too old. I ain't trying to work, man.

**Abraham Correa:** (0:59:39.4) Let them young niggas.

**Damon Leonard:** Yeah. You know what I'm saying? And then you get impatient. So I'm just trying to like, you know me, I told my wife we're going to get this here and get that there, open up CDs for my kids. And then that way when my two youngest ones get out of school, graduate high school, you've got some money. Also my oldest, you know, pay for his college. That's it. Then I tell my wife, you working, you've been down with your job for 12-13 years. Social Security ain't going to be shit, but they told me if I work until 72 I'll get $1400, but if I work earlier than that I'm only going to get like $900. Fuck, give me the $900, nine right now because (*1:00:19.4 inaudible*). You know what I mean? That's my own (*inaudible*). That's what I'm trying to do. I told my wife, I said, "Yo, we've got 401K and if you can, if you figure you'll work for 20 years for the company. After 20 years you've got about 20 to $25,000, $30,000 in there and then you pick up $10,000 in your own money and then what I got, what I built? We ain't, we good. (*1:00:44.0 Inaudible/crosstalk*) I'm not trying to work until I'm fucking 72. Get the fuck out of here. (*1:00:48.2 Inaudible/laughter*) during my life. You know what I'm saying? Like, that's the whole key.

**Abraham Correa:** (1:00:52.1) My man just retired from his job and he about, I'm 42 he got to be like 45. He young and fit and everything. (*1:01:00.3 Inaudible/crosstalk*) "What are you going to do?" The nigga's like "I'm about to take a year and just vacation, vacation, vacation, and just chill."

**Damon Leonard:** Yes and then if you get a job do a little part-time shit. You don't need the money but that's just for certain bills to go in your bank account. (1:01:16) These niggas don't think like that they're going to spend this shit and it's gone.

**Abraham Correa:** (1:01:18.8) This ain't going to last forever.

**Damon Leonard:** (1:01:20) Yeah, I keep telling them niggas that.

**Abraham Correa:** (1:01:21.6) I don't know any old time hustlers still out there hustling. (*Laughs*) (*1:01:24.7 Inaudible/crosstalk*) You see where Frank Lucas is at? (*Laughs*) Let me get out of here.

**Damon Leonard:** Alright, fam, see you tomorrow.

**Abraham Correa:** (1:01:31.9) Tomorrow. You said about three call you, right?

**Damon Leonard:** Yeah.

**Abraham Correa:** (1:01:34.5) Alright, stay up.

**Damon Leonard:** Yeah, good seeing you.

**Abraham Correa:** (1:01:37.8) Yes sir. You tell Jay. Let Jay know that I'm going to be passing by to speak to him. (*Door opens and closes*) (*On the phone*) Hello? Yes, text her. Bye. (*1:02:06.6 Inaudible/background noises/indistinct conversations and traffic*

*sounds*) (*On the phone*) I'm walking up St. Nick. I saw you in the park. Go down to like 161, there's a UPS truck down there. A little farther (*1:02:55.6 inaudible*). Pretty good, pretty good. No, because when you told me, I was inside already, but we're on the board for tomorrow so I don't know you have to do your (*1:03:11.5 unclear*). We're on the board for tomorrow. (*Call ends*) (*1:04:44.0 Inaudible*) (*Laughter*) Time now, 6:30 pm, September 11, 2014.

*(End of audio.)*