DATE:                September 15, 2014

START TIME:          N/A

DURATION:            1:29:38

PARTICIPANTS:        ABRAHAM CORREA

                     DAMON LEONARD

**Damon Leonard**: *(0:00:01.4 Unclear/microphone movement)* I'm waiting for Rosie to get off the train *(0:00:04.1 unclear/microphone movement).*

**Abraham Correa:** (0:00:07.0) Shit.

**Damon Leonard**: Yeah.

**Abraham Correa:** (0:00:08.) It is what it is. Something's better than nothing, shit.

**Damon Leonard**: Yeah.

**Abraham Correa:** (0:00:12.4) I was calling you. You changed your number? You forgot that shit.

**Damon Leonard**: (00:15) Nah, I changed the number *(0:00:18.3 inaudible/loud squeaking sound).* He buys the phones, so he'll get me a new phone. Give me the number again.

**Abraham Correa:** (0:00:32.0) Hold on. I'll be getting this shit on. Six-four-six *(sound of dialing numbers),* six-nine-nine *(sound of dialing numbers),* three-five-oh-six *(sound of dialing numbers). (Squeaking sound.)* Que pasa, homes?

**Damon Leonard**: Same shit, man. It was mad today because they didn't have a whole lot of patients in there. *(Laughter.) (0:00:56.5 Unclear/laughter/phone ringing)* The guy that...

**Abraham Correa:** (0:00:58.8) Got you.

**Damon Leonard**: (1:02) We didn't have a whole lot of patients. See, the thing is, this is the same thing that happened with the other lab, when we transferred everything to the lab. It's not that you have to understand. You understand how he thinks. He thinks because you've got everybody's information in a database, a lot of people know they're not the same.

**Abraham Correa:** (0:01:20.9) *(0:01:20.9 Unclear/microphone movement/background noise.)*

**Damon Leonard**: It's my job to call them and tell them to come drop their urine. But

everybody, everybody that started dropping, Dogs' men, they dropped a lot today. This other dude, he couldn't drop his shit because *(0:01:33.0 unclear)* physician forms up there but he did the money orders wrong. It says pay to the person, not to the lab. So, he mad. I said, yo fam, you've got to either take it back, or skip all these patients and all your people, and tell them to go cash it because there's no way they're gonna… Once you go, they're not going to take that back. Check cash isn't going to take that. So, he goes to Rite Aid, the way *(0:01:55.8 unclear)* go. Instead of going to the check cashing, it's more explanatory, he get the one that says "Pay to," he wrote the fucking name there. If you go to check cashing, it has two lines. It says, it says "From" and then it says "Pay to."

**Abraham Correa:** (0:02:10.5) Pay to, yes.

**Damon Leonard**: It's more easier, self-explanatory. But the dude he got running for him, he writing names on this fucking thing. And, the other lab, he just allowed that. Okay, no problem, we'll just...They had the problem at the beginning with everything *(0:02:21.8 unclear)*. This lab here---

**Abraham Correa:** (0:02:24.0) They're giving the money order to themselves.

**Damon Leonard:** (2:24) Yeah. So, that's what the lab is saying. *(Laughter.)* Like yo, we can't accept that like that.

**Damon Leonard**: Oh, shoot, I think I did something wrong.

**Abraham Correa:** (0:02:31.5) Niggas just idiots, bro.

**Damon Leonard:** So, that's the thing about that. Kind of upset about that. So, there's nothing I could do about that, Cuz. There's nothing I could do. You've got to take *(0:02:40.8 unclear)* too, Cuz. You got, you lost. You lost out. Either you go get new ones or hold on.

**Abraham Correa:** (0:02:47.0) Incompetent. How do you not know how to fill out a money order?

**Damon Leonard:** Because he got the dude doing it. But I told him, "What you do?" At the end of the day, hold them. They're good for 30 days or whatever it is.

**Abraham Correa:** (0:02:57.3) Hell yes. And now that you've got the receipt, you're good.

**Damon Leonard**: When the patients come, they come here, send their ass across the street. Sign it, cash it, that's how you do it.

**Abraham Correa:** (0:03:05.2) That's all he needed to do. Come tomorrow or later. Or when he left, go pick all the niggas, because that cash opens late.

**Damon Leonard**: Yeah.

**Abraham Correa:** (0:03:10.8) Go pick all the niggas up and change them all over again.

**Damon Leonard**: Exactly.

**Abraham Correa:** (0:03:13.6) That's it.

**Damon Leonard**: Or like you said, or, at the end of the day, you can't find, eventually they're going to come for their appointment, right? Yo, yo,i need three of yall. You gotta go to whatshername, because you can go to any whatshername*(0:03:23.0 unclear)*. Yo, here, take this in *(0:03:26.5 unclear)* get that back. They're going to charge you a dollar or whatever the fuck it is.

**Abraham Correa:** (0:03:29.9) As long as he has the receipt, he's good.

**Damon Leonard**: Yeah, but he thinks *(0:03:32.7 unclear)* I don't know what to tell you, fam. That shit ain't no good. They're going to send it back. *(Laughter.)*(3:36) I'm trying to tell you fam. They're going to send it back. That was the problem last week.

**Abraham Correa:** (0:03:40.6) They could be wanting to put everybody to do something and no one knows how to do shit.

**Damon Leonard**: Oh my God, I hate this *(0:03:44.7 unclear)*. *(Phone ringing.)* Oh man. This is what I don't like to hear, man. *(Answers phone.)* Yeah, yeah, what's up? What's going on? Yeah. They picked up Charice, they're getting picked up. Charice, Charice. Okay, okay, I just told her, now you're going to listen. I told Nadia not to go anywhere and she's on her way there right now. I got you, I got it. Let me call you back. This is what I don't like about my daughter. She don't listen, man. She don't listen.

**Abraham Correa:** (0:04:24.8) Everybody wants to be grown.

**Damon Leonard**: Yeah, exactly. Exactly.

**Abraham Correa:** (0:04:37.7) *(0:04:37.7 Unclear)* You've got to pay with a money order when they drop it off and all that shit?

**Damon Leonard**: Yeah. This is what it was.

**Abraham Correa:** (0:04:44.0) That's how we used to be before.

**Damon Leonard**: Yeah, but...

**Abraham Correa:** (0:04:47.9) When you first came here you used to have to pay for your fucking urine and shit *(0:04:50.4 unclear/crosstalk)*.

**Damon Leonard**: Yeah. *(Outgoing phone call ringing.)* I sent the lady down there and then she… *(Automated voicemail recording.)* As soon as she called me, because she was picking up my son, and then she got two for me. I tell you, she runs for me. I don't allow them to come back, I don't have none of them at the office, I walk out of here, niggas try to run up on me, they don't me. Because that's what they did one time.

**Abraham Correa:** (0:05:31.5) What, they followed you? Somebody tried to rob you?

**Damon Leonard**: No. Nobody's try to rob me. Police. Or it was because they brought whatchamacallit. Somebody said, told me sometimes niggas be acting like they police, you know what I'm saying?

**Abraham Correa:** (0:05:48.5) Back in the day shit.

**Damon Leonard**: Yeah, so anyway, anyway, anyway what they did was, I usually don't do this but I was going to pick up, I was going to meet my wife, I was a little late, so I jumped in a cab. I usually walk, always walk home. So, they jumped in the cab *(0:06:03.6 unclear)* answered them, he made a left, hung a left, came in St. Nick and then he hanged a left on 55th to go down up to on the highway. When he came on— when he made that left, that right on St. Nick, a van was sitting in the parking spot. When I turned around, I just looked to see. As soon as I looked, the nigga looked to see the the come out and he followed us, all the way *(0:06:26.7 unclear)* he followed us. When we made the turn going down the hill, he made the turn. We got on the highway, now when we got on the highway, the cab accelerated. He kind of lost him a little bit, I suppose. But he caught up to us when we got off the exit by Park Avenue. He caught up to us. Now he's trying to hang back but I know he is... You know what I'm saying? Long story short, I got out two blocks away from, by the Metro North and walked. You know. Not worrying about him, just walked. I'm sitting there waiting for my wife. My wife was already at, she was got off the train. She was at T-Mobile. I didn't know. I wound up leaving and walking back on Park Avenue home. Now, before that, when I'm sitting outside, he didn't know. The van got up to right there to Fifth by Metro. You can't make that left. You cannot make that left on Park Avenue, you can't. He made the left. Automatically blew whoever it was *(laughter)*. When he came, when he came, when he got to the corner and looked, I'm looking at him. He's like looking to see if he see me. Hailing the left, then he trying going by his business. Got by Lexington, made the right, went a block, and then came back around and just waited. I waited then I walked home. Don't you believe these niggas had uniform officers. Three blocks. I'm walking on the downtown side, he walking on the uptown side. Nigga cut me off on 32nd. I seen him walking slow, comes up, he say, "How you doing? Was you just on one twenty…" I said, "Yeah." I had this shirt on *(0:08:06.9 unclear)* so I said yes. He said, "We got a call." I said, "You a fucking liar. There's no disturbance. You a fucking liar. If that's the case, all of ya'll got the same radio. Metro North police really came right outside they shit and obtained me until ya'll came. You're full of shit. That's the way you're calling me to stop me." So I had tapes, I had movies, and I had one of my people's joint. But it was, it was in the bag. Know what I'm saying? The officer said, "Can I see what's in the bag?" I said yeah. He looked. He said, "What's this?" I said, "Movies, that's my wife's medicine." He said, "Okay." Let me go.  Walked another two blocks, I look back, two niggas is running up on me.

