## ② (page 2)

**① Opioid** – Codeine Gelatin Hydrocodone Group
- Codeine – 10, 15Q, 15, 30, 650m
- Codomb – 2.5, 7.5, 5, 10, 500?
- Norco – 5, 7.5, 10, 325?
- Vicodin – 5, 300; 5, 500
- Vicodin – 7.5, 300
- Vicodin – 10, 300
- Hydrocodone
- Dilaudid – 1, 2, 3, 4, 8 – g + ER – IR
- Tylenol #C – ER – 8 mg BLQ mcdr – 0.9, CR – 3, 6, 9, 12, 12, 24, 36 g
- Citahdol – IV – HP – 6, 12 g mg – g 2-3 g.
- II – IB – TMN – 0.12 – 2mg g 2-3hr.
- Allolone ER – 2, 4, 6, 8, 16, 24, 40 CID – NOT Dy marke
- Oxycodone
- Oxycodone IR – 10, 20, 30, TID, BID
- Oxycodone ER – 10, 20, 30 g/dL –
- Percocet – 2.5, 5, 7.5, 10, 325, 7.5 / Seay, 10/650 BIHTLD
- Oxymorphone
- Oxymorphone – EQ – 10, 20, 30 TID, BID
- OPANA – EQ – 5, 10 g /2 h, 75, 40 g/12.
- Methadone
- Methadone – 1R – 5, 10, 25 mg TID BID
- Methadone – EQ – 5, 10 g 12h, 25, 40 g/12.

**② NSAID**
- Celebrex – 100 mg PO QD mobic – 15 g PO QD
- Naproxen – Naproxen (Anaprox) – 250 + 500 BID
- Relafen – 1000 mg QD, BID.
- Flector (diclofenac) patch – 1 g, 3 g.
- Voltaren Gel – 1%, 3%.

**② Adjuvant**
- Lidoderm patch – 5% – 1-3 patches g 12h.
- Capsaicin cream – 0.025%, 0.075%, 0.1% – TID-QID.

**③ Muscle Relaxant**
- Flexeril – 5 mg, 10 mg – BID, TID.
- Baclofen – 5, 10, 15, 20 mg TID. (for 30 chronic neuromuscular pains, OD – 30, 40, 60, 80 mg TTD – + Packel injects.)
- Skelaxin – 500, 800 mg – BID, TID
- Soma – 250, 350 TID, QID.

**④ Anticonvulsant**
- Neurontin 600 mg TID for 3D chronic neuromuscular pains, BID 30, 40, 60, 80 mg TID.
- Lyrica/Pregabalin – Rx chronic neuropathy pains – 50, 75, 100 mg BID-TID.

**⑤ Antidepressant**
- Fairly Balanced – SNRI
- Duloxetine (Cymbalta) – 25 – 100 mg QD – single dose or divided
- Desipramine/Sinequan – TID, BID, only antidepressant develop rate sinequan – only prdepress.

**Tene+AP**
- Cymbalta Duloxetine – Rx polynouralg+bA muscul/sks, DAINS; chronic lower back pains – 20, 30, 60, 80.
- Savella – Rx chronic fibromyalgia pains – 25; 12.5 mg g 12h, 50 g BID.
- Amy 2-1, 25 g BID, BID – BID, BID – 1 dmg g 25-50 g BID.

*Stool Softener*
- Colace – ovex lax – 100 mg 2-3x day sies OQ HS PRN
- senna – 3, 5 – 2 tab QD
- Golylin Brz – 5, 10 BID PD, BID, QD, QD HS

(4)

Fentanyl IR

1) Fentora - buccal tablet - for breakthrough pains in Pt
- 100, 200, 400, 600, 800 mcg BSA (bid)
2) Actiq - ODTs - OTFC - transmucosal Fentanyl
- 200, 400, 600, 800, 1200, 1600 mcg
3) Onsolis - Fentanyl buccal soluble film - oral transmucosal film - 200, 400, 600, 800, 1200 mcg

Opioids Rotation guidelines

1) Calculate total mg dosage /24h
2) Devised by cross/chooses new opioid EQ
3) Give 25-50 % at beginning

EQ dosage Table

Buprenorphine - IM, IV = 0.4
PO Codeine = 200
Fentanyl Patch = 0.1-2
PO Hydrocodone = 30
PO Hydromorphone = 7.5
OR Hydromorphone = 20
PO Oxycodone = 20
PO Oxymorphone = 10
PO Methadone = 40
PO Morphine - acute = 60 ÷ chronic = 30
Morphine - IV, IM, SQ = 10

(3)

1) Morphine Rebetrol
Morphine sulfate - SR

① Avinza - ER - 30, 45, 60, 75, 90, 120 - q 24h nurs
② MS Contin - CR - 15, 30, 60, 100, 200 - q 12h - q 8h
③ Kadian - ER - 10, 20, 30, 40, 50, 60, 70, 80, 100, 130, 150, 200 mg - q 24h

④ Embeda - ER - isostupidredone - 20/0.8, 30/1.2, 50/2; 60/2.4, 80/3.2, 100/4mg - q 24h

Morphine sulfate IR - 15mg q 4h

① Roxanol - IR - 20, 30, 120, 240 mg/mL @ concentrated oral prep sol
Morphine - IV solution - 10, 20/5mL or 25mg/mL
Morphine - rectal suppository - 5, 10, 20, 30 mg

② Methadone Dolophine - 5 mg, 10 mg 00 @10, T10.

③ Fentanyl Patch Duragesic SR -
12 mcg/h, 25mcg/h, 50mcg/h, 75 mcg/h, 100mcg/h
125mg/h, 150mcg/h, 175mcg/h, 200mcg/h, 225mcg/h, 250mcg/h
275 mcg/h q 72h

Dose Conversion Guidelines

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| POMS | 60-134 | 135-224 | 225-314 | 315-404 | | | |
| IM, IV MS | 10-22 | 23-37 | 38-52 | 53-67 | | | |
| PO Oxycodone | 20-47 | 68-112 | 113-157 | 158-202 | | | |
| Codeine | 150-447 | | | | | | |
| PO Hydromorphine | 8-17 | 18-22 | 29-34 | 40-51 | | | |
| IV H-M | 1.5-9 | 11.5-34 | 3.5-5.6 | 5.7-7.9 | 8-10 | | |
| IM Meperidine | 75-165 | 166-278 | 279-340 | 391-503 | | | |
| PO Methadone | 20-44 | 45-74 | 75-104 | 105-134 | | | |
| Fentanyl patch | 25 | 50 | 75 | 100 | | | |
| | mcg/h | mcg/h | mcg/h | mcg/h | | | |