**Sentencing Chart**
*United States v. Moshe Mirilashvili, et al.*, **14 Cr. 810 (CM)**

| Defendant | Total Offense Level | Criminal History Category | Guideline Range | Recommendation by Probation | Sentence |
|---|---|---|---|---|---|
| Dr. Moshe Mirilashvili | 32[1] | I | 151 to 188 months imprisonment | 292 months | |
| Damon Leonard | Unknown | Unknown | Unknown | Unknown | Time Served (5 years Supervised Release) |
| Jomaris Javier[2] | Unknown | Unknown | 0 – 6 months imprisonment | Probation | Probation (2 years) |
| Raymond Williams | 23 | II | 51 – 63 months imprisonment | 24 months imprisonment | 36 months imprisonment |
| Dorian Avery | 29[3] | VI[4] | 151 to 188 months imprisonment | 151 months imprisonment | 108 months imprisonment (consecutive to 12 month sentence on VOSR) |
| Tasheen Davis | Unknown | Unknown | Unknown | Unknown | Pending |
| Ganeene Goode | Unknown | Unknown | Unknown | Unknown | Pending |

---

[1] We are using our proposed Guidelines calculation. Probation has calculated Dr. Mirilashvili's total offense level as 40, resulting in a Guidelines range of 292 to 360 months imprisonment. It is important to note that all of Dr. Mirilashvili's co-defendants received reductions for acceptance of responsibility, further reducing their total offense level.

[2] Javier was permitted to plead guilty to a misdemeanor count of conspiring to unlawfully possess oxycodone in a superseding information.

[3] But for Avery's status as a career offender, his base offense level would have been 26 and he would have been in Criminal History Category IV. With offense level reductions for acceptance of responsibility, his non-career offender Guidelines range is 70 to 87 months' imprisonment.

[4] Avery's criminal history included serving approximately 13 years imprisonment for robbery, gun and drug offenses. He began committing crimes in this case approximately two months after his release from those sentences.

| Defendant | Total Offense Level | Criminal History Category | Guideline Range | Recommendation by Probation | Sentence |
|---|---|---|---|---|---|
| Thomas White | 27 | III[5] | 87 – 108 months imprisonment | 100 months imprisonment[6] | 87 months imprisonment |
| Carolyn Middleton | 27 | I[7] | 70 to 87 months imprisonment | 36 months imprisonment | Probation (5 years) |
| Joseph Gray | Unknown | Unknown | Unknown | Unknown | Pending |
| Kevin Frye | 29[8] | VI | 151 to 188 months imprisonment. | Unknown | 115 months imprisonment (consecutive to an undischarged parole violation in Pennsylvania) |

---

[5] White's criminal history includes convictions for gun possession, robbery, and drug-related offenses.  He previously served prison time, including a 48 month sentence imposed by the Honorable John Koeltl.

[6] Probation recommended this bottom-of-the-guideline sentence when White's Guideline range was calculated as between 100 to 125 months imprisonment.

[7] Although Middleton had zero criminal history points, he sustained more than 30 prior convictions for minor offenses as well as an attempted robbery.

[8] It is unclear from the record available whether Frye's total offense level was later reduced by the Court after declining to find him a career offender during this July 13, 2016 sentencing hearing.  At that hearing, the Court sentence Frye to 120 months' imprisonment, substantially below his calculated Guidelines Range.