**CRIMINAL APPEAL TRANSCRIPT INFORMATION - FORM B**

**TO BE COMPLETED BY ATTORNEY:**

**CASE NAME:** United States v. Mirilishvili _____ v. _____

**DOCKET NUMBER:** 16-3379-cr

**COUNSEL'S NAME:** Henry E. Mazurek, Clayman & Rosenberg LLP

**COUNSEL'S ADDRESS:** 305 Madison Ave., Suite 1301
New York, NY 10165

**COUNSEL'S PHONE:** (212) 922-1080

**QUESTIONNAIRE**

[✔] I am ordering a transcript.
[ ] I am not ordering a transcript.   Reason:   [ ] Daily copy available   [ ] U.S. Atty. placed order
                                                [ ] Other (attach explanation)

**TRANSCRIPT ORDER**

Prepare transcript of

[✔] Pre-trial proceedings: Pretrial conference, 2/18/2016
(Description & Dates)

[ ] Trial: _____
(Description & Dates)

[✔] Sentencing: 9/28/2016
(Description & Dates)

[ ] Post-trial proceedings: _____
(Description & Dates)

I, Henry E. Mazurek, hereby certify that I will make satisfactory arrangements with
(counsel's name)

the court reporter for payment of the costs of the transcript in accordance with FRAP 10(b).

Method of payment: [✔] Funds   [ ] CJA Form 24

/s/Henry E. Mazurek                                  Oct. 17, 2016
Counsel's Signature                                  Date

**TO BE COMPLETED BY COURT REPORTER AND FORWARDED TO COURT OF APPEALS:**

**ACKNOWLEDGMENT**

Date order received: _____        Estimated Number of Pages: _____

Estimated completion date: _____

_____          _____
Court Reporter's Signature                                  Date

**After filling out the "To Be Completed by Attorney" section, counsel should submit the original to the U.S. District Court and copies to the Court of Appeals, U.S. Attorney's Office, and Court Reporter.**