**Abraham Correa:** (0:08:53.4) The same one or some other nigga?

**Damon Leonard**: No, officers. Run up on me, "How you doing?" It's like, "How you doing. Yeah we officers, blah, blah, blah. Can we see what's in the bag?" I say, "Sure.

What the fuck are you running up on me for? What the fuck did I do? This isn't the same situation. Ya'll bullshit. I ain't bothering nobody." *(Phone rings.)* Yeah, yeah. No, no ain't nobody texting you. Because you left. You know? I'll tell you what. Don't worry about it. Nah nah nah. Nah you already… You heard what I said. That's all I'm a say to you. I'm not saying nothing. You heard what I said. *(Hangs up phone.)* Yeah so. At the end of the day, at the end of the day them niggas looked in the bag, got on his phone, blah blah blah, I guess trying to figure out what it is. They asked my name. No ask for my ID no nothing. I know those because now Highway Patrol pulls up, comes up the block the wrong way, pulls over. There aren't no lights *(0:09:53.7)*, nothing like they by theyself. I guess with them *(0:09:56.3 unclear)* highway patrol. *(0:09:57.9)* But I thought they was 32nd. Now they takes it, say, "Okay, this is your girl, your little old lady, watch out" gets on the phone. She's like, "Okay, I'll come down and get it. That is my stuff." She goes down and gets, goes down to the 32nd Precinct because that's where he say he was at. The nigga was at the 32nd Precinct. *(Phone rings.)* Yeah. Now he might be on the bus. I don't know. I'm trying to call him. My wife called me said *(0:10:23.6 unclear)* taking the bus. I'm trying to call her back right now. She makes no fucking sense. Yeah yeah, I'm a call you right back. Yup. So, at the end of the day, they take that, said, "Yo. Have her come to the 32nd Precinct. That's where we…" Alright, no problem. I sends Kathy go down there to go pick that up *(0:10:48.5)* I said, you know, look good 'cause that's what. She goes down there, the desk sergeant *(0:10:52.9)* is calling all around 28th, 29th, 30th. Nobody knows. I forgot the nigga's name, I'm so mad, but I try to describe the color he had on. She was like, yo, she was like *(phone rings)*---

**Abraham Correa:** (0:11:03.9) That's crazy.

**Damon Leonard**: Yeah. *(Answers phone.)* Yeah, yeah *(Hangs up phone.)* Anyway, that's what it was. So, the desk sergeant like okay, if that, if he had that, if he had pain medication of yours, what did they, did they lock them up? Did they take him in? She said, I said, she tell him, "No, they didn't do nothing. He's home. Your boy," *(0:11:38.1)* they know it's my girl. She said, "That don't make no sense. They didn't lock him up, ask for no ID or nothing." She said, "We don't do that. They're not supposed to do that." *(0:11:49.6)* So yeah. Told me something like, do Damon. Yo. You got to watch out because sometimes them niggas do that. *(0:11:54.2)* Them niggas, like they're police. Know what I'm saying? So now, I don't do nothing now.

**Abraham Correa:** (0:11:59.0) That's crazy. *(Phone rings.)*

**Damon Leonard**: Mm-mmm. And I really do but I was like, nah not no anymore. *(Answers phone.)* Yeah. Yeah, it's it's it's it's like I said, I'm not going to play these games no more. I'm not even arguing with you. I ain't doing nothing. Don't worry about it, don't worry about it. Don't worry about it. I'm not going to go through that no more. I'm too old for that. No, you do whatever you've got to do. I ain't worried about it. *(Hangs up phone.)* Fuck that bitch. Fuck out of here.

**Abraham Correa:** (0:12:32.0) *(Laughs.)* You've got women problems? Dame, what's going on, man?

**Damon Leonard**: *(0:12:36.9 Unclear)* I told her, I'm like, I told her today she was going down there to take care of business by herself but I had Rosie to go with her. I told Rosie to go with her because Rosie won't come back. Take her, pay her, and then boom. This bitch gets mad. "Oh, you told me you don't trust me. You told me you won't let me go by myself." I said, "Amanda. I don't want the medicine back in the office with me. Give it to Rosie, Rosie will do what she's got to do." *(Phone rings.)*

**Abraham Correa**: Simple instructions, Bro.

**Damon Leonard**: Yeah, exactly. *(Answers phone.)* Yeah. Let me, listen to me. I'm not going through this with you no more. I'm not going to chase you, I'm not doing anything. I'm not doing all that. That, you you you. No, no, no, you don't have to worry about it. No no no no. Listen to me. You're not, you're not, you're not listening to me. You're talking but you're not listening. I'm no longer chasing you, I'm not doing anything. I'm not going to say—I'm a watch exactly what you do. I'm going to watch that. If I don't get what I need to get from you, then it's going to be a big fucking problem. I'm not fucking with you. I'm not playing no more with you! No more Mr. Nice Guy, okay?! Amanda, you do— listen to me. You do what you need to do. You need to do what you need to do. I don't even care no more. Okay, okay. *(Hangs up phone.)* That was the situation. So now, I wasn't doing that anyway, but now I definitely don't go nowhere. Like I won't walk out of here with nothing on me *(0:14:15.3 unclear)* I got three people going today.

**Abraham Correa:** (0:14:16.8) Yeah.

**Damon Leonard**: *(0:14:17.3 unclear)* When I go home, I got two, three hundred. I'm not going to have no stock, nothing like that on me. So they ever. Do you know what I mean? Rosie, she's got the two so we going, we gonna go, if you don't mind going down to the house, she'll give to you because she's got it on. *(Phone rings.)* There's supposed to be a third one right here but bitch is retarded. *(Answers phone.)* Yeah. Amanda. Amanda, I can't—I'm not dealing with this no more. Don't worry about it. You do what you need to do. It was for a reason. You do what you need to do. No, no, no. Listen to me. Listen to me. No, you're not listening, you're not listening. You're not listening. That belongs to… Don't worry about it. Don't worry about it. You keep—no no. I've got something for you. I got something for you. You go ahead, you keep that. I don't even want that. No, no, no. Amanda, listen to me. Listen to me, Amanda. You're not listening. I want you to listen for the last time. Don't worry. Don't worry. Don't worry. Amanda, don't worry about it. Don't worry about it. Just do what you need to do. I don't want nothing. I don't want nothing from you. I don't even want to deal with you. Leave me alone. I'm going to leave you alone. Don't call me no more. Do what you got to do. I'm not fucking with you. Do you understand that? Oh, yeah. Okay, do whatever you need to do. Okay, whatever. I don't care no more. Do what you gotta—I don't care no more. Goodbye, goodbye. Yeah, hello? Hold on, hold on. Shit. I'm going to meet you right at the house. My wife is telling me all, like why would she... This is what I mean by not answering the fucking phone. I don't like that, man. I don't like that. I'm going to whoop her ass, I'm not playing. I told my wife, do not tell her to go anywhere. I told her. Hold on. *(Outgoing*

*phone call ringing.) (Automated voicemail recording.)* Ah *(frustrated)*! This is what I don't like, man. I'm not playing with her, man. I'm not playing with her. There's going to be a big problem. I'm going to whoop her ass. I told her don't leave the school. She calls my wife. Fuck are you calling my wife? I said don't call her! I just spoke to her about half an hour ago. She's coming *(0:17:05.1 unclear)*. Okay. Oh boy, man. This is the problem, man. I've got something for her. I'm going to show her. Now I can't get it. I don't want you to leave and I'm still down there. Wow, man. *(Outgoing phone call ringing.)* She probably fucked around *(0:17:29.0)* and the homework thing, and that's why she's not answering her phone. Do me a favor, Rosalyn. You might have to go down take a cab to the school because I don't want to tell you to come here and she's still at the school. I said she might still be at the school because she's not answering her phone. So, please take a cab down there and check to see like you have to go like before... Hold on, let me see. *(Automated voicemail recording.)* She might be in the homework room. 'Cause I don't want you to tell her not to come and then she calls me, "Dad, I'm still there." Exactly, exactly, exactly. No, it's ringing. No, she ain't on no damn train. It's going to be a big situation with her anyway. I told her not to go no-fucking-where. I told her that. She don't listen. I'm going to tell her and my wife together. I told *(0:18:25.3)* my wife, oh fuck you mean she's getting on the bus? For what? This is too much, man. This is bullshit, man. Let me get out of here, man. I don't even know what to tell you to do. As I said, you might—I don't want to tell you not to go then come this way, then she calls me and says, "Dad, I'm still in school." Yeah. She called. My wife said she might be getting on the bus but I'm not sure. I'm not sure. I'm not getting her. This is what I told her the last time, "Don't do this." And my wife don't seem to understand. I tell her say, "Don't go nowhere until Daddy can call you back." You might have to like I said most likely go down there because I don't want to chance that. It's like. This is crazy. I don't want to chance it and then you come to me and then she's at the thing. Just take the cab there, Rosie, please. And then whatever it is, I'll give it back to you. Yes. I'm going to whoop my daughter's ass, man, because my wife don't see nothing. She did that last time. She got on the fucking train and I told her not to do that. Let's get out of here, man. I *(0:19:55.5 unclear/microphone movement)*. I'm mad now, man.

**Abraham Correa:** (0:19:57.5) Kids is crazy, bro.

**Damon Leonard**: She knows I don't play with that. I don't play with that. Too much shit be happening, man. I'm going to whoop her ass because I told her don't do that. I told her not to do that. Don't go nowhere.

**Abraham Correa:** (0:20:09.0) *(0:20:09.0 Unclear)* in the house.

**Damon Leonard**: No, she's not in the house. She got her own key. She's not going to be in the house. She not going to go in the house. My wife said she might be getting on the bus. Fuck you mean she's getting on the bus? I told my wife, don't let her do that. I had that problem the first time she did that. Don't do that *(0:20:21.2)* I got somebody, don't matter if they're late. Make her wait. I'm going to tell my wife when she comes, "Don't do that." I don't know what the fuck *(0:20:26.1 unclear/crosstalk)*.

**Abraham Correa:** (0:20:26.2) Your daughter is what, 12, right? Ten?

**Damon Leonard:** She's 12. She'll be 12 next week. I still don't like that. Too much shit be happening. Too much shit be happening. I'm going to go bonkers telling that to my daughter. I be trying to tell her but she don't listen. She can leave. She *(0:20:47.5 unclear/crosstalk/distance)* going like, I gave her, I let her…

**Abraham Correa:** (0:20:49.1) *(0:20:49.1)* You give them a foot they want a yard.

**Damon Leonard:** I let her… She could leave. That's if she was going out with her friend. Her friend *(0:20:56.2 inaudible/microphone movement)* her own school, after my son is out. So I was like, "Okay, you can leave with her and then, and then you can get picked up from there." But now the little girl's got *(0:21:09.2 unclear/distance)* so they allow the kids to leave with a buddy. Like, okay if another kid walking to the train, they don't have direction, they don't let her leave *(0:21:19.0 unclear)*. But I told my daughter, "Do not to go to them." They don't seem to listen. But this nigga, he's mad because *(0:21:27.2)* problem, the problem is, the first lab be like the last lab, the first week or so, two weeks, you were slow. You were slow. You don't get that. He just greedy. He don't get that. I'm already gone. At the end of the day *(0:21:41.7 unclear)* people got to drop their urine. Get results. And they'll pick back up. I can't do that. Don't have the results. Know what I'm saying? The paperwork it got to be right. *(0:21:58.1 inaudible/microphone movement/distance).*

**Abraham Correa:** (0:22:09.6) Tell them you're not the baby's father.

**Abraham Correa:** (0:22:30) J is crazy.

**Damon Leonard:** *(0:22:30)* yeah I told her. She think that she's not supposed to be a single mom, single parent. There's a lot of them out there right now.

**Abraham Correa:** (0:22:40.4) A lot, shit.

**Damon Leonard:** You can't get mad. I understand how you feel *(0:22:48.5 unclear/distance/reverb)*. He told you. Maybe it is what it is. Just do what you gotta do. Be happy you got a job. That's it. You called me last week and was like, uh. She called me two weeks ago. She didn't have no Pampers and shit like that *(0:23:19.0 unclear/distance/background noises/microphone movement).*

*(0:23:30.0-0:24:15.0 Abraham Correa using restroom.)*

**Damon Leonard:** *(0:24:15.0 Unclear)* Ain't obligated to do shit. She be like yeah. *(0:24:18.5 unclear).* Better not be doing nothing for the new baby. I said yo J, that's his girl *(Laughter.)* Like, you can—know what I'm saying? *(0:24:24.7)* You can threaten all you want but you can't make a nigga take care of the child because it is his. We found out it is his, yeah. At the end of the day, *(0:24:30.9 unclear)* or whatever you're getting charged for, that's what you're supposed to make *(0:24:36.8)* So I said J, don't worry about it. It's not like he up *(0:24:40.9)* anyway. Leave it, fuck it. It is what it is. It is what it

is.

**Abraham Correa:** It's crazy.

**Damon Leonard:** (0:24:49) Yes, it is crazy, man. But you kind of fucked up anyway because you ain't saving up none, like you got nothing *(0:25:50 unclear/moved far from mic.)* You know it's easy to make ten (unclear). Probably a little more than that. You sitting here thinking that this shit (unclear) and even if you did... (25:18) You make a thousand a day, you give him six hundred. He sitting round *(0:25:21.7 unclear/distance)*, telling everybody he got this, he got that, and now look. She fucked up, he fucked up.

**Abraham Correa:** (25:31) He didn't fuck up. He made $200,000 *(laughs)*.

**Damon Leonard:** Yeah, exactly, yeah you're right.

**Abraham Correa:** He got $200,000 in a stash *(0:25:37.2 unclear)*.

**Damon Leonard:** *(0:25:39.5 Unclear/distance.)*

**Abraham Correa:** (0:25:48.8) That boy is crazy.

**Damon Leonard:** He is crazy, man. I told you he bought the fuck out *(0:25:53.6-0:26:20.8 unclear/distance)*. Do what you got to do and you'll be good. She was like, " Yeah, you right." *(0:26:24.2 unclear/background noise)* "I want you to come." I didn't go.

*(0:26:35.2 Abraham Correa and respondent(s) go outside.)*

**Damon Leonard:** What are you doing, bro?

**Abraham Correa:** (0:26:56.7) Huh?

**Damon Leonard:** What are you doing?

**Abraham Correa:** (0:26:56.7) Walking.

**Damon Leonard:** Just walking. I didn't know. That's how I do it.

**Abraham Correa:** (0:27:02.1) Walking, bro. I've got to lose this extra shit *(0:27:04.4 unclear/microphone movement)*. I got to lose this fat.

**Damon Leonard:** That was the thing. She thinks she be kicking niggas out of here to help her *(0:27:13.5 unclear/microphone movement)*. Nigga just give you, like you be thinking niggas supposed to. Like, what the fuck do you think this is, man? The first month when she got fired, I didn't say nothing. I just thought about everything when I was, you know, running with *(0:27:36.5 unclear)* and all that and what she was doing for us and whatever, even though she was doing Butch but I never really even cared. (27:43) When she got fired, I said, yo you know what? I said damn. (27:45) She pregnant, she like seven months, like eight months. She *(0:27:51.0 unclear/background noise)*. Know what I'm saying? You know what I'm gonna do for you? I said this to her.

First month, I got you, don't you worry about nothing. I'll look out for you. First week (*Unclear*) her mother and her stepfather working. First week she was like yo, um *(0:28:09.5 Unclear).* I was like, yo J I got fired. Her mother's gonna come and get, they were still cleaning. But then after that, the doctor was like, the doctor didn't even give a fuck. He was like, well. Me and Auggie were like, who going to pay them? I said I ain't paying them. *(Laughter.)* That shit, we could do that. I ain't paying her five a week.

**Abraham Correa:** (0:28:31.3) Five hundred? That's what she was giving her?

**Damon Leonard:** Yes, that's what she was giving them. Five, like, four hundred. She was giving her some shit like that.

**Abraham Correa:** (0:28:36.0) Damn.

**Damon Leonard:** *(0:28:37.4 Unclear)* J figured she up so she was doing that.

**Abraham Correa:** (0:28:38.8) Yeah.

**Damon Leonard:** (28:41) So she was doing that. I figured, tell him that's it. Tell him that's it. We told him that was it. They was like, okay. (28:49) So J was like, "Damn, I don't know what I'm going to tell my mom now." So I'm like, just tell them the doctor don't work no more. You know what I'm saying? *(phone rings).* So the first week. Yeah, yeah, hello? I'm calling her like crazy. She might be in homework club right now because I'm calling and calling. I called three times. It's ringing but it's going to voicemail. Cherie, let me tell you something. This is the second time Nadia went somewhere because you must have told her she was to get on the bus or the train. Yeah, exactly. *(0:30:01.2 Unclear)* oh my God. Why would she leave? You told her she could leave?

**Abraham Correa**: *(0:30:08.6 Unclear.)*

**Damon Leonard:** Yes. *(Automated voicemail recording.)* Now she's on the train, I'm gonna whoop her ass. I ain't worried about that. So now *(0:30:31.0 unclear/microphone movement).* So now, at the end of the day, I give her four hundred. That was a Friday. Next Wednesday I gave her another four hundred. Bam! Another four hundred. The whole month, that whole month, me by myself, Auggie wasn't give her a fucking dime. And he was still staying temporarily at the house. Most Auggie gave her was twenty dollars because Auggie knew, already knew I was looking out for her. So Auggie was trying to make *(0:30:56.4 unclear).* Then after a while, Auggie was making it seem like— what he said?—oh, I guess because I took over the *(0:31:05.1 unclear).* I guess he's telling her, "Damion supposed to have more money for you *(0:31:11.5 unclear)*." So then after a while, he was trying to tell me, "Yo Dame, I'm a bring the money to you." *(Laughter.)* Yes, yeah, he was pocketing that or whatever and giving her what he wanted to give her. He did that one time *(0:31:24.2 unclear/sirens going off).* I said, yo J, and she like, "Nah, he didn't give me any." I'm like, "What?" She like, "Yeah." *(0:31:30.1 unclear/microphone movement).* What's up with you man? *(Unclear)* You ain't helping her. She looked out for us. Give her that, man. (31:39) That whole month I gave her close to two thousand dollars, easy. (Unclear) Another four hundred, two fifty. And then

at the same time, his brother in law, his brother in law was giving her money. Yeah, giving her money. She was taking the money and spending it. (32:05) Like, wasn't even trying to pay her bills, nothing.

**Abraham Correa**: (0:32:06.3) She thought the nigga was going to continue to give her the money.

**Damon Leonard**: Yes, she was *(0:32:09.7 unclear)* because she was going through her shit so *(32:10)* she was buying nothing but liquor, having parties *(0:32:13.3 unclear)*. Big ass bottles, fucking cabinet full of bottles. (32:17) I'm like yo J, this shit is a $60, $70 bottle. This bitch is crazy. Two phones still. I'm like, "Yo J, you got to cut down. Like What's up with you?" I'm not just going to be giving her money and then she just going be doing what she wants to do. Niggas are trying to look out for her. She's got the baby with the apartment. Too much compassion *(0:32:35.1 unclear)*. Shit was up to like, fucking like, two thousand, 2 racks *(0:32:39.3 unclear)*. I'm like, "Yo J, how the fuck did it get like that?" Oh, I said "Jay, you're lying. You had money. You had money. You were sitting there spending that shit like you was going to keep on getting taken care of. You fucked that up." After the month was over, I didn't look out for her no more. *(0:32:56.0 Unclear)* You ain't going be thinking I just going to keep hitting you off. You going to do what you want to do.

**Abraham Correa**: (0:33:00.1) You're living a lavish life. *(0:33:01.1 Unclear.)*

**Damon Leonard**: Yes, exactly. That's what she was doing. Then she was standing there crying every day. I go, "Jay, you've got to get your shit together. Girl, you fucked up. Niggas looked out for you. You let your rent get up to fucking $3,000 backed up and now what?" She got a one-shot deal. She got a one-shot deal, she just got it recently like last month or the month before, she got the one-shot deal and paid it. It's my girl. *(Talking on phone.)* Nadia, where are you? Nadia, you're walking where? Nadia, why would you, this is the thing. I got the lady coming to get you and you leaving. I don't know what you and Mommy are doing, but when I get in the house, I'm definitely talking with you and Mom because I don't like that. The lady- Nadia, next time, I don't give a fuck what goes on. Call me. Say, "Mommy, I don't want to leave, I don't want to get in trouble with Daddy." Please go find out what's going on with Daddy first. Do not leave. Do not leave. Now the lady went down to the school because you wasn't answering the phone. I thought maybe you were in homework club or whatever it may be. Here's the problem. That's the problem. *(0:34:13.4 Unclear)* this is fucking crazy. Call Mommy right now and see where she at and tell her where you at. I'm going to get nasty when I see you, I'm telling you. Call me right back. *(Hangs up phone.)* My wife told her to go *(0:34:28.8 unclear/crosstalk)*. Yeah.  Metro North. What the fuck is wrong with y'all? *(Passerby on street saying something.)*

**Damon Leonard**: *(0:34:40.3 Unclear)* this way, dumb nigga. *(Laughter.)*  So that was the situation. So I'm like, "Damn, J. You just took your money and just fucked all that up." *(0:34:51.2 unclear)* living a luxurious lifestyle. Every week they going to the mall. She's buying this, buying shit she doesn't even wear. Every week, a pair of Jordans come up.

She'll buy a pair of Jordans. Give him a pair of Jordans. Spending money on kids. Buying everybody's kids. His kids, him. Bitches he fuckin with on the low and then her family. Now her family doesn't wanna help out with nothing. She'll ask her mom to watch the baby, they can't do it.

**Abraham Correa:** (0:35:17.7) She'll always tell me how her mother was on the outs *(0:35:19.8 unclear)*---

**Damon Leonard:** Yes, she's like that. She said that. She said she asked her mom or her sister to borrow a couple dollars, they ain't got it. All these fucking *(0:35:30.9 unclear)* looking out for them, paying their phone bills. *(0:35:35.2 unclear)* the job that she gave your mother and steppops and they can't even give you a fucking $100. My mother *(0:35:40.9 unclear).* I'm like, "Wow, that's fucked up." I'm being honest with you.

**Abraham Correa:** *(0:35:48.3 Unclear)* at all.

**Damon Leonard:** Exactly. I'm going to tell you what I thought. I know my kind of people, I know they act *(0:36:00.3 unclear)* we're fucked up. The Spanish the Dominican they usually look at for each other *(0:36:08.4 Unclear)* shit. Man, that's fucked up. *(0:36:20.1 unclear/background noise)* You gotta stop living this life that shit is over with, man. You need to *(0:36:26.2 unclear/crosstalk).*

**Abraham Correa:** (0:36:26.8) Tell her to stop spending all that money.

**Damon Leonard:** Yes.

**Abraham Correa:** (0:36:30.2) All that money.

**Damon Leonard:** Stop doing that. She was just doing it. She didn't give a fuck, man.

**Abraham Correa:** (0:36:34.9) Auggie wasn't stupid. He was with her because of the paper.

**Damon Leonard:** Yes, exactly. He knew exactly what he was doing.

**Abraham Correa:** (0:36:38.2) It wasn't like he had a feeling for her like that, ever.

**Damon Leonard:** Exactly. He didn't. But you told her that and she still decided to do that bullshit.

**Abraham Correa:** *(0:36:46.8 Unclear)* somewhere he could rest at. He didn't really want to go back to his moms.

**Damon Leonard:** Yes, exactly. That's exactly what he did.

**Abraham Correa:** (0:36:54.9) That's what he wound up doing anyway, right?

**Damon Leonard:** Yes. After she got fired, he stayed maybe a month later, up until the baby shower, Nigga didn't go to the baby shower. He didn't come to nothing.

**Abraham Correa:** (0:37:08.7) Yeah.

**Damon Leonard:** Nigga was home that day.

**Abraham Correa:** (0:37:12.7) That was real fucked up shit.

**Damon Leonard:** That was bad. I'm like yo Aug that's fucked up, man. That's really fucked up. If you did this shit, at the end of the day we men *(0:37:19.9 unclear)* you don't want the baby you come to the baby shower *(0:37:27.2 unclear).* I'm not going to be with you but I'm going to take care of my child the best I can. That's all I'm going to do, you know what I'm saying. The first three months, the nigga didn't even want to come help her. The baby was crying, the baby was sick, she'd go to the doctor she by herself. She didn't know man So she feeling neglected. I'm like damn aug and then you turn around and get this other bitch pregnant? You're fucked up man, man. You fucked up.

**Abraham Correa:** *(0:37:50.0 Unclear)* fall into depression mode and all that shit.

**Damon Leonard:** She was. She was popping pills, Cuz. She was popping pills. *(Laughter.)* I'm like yo you could tell because she would say, "Yo I'm going to kill myself, I'm going to take all these pills and I ain't going to wake up." What did she say about the baby? "I'm going to take the baby somewhere, do something." I go J You're talking out of your fucking mouth, you're going crazy. Be easy. I understand. You're a female *(0:38:17.7 unclear).* I'm older so I know. Just chill. Everything will be okay. You're acting like it's the end of the world, it isn't. *(0:38:26.1 unclear/cars going by)* know better. Then she came back here. She spoke to him, doc felt bad for her, told her to come. She came, she came she worked, that's when she started being all bullshit. She told the Doc on me, telling him I was doing this crazy shit. I said, you gotta get out of here. You don't fuck around or niggas get hurt up in here. Because I got niggas thinking…

**Abraham Correa:** Making promises that don't exist anymore.

**Damon Leonard:** *(0:38:55.2 Unclear/crosstalk/vehicle backing up)* You got niggas thinking she's only working with the urine and helping with the physical therapy. This bitch tells me, Oh we can override it. This bitch is crazy. I go, "Jay, you're doing too much. *(0:39:06.6 unclear)* You're going crazy.*(Unclear)* I said everybody's gotta drop. Everybody. That's what everybody's doing. Everybody's fine with that, dropping, dropping, dropping. Bitch decided to tell Black, O Black I guess to make some money on the side, she was telling his people, Oh well whatever is showing through on that (unclear) just hit me for $150 and I'll make sure that go through. I'm like,yo Jay I ain't never tell Black about the insurance because *(unclear)* he paid in cash. *(Unclear)* I remember when you was behind the desk he said he didn't deal with no insurance patients. If anyone of his people try to pay with insurance card, let him know. He's going to handle that. So I ain't never tell him. Why? You know your urine? Fifty dollars is good. He got mad by the way so he told Vinny, "Yo That's fucked up. Nigga *(0:39:56.0 unclear)* nigga didn't want to tell me." I'm bringing you your friend. Yo fam the reason why he didn't tell you is because you don't fuck with insurance. That's why he didn't tell you

anything. He thought you didn't give a fuck about that. "But I could have saved some money." All you had to do is come and ask me, brother. Nigga, you can put insurance on it. The lab is taking it. *(0:40:11.5)* So when I had that situation, that was that and I told you about the *(0:40:16.6 unclear)*. I said, "No, Jay, we can't do this. You're not going to do that." But she's telling everybody on the low, "Oh, don't worry, I'm going to get back behind the office I mean behind the desk." Doctor said, "Damon, I don't want her around that desk. I don't want her around it. I'm going to trust her to go back there *(0:40:34.7 unclear)* for nothing. I'm not going to give her keys. Nothing." As soon as she came back the first day, I gave her keys back to her, keys back. If doctor knew, he get mad at me and said, "Don't give her anything. I don't want her to have access to nothing. I don't trust her." I didn't ever tell her that, but he told me Yo Dame. When that door opened up and she lied to the doctor, he was like you out of here. You lied, I can't trust you. You lied. You told me that you didn't, you fingered the physical therapist? Out of here. *(0:41:04.2 Unclear)* she got a job where she's at now. She's got that job.

**Abraham Correa:** *(0:41:12.2 Unclear)* eighty? Heidi?

*(0:41:14.6-0:41:24.5 Unclear conversation due to a loud vehicle.)*

**Damon Leonard:** This bitch got an attitude. This what she did one month, one month, I had sent Amanda down to a spot. She supposedly lost her script. Alright?

**Abraham Correa:** (0:41:49.5) Who's that? Amanda?

**Damon Leonard:** Yes. It happened *(unclear)* because I took the PMP *(unclear)* she said she lost it *(0:41:55.9 unclear)*. Next month, she tried the shit again, did it again. Uh-uh *(negative)*. She busted that alright I said, "Okay, here's what you're going to do. Bitch, you're going to give me back my money so that means you can't get anything for four months. You don't get that because you lost, two. You lost one, the other one, you lied. You've been paying that back." So now *(Talking on phone.)* Yeah Oh what Nadia? Oh what? Nadia The thing is I told you not to leave the school no matter what. *(0:42:46.2 unclear)* no matter what, you let them know that somebody's coming to get you. Ever since I signed that thing *(0:42:49.9 unclear)* doesn't mean that you can leave on your own *(0:42:52.9 unclear)*. I told you it was okay to leave if that girl, whatever her name is, was going home and you could go with them. You're not just going to be getting on the train, doing whatever the hell you want. When you get to the house… Okay, Nadia. That's why you go, "Dad, look, is it okay if I leave? I'm with this person, what's her name *(0:43:13.8 unclear/loud vehicles).*" You don't seem to listen. You do what you want to do. *(Other phone ringing.)* Yes, hold on. Rosie. Yes, I'm sorry. She's about ready to *(0:43:33.2 unclear)* my wife told her to go with her friend. That's where my daughter is at right now. One-twenty-fifth by the Metro North. That's where you're at, Nadia? She's in the Metro North Station waiting for my wife. Hold on. Nadia, how long before Mommy gets there? Nadia, that don't make no sense. Where are you at, Rosie? You're walking up? I'm coming towards you now. Okay, no problem.

**Abraham Correa:** (0:44:15.4) Yo, *(0:44:15.4 Unclear)*.

*IDIs / CS Buy-Walk 09-15-2014        14*

**Damon Leonard:** I've got to go get her. Nadia? I've got to go get her. I'll get her, Rosie. Come to me. Nadia, see, that's the problem. Now you've got to come to me because I'm not coming to you. You've got to come to me. Stay on the phone with me and walk up and walk home right now. Yes, Nadia. Like the way I walk when I have to walk to the school. Now. Now. That makes no sense. That's the problem. Make sure there isn't anybody following you that looks crazy. Need to give him some ass. Might as well just go over and get some ass, nigga. Alright. I'll call you back, just start walking to the train. I'll meet you by the bridge around that corner, alright? Nadia, I'll meet you by the bridge. I'll meet you right by the bridge. Nadia, just keep coming. By the time you get to the bridge, I'll be right there. Bet. Yeah, so, that situation with that crazy shit but… At the end of the day, man, I was just surprised. *(0:46:05.4 Unclear/crosstalk.)* Even dogs look like niggas trying to like *(0:46:07.7 unclear).* This is what happened last week, though. Two weeks ago. I don't remember that lady. I don't remember her. She was telling me she's straight. I think she's Dominican. She only talks Mexican and understands English. So she uh The lady always comes with her daughter, always come with her daughter. Probably started to come after you left for whatever it is. So Jomaris, she is supposed to owe Jomaris three dollars. Jomaris fucks around and brings the lady. Now, she is outside waiting for her. There's dogs outside. Dogs called me the other day. I'm like "Yo What the?" Dog, it's already fucking crazy up here. Do that for me. Get that dude for me. Like He wants to show her like he got power. I'm like "Alright, dog. Whatever." Come to find out whatever it is I put her through, she got kids. She leaves with Jomaris. She might have to settle with the pharmacist. The pharmacist tells her to come back the next day. She comes back the next day. *(0:47:14.2 Unclear)* she leaves and tells Jomaris "Yo, I'm going to give you the three I owe you, plus another three for putting me through. Getting me help out of this with you." Lady dipped on Jomaris. Jomaris said she tried to go the next day and the form was already *(0:47:27.3 inaudible/rattling microphone)* I told her " That's good for your dumb ass."

**Abraham Correa:** (0:47:30.5) *(Laughs)* She broke out with her script and all that?

**Damon Leonard:** Yes. She was like "Dam, yo that lady, yo she is not good anymore." I said "Oh, that's good for you. Because I'm not putting the bitch through nothing. It's you on the bed. Do what she wants to do." So next time when she comes, I'm going to tell her "You can't come back no more." And I'm going to make sure... I'm not even going to tell her like that. I'm going to let her put some urine and I'm going to get her thrown out. Let her put some urine and I'm gonna have somebody do something to it and she is going to get kicked out. Just like that. Bam. I'm not even going to tell her she can't get in because she is going to give me some bullshit after. I'm going to tell her it's the main one.

**Abraham Correa:** (0:48:02.0) These broads are crazy. If they made them bring it the first time and that's it. They are going to do whatever they want to do.

**Damon Leonard:** That's what this bitch Serene weighs. I said "Amanda..." I told her " Listen, she's going to go by herself. You know what? This bitch won't try nothing or might

gonna get lost. She is going to go with you down here and you're just going to give her that and that's that. I got a little something for you. Now for next month you'll be back on for yourself, meaning you better get your money." She got mad. She gave Rosie back the money, but she keep the script. Now I'm like "Where'd she go?" She comes back and she calls me but I can't pick up anything. She comes back lonely. I'm like "Where is the script?" "I gave Rosie back the money." "But where is the script?" "I got the script." I said "What are you going to do?" I'm thinking maybe she is just going to wait and decide herself "Fuck it, I'm just going to go get it out of the way." So then she comes back. She comes back. Since I'm waiting for her... I guess on 53rd when you're waiting for somebody, you can't stand in front of the office. You know that. I go back to the house with Rosie and I said "Where is she at?" "I don't know where she went, she left." So I'm thinking she fucked around. Now, I left her messed up on boys mess. I said "Let me tell you something. If you do what you did before, you're going to have a problem. I'm telling you that right now. You're going to have a problem because this is what's going to happen. You do what you're going to do and bring me them things or you give me my 300 dollars back and you keep the rest. You no longer come back to this. No more. No more. You're done. Don't worry about it. That's it. You're done."

**Abraham Correa:** (0:49:29.7) Going to fuck up a good thing then you go in every month for a one shot deal.

**Damon Leonard:** Yeah. So now, she calling me and asking me why I left that mess of messages because I was calling and she wasn't picking up. You heard what the message is. You got it? She was like "No, I got it. I'm in my house now. I got it. Don't make me mad because I'll get rid of it." "Oh no no, go ahead, throw it away. You can do whatever you want to do. You can go ahead and do that. (49:53) You can't come back. You can't come back. If I find out you're busted and I didn't get at least my 300, I'm 'a nail you. I'm not playing, I'm 'a nail you." I'm going to have some bitches nail her. I told her I'm not playing with her. "You think this is a game. Like you think it's like when you get mad?" I'm not going to kiss ass. She knew me. So I'm not going to. It's in your lane. (50:11) Give me my three back and we good. You're good, keep pushing. You can't come back here. You can't come back here.  You can't come back here at all.

**Abraham Correa:** (0:50:20.4) Man, after all this time you start acting crazy?

**Damon Leonard:** Yeah, like you know what I'm saying? Because, because you lost my shit the last time I'm supposed to trust you? Get the fuck out of here. No, no, no. Because you went 7th...you went August 30th and you got it and you brung it back to me, okay, that's cool. You want me to continue to trust you but for some reason I'm like " Nah, you know what? Let me just let this one go with you before you try some stupid shit." You know what I'm saying. Oh. She gets mad. "Oh, you don't trust me." Motherfucking right. Motherfucking right. I never had to worry about none of my people but for some reason with you I got that feeling. So that's it. You know what I'm saying. Then she is going to tell me "I think this is going to be my last run anyway." She told me this the other day. It actually was going to be her last run because I was going to dead

her after this. You know what I'm saying. I was just going to dead her. I was going to tell her yo that's it. You know what I mean. So that was it. (51:07) So now, we are sitting there while I leave that. Take that. Take that what I just told you. If I don't have my shit in my hand, don't worry about it. You'll see what happens. I know where you're at. I know exactly where you're at. (51:21) I used to go to school up there on Forest, so I know a bunch of people who don't play around. I can make one call. Do me a favor, bruh; the Spanish dude who lives in this building. He comes late. Around like ten o'clock mostly, nine. Yo. I asked him, yo. Here, floor this bitch (unclear) just for fucking with us. Floor her. That's it. Two bitches floor her. That's what we do. That's how we gonna do it. Then you won't know where it came from. I'm not going to do it now. I'm going wait, I'm going to wait for a little while. Ain't gonna do it now. (51:53) As for the boy, like last week or two weeks ago he was like "Hey what's going on? Bless." "Everything is good." He wants to know what's going on. I wouldn't tell him. He's trying to find out information. Greene no longer in the office, you're an outsider now, nigga. The reason why is, he was doing a lot of funny shit when he was there with niggas. Niggas were telling. Saying this and they're saying that. He's doing this. He thinks I don't know. I ended up telling him but I never confronted him about it. I confronted him about two things. But it was like "Yo Auggie, all the shit I heard with you, fam, when you sitting there, you went, J left. Your people were still going through, I was putting them through, like here, here, here." Know what I'm saying? Getting you extra bread. At one time he was getting all of the overrides. Everything.

**Abraham Correa:** (0:52:41.0) Yeah?

**Damon Leonard:** Yeah. It was him and J. I was just getting what I had to get. The very few people that I have, I was dealing with. Everybody else was either his or hers. Yeah. She only really had.  She only really had Papi Shampoo and after him what-cha-call-em, like Sam and them. Like, them types of guys. The people who were newer were all Auggie. Auggie had about ten or fifteen people, twenty people, almost 30 people. I feel he did like six, seven in a day. Like "Bong. Like easy." Know what I mean? So, when the nigga got locked up for that day, his override made maybe like three hundred, four hundred. When Auggie came out the next day later, I gave it to him.

**Abraham Correa:** (0:53:34.9) He got locked up?

**Damon Leonard:** When them niggas got me for my own shit and took me off to the pen and I didn't come out until the next day, he told everybody the fucking Feds picked me up.

**Abraham Correa:** (0:53:44.6) Why would you even say something like that?

**Damon Leonard:** Yeah, because he is a fucking dumb dick head. (53:48) So the next day, I got there like one o'clock. Because he didn't know how to get the PMP up and everything. So, when, soon I called, the doctor knew it was me immediately because I was using my wife's phone. He said "Oh, I have to put you out? You okay? You sure you want to stay? You want to go out?" I said "No, doctor. I'm good. I'm going to come to

work because I know you need me." He said, he's like, "Okay, I got you." An hour, hour and a half later. "Nah, man. I'm busy." Sitting there we got, we got like, we had like, two, two people. We had like two or four people that day but the ones that were before me, I let that go because I couldn't handle it. (54:40) When I got there and got the paperwork, it was two people and Black who dropped them. They gave him three hundred. I charged them a hundred fifty over that. Fuck it. You know what I'm saying? So I'm like, "Yo Aug." I seen that they wasn't seen yet. I said "What they give you?" He said "I don't even know." I said okay, I got you. Because if it ain't done yet, that's me then. I'm back here now. I'm back. So if it ain't done yet, let me get that." I called Black and I'm like "Yo Black," I'm like, "Yo what you been doing?" He was like "I gave him three dollars. I put it on the Washington. I put the number on the envelope." I'm like, all right. So I'm like "Aug, Black told me he gave you three dollars." He said "I don't even know. I was doing so much I wasn't even in the cut." I said "Okay, we'll find the one that got three dollars on it. Better yet, don't worry about it. Let's wait until he comes." Nigga came. So I said "Yo Black, what did you give Aug?" I said it right in front of him and he said "I gave the nigga three hundred." I'm like what? "And I wrote it on the paper." So now that I'm behind the desk now, he goes back by the bathroom and comes back and is like "Oh, here it is right here. I didn't even see it." I said "Yo, you knew what it was because I know you counted it." I said, "Yo cuz, this is how we doing things, man? Like, when you was gone and you came back, I made sure you had." You know what I'm saying? That's you, I don't need that. That's you. Know what I'm saying? So from there, from there, from there I didn't trust Auggie no more. I said this is a funny nigga. He told me he came. Steve is there to help him. Steve told me how he said he gave Steve a hundred and twenty dollars. Steve says, "The nigga didn't give me no such thing. He didn't give me a hundred and twenty. The nigga lying to you, Damon." I said "Wow." I said, "Yo this nigga behind there and he didn't give you nothing for being there with him?" He said "The nigga didn't give me nothing really, Damon. Like sixty dollars a month." Wow. This nigga Auggie is thirsty, fam. That's a greedy nigga, man. I said wow. Then I'm like "Yo cuz, this is how we doing things?" and I told him. So, ever since that, I didn't trust him and then he had told the others, Fat Vinny, that I got caught with the thing. I got caught with that. He tells Vinny— no, when he got caught up when he is spending like it's for his license. He got caught up over by the hospital. He tells, and he tells Vinny that they told him inside the place that had some type of *(0:57:10.5 unclear)*. They asked him in the room "Yo, they know who the doctor is. Blah blah blah. Who you working for? They know who's working behind the desk." That's what he's telling Vinny that that's what he is talking about. But Vinny said even worse. He told Vinny, "Oh. They want you. Playing Charisse because they on her." Then he started hiding aluminums that don't have anything on them 'cause a nigga don' t, know what I'm saying? He said "Really? So why would you not tell them then?" So Vinny's like, "Yeah nigga…"

**Abraham Correa:** (0:57:39.2) Oh, Auggie ain't tell you?

**Damon Leonard:** No, he wanted me to like get nervous. He tried to make up something so I could leave so he could take the helm but it was never going to work like that. Know what I'm saying? Vinny was like "Yeah, the nigga told me that." He was like, "Yo. That

shit is crazy. Thinking Damon should just leave." But nigga, you in this so how am I in this situation? Shit was crazy. Listening to Auggie sign and try to get me to get kicked out. For me to leave, that's how... I'm like yo fam, niggas ain't doing no such thing because if anything, I don't even deal with anybody. I deal with my own people. Like, I don't—know what I'm saying? There is nobody going in front of him. "Oh, I watched Damon and that's why I stopped. My computer stopped overriding. I was so proud." I'm like "Fam, they'll tell you how funny are your *(0:58:18.9 unclear)*. All Auggie will tell you, they ain't going to fuck with you because you don't know niggas. You come from in-house. I won't fuck with nobody, like just. Nobody. No. Nobody coming from another spot. I won't deal with it. When people need, like, if, if it's your people, they can't come to visit no more. You know what I'm saying? So don't run up and say—you know what I'm saying? Nah. They'll come in. If their person or people came in without you, they ain't going through. At all. "Oh, no. Talk to doc. Let him know." Some of them come in like " Yo, I'm looking for..." I don't know who that is. They see how funny it is. They be like, "Yo that's nigga funny." That's why one day, I'm thinking *(0:59:18.3 inaudible/cars)*. Nigga came clean cut. Like, you know what I'm saying, clean cut. He looked like he was Dominican or whatever. So Nathan's sitting by the door. And there was like three or four people in there. He let them in. He was like, "Yeah, yeah." (59:33) At first he asked and he was like, "Yeah, I want to see the doctor," so he told him to talk to him. So, he like, " How can I help you bro," and he said, "Yeah, I want to see the doctor." And how does he go about doing that. He ain't gonna give no questions, he ain't hand him no paperwork. He must think I'm a dumb nigga. I'm like "No, fam. We ain't doing this. We don't know these people here. (59:54) Plus before their MRI, they have to be verified by the doctor." He was like "Oh, alright." *(On the phone)* Yeah, Nadia. Huh? Alright, so come to the house then because I'm two blocks away from the house. *(Hangs up phone.)* That one that we just walked past, the check cashing, the fucking owner's a faggot.

**Abraham Correa:** (1:00:27.8) Got a fat nigga walking viciously.

**Damon Leonard:** Yeah, yeah. That shit is really crazy. I'm like "I got to talk to them. Stop acting like that. You know your boy *(1:00:37.4 unclear),* I was like "How was that when you're the one that got caught up?" Some of the questions weren't even asking about that.

**Abraham Correa:** (1:00:56.6) *(1:00:56.6-1:02:04.9 Inaudible/traffic.)*

**Damon Leonard:** That's what it was. I let her submit it. I seen her and said (1:02:07) " Let me ask you a question. You fuck with Moss?" She goes, (1:02:16) "Nigga I don't fuck with him." I said, "Nah, I don't do those things. I don't do those things. I don't work like that. Whoever you come with is who you come with. I don't, I don't—we don't play like that. It doesn't work like that. Whoever you fuck with, that's who we fuck with. Without him coming, I can't do nothing for you." *(1:02:39.5 Inaudible/traffic)* After that, I sat on 103rd.

**Abraham Correa:** (1:02:51.6) My man went on a day plan and never came back.

**Damon Leonard:** Yes, I heard.

**Abraham Correa:** (1:02:59.4) No, he had a landlord that didn't want to fuck with him any more. It's fucked up.

**Damon Leonard:** *(1:03:14.4-1:03:25.4 Inaudible/traffic and crosstalk)* She's like 53. She has a nice ass though. Gay people don't---

**Abraham Correa:** (1:03:28.8) They are cool because they are trying to stay up, nigga.

**Damon Leonard:** She is always hanging out at that building. I'm going to see what's up. I don't know but you sound so dumb. Looking funny, man. You'd be surprised. The shit I didn't expect is as soon as you see him come up to me, I'm like *(1:03:54.0 unclear)* all the dumb shit. Tell him something. He came inside and talked to me. Friday. He was mad. How are you going to force him to be here? Bring your paperwork or you don't do it. I tried to let him do one the other day. I called in, *(1:04:24.4 inaudible/microphone movement)* today. He has to go. I've got a phone for them. The doctor tricked him. Doctor said "I want to talk to the doctor." I told him "Every now and then he wants to call you up and talk to you once a day to see..." The doctor called me and said "Damon, this is fake paperwork and the person is just sitting there waiting for us to call and they're trying to vent." I said "Dogs don't listen, fam. At the end of the day, Dogs is getting money. Even if Dogs is getting two or three. He got four today and won't get anything tomorrow, only got one, stay with that." But Dogs went and got so fucking greedy that he just figured he was supposed to make 10,000 a day. That's how he thinks. He can't go less than four people a day. He won't do it.

**Abraham Correa:** (1:05:14.6) That shit is crazy, man. Got to just fucking work?

**Damon Leonard:** He is greedy. He doesn't want to have an off day. He is greedy.

**Abraham Correa:** (1:05:21.0) Then I could see if you put in all that work, you have control for it but you're still looking the same. Not even niggas in your crew are looking better.

**Damon Leonard:** Exactly. I'm going to tell you what the boy was telling me. See, at the end of the day, for him, you know they got the Navigator. The old one. Now they got it. He got it. He likes to spit shine it now *(1:05:47.2 unclear)*. Dogs don't have a license. They rock it. They got that. He just bought a Pathfinder. Mitch drives that. I think Mitch drives it. He just got his license. They have two trucks. But dog spends a lot of his money tripping on whatever he does and that's the problem. Dogs figure now, let him go on parole two or three. You act like you're this nigga. Like he is a big time nigga. He will go blow money and then the next day he wants to get that money back. That's what he does. I learned that world. That's what he will do. Go blow his and then come ask for more shit from your boy right here. That's what he'll do. I was telling him "You bugging. *(1:06:29.5 inaudible/environment)*. At the end of the day if you do that, it's just going to slow up. You won't get no money from me." I tell him you'll have two or he'll give me *(1:06:43.9 inaudible/car alarm)*. Still will try to stick to the new people. I'm like this dude

is crazy, fam. What's wrong with you? Then if it doesn't go right, he wants to know why. I'm like "You got four people today so, you're getting 18 points for each one of these people. Do the math. If you got four people, you probably only dished out five hundred dollars."

**Abraham Correa:** (1:07:11.2) Yes, he is going to make sure they got it. At one point he was going to DSD with his people.

**Damon Leonard:** That went right up. Belly up.

**Abraham Correa:** (1:07:22.3) They are dead already?

**Damon Leonard:** They bellied up. That's no good. They aren't accepting anybody over there anymore. They bellied up because they were going crazy. At one point they were going over there without the people. They were just taking niggas information and just dropping it. It was getting done. That's what it was. That bellied up. We are here now. Bellied up. *(1:07:49.7 inaudible/traffic)* He actually came in here and I was like *(1:08:44.7 inaudible/bus brakes)* from behind the desk. He actually came on to come behind the desk. Looking all behind the desk and he looked for those things. He was like " Somebody's paperwork is up in here. That's what I want is the papers."

**Abraham Correa:** (1:08:53.3) Word?

**Damon Leonard:** Yes, he wants me to give him some more paper. I said "Dog, whose paperwork? Where are you at? She's asleep. You're going in-house. Everybody who is on in-house *(1:09:01.4 inaudible/lowers voice)*. What's wrong with you, boy? You're acting like you're… What's wrong with you, boy? That's because all your people fucked up and they left."

**Abraham Correa:** (1:09:13.2) Acting like he gave that nigga five dollars.

**Damon Leonard:** Yes. If you were smart, I get it. *(1:09:21.7 Inaudible/traffic)* At the end of the day, dude, you're basically using insurance off everybody's, of most of the people's shit. I'm telling you, the days when he had cash patients, he didn't want to do it. Even some of Mitch's people like, Nah they gotta wait. He was like "No, I don't want to do it." If insurance comes, send them. That one has to wait.

**Abraham Correa:** (1:09:44.5) Because he has to pay less money?

**Damon Leonard:** Exactly. I'm like "Cuz, you should be up most than all of us, fam because you basically didn't pay for nothing. You gave one insurance patient 90 dollars, fam *(group laughs)*. Ninety dollars, boss. Right here. That building over there. Ninety dollars, cuz, and I'm like this nigga is crazy. That's the way he does it. If he doesn't get none he doesn't get it. I understand. Juan was there and Bruce was there. You know who Bruce is? Bruce is the other guy. It's Mitch, Bump and the other guy. Bump is the leader of the group. He sits there and tells me the other day, Friday, he has a baby shower. This nigga Bump got 10, 11 kids. He just thinks he can just knock shit up and

then it's nothing. He tells me that because he had two people but I guess they just weren't seen *(1:11:01.9 inaudible/lowers voice)*. So they basically are great doctors. You know when they are through with him, that's it. So I was sending them my man. Then the nigga Bump came through like "Damon, yo." He is mad but fuck it. It is what it is. I knew what he came back for. He was like "Damon, I got the baby shower, blah blah blah. That's why I came back. I had to give you this 300 dollars." I'm looking at him like "You don't even have the money. If that's the case and you're serious, I'm going off what you told me. You told me that you were going to *(1:11:34.3 inaudible/lowers voice)* on this block. You should be good.

**Abraham Correa:** (1:11:38.4) Yes, he should have some kind of fucking money.

**Damon Leonard:** Yes, something. He is telling me "I can't take anymore money out of the bank. I took this and that's it." I said "Fam, hold that. You're lying."

**Abraham Correa:** (1:11:52.2) You can take as much money from a bank teller as you want. At the ATM you can only take five a day.

**Damon Leonard:** Yes, exactly. I'm looking at him like this nigga must think I'm some kind of fucking idiot. I'm like I'm not saying anything. I'm going to let him talk. He was like "Damon, I was coming to see if I could borrow 50 dollars from you." I just gave it to him like "Here, man." But now his shorty comes that just had the baby and she came looking for me. I'm like "Yes, cuz. You got a baby shower and you don't have *(1:12:24.9 inaudible/microphone movement)*. If dog was your uncle or whatever it is, how the fuck… That should be a no brainer. He should just give you the money to do that and get that back when it's time for your people to rotate. He said "Yes, but honestly I don't always ask him." I said in my brain that that doesn't even sound right. Either it's that or niggas aren't going to keep helping your situation. You're just knocking bitches out. Get out of here, fam. They aren't going to keep putting up money and you can't do anything. You'd be surprised.

**Abraham Correa:** (1:12:54.9) Those niggas are all fucked up. All of those niggas should have been super hard. Super hard black heat. You were supposed to be driving the hottest shit. Not even the hottest shit but something decent because you're not that type of nigga. You're looking like you're still day one.

**Damon Leonard:** Yes, but I told you what he does. At the end of the day. Tell you exactly what he does. Sits there and he spends like he is fucking nuts. Auggie should be here in the next 15 minutes. You're going to bring that back down to me tomorrow?

**Abraham Correa:** (1:13:46.3) No, I have bread on me. He said he got two. I don't know if I got everything. I probably think I got three on me. *(1:13:53.3 inaudible/lowers voice)* That's what I've been doing lately since Lucas got fucked up. I already knew Lucas was starting that 45 day shit so when I did my people at the end of April, they weren't coming back until the beginning of June. I was like, man, I'm not trying to put up all this money so I can make 200 or 300 dollars and sit here and run around. I was like "You know

what?" Because I came here one day and they are like *(1:14:23.7 unclear)* so I told them somebody has to come get him because I'm not riding with nothing, my nigga. My rap sheet is shot. I don't even want to get caught with a fucking nickel bag. So I was like " No." I get whatever I can. Two hundred or 300, 400 sometimes during a week. Pick that up on Friday. Come get it then I'll go following those niggas. I go and I chill with them overnight sometimes. If not I just come right back and get my bread and leave with it. Found out they were still fucking with the weed on my block into the summer. I've got my personals and shit. Sick right now, my fucking phone died. I was going to my shorty's house yesterday and I fucking forgot to charge the shit. But anyway, because I just want to know if it's four, I'm looking at this phone I found.

**Damon Leonard:** I was telling my old lady "What's up with you?" She was like "How is his wife doing?" I said "No, that isn't happening anymore." She said "No? What happened with that shit?" "I didn't get into all of that. I don't know. It just didn't work out. I didn't get into all of that. It's not my business." My daughter should be in the house. She better be in the house. I told *(1:15:49.6 unclear)* he has to call me. I'm looking around and got nothing for you today. I was supposed to bring three until this bitch did that dumb shit. It's alright. Let me tell you something about me. I don't really worry about shit like that.

**Abraham Correa:** (1:15:59.3) That's some stupid shit. What are you going to get out of that?

**Damon Leonard:** I don't worry about shit like that because that's nothing to me. What I'll wind up doing is I'll let her freeze for a few months and then I'll piss somebody in two or three months underneath her name and get my money back. That's what I told him I'm saying there. You do what you're going to do.

**Abraham Correa:** (1:16:18.2) They don't know where there's a will there's a way?

**Damon Leonard:** Like reverb. You dumb bitch. Her problem is she gets mad that I don't give her the attention like that. I don't have time for that.

**Abraham Correa:** (1:16:42.6) Shit, that was a walk. I don't even *(1:16:43.9 inaudible/lowers voice)*.

**Damon Leonard:** You're in the house? Okay, I'm outside. Make sure we're good. Make sure the dog, because he bites, is in the kitchen on the tile. Alright. Okay. One.

**Abraham Correa:** (1:17:21.7) These young kids are fucking retarded.

**Damon Leonard:** This little young bitch right there has that black skirt on. She has a fight, they are going to tear that shit right off. Bitches are retarded.

**Abraham Correa:** (1:17:45.6) Going to be fighting in a bathing suit.

**Damon Leonard:** Yes, what's up? Where are you at now? Where at? Oh, okay. I'm right in front of my building. Where are you at, the phone? Alright, got it.

**Abraham Correa:** (1:18:32.7) She's at 138th Street Bridge, right?

**Damon Leonard:** Yes. She's coming around. The M1 is going to the next stop at the next corner right here. They are going to get off on that corner and walk this block.

**Abraham Correa:** (1:18:43.0) Right over the bridge. That's the thing. Or is that her?

**Damon Leonard:** Yes. You want to go to the Concourse? That bridge. The bridge right there. 138th Street Bridge. They'll come over.

**Abraham Correa:** (1:18:54.9) Sit down right there.

**Damon Leonard:** Yesterday, after we came back from running around, I dropped her off and then I turned around and went over the bridge and washed the car. Washed the truck. She is sitting there wanting to know where I'm at. "Oh, where did you go?" I'm like "Well, baby, I went along over there and washed the truck and put it in the parking lot and it won't come out until Friday." So I might have washed already. "This is the fucking second time you did that. Once you drop me off you go do what you want." Are you fucking kidding me? Because the phone is ringing while I'm in the truck washing it and I'm like "Are you fucking kidding me?" Bugging. Worrying about dumb shit. Worrying about setting shit on the ground. I told her too I said "Come see me, man." That's all I said. "If I even find out that you have been fucking dogs and them, you're going to have a problem with me. That nigga, you can not give him no portal because if you do that he is going to want to start doing three or four. I'm telling you. No portal. No nothing. No. I don't care about "Oh, I'm not..." So far she's around. Don't give that nigga no portal. He is greedy, man. He doesn't know how to just do one. He will want to do two a day, I'm telling you. Don't give him a portal to anything.

**Abraham Correa:** (1:20:35.2) They are the reason the doc cut them loose in the Bronx. All that dumb shit. Eight and all that shit.

**Damon Leonard:** Listen man, I saw him thinking about, like I said, Vinny has... Like I said, Mitch will be there then you've got Blue. You got Terrell to come in and Terrell is the dumbest one. He will come in if they really have three cash. Nigga people sitting down here the whole fucking bonus. He thinks it's nothing to him. Fam, are you okay? Because if you get caught up and the boys come, you're gone. You're not going to do no two eights. You're gone, nigga.

**Abraham Correa:** (1:21:18.1) This isn't a league.

**Damon Leonard:** You're gone. He thinks it's a game. Here, they are coming now. Yes, he thinks it's a game. He thinks he can't be touched. But Mitch and them sometimes are like "Fam, sit down." Dog will send him and then tell them and them. He will come in and he is impatient. Mitch is okay. Mitch will be cool but the rest of them. Dogs, you don't fuck around, man.

**Abraham Correa:** (1:21:43.2) What's up with John Lovely?

**Damon Leonard:** The nigga comes in the morning and has nobody. He came two months ago. Whatever it was I heard he was supposed to have the job or whatever it may be and then he wasn't around for a while and then he came back trying to get his father-in-law back in and I said "He can't come back in because the niggas urine is no good. That's up later." Once the doctor opens that port up again, there is nothing you can do about that. Crazy. That bitch, 50 dollars fucked her ass.

**Abraham Correa:** (1:22:21.2) What's up with the big wings? Still balling?

**Damon Leonard:** Yes. *(1:22:23.7 Inaudible/traffic.)*

**FeDamon Leonard:** I always use my bluetooth.

**Damon Leonard:** You're going blue?

**FeDamon Leonard:** Nadia is upstairs?

**Damon Leonard:** Yes, Nadia is upstairs.

**FeDamon Leonard:** Do your homework.

**Damon Leonard:** She called me and told me "I'm at my house. I still have the paper."

**FeDamon Leonard:** She wants you to run behind and I'm going to tell you. She wants you to run behind her because when I explained shit to her, she was like "Oh, but if I give you the stuff, he isn't going to give me..." I said "Let me tell you something, you stupid bitch. Maybe if you go and do what the hell you have to do, things will run right. Let me tell you something, I'm not in my right mind right now and I don't have time because I'm thinking about my mother. You go do you. You like more fucking problems." This is what I'm telling you. "Oh no, he thinks I'll still pay. I know he has somebody."

**Damon Leonard:** What the fuck does that have to do with anything? This bitch is bugging.

**FeDamon Leonard:** She even told Morgan that. I'm going to tell you that now. She told Morgan that in the fucking place. I told her "Why the fuck do you keep telling people your business?" I'm done.

**Damon Leonard:** Yes, that's it. No more.

**FeDamon Leonard:** I told her "The more I talk to you, the dumber I get and I'm tired of getting dumb."

**Damon Leonard:** Ask him what I told him. That was the final straw. I said "I'll tell you what we're going to do..."

**Abraham Correa:** (1:23:47.4) Shit is crazy. She was on the phone every two seconds.

**Damon Leonard:** I said "I'll tell you what..."

**FeDamon Leonard:** Because what she did when she saw I wasn't going anywhere, she said "Oh, I'm going to go do the therapy." I told her "I'm going to be sitting right here." So now when I see you coming to me, you said "Where is she at?" I said "She is inside with you." So that means she went to Edgecomb.

**Damon Leonard:** No, she came in, she stayed for a little bit. She said she was waiting on him. I'm like "Well, I never said she has to do physical therapy." Anyway, long story short, she waited. Then she went outside. She was in front of the office. I said "Amanda, you know you can't stand in front. What are you going to do? Are you going to come inside or what?" "I'm waiting on him to pull up." So that's when I came out. I came out to see if she was still there and she was gone so I thought maybe she went down there over to Warren's. *(1:24:33.7 Unclear)* I said, "Look, don't worry about it. I'm not going to chase you." That's the first thing I said to her. I'm not going to do that.

**FeDamon Leonard:** That's what she wants. She's like "He's going to have to come to my house. Make this trip."

**Damon Leonard:** No, I'm not doing that.

**FeDamon Leonard:** First thing as soon as we got out she handed me the money real quick.

**Damon Leonard:** Yes. I said "No, don't worry about that. You're home? Keep that. If I don't even get the money that I spent for the script back, I'm going to floor you. That's it." Hung up the phone, click. Tone is cutting off and she calls back again. I don't want to hear anything. You heard what I said because I left you a message.

**FeDamon Leonard:** It's a shame that people have to threaten you for their fucking things.

**Abraham Correa:** (1:25:12.2) And you're doing her the favor. Every month you know if nothing else falls in those 29 days, you have one day out of the month you're going to get some type of money. Why would you fuck that up?

**FeDamon Leonard:** I know this nigga here isn't doing it.

**Damon Leonard:** Why would you fuck that up? It's simple math.

**FeDamon Leonard:** Wow.

**Damon Leonard:** Do me a favor. Go walk with him to the store. Give him that and he is going to give you something.

**FeDamon Leonard:** Alright. Both of them?

**Damon Leonard:** 274?

**Abraham Correa:** (1:25:46.5) Yes, I think it's 240. Yes, it has to.

**Damon Leonard:** How are you doing, shorty? You remember me?

**FeDamon Leonard:** And the thing is, me and her been girls for 27 years. I didn't know she was like this. I don't want people to think that I'm like that. Oh, good God almighty. Dumb bitch.

**Abraham Correa:** (1:26:23.3) Nigga got me walking a mile. You know if fat boy is going to be walking *(1:26:27.2 inaudible/microphone movement)*.

**FeDamon Leonard:** She left. I don't care what anybody says. She never passed me. She went Edgecomb way.

**Abraham Correa:** (1:26:41.2) The opposite way of the violence.

**FeDamon Leonard:** Yes, and then when I called her phone, she didn't answer. It's on you. You get your neck popped, squeezed, your eyeballs knocked out, don't call my phone number because guess what I'm going to tell her? It serves your ass right. Stop playing with peoples fucking lives in here. We don't believe shit you say. He is talking to that man. My husband is getting ready to come pick me up. He said he will be here at 7:15. Shit is crazy.

**Damon Leonard:** Going back this way?

**Damon Leonard:** Yes, I'm going back to the diner or the chicken spot.

**Abraham Correa:** (1:27:54.1) You'll be out here doing the corner for a little while.

**Damon Leonard:** Where are you going with that liquor?

**FeDamon Leonard:** Nope. Both of them. Leave that bitch alone. Life is too short now.

**Abraham Correa:** (1:28:09.3) Nigga said "Where are you taking that liquor?" *(Laughs)*. That's a shame.

**FeDamon Leonard:** That's what I'm saying. People want to mess and make all this noise. Why does everybody have to know your business? You're a fucking drama queen. Come on now. Yes, "He has to come to my house and get this paper." That's what she said, I'm telling you.

**Damon Leonard:** No, I told her. I knew. She said "I have it in my house." I said "No, don't worry about it."

**FeDamon Leonard:** That's what she said, I'm telling you. I'm telling you what she said. She said "He thinks I'm playing. He better come to my house." I just looked at her.

**Damon Leonard:** No, I'm not going to her house. If that was the case I would be over there right now. I'm not going over there, believe me. I'm leaving. I already told her if I don't get it, don't worry. I'm not going to do nothing to her right now because then it will just come right back to me. I'm going to wait. I'm going to let her sleep and then one day

she is going to come in her building and there is going to be two chicks and she is caught. They are going to dust her ass.

**FeDamon Leonard:** That's how you do it. That's it.

**Damon Leonard:** I used to live in Forest so I know a lot of people over there. She doesn't know that.

*(End of audio.)*